# Exhibit E

STATE OF WISCONSIN      CIRCUIT COURT      TAYLOR COUNTY

In the Interest of J. Doe, an unborn child and

Tamara M. Loertscher, the unborn child's expectant mother
Dob:

*F I L E D*

AUG 1 3 2014

TONI MATTHIAS
14-JC-9 PROBATE/JUVENILE DIVISION
TAYLOR COUNTY, WIS.

## ORDER TO TAKE EXPECTANT MOTHER INTO IMMEDATE CUSTODY
### Pursuant to Wis. Stat. 48.193(1)(c); 48.193(d)(3)

Based upon the statements in the attached sworn affidavit and motion of Taylor County,

**It is now ORDERED:**

1. The Court finds that TCHSD made reasonable efforts to prevent the removal of the child from the home but an emergency situation necessitated this present action.
2. It is contrary to the unborn child's best interest for her mother to be released from custody and returned home due to the expectant mother's habitual use of controlled substances and her violation of the TPC Order.
3. Conditions of an Order for Temporary Physical Custody, entered by Taylor County Circuit Court on August 5th, 2014, have been violated.
4. Pursuant to Wis. Stat. §48.193(d)(2), Tamara M. Loertscher be taken into custody by Taylor County law enforcement.
5. The adult expectant mother, Tamara M. Loertscher, shall be held in custody under s. 48.207(1m).
6. That the Taylor County Sheriff's Department or any other assisting law enforcement agency be granted the authority to carry out this Order.

Dated: August 13, 2014.

By the Court:

Hon. Ann N. Knox-Bauer
Taylor County Circuit Court Judge

Drafted by:
Attorney Courtney L. Graff
Taylor County Corporation Counsel
State Bar No. 1085078
PO Box 512
Medford, WI 54451
(p) 715-748-9888