# Exhibit F

```
 1                    STATE OF WISCONSIN
 2    TAYLOR COUNTY                          CIRCUIT COURT
 3    _____
 4    IN THE INTEREST OF:
 5    Unborn Child                      CASE NO: 14-JC-09
 6    _____
 7    HONORABLE ANN N. KNOX-BAUER, JUDGE PRESIDING
 8
 9    APPEARANCES:
10    COURTNEY GRAFF, Corporation Counsel, appeared on
      behalf of the State of Wisconsin;
11
12    MICHAEL SHIFFLER, Guardian ad Litem, appeared on
      behalf of the unborn child.
13
14
15
16
17
18
19
20
21
22
23
24                          August 25, 2014
25                     Lisa M. Weber, RMR, CRR
```

```
 1                        PROCEEDINGS
 2                 THE COURT:  14-JC-9.  This is in the
 3  interest of Jane Doe, an unborn child, and Tamara --
 4  is that you, ma'am?
 5                 MS. LOERTSCHER:  Yes.
 6                 THE COURT:  Can you tell me your last
 7  name?
 8                 MS. LOERTSCHER:  Loertscher.
 9                 THE COURT:  L-o-e-r-t-s-c-h-e-r and
10  appearing here on behalf of Taylor County is
11  corporation counsel Courtney Graff.  We have Julie
12  Clarkson and Liza Daleiden from the Department of
13  Human Services here.  Ms. Loertscher appears here in
14  person without counsel.  Attorney Mike Shiffler is
15  Guardian ad Litem for the unborn child.  We have
16  other folks here too and your name, sir?
17                 MR. ELLNER:  Dondi Ellner.
18                 THE COURT:  Would you spell your first
19  and last name.
20                 MR. ELLNER:  D-o-n-d-i  E-l-l-n-e-r.
21                 THE COURT:  And what is your interest
22  in this proceeding?
23                 MR. ELLNER:  I'm her boyfriend,
24  father.
25                 THE COURT:  Father of the unborn
```

1  child?
2          MR. ELLNER:  Yes.
3          THE COURT:  And ma'am, your name?
4          MARGE LOERTSCHER:  I'm Marge
5  Loertscher.
6          THE COURT:  Sir.
7          MR. HENDRICKS:  Robert Hendricks, I'm
8  her boyfriend.
9          THE COURT:  Okay.  Marge's boyfriend?
10         MR. HENDRICKS:  Yes.
11         THE COURT:  We have this time set for
12 a plea hearing.  There is a petition that has been
13 filed under Chapter 48 of the statutes.  There is
14 also a motion that has been brought by the Guardian
15 ad Litem for contempt.  With respect to the petition,
16 Ms. Loertscher, have you received a copy of it?  It's
17 got -- at the very top, State of Wisconsin, Taylor
18 County, Circuit Court, and then it's got in the
19 interest of Jane Doe, unborn child, and Tamara
20 Loertscher.
21         MR. ELLNER:  For remedial?
22         THE COURT:  No, that was the motion
23 filed by the Guardian ad Litem.  Did you get a copy
24 of the petition that has been put before you there?
25         MS. LOERTSCHER:  Yes.

1      THE COURT: What is the child's
2 expected delivery date?
3      MS. LOERTSCHER: January 29.
4      THE COURT: And I'm going to have the
5 court security officer hand you, Tamara and Dondi, a
6 copy of what's called notice of rights and
7 obligations. It's this piece of paper here; and then
8 on the back side, it's going to list at the very
9 bottom the things that could be ordered if the child
10 is found to be in need of protection and services.
11      MR. ELLNER: Your Honor, could I sit
12 with her?
13      THE COURT: Sure. I'm going to have
14 two copies of each of these documents given to each
15 of you folks, and then you can keep one for your own
16 information; and then if you would sign the other one
17 at the bottom of the page, it tells you about your
18 legal rights with respect to this proceeding. First
19 of all, you have the right to have a different judge
20 hear your case if you want to have a different judge
21 other than myself hear your case. You have to make
22 that request before the end of today's hearing. You
23 also have the right to have an attorney represent
24 you. An attorney would not be someone generally who
25 is appointed by the state or by the Court to

```
 1   represent you except under certain circumstances, but
 2   you can hire an attorney on your own.  Under certain
 3   circumstances, you can petition the Court to appoint
 4   an attorney for you.  The first thing that I would
 5   look at is your financial condition.  There are other
 6   factors to be looked at too.  If you want an attorney
 7   appointed to you involving the Court, then you have
 8   to fill out a form basically setting forth your
 9   financial information; so if you want that
10   information, please let us know that, then I would
11   set a further hearing on whether I should appoint an
12   attorney for each one of you.  Okay?
13               MR. ELLNER:  Well, we would like a
14   different judge and another time, you know, for the
15   hearing itself so we can get our lawyer ready and
16   then we would like to ask the Court to --
17               THE COURT:  And that's your request,
18   Dondi, on your behalf?  You can't speak for her
19   unless you are a lawyer.
20               MR. ELLNER:  Well, I'm not a lawyer.
21               THE COURT:  So you want a substitution
22   of judge, and then we will set it for another plea
23   hearing?
24               MR. ELLNER:  Please.
25               THE COURT:  And what do you want,
```

1   Tamara?

2              MS. LOERTSCHER: I want what he says.

3              THE COURT: So then we will process
4   the request for substitution, and then it will be set
5   for further proceedings with a different judge. If
6   you could sign each of those forms, please, at the
7   bottom and keep the other copy for your own
8   information. At the very bottom, there is a
9   signature box. Anything further for today?

10             MR. ELLNER: For the remedial
11  contempt --

12             THE COURT: I can't hear that. I've
13  been requested for substitution so...

14             MR. ELLNER: Okay. That's fine.

15             MS. GRAFF: I would make one request
16  if we could ask for -- I'm sorry, Dondi, what is your
17  last name?

18             MR. ELLNER: Ellner.

19             MS. GRAFF: -- for your current
20  address as the alleged father. You are not a party
21  to this action yet, but I would just ask for you to
22  supply your current address for the record then.

23             MR. ELLNER: Why?

24             THE COURT: What's your current
25  address, sir? How is the Court going to send you

```
 1   notice if we don't have your current address?
 2                    MR. ELLNER: ███████, Medford.
 3                    THE COURT: Is that ███████?
 4                    MR. ELLNER: Yes.
 5                    THE COURT: In Medford?
 6                    MR. ELLNER: Yes.
 7                    MS. GRAFF: Thank you, Judge. Judge,
 8   will a notice of substitute judge go out then where
 9   we can subsequently then schedule all the hearings?
10                    THE COURT: Yes, the clerk will
11   prepare the appropriate paperwork. It will be sent
12   to the district court administrator. Someone else
13   will be assigned to it and --
14                    MR. ELLNER: I would like to say I am
15   in the process of moving out right now. That's
16   why --
17                    THE COURT: Where are you moving to?
18                    MR. ELLNER: I'm not really quite sure
19   yet.
20                    THE COURT: So if you are in the
21   process of moving out, what are you doing with your
22   stuff?
23                    MR. ELLNER: I'm storing it right now.
24                    THE COURT: I'm sorry?
25                    MR. ELLNER: Storing it right now.
```

Page 7

```
 1                    THE COURT:  Okay.  So where are you
 2   laying your head at night?
 3                    MR. ELLNER:  I'm staying with her
 4   grandparents.
 5                    THE COURT:  Do you have that address
 6   then?
 7                    MS. GRAFF:  No, Judge.
 8                    THE COURT:  What's your address,
 9   ma'am?
10                    MS. LOERTSCHER:  ▇▇▇▇▇▇▇▇▇▇▇▇,
11   Medford.
12                    THE COURT:  Sir, if you acquire a
13   different address, notify the juvenile court clerk
14   within 24 hours of that change of address.
15                    MR. ELLNER:  All right.
16                    THE COURT:  All right.  If there is
17   nothing further, Court's in recess here.
18                    MS. GRAFF:  Nothing further, Judge.
19                    (The record was concluded at this
20   point.)
21
22
23
24
25
```

```
 1
 2
 3
 4              REPORTER'S CERTIFICATE
 5
 6
 7   STATE OF WISCONSIN )
 8   COUNTY OF TAYLOR   )  ss.
 9
10
11
12          I, Lisa M. Weber, official court
13   reporter/notary public, do certify that the attached
14   transcript is a true and accurate transcript of my
15   stenotype notes transcribed by me and that the same
16   is a true and correct record of the proceedings held
17   on the 25th day of August, 2014.
18
19   DATED THIS 3rd DAY OF DECEMBER, 2014.
20
21
22
23                       _____
24                       LISA M. WEBER, RMR, CRR
25
```