# Exhibit H

09/05/2014 12:21 FAX 7153393079     CIRCUIT COURT         ☑002
09/05/2014  09:49   /1   15811       JENSEN SCOTT   UNEWA        PAGE  03/04

FILED

SEP 08 2014

TONI MATTHIAS
PROBATE/JUVENILE DIVISION
TAYLOR COUNTY, WIS.

STATE OF WISCONSIN - CIRCUIT COURT - TAYLOR COUNTY

IN THE INTEREST OF

J.DOE, AN UNBORN CHILD,        Case No. 14-JC-09
AND TAMARA M. LOERTSCHER

D/O/B ▓▓▓▓▓

## REMEDIAL CONTEMPT ORDER AND ORDER FOR COMMITMENT

The Motion for Remedial Sanctions to be imposed in the above entitled action having been heard:

**BEFORE:**       Honorable Douglas T. Fox

**LOCATION:**     Taylor County Courthouse, 224 S. 2nd Street, Medford, WI
54451

**DATE:**        September 4, 2014

**TIME:**        1:30 p.m.

and the following appearances being made: Tamara Loertscher, the expectant mother and the subject of the above captioned Chapter 48 action, Attorney Michael D. Shiffler, Guardian ad Litem for J. Doe, an unborn child, Taylor County Corporation Counsel, Attorney Courtney Graff.

This court specifically finds that Tamara Loertscher did intentionally disobey the Order for Temporary Physical Custody dated August 5, 2014 of this court in that she refused to take a TB test, she refused to be admitted to The Fahrman Center in Eau Claire, Wisconsin, she failed to cooperate with Taylor County Human Services, and she is in continuing contempt of this court for those actions therefore:

IT IS ORDERED that Tamara Loertscher be committed to the Taylor County Jail for thirty days (30) (not to exceed 6-months from the date hereof) pursuant to Wis. Stat. § 785.04(1)(d) unless sooner discharged by the court.

IT IS FURTHER ORDERED that the commitment of Tamara Loertscher be stayed until September 4, 2014, immediately following said contempt hearing, so that she may by that date and time purge herself as provided or be then and there committed.

IT IS FURTHER ORDERED that Tamara Loertscher shall have the right to purge herself and avoid the above ordered commitment by obeying the Order for Temporary Physical Custody of the court dated August 5, 2014. Specifically Tamara Loertscher at the conclusion of the September

09/05/2014 12:21 FAX 7153393079           CIRCUIT COURT                        ☒003
    09/05/2014  09:49    71f   35811              JENSEN SCOTT    ʔUNEWA        PAGE  04/04

4, 2014, contempt hearing must consult with Julie Clarkson of Taylor County Human Services and cooperate with Taylor County Human Services for her admission to The Farhman Center and remain at The Farhman Center until the program directors deem it appropriate to release her, and Tamara Loertscher must comply with The Fahrman Center program director's assessment, treatment and recommendations. If discharged from the program Tamara Loertscher must continue to comply with treatment and recommendations including complete sobriety, random urine analysis. Tamara Loertscher must also continue to cooperate with Taylor County Human Services Department, and Tamara Loertscher must sign all releases requested by Taylor County Human Services Department that are necessary to facilitate/monitor her treatment.

Dated this ____5th____ day of September, 2014.

BY THE COURT:

Hon. Douglas T. Fox
Circuit Court Judge