# Exhibit I

## STATE PUBLIC DEFENDER - ORDER APPOINTING COUNSEL

| | | | |
|---|---|---|---|
| Name: | Tammy M Loertscher | DOC #: | Court Case No: |
| Address: | Taylor County Jail<br>224 S 2nd St<br>Medford, WI 54451 1811 | Client ID: mer0034069<br>Incarcerated: | 14JC09 |
| SPD ID: | 146000185A | SPD Case No: 14S-60-S-H00185 | |
| Date of Birth: | ██████ | Telephone Number: (715) 748-6189 | REC'D SEP 29 2014 |

**Nature of Case:** Description:
785 Contempt of Court 1 Cnts:
Charge Modifier

FILED
SEP 29 2014
TONI MATTHIAS
PROBATE JUVENILE DIVISION
TAYLOR COUNTY, WIS.

County and Court: Taylor   Branch: Circuit Court           Judge: Douglas Fox
**Next Court Appearance:**                                  Facility:
Hearing Date:   Hearing Time:   Hearing Info:   Comments

Prior Attorney:
Other Information:

In accordance with Chapter 977 of the Wisconsin statutes, I hereby appoint the following attorney to represent the above named individual in relation to the above entitled proceedings

| | | | |
|---|---|---|---|
| Attorney Name: | Justin Wolff | State Bar No: | 1062545 |
| Address: | 100 S. Mill Street, Suite 104<br>Merrill, WI 54452 2702 | Attorney Telephone:<br>Date Appointed: | (715) 536 9105<br>9/12/2014 |
| Appointed By: | James Lex, Jr | Supervisor ID: | 1004640 |
| SPD Office Handling: | Merrill | SPD Office Phone #: | (715) 536 9105 |
| Dated: | 9/26/2014 | Date OAC Printed: | 9/26/2014 |

**Office of the State Public Defender - Notice to Clients - File Retention Policy**

When an attorney represents an individual, s/he makes and keeps a file of the documents and work done on the case. Attorneys on staff with the Office of the State Public Defender (SPD) create and maintain such files for each case. This notice applies only to cases handled by staff attorneys of the Office of the State Public Defender. If your case has been assigned to a private attorney, please consult that attorney about his or her file retention policy.

Upon the conclusion of the representation in this case, the SPD will, upon your request, deliver the original file or any portion requested, to you, along with any of your original documents or other property that the SPD has in its possession.

If you do not request your file, the SPD will retain it for a period of at least five years after the matter is closed. At any point during this period, you may request delivery of the file.

If you do not request the file before the end of the five-year period, the SPD may, in its discretion, destroy the file and its contents without further notice to you.