# Exhibit J

STATE OF WISCONSIN          CIRCUIT COURT          TAYLOR COUNTY

****************************************************************

In the Interest of
J. DOE, an unborn child, and          **STIPULATION**
                                      Case Number
TAMARA M. LOERTSCHER,                    14-JC-9
d/o/b ▮▮▮▮▮▮▮.

****************************************************************

           The above-entitled matter came on for hearing in

    Circuit Court for Taylor County at the Courthouse in the

    City of Medford, Wisconsin, on the 22nd day of September,

    2014, commencing at 1:20 o'clock p.m., with the Honorable

    Douglas T. Fox, Circuit Judge, presiding via

    speakertelephone.


                APPEARANCES:

                Courtney L. Graff, Taylor County Corporation
                Counsel, appeared on behalf of Taylor County.

                Julie Clarkson, Social Worker, and Liza
                Daleiden, Deputy Director, Taylor County Human
                Services Department, were present.

                Tamara Loertscher appeared in person and with
                counsel, Justin D. Wolff, Attorney at Law, 2402
                E. Main Street, Merrill, Wisconsin.

                Michael D. Shiffler, JENSEN, SCOTT, GRUNEWALD &
                SHIFFLER, S.C., Attorneys at Law, P.O. Box 426,
                Medford, Wisconsin, appeared as Guardian ad
                Litem on behalf of the unborn child.

                Dondi Ellner, alleged father, was present.


                WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD:

LASER BOND FORM A ● PENGAD • 1-800-631-6989

2

1            THE COURT:  Hello.

2            MS. GRAFF:  Good afternoon, Judge Fox.

3    This is Courtney Graff.  Can you hear me okay?

4            THE COURT:  Yes, I can.  Go ahead.  Call

5    the case.

6            MS. GRAFF:  This is *In the Interest of J.*

7    *Doe, an unborn child, and Tamara Loertscher.*  Last name is

8    L-o-e-r-t-s-c-h-e-r.  Taylor County case 14-JC-09.

9    Appearing in the courtroom we have Attorney Justin Wolff

10   representing Tamara.  We also have the Guardian ad Litem of

11   the unborn child, Mike Shiffler.  S-h-i-f-f-l-e-r.  We have

12   Corporation Counsel Courtney Graff.  We have Julie Clarkson

13   from Human Services.  Last name C-l-a-r-k-s-o-n.  We also

14   have Liza Daleiden from Human Services.  Her last name is

15   D-a-l-e-i-d-e-n.  We have Brittany here clerking.  And we

16   also have Dondi Ellner, last name E-l-l-n-e-r.

17           MS. GRAFF:  I apologize, Judge.  Tamara is

18   here in person.  She currently is in custody of Taylor

19   County Jail.

20           THE COURT:  Okay.  All right.

21           MS. GRAFF:  This is -- go ahead.

22           THE COURT:  No.  I was just going to say go

23   ahead.

24           MS. GRAFF:  Okay.  This is the time and

25   place set for -- well, to modify the purge, your Honor, by

3

1   stipulation.  We also have a signed Consent Decree.  I

2   apologize.  I sent you two versions immediately prior to

3   this hearing.  The second version had all necessary

4   signatures.

5                    THE COURT:  And I do have that.  I do have

6   that second version before me.

7                    MS. GRAFF:  Thank you, Judge.

8                    What we are proposing is that we modify the

9   purge conditions to her contempt order to match the

10  conditions that are contained within the Consent Decree.

11                   THE COURT:  Okay.  Mr. Shiffler, are you on

12  board?

13                   MR. SHIFFLER:  I am, your Honor.  I believe

14  this Consent Decree and modifying the purge conditions to

15  match the Consent Decree is in the unborn child's best

16  interest.

17                   THE COURT:  Thank you.

18                   Mr. Wolff, your client agrees as well?

19                   MR. WOLFF:  Umm, yes, your Honor, and we

20  request that the Court adopt the Consent Decree as set

21  forth.  I do believe that it is a reasonable resolution in

22  this matter.

23                   THE COURT:  That is my conclusion as well,

24  and I do approve the Consent Decree.  I will sign the faxed

25  copy that I have and fax that back to Taylor County.  And,

4

1    having done that, I order that Ms. Loertscher be released

2    from custody subject to the new purge conditions and the

3    Consent Decree.

4                    Anything further?

5                    MS. GRAFF:  No, Judge.

6                    MR. SHIFFLER:  No.  Thank you.

7                    THE COURT:  And, Madame Clerk, Alis is

8    reporting.

9                    Okay.  Thank you.

10                   MS. GRAFF:  Thank you.

11                   (WHICH CONCLUDED THE PROCEEDINGS)

12

13                        *  *  *

14

15        I, Alis A. Fox, Official Court Reporter for Price

16   County, Wisconsin, do hereby certify that I took in

17   shorthand the proceedings in the above-entitled matter at

18   the Courthouse in the City of Phillips, Wisconsin, on the

19   22nd day of September, 2014, commencing at 1:20 o'clock

20   p.m., and that the foregoing is a true and correct

21   transcript of my shorthand notes and of the whole thereof.

22

23   _____

24                                    Alis A. Fox
                                      Court Reporter
25