# Exhibit K

Case: 3:14-cv-00870-jdp   Document #: 1-12   Filed: 12/15/14   Page 2 of 2

09/22/2014 14:30 FAX 7153393079   CIRCUIT COURT   → TAYLOR CIRCUIT   ☒003
Sep.22. 2014  1:52PM   ^-hmiese Law Office   No.2551   P. 2

STATE OF WISCONSIN   CIRCUIT COURT   TAYLOR COUNTY

In the Interest of J. Doe, an unborn child and

TAMARA LOERTSCHER   14-JC-09

DOB:

**FILED**
SEP 22 2014
TONI MATTHIAS
PROBATE/JUVENILE DIVISION
TAYLOR COUNTY, WIS.

### ORDER FOR PURGE MODIFICATION AND RELEASE FROM TAYLOR COUNTY JAIL

On September 22, 2014, a hearing was held before the Hon. Douglas T. Fox. Tamara Loertscher, who is in the custody of Taylor County Jail, appeared in person with her counsel Attorney Justin Wolff; GAL for the unborn child, Attorney Mike Shiffler, Corporation Counsel Courtney Graff, Liza Daleiden and Julie Clarkson from Taylor County Human Services all appeared in person. Also present in the courtroom was Donde Ellner, Tamara Loertscher's boyfriend.

Corporation Counsel presented Judge Fox with a Consent Decree with the signatures of Corporation Counsel, Attorney Justin Wolff, Attorney Mike Shiffler, Tamara Loertscher, and Taylor County Human Services Deputy Director Liza Daleiden. The parties requested that Judge Fox approve their proposal that the purge conditions found in Ms. Loertscher's Remedial Contempt Order and Order for Commitment entered on September 8, 2014, be modified to reflect the Consent Decree and its attached conditions.

Based upon the agreement of the parties, IT IS ORDERED:

1. That the purge condition be modified to compliance with the Consent Decree;
2. The Consent Decree is approved and is an Order of this Court;
3. Tamara Loertscher is hereby released from the custody of the Taylor County Jail.

Dated this 22nd day of September, 2014.

BY THE COURT:

Hon. Douglas T. Fox
Circuit Court Judge

cc:
Court: Original
Attorney Justin Wolff ✓
Attorney Mike Shiffler ✓
Taylor County Jail ✓
Taylor County Human Services: Liza Daleiden ✓