# Exhibit L

Case: 3:14-cv-00870-jdp   Document #: 1-13   Filed: 12/15/14   Page 2 of 4

09/22/2014 14:07 FAX 7153393079          CIRCUIT COURT              → TAYLOR CIRCUIT   ☒003
Sep. 22. 2014  1:06PM     Taylor County Circuit Court                 No. 7684   P. 2

| STATE OF WISCONSIN, CIRCUIT COURT, TAYLOR | | COUNTY | For Official Use |
|---|---|---|---|
| IN THE INTEREST OF | | Consent Decree (In-Home Placement Only) | F I L E D |
| J. Doe, an unborn child, and TAMARA M. LOERTSCHER | | | SEP 2 2 2014 |
| Name | | | |
| Tamara Loertscher's DOB: ▓▓▓▓ | | Case No. 14JC09 | TONI MATTHIAS PROBATE/JUVENILE DIVISION TAYLOR COUNTY, WIS. |
| Date of Birth | | | |

The parties stipulate and agree that the court may enter a consent decree, placing the child/juvenile under supervision, consistent with these terms and conditions.

☐ 1. The case shall be held open for ____ days/ **6** months.
   *(Chapter 48, up to six months; Chapter 938, up to one year.)*

2. Placement shall be in the child's/juvenile's home.

3. No referrals to intake and/or violations of federal, state or local laws.

☐ 4. Restitution.
   $____ *[Under age 14, $250 limit]*, payable to ____
   ☐ Payment terms ____
   ☐ Make repairs or provide services agreeable to the victim. *[Under age 14, 40 hour limit]*     ☐ See attached

☐ 5. Community service/supervised work program. *[Under age 14, 40 hour limit]*
   Amount ____ hours.  Terms ____

☐ 6. Counseling. ____

☒ 7. Other: *[Include payment for services under §§48.36, 938.36, 938.361, Wis. Stats.]*     ☒ See attached

8. The court may extend this decree for an additional 6 months upon notice and motion. Unless an objection is made, no hearing will be held.

| SIGNED BY | DATE | SIGNED BY | DATE |
|---|---|---|---|
| Child/Juvenile | | Child/Juvenile's Attorney/GAL *[signature]* | 9-22-14 |
| Mother *Tammy Loertscher* | 9/22/14 | Mother's Attorney *[signature]* SBID:1062545 | 9/22/14 |
| Father | | | |
| Prosecuting Attorney *[signature]* | 9/22/14 | Social Worker *[signature]* | 9-22-14 |

Notice: During the period of this consent decree, the child/juvenile may object to its continuation and the hearing under which the child/juvenile was placed on supervision may be continued as if the consent decree had never been entered.

THE COURT FINDS:

1. The victim/family has been given an opportunity to make a statement.

2. If restitution/repairs are ordered, the child/juvenile alone is financially able to pay or the custodial parent is financially able to pay.

3. If the child/juvenile is providing services for the victim, the child/juvenile is physically able to perform services for the victim *[Under age 14, 40 hour limit]* and the victim agrees to accept such services.

JD-1784, 08/12 Consent Decree (In-Home Placement Only)     §§48.32 and 938.32, Wisconsin Statutes.
This form shall not be modified. It may be supplemented with additional material.
Page 1 of 2

Received Time Sep. 22. 2014  1:56PM No. 7688

Case: 3:14-cv-00870-jdp   Document #: 1-13   Filed: 12/15/14   Page 3 of 4

09/22/2014 14:07 FAX 7153393079     CIRCUIT COURT        → TAYLOR CIRCUIT    ☒004
Sep. 22. 2014  1:06PM   Taylor County Circuit Court           No. 7684   P. 3

Consent Decree (In-Home Placement Only)    Page 2 of 2        Case No. _____

4. The consent decree is in the child's/juvenile's best interest and is approved.

**THE COURT ORDERS:**

1. The parties must comply with all terms and conditions of the consent decree.

2. Failure to comply with this consent decree may result in reinstatement of these proceedings. If not reinstated, the original petition is dismissed at the end of the appropriate period without further order of the court.

☒ 3. The appointment of the guardian ad litem for the child/juvenile
   ☐ terminates until further order of the court.
   ☒ is continued to allow the guardian ad litem to perform any of the duties under §48.235(4) or §938.235(4), Wis. Stats.
   ☒ is continued for the following purpose(s): duration of UCHIPS order.

☐ 4. The appointment of the attorney for the
   ☐ mother ☐ father ☐ other: ____          terminates until further order of the court.
   ☐ mother ☐ father ☐ other: ____          is continued through the term of this order.
   ☐ mother ☐ father ☐ other: ____          is continued for the following purpose(s):

Expiration Date: ____

BY THE COURT:

[signature]

☒ Circuit Court Judge   ☐ Circuit Court Commissioner
Hon. Douglas T. Fox
Name Printed or Typed

September 22, 2014
Date

DISTRIBUTION:
1. Original - Court
2. All Signers
3. Service Providers

§§48.32 and 938.32, Wisconsin Statutes.

CF-1794, 08/12 Consent Decree (In-Home Placement Only) modified. It may be supplemented with additional material.

Taylor County Case 14-JC-09

## Consent Decree Conditions

1. Tamara Loertscher agrees to schedule an AODA assessment with an assessor who is certified and in good standing with the state of Wisconsin within one week of the date of this order. Taylor County Human Services can schedule this appointment if requested to do so by Tamara. Tamara Loertscher may select her own AODA assessor as long as he/she is certified for AODA assessment and his/her license is in good standing in the State of Wisconsin.
2. Tamara Loertscher agrees to follow all treatment recommendations of the AODA counselor until successful completion these services.
3. Tamara Loertscher agrees to submit drug tests at her own expense if requested to do so by the supervising social worker and signs releases of information to allow this agency to access the results of these tests. This shall be a minimum of once a week but shall not exceed three times per week.
4. Tamara Loertscher agrees to attend pre-natal care and keep her appointments.
5. Tamara Loertscher agrees to seek enrolling in health insurance. Taylor County Human Services social worker Julie Clarkson is available to assist Tamara in enrolling.
8. Tamara agrees to cooperate with the supervising social worker by signing the proper release of information forms to facilitate case management.
10. Tamara agrees to keep the supervising social worker apprised of any changes of residence.
20. Tamara Loertscher understands that if she fails to comply with this agreement, she may be held in contempt of court.