# Exhibit M

# TAYLOR COUNTY
# HUMAN SERVICES DEPARTMENT

## NOTICE OF CHILD MALTREATMENT DETERMINATION
## AND RIGHT TO APPEAL

September 29, 2014

Tamara M. Loertscher

Medford, WI

Dear Tamara M. Loertscher:

We have completed our assessment of the report of alleged maltreatment of unborn unborn. Wisconsin Statutes require that we determine whether abuse or neglect, as defined in state statutes, occurred. We have concluded that the child was maltreated. We have also concluded that you maltreated the child.

The basis for this determination is as follows:

* This agency found that there was a preponderance of evidence to conclude that you did abuse your unborn child did in violation of Wisconsin State Statute 48.133 "whose expectant mother habitually lacks self control in the use of alcohol beverages, controlled substances or controlled substance analogs, exhibited to a severe degree to the extent that there is a substantial risk that the physical health of the unborn child, and of the child when born, will be seriously affected or endangered unless the expectant mother receives prompt and adequate treatment for that habitual lack of self control."

The agency records containing this information are generally confidential, but may be shared with a certifying or licensing agency or certain employers. Wisconsin statutes generally prohibit a person determined to have maltreated a child from holding a contract, or being licensed or employed to care for children, patients, clients, or other vulnerable persons, unless the person successfully completes a rehabilitation process as provided by law. The child maltreatment determination may be used to deny you this type of contract, employment, or license.

* You may appeal this decision naming you as a person who has maltreated a child. If you wish to do so, complete and submit the attached "Child Maltreatment Determination Appeal Request" form to:

> Liza Daleiden, Taylor County Human Services Department
> 540 E. College Street
> Medford, WI 54451

The "Child Maltreatment Determination Appeal Request" form must be postmarked or hand delivered no later than 30 calendar days from the date indicated at the beginning of this letter. Requests received after that date will automatically be denied.

If you have any questions about the appeal process or need assistance to complete the attached form, please contact Liza Daleiden at 715-748-3332.

Sincerely,

Notice of Child Maltreatment Determination and Right to Appeal
DCF-F-CFS2328-E (R. 05/2011)

540 East College Street   Medford, Wisconsin 54451-2027
Phone (715) 748-3332