UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**TAMARA M. LOERTSCHER**

                     Plaintiff,               CIVIL ACTION

       v.                                    Case No. 14-cv-870

**J.B. VAN HOLLEN**, in his official capacity as
ATTORNEY GENERAL OF THE
STATE OF WISCONSIN, and
**ELOISE ANDERSON**, in her official capacity as
SECRETARY OF THE DEPARTMENT OF
CHILDREN AND FAMILIES

                    Defendants.

---

### SUMMONS IN A CIVIL ACTION
---

To:  J.B. Van Hollen, in his official capacity as
      Attorney General of the State of Wisconsin
    Wisconsin Department of Justice
    Attorney General's Office
    114 East, State Capitol
    Madison, Wisconsin  53707-7857

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **PERKINS COIE LLP**
        David J. Harth
        Freya K. Bowen
        Joshua L. Kaul
        1 East Main Street, Suite 201
        Madison, WI  53703

- 2 -

**NATIONAL ADVOCATES FOR PREGNANT WOMEN**
Lynn M. Paltrow
Sara Ainsworth
15 W. 36th Street, Suite 901
New York, NY 10018

**CARR CENTER FOR REPRODUCTIVE JUSTICE**
Sarah E. Burns
Washington Square Legal Services, Inc.
NYU School of Law
245 Sullivan Street, 5th Floor
New York, New York 10012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Dated: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 14-cv-870

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: