## APPENDIX

1. Gordan Malaise Drafter's Note From the Legislative Reference Bureau, November 12, 1997

2. Memorandum from Linda Hisgen to Directors, County Departments of Human Services and Directors, County Departments of Social Services re 1997 Wisconsin Act 292, July 23, 1998

3. Kenneth A. De Ville, Loretta M. Kopelman, Journal of Law, Medicine & Ethics, *Fetal Protection in Wisconsin's Revised Child Abuse Law: Right Goal, Wrong Remedy*,27 (1999): 332-42

4. David C. Lewis et al., Open Letter to the Media, (Feb. 25, 2004), http://www.advocatesforpregnantwomen.org/articles/crackbabyltr.htm

5. David C. Lewis et al., Open Letter From Doctors, Scientists & Specialists Urging Major Media Outlets Not to Create "Meth Baby" Myth, (July 27, 2005), http://advocatesforpregnantwomen.org/%2522Meth%2522%20Open%20Letter%20-%202005.pdf

6. The American College of Obstetricians and Gynecologists, Committee on Health Care for Underserved Women, *Substance Abuse Reporting and Pregnancy: The Role of the Obstetrician-Gynecologist*, Obstetrics & Gynecology, Vol. 117, No. 1, January 2011

7. Robert G. Newman, et, al, Open Letter to the Media and Policy Makers Regarding Alarmist and Inaccurate Reporting on Prescription Opiate Use by Pregnant Women, (March 11, 2013), http://advocatesforpregnantwomen.org/Open%20Letter%20to%20the%20Media%20and%20Policy%20Makers%20Regarding%20Alarmist%20&%20Inaccurate%20Reporting%20on%20Prescription%20Opiate%20Use%20by%20Pregnant%20Women%20-%20March%202013.pdf

8. Medical Groups Position Statements