# Exhibit A

**Curriculum Vitae**
Mishka Terplan, MD MPH FACOG Diplomate ABAM

Medical Director
Behavioral Health System Baltimore

**Date**   December 8, 2014

**Contact Information**

| | |
|---|---|
| Business Address: | Behavioral Health System Baltimore |
| | 1 North Charles Street |
| | Suite 1300 |
| | Baltimore, MD, 21201 |
| Business Phone Number: | 410 637 1900  ext 8562 |
| Fax: | 410 735 8563 |
| Email: | mishka.terplan@bhsbaltimore.org |
| Email: | mterplan@epi.umaryland.edu |
| Email: | mterplan@gmail.com |
| Foreign Languages: | German (fluent) |
| | Spanish |

**Education**

| | | |
|---|---|---|
| 1991 | B.A. | Anthropology, University of Chicago (General Honors) |
| 2000 | M.D. | University of California, San Francisco |
| 2006 | M.P.H. | University of North Carolina School of Public Health, Epidemiology |

**Post Graduate Education and Training**

| | |
|---|---|
| 2000 - 2004 | Residency |
| | Obstetrics and Gynecology, |
| | Los Angeles County, University of Southern California |
| 2004 - 2006 | Fellowship |
| | Clinical Research and Reproductive Health, |
| | University of North Carolina, Chapel Hill |

**Certifications**

| | |
|---|---|
| 2009 | Fellow, American College of Obstetrics and Gynecology |
| 2012 | Diplomate, American Board of Addiction Medicine |

**Medical Licensures**

| | |
|---|---|
| Active | Maryland |
| Inactive | California |
| Inactive | North Carolina |
| Inactive | Illinois |

**Employment History**

2014-present   Medical Director, Behavioral Health System Baltimore, Baltimore MD

1

Mishka Terplan, MD, MPH

2014-present   Medical Staff, Department Obstetrics and Gynecology, Mercy Medical Center, Baltimore MD
2014-present   Medical Staff, Planned Parenthood Maryland

## Academic Appointments

2005 -2006    Clinical Instructor, Department of Obstetrics and Gynecology, University of North Carolina Chapel Hill
2006 -2009    Assistant Professor, Department of Obstetrics and Gynecology, University of Chicago
2009-2014     Assistant Professor, Department Obstetrics, Gynecology & Reproductive Sciences, University of Maryland School of Medicine
2010-2014     Assistant Professor, Department of Epidemiology & Public Health, University of Maryland School of Medicine (Secondary Appointment)
2014-present  Member Graduate Faculty, University of Maryland School of Medicine
2014-present  Adjunct Assistant Professor, Department of Epidemiology & Public Health, University of Maryland School of Medicine

## Professional Society Membership

2000-2009     Junior Fellow, American College of Obstetricians and Gynecologists
2005-present  General Member, Association of Clinicians for the Underserved
2006-present  General Member, American Society of Addiction Medicine
2009-present  Fellow, American College of Obstetricians and Gynecologists
2013-present  Regular Member, College on Problems of Drug Dependence
2014-present  Regular Member, American Association for the Treatment of Opioid Dependence

## Honors And Awards

2000          UCSF Medical School Commencement Speaker
2004          Daniel R. Mishell Jr., MD Teaching Award, University of Southern California, awarded for distinguished medical student teaching in gynecology.
2008          Young Investigator Award, American Society of Addiction Medicine, awarded for distinguished research by young investigator in addiction medicine.
2011          Council on Resident Education in Obstetrics and Gynecology, National Faculty Award for excellence in resident education, University of Maryland
2012          Council on Resident Education in Obstetrics and Gynecology, National Faculty Award for excellence in resident education, University of Maryland

## Clinical Activities

2006-2009     Medical Director, Women's Health Center, University of Chicago
2009-2013     Medical Director, Women's Health Center at Western Penn, University of Maryland
2010-present  Volunteer Physician and Consultant, The Baltimore City Needle Exchange Reproductive Health Services on The Block Project, Baltimore City Department of Health, Division of Risk Reduction Services
2010-2014     Physician Consultant, Maryland Department of Health and Mental Hygiene, Division of Reproductive Health

2

Mishka Terplan, MD, MPH

2014-present   Medical Staff, Department Obstetrics and Gynecology, Mercy Medical Center, Baltimore MD
2014-present   Medical Staff, Planned Parenthood Maryland, Baltimore MD


**Clinical Expertise**

Board Certified in Obstetrics and Gynecology (2009)
Board Certified in Addiction Medicine (2012)

**Administrative Service**

**Institutional Service**

2011 – 2013   Associate Member, School of Medicine Council, University of Maryland, Baltimore
2011 – 2013   Consultant, Internal Review Board, University of Maryland, Baltimore
2013 - 2014   Member, Internal Review Board, University of Maryland, Baltimore


**Local Service**

2008-2009      Member Diagnostic and Assessment Committee, National Organization on Fetal Alcohol Syndrome, Illinois Chapter
2010-pres.     Member Steering Committee Maryland PRAMS (Pregnancy Risk Assessment Monitoring System)
2010-pres.     Volunteer Physician and Consultant, The Baltimore City Needle Exchange: Reproductive Health Services on The Block Project, Baltimore City Health Department
2010-pres      Invited Participant Maryland PRAMS (Pregnancy Risk Assessment Monitoring System) Annual Update Meetings
2012-2014      Member PSEP (Prevention of Substance Exposed Pregnancy) work group, Project Match, Baltimore City Health Department (Rebecca Dineen, Chair)
2012-2013      Member Baltimore City Health Department Title X Sub-grantee Review Panel (Cindy Watson, Chair)
2014-present   Co-Lead PSEP (Prevention of Substance Exposed Pregnancy) work group, Project Match, Baltimore City Health Department
2014-present   Member Heroin/Substance Use Treatment Improvement Task Force, Behavioral Health System Baltimore and Baltimore City Office of the Mayor
2014-present   Co-Lead Baltimore City Overdose Fatality Review Team, Behavioral Health System Baltimore and Baltimore City Health Department
2014-present   Member Maryland State Overdose Advisory Council
2014-present   Co-Lead Baltimore City Overdose Prevention Work Group
2014-present   Member MedChi Addictions Committee
2014-present   Member Baltimore Needle Exchange Program Oversight Committee, Baltimore City Health Department, Community Risk Reduction Services


**National Service**

2008-2009      Member of the Ob/Gyn Alliance Resident and Fellow Program Advisory Board

3

Mishka Terplan, MD, MPH

| | |
|---|---|
| 2008-pres. | *Ad Hoc* Reviewer: *American Journal of Obstetrics and Gynecology, Obstetrics and Gynecology, Journal of Addiction Medicine, Women's Health Issues, Journal of Perinatology, Journal of Substance Abuse Treatment, Addiction, Journal of Healthcare for the Poor and Underserved, BMC Surgery, General Hospital Psychiatry, International Journal of Gynecological Cancer, Annals of Epidemiology, Current Women's Health Reviews, The International Journal of Alcohol and Drug Research, Archives of Women's Mental Health, Journal of Family Planning and Reproductive Health Care, Neurotoxicology & Teratology, Academic Psychiatry* <br> Average number of reviews/year = 6-15 |
| 2009 | Grant Reviewer for South African Medical Research Council |
| 2009-2010 | Chair "Women and Addiction" work group, American Society of Addiction Medicine |
| 2010-pres | Member "Women and Substance Use Disorders Action Group", American Society of Addiction Medicine |
| 2010 | Invited participant in NIH/NICHD Workshop: *Pregnancy in Women with Physical Disabilities* (January 25-26[th]) |
| 2010-pres | Member Women's Harm Reduction International Network (WHRIN) |
| 2010-pres | Member International Doctors for Healthy Drug Policy |
| 2010-2011 | *At Risk Drinking and Women of Reproductive Age*, ACOG work group participant |
| 2010-pres | Member NIDA International Women's and Children's Health and Gender Group (InWomen) |
| 2011 | Medical Mission Group – Surgical Mission, Guatemala (April 29th – May 7th) |
| 2012 | Invited Participant of the Office of the National Drug Control Policy (ONDCP) *Leadership Meeting on Maternal Addiction, Opioid Exposed Infants, and Neonatal Abstinence Syndrome* (August 30th) |
| 2012 | Invited Participant: *Expert Meeting on Perinatal Illicit Drug Abuse* Center for Disease Control and Prevention (CDC), September 12-14, 2012 |
| 2012 | Medical Mission Group – Surgical Mission, Guatemala (November 9th - 17th) |
| 2012-2013 | Editorial Board *Journal of Epidemiology & Drug Research* |
| 2012-2013 | Data Safety Monitoring Committee, Member <br> "Diagnostic yield of Narrow Band Imaging (NBI) and standard visible white light laparoscopy for the detection of endometriosis" PI: Fermin F, Barrueto MD |
| 2013-present | Medical Adviser, National Research Center for Women and Families, Washington DC |
| 2013 | Medical Mission Group – Surgical Mission, Ecuador (April 5th - 13th) |
| 2014 | Medical Mission Group – Surgical Mission, Dominican Republic (October 31st - Nov 8th) |
| 2014 | Reviewer Pennsylvania Department of Health Final Performance Review – 13-14 Cycle B |
| 2014-present | Member (representing ACOG) AMA *Task Force to Reduce Opioid Abuse* |

## Teaching Service

## Undergraduate Student Teaching

| | |
|---|---|
| 2005 | Instructor "International Health in a Global Perspective", Hampshire College <br> 25 students, 20 contact hours total |
| 2006 | Thesis Advisor (external), Hampshire College |

4

Mishka Terplan, MD, MPH

|  | 1 student 15 contact hours total |
|---|---|
| 2008 | Lecturer, Chicago Academic Medicine Program |
|  | 10 undergraduates and high school students, 3-4 contact hours per summer |

## Medical Student Teaching

| 2005 | Instructor, "Exploring International Perspectives in Medicine and Public Health" (Family Medicine 425), University of North Carolina, Chapel Hill |
|---|---|
|  | 10 student, weekly 2 hour class for a quarter |
| 2008-2009 | Small Group Discussion Leader, University of Chicago |
|  | Clinical Epidemiology and Clinical Investigation |
|  | 5-7, 1st year medical students - 3-4 contacts hours/year |
| 2009-2013 | Faculty preceptor OB/Gyn Clerkship, University of Maryland |
|  | 3 students, 3 hours a week for six weeks each year |
| 2011 | Summer Research Mentor: Gold Grant Recipients Sreela Namboodiri, Jen Redd, and Amy Rouse "B'More in the Kitchen: Food-related behaviors and food security in pregnant and postpartum women in west Baltimore". |
|  | Presentation received first prize at Medical Student Research Day 2011. |
| 2011 | Summer Research Mentor: Neggin Mokhtari "Overshadowed by Smoke: The relationship between psychiatric diagnosis and illicit substance use among pregnant women." |
| 2011-2014 | Faculty Mentor, Physicians for Human Rights Medical Student Interest Group |
| 2012 | Summer Research Mentor: Gold Grant Recipient, Shaalini Ramanadhan, "Acceptability of Screening, Brief intervention, and Referral to Treatment (SBIRT) in an abortion clinic setting" |
|  | Presentation received first prize at Medical Student Research Day 2012. |
| 2012-2014 | Research Mentor, Caitlin Martin, John Hopkins Medical Student, "Depo Provera Adherence among Exotic Dancers on the Block" |
| 2013 | Summer Research Mentor, Marthe Bryant-Genevier, "Reproductive Health Needs among Drug Treatment Clients" |
| 2013 | Summer Research Mentor, Rochelle Arbuah, "Contraceptive Literacy: A pilot study with preliminary validation of the Newest Vital Sign" |
| 2014 | Mentor, Nicholas Pumilia, "Intimate partner violence and prenatal care utilization" |
| 2014 | Summer Research Mentor, Brooke Farquhar, "Electronic cigarettes knowledge and attitudes among pregnant women" |
| 2014 | Research Mentor for Research Elective in Epidemiology and Public Health, Shaalini Ramanadhan "Use of Acupuncture to Treat Illicit Substance Addiction – Cochrane Review" |

## Post-Graduate Teaching

| 2006-2008 | Research Mentor and Thesis Advisor for Family Planning Fellows |
|---|---|
|  | Amy Whitaker, Bri Tristan |
|  | University of Chicago |
| 2009-2010 | PhD Thesis Advisor, Becky Dawson, University of Maryland, Baltimore, Department of Epidemiology and Preventative Medicine |
| 2010 | Faculty Mentor Department of Preventive Medicine |
|  | Course Number 747/748 Research Practicum I & II |
|  | Mentored Students Brianna Lindsay and Jennifer Albrecht |
| 2012 | Faculty Mentor Department of Epidemiology and Public Health |

Mishka Terplan, MD, MPH

|          | Course Number 747/748 Research Practicum I & II |
|----------|------------------------------------------------|
|          | Mentored Students Nyaradzo Longinaker and Kristin Bornstein |
| 2013-2014 | Dissertation Committee member, Department Epidemiology and Public Health PhD candidate Nyaradzo Longinaker "Educational interventions to improve patient understanding of contraceptive PPI instructions," Secondary data analysis of NSRCK |
| 2013-2014 | Thesis Committee member, Institute for Genomic Sciences, PhD candidate Laura Latey Bradford, "Dynamics of the vaginal ecosystem in women with yeast infection" |
| 2013-2014 | Dissertation Committee member, Department of Epidemiology and Public Health PhD candidate Nicholas Schluterman, "Correlates to adherence and safety of the HPV vaccine in Bamako, Mali" |
| 2014-pres | Co-Chair Dissertation Committee, Department of Epidemiology and Public Health PhD candidate Nyaradzo Longinaker, "Medical marijuana policy and use among women in the US" |

## Grant Support

### Active Grants

| | |
|---|---|
| 10/15/14 – 6/30/15 | (Consultant: Mishka Terplan, $90/hour for 120 hours) Behavioral Health System Baltimore and Department of Health and Mental Hygiene, Small Procurement Contract ID Number: PHPA-S1660 *Substance Abuse and Pregnancy: Expert Trainer* Total Direct Costs: $25,000 |
| 10/01/12 - 08/31/15 | (Co-I: Mishka Terplan, 5-15% FTE) PI: Victoria Coleman-Cowger PhD NIDA R34DA032683-01A1: *Phone-Based Postpartum Continuing Care: Smoking Cessation Beginning in Pregnancy* Total Direct Costs: $633,082 |

### Completed Grants:

| | |
|---|---|
| 2004-2006 | Research Fellow *Training in epidemiology and clinical trials (TECT)* T32HD04672 PI - David Grimes, MD |
| 2007 – 2008 | (Co-Principal Investigator)    Co-PI: Steve Lui, PhD *"Interventions for women enrolled in alcohol treatment during pregnancy"* Alcohol Education and Research Council, UK Direct Costs:   5000 pounds |
| 2007-2008 | (PI) *"Methamphetamine Use and Pregnancy: Trends in prevalence and risk factors in drug treatment admissions 1994-2005"* |

6

Mishka Terplan, MD, MPH

Chicago Lying-in Women's Board
Direct Costs:  $7374

| | |
|---|---|
| 2007-2008 | (PI)<br>*"Patterns of "Compassionate Coercion": Factors Associated with Court Mandated Drug and Alcohol Treatment in Pregnancy"*<br>Center for Health Administration Studies, University of Chicago<br>Direct Costs:  $7978 |
| 2009-2011 | (Co-Investigator: 5% FTE) PI: Kate Keenan, PhD<br>*"Impact of omega-3 intake on maternal stress during pregnancy and infant outcome"*<br>R21 HD058269<br>Direct Costs: n/a<br>*My participation in grant declined secondary to relocation* |
| 2010-2012 | (Co-PI cost share)      Co-PI: Kathleen Tracy, PhD<br>ISP ID 37944: *"A randomized, controlled trial to compare the effectiveness of SMS test message reminders compared to usual care to increase adherence to the Gardasil vaccine dosing schedule"*<br>Merck Investigator Initiated Studies Program<br>Direct Costs: $111,144 |
| 2011-2012 | (Co-Investigator: 10-20% FTE)  PI: Katherine Hladky MD<br>Private Sponsor<br>Kenneth J. Ryan Residency Training Program in Abortion and Family Planning<br>Grant Award Period:  07/2011 – 06/13<br>Total Direct Costs: $405,981 |
| 2012-2013 | (Medical Consultant: Mishka Terplan)  PI: Jeanne Mahoney<br>Open Society Foundation: Develop and conduct a forum to gather recommendations and garner interest from a wide variety of senior stakeholders in the design of substance abuse care that ensures improved recruitment and retention of women and preserving the unity of the family.<br>Grant Award Period: 9/1/12 – 1/31/13<br>Total Direct Costs: $57,110<br>My participation ($150/hr, 25 hours) |
| 2012 - 2013 | (Consultant: Mishka Terplan) PI: Kelly J Vander Ley PhD<br>SAMHSA U79T1020257: *Medical Provider Training on Prescription Opioid Addiction in Pregnant Women*<br>My Participation ($150/hour, 40 maximum hours)<br>Total Direct Costs: $150,000 |
| 2011 – 2014 | (Consultant: 15% FTE)  PI: May Blanchard MD<br>OCPMP12-010735G  Maryland Department of Mental Health & Hygiene<br>Family Planning Services-Technical Assistance Consultation and Training |

Mishka Terplan, MD, MPH

| | Total Direct Costs: $386, 413 |
|---|---|
| 2009 – 2014 | (Co-Investigator: 5% FTE)  PI: Christopher Welsh MD |
| | SAMHSA U79T1020257: *SBIRT Medical Residency Program* |
| | Total Direct Costs: $350,000 |
| 2013 - 2014 | (Consultant: Mishka Terplan 5% FTE) PI: Wendy G Lane MD MPH |
| | Clinical and Translational Science Institute (CTSI): *Improving Access to Mental Health Care for Low-Income, Inner-City Pregnant and Post-partum Women* |
| | Total Direct Costs: $60,050 |
| 2011 - 2014 | (PI: Clinical Core: 15-30% FTE) PI of U10: Patrik Bavoil PhD and Jacques Ravel PhD |
| | NIAID U19AI084044-03: *Eco-pathogenomics of chlamydial reproductive tract infection (EPCRTI)* |
| | My involvement started 3/2012 |
| | Total Direct Costs (for Clinical Core): $2,450,282 |

## Publications

### Peer-reviewed journal articles

1. Steiner AZ, **Terplan M,** Paulson RJ.  "Comparison of tamoxifen and clomiphene citrate for ovulation induction: a meta-analysis" *Hum Reprod*. 2005 Jun;20(6):1511-5.
2. **Terplan M**, Lui S. "Psychosocial interventions for pregnant women in outpatient illicit drug treatment programs compared to other interventions." *Cochrane Database of Systematic Reviews* 2007, Issue 4.
3. **Terplan M**. "Beyond nature versus nurture: race matters, but how?"  *Obstetrics & Gynecology*. 110(3):550-1, 2007 Sep.
4. Lui S, **Terplan M**, Smith EJ.  "Psychosocial interventions for women enrolled in alcohol treatment during pregnancy." *Cochrane Database of Systematic Reviews* 2008, Issue 3.
5. **Terplan M**, Temkin S, Tergas A, Lengyl E "Does equal treatment yield equal outcomes? The impact of race on survival in epithelial ovarian cancer".  *Gynecologic Oncology* 111(2):117-8, November 2008
6. **Terplan M**, Garrett J, Hartmann K. "Gestational Age at Enrollment and Continued Substance Use Among Pregnant Women in Drug Treatment Programs" *Journal of Addictive Diseases* 28(2) April 2009
7. **Terplan M**, Smith EJ, Kowlowski M, Pollack H.  "Methamphetamine Use Among Pregnant Women." *Journal of Obstetrics and Gynecology* Vol. 113(6) June 2009
8. **Terplan M**, Smith EJ, Temkin S.  "Racial Disparities in Ovarian Cancer Treatment and Outcomes: A systematic review" *Cancer Causes and Control* Vol 20 (7), 2009 p 1139.
9. Smith E, Lui S, **Terplan M**  "Pharmacological intervention for women enrolled in alcohol treatment during pregnancy" *Cochrane Database of Systematic Reviews*, 2009 Issue 3.
10. Lui S, Li C, Xia J, **Terplan M**  "Auricular acupuncture for opiate dependence in substance misuse treatment programmes" *Cochrane Database of Systematic Reviews* 2009, Issue 4.

8

Mishka Terplan, MD, MPH

11. **Terplan M**, Smith EJ, Kowlowski M, Pollack H  "Compassionate Coercion: Factors associated with court mandated drug and alcohol treatment in pregnancy 1994-2005 " *American Journal of Addiction Medicine* Vol. 4 (Number 1), January 2010.

12. Whitaker AK, **Terplan M**, Gold MA, Johnson LM, Creinin "Effect of a brief educational intervention on the attitudes of young women toward the intrauterine device" *Journal of Pediatric and Adolescent Health* Volume 23 (Issue 2) April 2010.

13. **Terplan M**, Glavin S, Smith EJ "Trends in Injection Drug Use in Pregnancy" *Journal of Women's Health* Volume 19 (Issue 3), March 2010.

14. Lui S, Smith EJ, **Terplan M "**Heterogeneity in search strategies among Cochrane acupuncture reviews: Is there room for improvement?" *Acupuncture in Medicine* 28(3):149-53, September 2010.

15. Domin CM, Smith EJ, **Terplan M** "Transvaginal Ultrasonographic Measurement of Cervical Length as a Predictor of Preterm Birth: A Systematic Review with Meta-Analysis" *Ultrasound Quarterly* 26(4), December 2010.

16. **Terplan M**, Wright T "The Effects of Cocaine and Amphetamine Use during Pregnancy on the Newborn: Myth versus Reality" *Journal of Addictive Diseases*, 30(1):1-5, January 2011.

17. Albrecht J, Lindsay B, **Terplan M**  "Effect of Waiting Time on Substance Abuse Treatment Completion in Pregnant Women" *Journal of Substance Abuse Treatment*, 41(1):71-7, July 2011.

18. Schluterman N, **Terplan M**, Lydecker AD, Tracy JK  "Human Papillomavirus (HPV) Vaccine Uptake and Completion at an Urban Hospital"  *Vaccine*, 29(21), May 2011.

19. Lindsay B, Albrecht J, **Terplan M.** "Against Professional Advice: Treatment Attrition among Pregnant Methamphetamine Users" *Substance Abuse and Rehabilitation* 2011:2 189-195 October.

20. **Terplan M**, McNamara EJ, Schluterman N, Tracy JK, Temkin SM. "Have racial disparities in ovarian cancer increased over time? An analysis of SEER data." *Gynecologic Oncology* 125(1) 19-24, April 2012.

21. Seet EL, Kay HH, Wu S, **Terplan M**. "Placenta accreta: depth of invasion and neonatal outcomes" *The Journal of Maternal-Fetal & Neonatal Medicine* 25 (10), October 2012.

22. Moore E, Han J, Serio-Chapman C, Mobley C, Watson C, **Terplan M**, "Contraception and clean needles: Feasibility of combining mobile reproductive health and needle exchange services for female exotic dancers American Journal of Public Health" *American Journal of Public Health* 102 (10), October 2012.  doi:10.2105/AJPH.2012.300842

23. Bergin A, Tristan S, **Terplan M**, Gilliam ML, Whitaker AK. "A missed opportunity for care: two visit IUD insertion protocols inhibit placement." *Contraception* 2012 Dec;86(6):694-7. doi: 10.1016/j.contraception.2012.05.011. Epub 2012 Jul 6.

24. **Terplan M**, McNamara EJ, Chisolm MS. "Pregnant and non-pregnant women with substance use disorders: the gap between treatment need and receipt." *Journal of Addictive Diseases* Volume 31:342-349, 2012  DOI:10.1080/10550887.2012.735566.

25. **Terplan, M**. "Beyond the Quest for the Perfect Test. Commentary on Ondersma et al: Development and Preliminary Validation of an Indirect Screener for Drug Use in the Perinatal Period." *Addiction* Volume 107 (12), December 2012. DOI: 10.1111/j.1360-0443.2012.04094.

26. Jones HE, Chisolm MS, Jansson LM, **Terplan M**. "Naltrexone in the Treatment of Opioid-dependent Pregnant Women: the case for a considered and measured approach to research" *Addiction* Vol 108 (2), February 2013. doi:10.1111/j.1360-0443.2012.03811.

27. Jones HE, Chisolm MS, Jansson LM, **Terplan M**. "Naltrexone in the Treatment of Opioid-dependent Pregnant Women: Common Ground"  *Addiction* Vol 108 (2), February 2013.

Mishka Terplan, MD, MPH

28. Andersen A, Chisolm MS, Kleykamp BA, Yunus FN, Smith C, **Terplan M**. "Reduced nicotine content cigarette knowledge, attitudes, and practices of patients at a perinatal substance abuse treatment center" *Addictive Disorders & Their Treatment* 2013(Sept);12(3):111-117.

29. Chisolm MS, Cheng D, **Terplan M**. The relationship between pregnancy intention and change in perinatal cigarette smoking: An analysis of PRAMS data. *Journal of Substance Abuse Treatment*. 2014 Feb;46(2):189-93. doi: 10.1016/j.jsat.2013.07.010.

30. Jones HE, Friedman CJ, Starer JJ, **Terplan M**, Gitlow S. "Opioid Use during Pregnancy: An International Roadmap for Future Research and Clinical Practice." *Addictive Disorders and Their Treatment*. 2014 March:13(1):8-15. doi: 10.1097/ADT.0b013e318271c437

31. Mark KS, Alger L, **Terplan M**. "Incisional negative pressure therapy to prevent wound complications following cesarean section in morbidly obese women: a pilot study" *Surgical Innovation* 2013 Sep 20.

32. Jones HE, Deppen K, Hudak M, Leffert L, McClelland C, Sahin L, Starer J, **Terplan M**, Thorp J, Walsh J, Creanga A. "Clinical care for opioid-using pregnant and postpartum women: The role of obstetric providers" *American Journal of Obstetrics and Gynecology* 2013 Oct 10. pii: S0002-9378(13)01058-2. doi: 10.1016/j.ajog.2013.10.010.

33. Longinaker L, **Terplan M**."Effect of criminal justice mandate on drug treatment completion among women" *American Journal of Drug and Alcohol Abuse* 2014 May;40(3):192-9. doi: 10.3109/00952990.2013.865033

34. **Terplan M**, Cheng D, Chisolm MS. The relationship between pregnancy intention and alcohol use behavior: An analysis of PRAMS data. *Journal of Substance Abuse Treatment* 2014 46:506-510

35. Jones HE, **Terplan M**, Friedman C, Walsh J, Jansson L. "Methadone-assisted Treatment and the Complexity of Influences on Fetal Development: Commentary on Mactier et al" *Addiction* 2014 March: 109 (3): 489-490. DOI: 10.1111/add.12464

36. Mark K, Temkin MA, **Terplan M**. "Breast Self-Awareness: The Evidence Behind the Euphemism" *Obstetrics & Gynecology* Volume 123 (4): 734-736 April 2014

37. Martin CE, Mak C, Miller C, Welsh C, **Terplan M**. "Trends in drug-exposed deliveries from 2002 to 2009" *Addictive Disorders & Their Treatment* [Accepted for Publication]

38. Martin CE, Han JJ, Serio-Chapman C, Chaulk P, **Terplan M**. "Injectable contraceptive continuation among female exotic dancers seeking mobile reproductive health services" *Journal of Health Care for the Poor and Underserved* [Accepted for Publication]

39. Miller C, Lanham A, Welsh C, Ramanadhan S, **Terplan M**. "Screening, testing and reporting for drug and alcohol use on labor and delivery: A survey of Maryland birthing hospitals" *Social Work in Health Care* Volume 53 (7): 659-669, August 2014.

40. Longinaker N, Ramanadhan S, **Terplan M**. "Educational interventions for improving patient understanding of oral contraceptive patient package insert (PPI) instructions." *Cochrane Database of Systematic Reviews* [Protocol accepted for publication]

41. Miller-Thomas T, Leoutsakos JS, **Terplan M**, Brigham EP, Chisolm MS. "Comparison of Cigarette Smoking Knowledge, Attitudes, and Practices among Staff in Perinatal and Other Substance Abuse Treatment Settings" *Journal of Addiction Medicine* Volume 8 (5): 377-383 September/October 2014.

42. Martin CE, Longinaker MS, **Terplan M**. "Recent trends in treatment admissions for prescription opioid abuse during pregnancy" *Journal of Substance Abuse Treatment* [accepted for publication] http://dx.doi.org/10.1016/j.jsat.2014.07.007

43. Martin CE, Longinaker MS, Mark K, Chisolm MS, **Terplan** M. "Recent trends in treatment admissions for marijuana use during pregnancy" *Journal of Addiction Medicine* [accepted for submission]

Mishka Terplan, MD, MPH

44. Bornstein K, Longinaker N, Bryant-Genevier M, **Terplan M**. "Sex differences in substance abuse treatment adherence in the United States" *Addictive Disorders and Their Treatment* [accepted for publication]

45. **Terplan M**. "Alcohol-exposed pregnancy outcomes explained by social determinants of health" Mini-Commentary on "The association of pre-pregnancy alcohol drinking with child neuropsychological functioning" *British Journal of Obstetrics and Gynaecology* [accepted for publication]

46. Cheng D, Salimi S, **Terplan M**, Chisolm MS. "Intimate partner violence and maternal cigarette smoking before and during pregnancy" *Obstetrics & Gynecology* [accepted for publication]


**Non-peer reviewed journal articles**

1. Myers ER, Bastian LA, Havrilesky LJ, Kulasingam SL, **Terplan MS**, Cline KE, Gray RN, McCrory DC. "Management of Adnexal Mass." Evidence Report/Technology Assessment No. 130 (Prepared by the Duke Evidence-based Practice Center under Contract No. 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.) AHRQ Publication No. 06-E004. Rockville, MD: Agency for Healthcare Research and Quality. February 2006.

2. **Terplan M** "Towards a Dynamic Model of Methamphetamine Use During Pregnancy: Where did the current surge in drug treatment admissions come from?" *Adiktologie supplementum* 8(2):299-300 2008

3. **Terplan M** "Why is there no moral panic surrounding methamphetamine use in pregnancy in the US?" *Adiktologie supplementum* 8(2):300-1 2008

4. Tracy JK, **Terplan M**, Lydecker AD, Schluterman N. "HPV vaccine adherence in urban youth" *Cancer Prevention Research* 3(12 Suppl): PR-11 2010

5. Chisolm M, Friedman C, **Terplan M**. "The use of twitter® to advance perinatal mental health/addiction care and research." *Archives of Women's Mental Health* 16(1)Supplement:1-146 201

6. Desai A, Mark K, **Terplan M.** "Marijuana Use and Pregnancy: Prevalence, Associated Behaviors, and Birth Outcomes" *Obstetrics & Gynecology* 123():46S, May 2014.

7. Bryant-Genevier MM, Martin CE, **Terplan M**. "Reproductive Health Needs Among Drug Treatment Clients" *Obstetrics & Gynecology* 123():104S, May 2014.


**Committee Opinions**

1. American Society of Addiction Medicine "Public Policy Statement on Women, Alcohol and Other Drugs, and Pregnancy" July 11, 2011

2. American Society of Addiction Medicine and American College of Obstetrician and Gynecologists "Opioid Abuse, Dependence, and Addiction in Pregnancy" Committee Opinion, Number 524, May 2012


**Letters**

1. **Terplan M**, Bamberger J. "Wound Botulism associated with black tar heroin."*JAMA* 280(17):1479, November 4, 1998.

2. Johnston AJ, Holmquist S, **Terplan M** "Beyond the Journal Club: A Decade of Resident Evidence-Based Medicine Symposia at the University of Chicago" *Medical Teacher* 32(4):347-8, 2010.

Mishka Terplan, MD, MPH

3. **Terplan M**, Zuckerman D. "Comment on 'Statement on combined hormonal contraceptives containing third- or fourth-generation progestogens or cyproterone acetate, and the associated risk of thromboembolism'". *J Fam Plann Reprod Health Care* October 2013:0:1.

4. **Terplan M** "Letter to the editor re: The obstetrical and neonatal impact of maternal opioid detoxification in pregnancy, Stewart et al". *Am J Obstet Gynecol* 2013 Oct 29. pii: S0002-9378(13)01960-1. doi: 10.1016/j.ajog.2013.10.873.

## Book Chapters

1. Jones HE, Kaltenbach K, Chisolm MS, **Terplan M** "Prenatal Substance Abuse" in Textbook of Substance Abuse Treatment, 5th Edition. Editors: Galanter M, Kleber HD,Brady K. (In Press)

## Book Reviews

1. **Terplan M "**Book Review of Cancer disparities: Causes and evidence-based solutions" *Journal of Health Care for the Poor and Underserved* November 2012 issue 23 (4).

## Other Publications

1. Anderson B, **Terplan M** "Understanding the IUD "http://center4research.org/medical-care-for-adults/birth-control/understanding-the-iud/   July 2013

2. **Terplan, M** "Substance Use Screening and Reproductive Education and Counseling for Substance Using Women of Child-bearing Age" Providers' Clinical Support System for Medication Assisted Treatment, online module, 2014

## Media Appearances

1. Interviewed on WBAL, 5 o'clock news, segment titled "Price hikes could put lifesaving drug out of reach", December 5, 2014

## Major Invited Speeches

## Local

1. "Prenatal Care – A Game", University of Chicago Department of OB/Gyn Grand Rounds, Chicago IL  2006
2. "Racial Disparities in the Treatment and Outcome of Ovarian Cancer", University of Chicago Department of OB/Gyn Grand Rounds, Chicago IL 2008
3. "Prenatal Substance Use and Moral Panic: Crack versus Meth",   University of Chicago Department of OB/Gyn Section of Family Planning, Chicago IL 2009
4. "Racial Disparities in Ovarian Cancer Treatment and Survival", Grand Rounds Northshore Hospital, Evanston, IL. 2009
5. "Updates in Contraception", Grand Rounds, Evelyn Jordan Center, University of Maryland Medical Center, Baltimore, MD.  2010
6. "Prenatal Substance Use and Moral Panic: Crack versus meth in science and society", Grand Rounds, University of Maryland, Department of Obstetrics and Gynecology, Baltimore, MD. 2010
7. "Substance Use in Pregnancy", Addiction Psychiatry Fellowship Conference, Department of Psychiatry, Baltimore MD.  2010
8. "Contraception: History and Updates", May 13th, Health Care for the Homeless, Women's Health Conference, Baltimore, MD. 2010

Mishka Terplan, MD, MPH

9. "Racial Disparities in Ovarian Cancer", May 27th, Grand Rounds, Providence Hospital, Washington DC.  2010
10. "Medical Eligibility Criteria for Contraceptive Use", June 18th, Family Planning Provider Meeting, Maryland Department of Health and Mental Hygiene, Annapolis, MD.  2010
11. "Trends in Illicit Drug Use in Pregnancy in the US"  Grand Rounds Southern Maryland Hospital November 3rd, Clinton, MD. 2010
12. "Contraceptive Conundrums", January 21st, Family Planning Provider Meeting, Maryland Department of Health and Mental Hygiene, Annapolis, MD.  2011
13. "Updates in Contraception", Lunch and Learn, January 25th, University of Maryland Medical Center, Baltimore MD.  2011
14. "Trends in Substance Use in Pregnancy" Grand Rounds St Joseph's Medical Center, , Towson, MD. February 10, 2011
15. "Reproductive Health for Women with Disabilities" Grand Rounds, Kernan Orthopaedics and Rehabilitation HospitalBaltimore, MD. , July 26, 2011
16. "Women and Illicit Drug Use" Grand Rounds, Frederick Memorial Hospital, Frederick MD. March 16, 2012
17. "Crack Babies" Grand Rounds, Laurel Regional Hospital, Laurel MD.  April 26, 2012
18. "The CHARM Cohort", Scientific Advisory Committee Meeting Maryland STI-CRC, Baltimore, MD.  October 25, 2012
19. "Contraceptive Update". Maryland's 31st Annual Reproductive Heath Update, Baltimore, MD. April 26, 2013
20. "Drug Scares and Science: What we can learn from 'crack babies'". Regional Perinatal Advisory Group: The Challenges of Substance Use in Pregnancy and a Toolkit to Help". Westminster, MD. November 13th, 2013.

**National**

1. **Terplan M** "Cocaine and Pregnancy: Two decades of evidence", Hampshire College, Hampshire MA 2005
2. **Terplan M**"Prenatal Substance Use and Moral Panic: Crack versus Meth", Brown University Department of OB/Gyn Section of General Gynecology, Providence RI  2009
3. **Terplan M**, Tristan B, Friedman C.  "Addiction and Pregnancy: A Life Course Perspective", American Society of Addiction Medicine Annual Clinical Meeting, San Francisco CA, Oral Course Presentation (2 hours).  2010
4. **Terplan M**, Jones H.  "Expert Host: Perinatal/Neonatal Addictions."  International Women's and Children's Health and Gender Group (InWomen's) 1st Half-Day Conference, Scottsdale, AZ.  June 11, 2010
5. **Terplan, M** "Drug Scares and Science: Learning from the 'crack babies'" Law and Policy of the Developing Brain: Neuroscience from Womb to Death, hosted by University of California Hastings College of Law & Stanford Law School,  San Francisco and Palo Alto, CA.  February 10 and 11, 2012
6. **Terplan, M** "The Regulation of Illicit Substance Exposure in Pregnancy" Law and Policy of the Developing Brain: Neuroscience from Womb to Death, hosted by University of California Hastings College of Law & Stanford Law School San Francisco and Palo Alto, CA. February 10 and 11, 2012
7. **Terplan, M** "Substance Abuse Treatment in Pregnant Women: Does wait time matter?" Behavioral Health Data Users Conference: Translational Research for Policy and Programs,

Mishka Terplan, MD, MPH

hosted by Center for Behavioral Health Statistics and Quality, SAMHSA, Washington D.C. August 8-10, 2012

8. **Terplan, M** "Drug Scares and Science: What "Crack Babies" can teach us about current drug problems in pregnancy" National Association of Prenatal Social Workers 37th Annual Conference, Baltimore, MD.  May 8-11, 2013,

9. **Terplan, M** "Science and Drug Scares: What "crack babies" can teach us about study design" Invited Faculty for Grand Rounds Resident Research Day Faculty, University of Illinois College of Medicine, Department Obstetrics and Gynecology, Chicago, IL. May 17, 2013

10. **Terplan, M** " Science and Drug Scares: What "crack babies" can teach us about study design" Invited Webinar to March of Dimes NICU Family Support Specialists, Webinar. July 17th, 2013

**Proffered Communications**

**National**
1. Myers ER, Bastian LA, Havrilesky LJ, Kulasingam SL, **Terplan M**, Cline KE, Gray RN, McCrory DC. "Evidence Review on Evaluation of Adnexal Masses" UICC World Cancer Congress, Washington DC, Oral Presentation 2006
2. **Terplan, M.**, Garrett J, Hartman K, "Risk Factors for Continued Drug Use Among Pregnant Women Enrolled in Drug Treatment Programs:  Does gestational age upon entry matter?" American Society of Addiction Medicine, Miami Fl, Poster Presentation  2007
3. **Terplan M**, Kozloski M, Pollack H, "Methamphetamine Use and Pregnancy: Trends inprevalence and risk factors in drug treatment admissions 1994-2005", Society for Gynecologic Investigation, San Diego CA, Poster Presentation  2008
4. **Terplan M**, Smith E, Kozlowski M, Pollack H, "Methamphetamine Use in Pregnancy: Trends in National Treatment Admission and Treatment Request 1994-2006", Society for Epidemiologic Research, Chicago IL, Poster Presentation 2008
5. Whitaker AK, **Terplan M**, Gold MA, Johnson LM, Creinin MD, "Effect of a brief educational intervention on the attitudes of young women toward the intrauterine device", The Association of Reproductive Health Professionals, Planned Parenthood Federation of America, and Society of Family Planning, Washington DC, Poster Presentation  2008
6. Johnston A, Holmquist S, **Terplan M** "Beyond the journal club:  A decade of evidence-basemedicine at the University of Chicago", Medical Education Day University of Chicago, Chicago IL, Poster Presentation  2009
7. Johnston A, Holmquist S, **Terplan M** "Beyond the journal club:  A decade of evidence-based medicine at the University of Chicago", Association of Professors of Obstetrics and Gynecology, CREOG & APGO Annual Meeting, San Diego CA, California, Poster Presentation  2009
8.  Leung E, Wu S, Kay H, **Terplan M**, "Placenta Accreta: Depth of Invasion and Perinatal Outcome", American College of Obstetrics and Gynecology Annual Clinical Meeting, Chicago IL, Poster Presentation  2009
9. Taylor C, Nicosia A, **Terplan M**, "Patient Satisfaction with the Levonorgestrel Intrauterine System for Treatment of Abnormal Uterine Bleeding", American College of Obstetrics and Gynecology Annual Clinical Meeting, Chicago IL, Poster Presentation  2009
10. Smith EJ, **Terplan M**, "Is there a window of opportunity: pregnancy and disparities in treatment need versus receipt", College on Problems of Drug Dependence 2009 Annual Meeting, Reno NV, Poster Presentation  2009

Mishka Terplan, MD, MPH

11. **Terplan M**, Lui S, Smith EJ, "How useful is what we have? Limitations of Cochrane Reviews, the case of substance treatment in pregnancy", College on Problems of Drug Dependence 2009 Annual Meeting, Reno NV, Poster Presentation  2009

12. Bergin A, Whitaker AK, **Terplan M**, Gilliam M, "Failure to return for intrauterine device insertion after initial clinic visit", Association of Reproductive Health Professionals 2009 Annual Meeting, Los Angeles, CA, Poster Presentation  2009

13. Hoffman M, Johnston M, **Terplan M**, Smith E, Cholkeri-Singh A, Miller CE, "Laparoscopic Myomectomy for Abnormal Uterine Bleeding and Pain: Preliminary results from a large case series", 38th Global Congress of Minimally Invasive Gynecology, Orlando, FL, Oral Presentation  2009

14. **Terplan M**, "Pregnancy Prevention and Well-Woman Care for the Addiction Provider", 22nd Cape Cod Symposium on Addictive Disorders, Cape Cod, MA, Oral Presentation  2009

15. **Terplan M**, Smith E, Temkin S.  "Have improvements in treatment amplified racial disparities in ovarian cancer? An analysis of SEER data", Society for Gynecologic Oncologists 41st Annual Meeting on Women's Cancer, San Francisco, CA, Poster Presentation 2010

16. **Terplan M**, Palisoul M, Lui S, Friedman C.  "Gender, Pregnancy, and Treatment Completion by Criminal Justice Referral Status" 2010 NIDA International Forum, Scottsdale, AZ, Poster Presentation

17. **Terplan M**, Friedman C.  "Intensity of care is the only predictor of outpatient opiate treatment retention among pregnant women."  2010 College on Problems of Drug Dependence Scientific Meeting, Scottsdale, AZ, Poster Presentation

18. Chisolm M, Yunus F, Andersen A, Smith C, **Terplan M**. "Maternal and Child Health Consequences of Reducing the Nicotine Content in Cigarettes" 2010 Bayview Scientific Symposium, Baltimore, MD, Poster Presentation

19. Tracy JK, **Terplan M**, Lydecker AD, Schluterman N. "HPV Vaccine Adherence in Urban Youth" 2010 AACR International Conference on Frontiers in Cancer Prevention Research, Philadelphia, PA, Poster Presentation.

20. Johnston A, **Terplan M**, Temkin S. "Obesity as a Risk Factor for Morbidity in Patients Undergoing Total Abdominal Hysterectomy" Annual Scientific Meeting of the SGI, Miami, FL, Poster Presentation  2011

21. Mak C, Miller C, **Terplan M**. "The Snuffing Out of Cocaine: Trends in Drug-Exposed Deliveries 2001-2009" American College of Obstetrics and Gynecology, Annual Clinical Meeting, Washington DC, Poster Presentation  2011

22. Duncan N, Kay H, **Terplan** M. "Induction of Labor at Term Versus Primary Cesarean Delivery: A Cost Analysis" American College of Obstetrics and Gynecology, Annual Clinical Meeting, Washington DC, Poster Presentation 2011

23. Johnston A, **Terplan M**, Temkin S. "Obesity as a Risk Factor for Morbidity in Patients Undergoing Total Abdominal Hysterectomy" American College of Obstetrics and Gynecology, Annual Clinical Meeting, Washington DC, Poster Presentation  2011

24. **Terplan M**, Hladky K, Chisolm M, Tristan S. "Contraceptive Adherence and Method Choice among Women with Drug and Alcohol Problems: A Systematic Review" College on Problems of Drug Dependence Scientific Meeting, Hollywood, FL, Poster Presentation 2011

25. **Terplan M**, "Trends in Substance Use in Pregnancy in the US", 24th Cape Cod Symposium on Addictive Disorders, Cape Cod, MA, Oral Presentation 2011

26. Mokhtari N, **Terplan M**, Welsh C. "Overshadowed by Smoke: The relationship between psychiatric diagnosis and illicit substance use among pregnant women." 34th Annual Medical Student Research Day, University of Maryland School of Medicine, Baltimore, MD, Poster Presentation  2011

Mishka Terplan, MD, MPH

27. Namboodiri S, Redd J, Rouse A, **Terplan M**, Lane W, Stephens S. "B'More in the Kitchen: Food-related behaviors and food security in pregnant and postpartum women in west Baltimore". 34th Annual Medical Student Research Day, University of Maryland School of Medicine, Baltimore, MD, Oral Presentation  2011

28. Moore EM, Han J, Serio-Chapman C, Mobley C, Watson C, **Terplan M**. "Contraception and clean needles: Feasibility of combining mobile reproductive health and needle exchange services prioritizing female exotic dancers". 2012 Society for Adolescent Health and Medicine New Orleans Annual Meeting, New Orleans, LA, Poster Presentation 2012

29. Justice M, Amrane S, **Terplan M**. "The Effect of an Unwanted Pregnancy on Smoking Behavior". Women's Health 2012. The 20th Annual Congress. Washington DC. Poster Presentation. 2012

30. Mokhtari N, Appel L, Welsh C, Friedman C, **Terplan M**. "The Relationship between Illicit Drug Use and Psychiatric Diagnosis among Pregnant Women". American Society for Addiction Medicine, 43rd Annual Medical-Scientific Conference. Atlanta, GA. Poster Presentation. 2012

31. **Terplan M**. "Integrating SBIRT into Prenatal Care". American Society for Addiction Medicine, 43rd Annual Medical-Scientific Conference. Atlanta, GA. Oral Presentation. 2012

32. **Terplan M**, Wright T. "Screening for and Managing Substance Use in Practice". American College of Obstetrics and Gynecology 60th Annual Clinical Meeting, San Diego, CA. Oral Presentation. 2012

33. Rabin L, **Terplan M**, Hladky K. "Contraceptive Knowledge Among Women Seeking Termination of Pregnancy." American College of Obstetrics and Gynecology 60th Annual Clinical Meeting, San Diego, CA. Poster Presentation. 2012

34. Daley KS, Alger L, **Terplan M**. "Negative pressure wound therapy to prevent post-cesarean complications in morbidly obese women." American College of Obstetrics and Gynecology 60th Annual Clinical Meeting, San Diego, CA. Poster Presentation. 2012

35. Coleman-Cowger VH, **Terplan M**. "Smoking behaviors during pregnancy: Focus group findings from a public obstetrics clinic" College on Problems of Drug Dependence Scientific Meeting, Palm Springs CA, Poster Presentation. 2012

36. **Terplan M**, Cheng D, Chisolm MS. "The relationship between pregnancy intention and perinatal drinking behavior: An analysis of PRAMS data." College on Problems of Drug Dependence Scientific Meeting, Palm Springs CA, Poster Presentation. 2012

37. Chisolm MS, Cheng D, **Terplan M**. "The relationship between pregnancy intention and perinatal smoking behavior: An analysis of PRAMS data." College on Problems of Drug Dependence Scientific Meeting, Palm Springs CA, Poster Presentation. 2012

38. Longinaker N, Chisolm MS, **Terplan M.** "The graying of female substance abusers: An analysis of TEDS-D data." 9th Annual Women's Health Research Conference, Minneapolis, MN, Poster Presentation.  2012

39. **Terplan M**, Husman C, Lowe S, Collinetti E. "Screening Adolescents for Chlamydia at Non-Traditional Sites." Scientific Advisory Committee Meeting Maryland STI-CRC, Year 3 EPCRTI Progress, Baltimore, MD, Poster Presentation. 2012

40. Bavoil P, Brotman R, Forney L, Gajer P, Mahurkar A, Maurelli A, Myers G, Rank R, **Terplan M**, White O, Wilson D, Yeruva L, Ravel J. " Project "Eco-Pathogenomics of Chlamydial Reproductive Tract Infection (EPCRTI)." Annual Meeting of the Sexually Transmitted Infections Cooperative Research Centers, Taos, NM, Poster Presentation.  2013

41. Collinetti E, Brotman R, Lowe S, Husman C, Tran R, Ravel J, Bavoil P, **Terplan M**. "*Chlamydia trachomatis* Re-infection:  Rates and other Sexually Transmitted Co-infections." Annual Meeting of the Sexually Transmitted Infections Cooperative Research Centers, Taos, NM, Poster Presentation. 2013

Mishka Terplan, MD, MPH

42. Brotman R, Collinetti E, Lowe S, Husman C, Tran R, Ravel J, Bavoil P, **Terplan M**. "Sexting rates, behaviors and attitudes among a cohort of *Chlamydia trachomatis*- infected adolescents and young adults." Annual Meeting of the Sexually Transmitted Infections Cooperative Research Centers, Taos, NM, Poster Presentation. 2013

43. Ma B, Gajer P, Collinetti E, Neuendorf E, Yang H, Sakamoto J, Koenig S, Fadrosh D, Mekosh S, Mahurkar A, White O, **Terplan M**, Bavoil P, Forney LJ, Ravel J. " Vaginal microbiome upon Chlamydia trachomatis infection." Annual Meeting of the Sexually Transmitted Infections Cooperative Research Centers, Taos, NM, Oral Presentation. 2013

44. Myers GSA, Humphrys M, Neuendorf E, Marques PX, Collinetti E, Bavoil P, Ravel J. "The Challenge of Sequencing Chlamydia Genomes Directly From Clinical Samples." Annual Meeting of the Sexually Transmitted Infections Cooperative Research Centers, Taos, NM, Oral Presentation.  2013

45. Marques P, Craig A, Carrasco J, George N, Collinetti E, Mekosh S, Mahurkar A, White O, **Terplan M**, Want H, Wilson D, Ravel J, Bavoil P, Hsia R. "Are Antibodies to Distinct Polymorphic Membrane Protein Subtypes Associated with Gender and Ethnicity of Chlamydia trachomatis-Infected Patients?" Annual Meeting of the Sexually Transmitted Infections Cooperative Research Centers, Taos, NM, Poster Presentation. 2013

46. Salimi S, **Terplan M**, Cheng D, Chisolm MS. "The relationship between prenatal cigarette smoking and postpartum depression: An analysis of PRAMS data." Society for Research on Nicotine and Tobacco 19th Annual Meeting, Boston, MA, Poster Presentation.  2013

47. Martin CE, **Terplan M**, Han J, Chaulk P, Serio-Chapman C. "Depot Medroxyprogesterone Acetate Continuation Among Female Exotic Dancers Seeking Mobile Reproductive Health Services." Second Annual Symposium on the Social Determinants of Health—Action for Equity, Baltimore, MD, Poster Presentation. 2013

48. **Terplan M**, Wright T. "SBIRT (It's coming. Are we ready?): Screening for and Managing Substance Use in Practice". American College of Obstetrics and Gynecology 61st Annual Clinical Meeting, New Orleans, LA. Oral Presentation. 2013

49. Appel L, Ramanadhan S, Hladky K, Rawls C, Welsh C, **Terplan M**. "Patient Acceptability of SBIRT in an Abortion Clinic Setting". American College of Obstetrics and Gynecology 61st Annual Clinical Meeting, New Orleans, LA. Poster Presentation.  2013

50. Longinaker N, **Terplan M**. "Cohort trends in US drug use: An analysis of the Treatment Episode Data Set 2006-8". First Annual Mid Atlantic PREP & IMSD Research Symposium, Blacksburg, VA. Poster Presentation. 2013

51. Martin CE, **Terplan M**, Han J, Chaulk P, Serio-Chapman C. "Contraception Continuation among Female Exotic Dancers Seeking Mobile Reproductive Health Services Concurrent with Syringe Exchange". College on Problems of Drug Dependence 75th Annual Meeting, San Diego, CA. Poster Presentation. 2013

52. Salimi S, Chisolm M, Cheng D, **Terplan, M**. "The Relationship between Postpartum Depression and Change in Prenatal Alcohol Use: An analysis of PRAMS data." College on Problems of Drug Dependence 75th Annual Meeting, San Diego, CA. Poster Presentation. 2013

53. Appel L, Ramanadhan S, Hladky K, Rawls C, Welsh C, **Terplan M**. "Patient Acceptability of Screening, Brief Intervention, and Referral to Treatment (SBIRT) in an Abortion Clinic Setting." Association for Medical Education and Research in Substance Abuse 37th Annual Conference, Bethesda, MD. Poster Presentation. 2013

54. Marques PX, Craig A, Huse V, George N, Collinetti E, Mekosh S, Mahurkar A, White O, Mark K, **Terplan M**, Wand H, Wilson D, Ravel J, Hsia R, Bavoil PM. "High-titer MOMP and Pmp-specific antibodies are biomarkers of upper tract disease, not immunity, in *Chlamydia*

17

Mishka Terplan, MD, MPH

*trachomtis*-infected women" Annual Meeting of the Sexually Transmitted Infections Cooperative Research Centers, Boston, MA, Oral Presentation. 2014.

55. Myers GS, Humphrys M, Neuendorf E, Creasy HH, Marques PX, Shou H, **Terplan M**, Collinetti E, Nandy M, Bavoil PM, Ravel J. "Sequencing *Chlamydia* Genomes Directly from Clinical Samples." Annual Meeting of the Sexually Transmitted Infections Cooperative Research Centers, Boston, MA, Oral Presentation. 2014.

56. Longinaker N, Mark K, Lowe S, Collinetti E, Husman C, Nandy M, Brotman R, Ravel R, Bavoil PM, **Terplan M**. "Retention in an STI cohort study" An analysis of the *Chlamydia* Adolescent/Adult Reproductive Management (CHARM) cohort." Annual Meeting of the Sexually Transmitted Infections Cooperative Research Centers, Boston, MA, Poster Presentation. 2014

57. Ma B, Gajer P, Collinetti E, Neuendorf E, Yang H, Sakamoto J, Koenig S, Fadrosh D, Mark K, **Terplan M**, Bavoil PM, Forney LJ, Ravel J. "Concordant bacterial community composition at the cervix and vagina." Annual Meeting of the Sexually Transmitted Infections Cooperative Research Centers, Boston, MA, Poster Presentation. 2014

58. Mark K, Lowe S, Collinetti E, Hussman C, Nandy M, Brotman R, Ravel J, Bavoil PM, **Terplan M**. "The *Chlamydia* Adolescent/Adult Reproductive Management (CHARM) cohort of Baltimore City." Annual Meeting of the Sexually Transmitted Infections Cooperative Research Centers, Boston, MA, Poster Presentation. 2014

59. Bavoil PM, Myers GSA, Ma B, Marques PX, Gajer P, Craig A, Huot-Creasy H, Humphrys M, Collinetti E, Lowe S, Nandy M, George N, Shou H, Hovis K, Wand H, Mark K, Mahurkar A, Forney L, Hsia R-c, Wilson D, **Terplan M**, Ravel J. "Eco-Pathogenomics of Chlamydial Reproduction Tract Infection (EPCRTI)." 13th International Symposium on Human Chlamydial Infections, Pacific Grove, CA. Oral Presentation. 2014

60. Mark K, Longinaker N, Collinetti E, Lowe S, Husman C, **Terplan M**. "Gender differences in sexting behaviors among Chlamydia positive adolescents and young adults". Annual Meeting of the Society for Adolescent Health and Medicine, Austin, TX, Poster Presentation, 2014.

61. Miller-Thomas T, Leoustakos JS, **Terplan M**, Brigham EP, Chisolm MS. "Comparison of cigarette smoking knowledge, attitudes, and practices among staff in prenatal and other substance abuse treatment settings". American Society of Addiction Medicine 45th Annual Medical-Scientific Conference, Orlando, FL, Poster Presentation, 2014.

62. Desai A, Mark K, **Terplan M**. "Marijuana use and Pregnancy: Prevalence, Associated Behaviors, and Birth Outcomes". American College of Obstetrics and Gynecology 62nd Annual Clinical Meeting, Chicago, IL. Poster Presentation. 2014.

63. Bryant-Genevier M, Martin CE, **Terplan M**. "Reproductive Health Needs Among Drug Treatment Clients". American College of Obstetrics and Gynecology 62nd Annual Clinical Meeting, Chicago, IL. Poster Presentation. 2014.

64. Martin CE, Chisolm MS, **Terplan M**. "Trends in Substance Use Treatment for Marijuana during Pregnancy: 2006 to 2009". Society for Prevention Research, 22nd Annual Meeting, Washington DC, Poster Presentation, 2014.

65. Salimi S, **Terplan M**, Chisolm M, Cheng D. "Association of intimate partner violence with cigarette smoking before and during pregnancy, 2004-2008 births." International Women's (InWomen) Group Conference, San Juan, Puerto Rico, Poster Presentation, 2014.

66. **Terplan M**, Longinaker N, Chisolm MS. "How well do we understand older female substance abusers in the US? An analysis of TEDS-D 2006-09." International Women's (InWomen) Group Conference, San Juan, Puerto Rico. Poster Presentation, 2014.

Mishka Terplan, MD, MPH

67. Salimi S, **Terplan M**, Chisolm M, Cheng D. "Association of intimate partner violence with cigarette smoking before and during pregnancy, 2004-2008 births." NIDA International Forum. San Juan, Puerto Rico.  Poster Presentation, 2014.

68. Coleman-Cowger VH, Belur V, **Terplan M**. "Differences between recent quitters and current smokers during pregnancy." College of Drug Dependence 76th Annual Scientific Meeting. San Juan, Puerto Rico. Poster Presentation, 2014.

69. Longinaker N, Appel L, **Terplan M**. "Availability of women-centered drug treatment services: An analysis of NSSATS 2002-2010" College of Drug Dependence 76th Annual Scientific Meeting, San Juan, Puerto Rico. Poster Presentation, 2014.

70. Bryant-Genevier M, Appel L, Mark KD, **Terplan M**. "Reproductive health needs among drug treatment clients." College of Drug Dependence 76th Annual Scientific Meeting, San Juan, Puerto Rico. Poster Presentation, 2014.

71. **Terplan M**, Longinaker N, Chisolm MS. "How well do we understand older female substance abusers in the US? An analysis of TEDS-D 2006-09." College of Drug Dependence 76th Annual Scientific Meeting, San Juan, Puerto Rico. Poster Presentation, 2014.

72. Farquhar B, **Terplan M**, Chisolm MS, Coleman-Cowger V, Mark K.  "Pregnant Women's Knowledge and Attitudes regarding Electronic Cigarettes" ACOG District I, III and IV Annual Meeting, Baltimore, MD. Poster Presentation, 2014.

73. Longinaker N, Appel L, **Terplan M**. "Availability of women-centered drug treatment services: An analysis of NSSATS 2002-2010" ACOG District I, III and IV Annual Meeting, Baltimore, MD. Poster Presentation, 2014.

74. **Terplan M**. "Working across the lines: innovative work with exotic dancers' reproductive health needs" Harm Reduction Coalition 10th National Harm Reduction Conference, Baltimore, MD. Oral Presentation, 2014.

75. **Terplan M**. "Is harm reduction relevant to pregnant women and parents in the child welfare system" Harm Reduction Coalition 10th National Harm Reduction Conference, Baltimore, MD. Panel Presentation (Lynn Paltrow Chair) 2014.

76. Marques PX, Craig AP, Longinaker N, Colinetti E, Nandy M, Mekosh S, Mahurkar A, Carrasco JA, George N, **Terplan M**, Mark K, Wand H, Wilson DP, Brotman R, Ravel J, Hsia R, Bavoil PM. "Association of specific antibodies with upper genital tract disease in *Chlamydia trachomatis*-infected women: an update" Chlamydia Basic Research Society, 2015 Biennial Meeting, New Orleans, LA. Oral Presentation, 2015.

77.


## International

1. **Terplan, M**. Lui, S, "A systematic review of psychosocial interventions for pregnant women in illicit drug treatment programmes", The Society for the Study of Addiction, York UK, Poster Presentation  2006

2. **Terplan M,** "Compassionate Coercion: Factors Associated With Court Mandated Drug and Alcohol Treatment in Pregnancy, 1994-2006", American Society of Addiction Medicine, Ontario, Canada, Oral Presentation  2008

3. **Terplan M,** Kozloski M , "Trends in Days Waiting to Enter Treatment: Has Anything Improved for Pregnant Women?", American Society of Addiction Medicine, Ontario, Canada, Poster Presentation  2008

4. **Terplan M**, "Why is there no moral panic surrounding methamphetamine use in pregnancy in the US?" Global Conference on Methamphetamine: Science, Strategy, and Response, Prague, Czech Republic, Oral Presentation  2008

Mishka Terplan, MD, MPH

5. **Terplan M**, "Towards a Dynamic Model of Methamphetamine use During Pregnancy: Where did the current surge in drug treatment admissions come from?", 2008 Global Conference on Methamphetamine: Science, Strategy, and Response, Prague, Czech Republic, Oral Presentation  2008

6. **Terplan M**, Smith EJ, Temkin S, "Racial Disparities in Ovarian Cancer Treatment and Survival in the United States: A systematic review", XVIII IEA World Congress of Epidemiology, Porto Alegre, Brazil, Poster Presentation  2008

7. **Terplan M**, Smith EJ, Pollack H  "Towards a dynamic model of drug trends in pregnancy in the United States 1994 – 2005", XVIII IEA World Congress of Epidemiology, Porto Alegre, Brazil, Poster Presentation  2008

8. Narayanan R, **Terplan M**, DiGiovanni L "The Effect of Maternal Obesity on Pregnancy and Neonatal Outcomes", Society Gynecologic Investigation  Annual Scientific Meeting, Glasgow, Scotland, Poster Presentation  2009

9. Lui S, Smith EJ, **Terplan M**, "Heterogeneity in search strategies among Cochrane acupuncture reviews" Cochrane Colloquia, Singapore, Poster Presentation 2009

10. Chisolm MS, Friedman C, **Terplan M** "The use of Twitter to advance perinatal mental health/addiction care and research" International Biennial Congress of the Marce Society, Paris, France, Poster Presentation.  2012

11. Ma B, Brotman RM, Gajer P, Fadrosh D, Mahurkar A, White O, **Terplan M**, Bavoil P, Forney L, Ravel J. "Vaginal microbiome in a Chlamydia trachomatis-infected population". The International Society for Sexually Transmitted Diseases Research, 20th Meeting, Vienna, Austria, Poster Presentation.  2013

12. Bavoil P, Brotman R, Forney L, Gajer P, Mahurkar A, Maurelli A, Myers M, Rank R, **Terplan M**, White O, Wilson D, Yeruva L, Ravel J "Eco-Pathogenomics of Chlamydial Reproductive Tract Infection (EPCRTI)" 5th Congress of European Microbiologists, Leipzig, Germany, Poster Presentation  2013

13. Marques PX, Craig AP, Carrasco JA, George N, Collinetti E, Mekosh S, Mahurkar A, White O, **Terplan M**, Wand H, Wilson DP, Ravel J, Hsia R, Bavoil PM. "Association of Specific Antibodies with Upper Genital Tract Disease in Chlamydia trachomatis-Infected Women" 12th German Chlamydia Workshop, Berlin, Germany, Poster Presentation 2014