IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TAMARA M. LOERTSCHER,

    Plaintiff,

v.

ELOISE ANDERSON, in her official capacity as Secretary of the Department of Children and Families, and BRAD D. SCHIMEL, in his official capacity as Attorney General of the State of Wisconsin,

    Defendants.

OPINION and ORDER

14-cv-870-jdp

---

    The court held a telephonic status conference concerning plaintiff's motion for preliminary injunction. After hearing from the parties, the court set the following briefing schedule: defendants' response to the motion, addressed to the balance of harms and the public interest, is due January 20; plaintiff may file a succinct reply by January 21. Plaintiff may address the abstention issue raised by defendants on the call in its reply or in a separate brief. Defendants' response to the motion concerning the sealing of the CHIPS petition documents is extended to January 23; plaintiff may reply by January 26. Plaintiff will also submit, at her earliest convenience, a proposed temporary restraining order for the court's consideration should plaintiff go into labor before the decision on the preliminary injunction. The court requests that plaintiff's counsel inform the court if plaintiff goes into labor.

    Entered January 13, 2015.

                                                    BY THE COURT:

                                                    /s/
                                                    JAMES D. PETERSON
                                                    District Judge