# Exhibit A

**SCHMIEGE & GRAFF LTD, LAW FIRM**

ATTORNEYS
Kenneth W. Schmiege
Courtney L. Graff
Ruthann L. Koch

123 W. State Street
PO Box 512
Medford, WI 54451
P. 715.748.9888
F. 715.748.9232

June 1, 2015

Attorney Freya Bowen
Perkins Coie
One East Main Street
Suite 201
Madison, WI 533703

Re: Offer of Resolution – Wis. Stat. 904.08

Attorney Bowen,

As you know, we have been informed by legal counsel for the Department of Children and Families that a substantiated finding that names a maltreater does not pertain in a circumstance of maltreatment of an unborn child. I am writing on behalf of Taylor County Human Services, therefore, to confirm that the uChips maltreatment substantiation finding naming Tamara Loertscher referenced in Taylor County Human Services Department letters to your client dated September 29, 2014, and November 10, 2014, has been over-written in the eWiSacWis database. To the Department's knowledge, there are no additional records of the finding and the finding has not been submitted to any other database. Furthermore, the Department will not publish any records to any databases in the future. As we have previously advised, the finding is not and has never been subject to reporting under the Wisconsin Caregiver Laws.

We believe this concludes the matters that arose last December pertaining to your client. Please let us know if you have further questions.

Sincerely,

Courtney L. Graff
Taylor County Corporation Counsel

cc: Taylor County Human Services Department