# Exhibit B

# Schmiege & Graff, LTD

| | | | |
|---|---|---|---|
| **123 W. State St**<br>**PO Box 512**<br>**Medford, WI 54451**<br>**Phone: 715-748-9888**<br>**Fax: 715-748-9232** | *ATTORNEYS*<br>Kenneth W. Schmiege<br>Courtney L. Graff<br>Ruthann L. Koch | *LEGAL ASSISTANTS*<br>Doris M. Kiefer<br>Andrea A. Hartwig | ken@schmiege-graff-law.com<br>courtney@schmiege-graff-law.com<br>ruthann@schmiege-graff-law.com<br>doris@schmiege-graff-law.com<br>andrea@schmiege-graff-law.com |

July 6, 2015

Attorney Freya Bowen
Perkins Coie
One East Main Street
Suite 201
Madison, WI 533703

RE:     Closure of Taylor County Case Number 14-JC-09

Attorney Bowen,

This letter is in response to your inquiry of the Taylor County Register-in-Probate regarding whether the above-referenced matter has been officially closed.

Pursuant to the Consent Decree, dated September 22, 2014, the original petition is dismissed at the end of the appropriate period without further order of the Court if the parties comply with the terms of the Consent Decree and the proceedings are not reinstated.

In a letter dated March 20, 2015, Taylor County Human Services Department case worker Darlene Anderson notified the court that TCHSD would not be seeking additional court action regarding the Consent Decree. Additionally, Ms. Anderson stated that Ms. Loertscher had complied with the terms of the Consent Decree.

The Consent Decree expired on March 22, 2015. Therefore, pursuant to the terms of the Consent Decree, the original petition is deemed to be dismissed. No further order of the Court is necessary.

If you have questions regarding the above information, please contact me.

Sincerely,

SCHMIEGE & GRAFF, LTD

Courtney L. Graff
Taylor County Corporation Counsel

Enc.
Cc:     Darlene Anderson, TCHSD
        Attorney Douglas Knott
        Taylor County Register-in-Probate
        Attorney Michael Shiffler, GAL