IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TAMARA M. LOERTSCHER,

    Plaintiff,

    v.                             Case No. 14-C-870

BRAD D. SCHIMEL, in his official
capacity as ATTORNEY GENERAL
OF THE STATE OF WISCONSIN,
and ELOISE ANDERSON, in her
official capacity as SECRETARY OF
THE DEPARTMENT OF CHILDREN
AND FAMILIES,

    Defendants.

## DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS FOR MOOTNESS

Defendants Brad D. Schimel and Eloise Anderson, by their attorneys, Maria S. Lazar and Karla Z. Keckhaver, Assistant Attorneys General, move the Court for an order as follows:

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants move the Court for an order dismissing the Complaint. As the basis for this motion,

Defendants incorporate by reference their Brief in Support of their Supplemental Motion to Dismiss for Mootness.

Dated July 10, 2015.

Respectfully submitted,

BRAD D. SCHIMEL
Attorney General

s/Maria S. Lazar
MARIA S. LAZAR
Assistant Attorney General
State Bar #1017150

KARLA Z. KECKHAVER
Assistant Attorney General
State Bar #1028242

Attorneys for Defendants
Brad D. Schimel and Eloise Anderson

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-3519 (MSL)
(608) 264-6365 (KZK)
(608) 267-2223 (Fax)
*lazarms@doj.state.wi.us*
*keckhaverkz@doj.state.wi.us*