# PERKINScoie

One East Main Street
Suite 201
Madison, WI 53703-5118

T +1.608.663.7460
F +1.608.663.7499
perkinscoie.com

July 24, 2015

Freya K. Bowen
FBowen@perkinscoie.com
D. (608) 663-7495
F. (608) 283-4495

**BY ECF**

The Honorable James D. Peterson
U.S. District Court Judge
Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

**RE:**   ***Tamara Loertscher v. Brad D. Schimel, et al.***
**Case No. 14-cv-870**

Dear Judge Peterson:

I write to advise the Court that due to the termination of all state court proceedings against Ms. Loertscher, as set forth in my letter to the Court of July 10, 2015 (ECF No. 47), Ms. Loertscher hereby withdraws her pending motion for a preliminary injunction (ECF No. 13).

As will be discussed in Ms. Loertscher's response to Defendants' supplemental motion to dismiss on mootness grounds (ECF No. 48), the termination of these state court proceedings and the withdrawal of Ms. Loertscher's request for preliminary injunctive relief do not deprive Ms. Loertscher of standing to pursue her claims for declaratory and permanent injunctive relief, and Ms. Loertscher intends to vigorously pursue these claims.

Respectfully Submitted,

*s/  Freya K. Bowen*

Freya K. Bowen
David J. Harth
Joshua L. Kaul
David R. Pekarek Krohn

cc:   Maria S. Lazar/Karla Z. Keckhaver (via ECF)
      Sarah E. Burns/ Avram Frey (via ECF)
      Sara L. Ainsworth/Lynn M. Paltrow (via ECF)