IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**TAMARA M. LOERTSCHER**,

      Plaintiff,

    v.                       Case No. 14-cv-870

**BRAD SCHIMEL**, et al.,

      Defendants.

---

## DEFENDANTS ELOISE ANDERSON'S AND BRAD SCHIMEL'S MOTION TO DISMISS AMENDED COMPLAINT

---

Defendants Brad D. Schimel and Eloise Anderson, by their attorneys, move the Court for an order as follows:

Pursuant to Fed. R. Civ. P. 12(b)(1), Defendants move the Court for an order dismissing the Amended Complaint against them. As the basis for this motion, Defendants incorporate by reference their Brief in Support of their Motion to Dismiss the Amended Complaint.

Dated November 20, 2015.

                               BRAD D. SCHIMEL
                               Attorney General

                               ***s/KARLA K. KECKHAVER***
                               KARLA K. KECKHAVER
                               Assistant Attorney General
                               State Bar #1028242

JODY J. SCHMELZER
Assistant Attorney Genera
State Bar # 1027796

LUKE N. BERG
Assistant Attorney General
State Bar #1095644

Attorneys for Defendants Brad D. Schimel and Eloise Anderson

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-6365 (KZK)
(608) 266-3094 (JJS)
(608) 266-3056 (LNB)
(608) 267-2223 (Fax)
*keckhaverkz@doj.state.wi.us*
*schmelzerjj@doj.state.wi.us*
*bergln@doj.state.wi.us*