# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

**TAMARA M. LOERTSCHER**

        Plaintiff,

v.

**BRAD SCHIMEL**, in his official capacity as
ATTORNEY GENERAL OF THE STATE OF WISCONSIN;
**ELOISE ANDERSON**, in her official capacity as SECRETARY
OF THE DEPARTMENT OF CHILDREN AND FAMILIES;
**TAYLOR COUNTY**;
**AMBER FALLOS**, in her individual and official capacity as
AGENCY DIRECTOR OF TAYLOR COUNTY DEPARTMENT
OF HUMAN SERVICES;
**LIZA DALEIDEN,** in her individual and official capacity as
DEPUTY DIRECTOR OF TAYLOR COUNTY DEPARTMENT
OF HUMAN SERVICES;
 **JULIE CLARKSON,** in her individual and official capacity as
SOCIAL WORKER WITH TAYLOR COUNTY DEPARTMENT
OF HUMAN SERVICES; and
**JANE OR JOHN DOE,** in her/his individual and official capacity
as signatory and state actor on TEMPORARY PHYSICAL
CUSTODY ORDER, dated August 4, 2014,

        Defendants.

CIVIL ACTION

Case No. 14-cv-870

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Laura Hecht-Felella, of the National Advocates for Pregnant Women, in New York, New York, hereby enters her appearance in the above-captioned action as counsel for Plaintiff, Tamara M. Loertscher. Attorney Hecht-Fellela is admitted to practice in the Western District of Wisconsin.

Please remove Attorney Sara L. Ainsworth from the list of counsel representing Plaintiff Tamara Loertscher in this matter

Copies of all pleadings and other documents should be served upon Attorney Laura Hecht-Felella at the following address:

>Laura Hecht-Felella
>lhf@advocatesforpregnantwomen.org
>**National Advocates for Pregnant Women**
>15 W. 36th Street, Suite 901
>New York, NY 10018
>Telephone: (212) 555.9252
>Facsimile: (212) 225-9253

Dated this 17th day of December, 2015.　　Respectfully submitted,

**PERKINS COIE, LLP**

By:　*s/ Freya K. Bowen*

>David J. Harth
>dharth@perkinscoie.com
>Freya K. Bowen
>fbowen@perkinscoie.com
>Joshua L. Kaul
>jkaul@perkinscoie.com
>David Pekarek-Krohn
>1 East Main Street, Suite 201
>Madison, WI 53703
>Telephone: (608) 663-7460
>Facsimile: (608) 663-7499
>
>**NATIONAL ADVOCATES FOR PREGNANT WOMEN**
>Lynn M. Paltrow
>lmp@advocatesforpregnantwomen.org
>Farah Diaz-Tello
>fdt@advocatesforpregnantwomen.org
>Laura Hecht-Felella
>lhf@advocatesforpregnantwomen.org
>15 W. 36th Street, Suite 901
>New York, NY 10018
>Telephone: (212) 555.9252
>Facsimile: (212) 225-9253

**NYU SCHOOL OF LAW**
**REPRODUCTIVE JUSTICE CLINIC**
Sarah E. Burns
sarah.burns@nyu.edu
Washington Square Legal Services, Inc.
NYU School of Law
245 Sullivan Street, 5th Floor
New York, New York 10012

*Attorneys for the Plaintiff,*
*Tamara Loertscher*