1                    BARBARA KNOX, M.D.

2               UNITED STATES DISTRICT COURT

              WESTERN DISTRICT OF WISCONSIN

3

   TAMARA M. LOERTSCHER,            )

4                                   )

                                    )

5            Plaintiff,             )   Civil Action

                                    )   Case No. 14-cv-870

6       vs.                         )

                                    )

7    BRAD D. SCHIMEL, et al.,       )

                                    )

8               Defendants.         )

9

       VIDEOTAPED DEPOSITION OF BARBARA KNOX, M.D.

10               Madison, Wisconsin

             Friday, October 14, 2016

11

12

13

14

15

16

17

18

19

20

21

22

23

24   Reported by: JANET L. ROBBINS, CSR, RPR

25   JOB NO. 111895

Page 2

1   BARBARA KNOX, M.D.
2
3
4
5
6
7   October 14, 2016
8   9:05 a.m.
9
10
11   Videotaped deposition of BARBARA
12   KNOX, M.D., at 1 East Main Street, Suite 201,
13   Madison, Wisconsin, pursuant to notice, before
14   JANET L. ROBBINS, Illinois Certified Shorthand
15   Reporter, Registered Professional Reporter.
16
17
18
19
20
21
22
23
24
25

Page 3

1   BARBARA KNOX, M.D.
2   A P P E A R A N C E S:
3   NEW YORK UNIVERSITY SCHOOL OF LAW
    BY:  ALYSON ZUREICK, ESQ.
4   245 Sullivan Street
    Furman Hall
5   New York, New York  10012
6        -and-
    NATIONAL ADVOCATES FOR PREGNANT WOMEN
7   BY:  NANCY ROSENBLOOM, ESQ.
8   875 6th Avenue
    New York, New York  10001
9        appeared on behalf of the Plaintiff;
10
11        -and-
12   PERKINS COIE
     BY:  DAVID HARTH, ESQ.
13   1 East Main Street
     Madison, Wisconsin  53703
14
15   STATE OF WISCONSIN
     BY:  KARLA KECKHAVER, ESQ.
16   17 West Main Street
     Madison, Wisconsin  53707
17        appeared on behalf of Defendants
          Brad D. Schimel and Eloise Anderson;
18
19   LEIB KNOTT GAYNOR
     BY:  RYAN WIESNER, ESQ.
20   DOUGLAS S. KNOTT, ESQ.
     219 North Milwaukee Street
21   Milwaukee, Wisconsin  53202
          appeared telephonically on behalf of the
22        Taylor County Defendants.
23
24
25   ALSO PRESENT:
          ERIC RUKIN, Legal Videographer

Page 4

1   BARBARA KNOX, M.D.
2        I N D E X
3   WITNESS:
    BARBARA KNOX, M.D.
4
                                            PAGE
5   EXAM BY MS. ZUREICK                        7
    EXAM BY MS. KECKHAVER                    248
6
7        E X H I B I T S
8   EXHIBITS    DESCRIPTION           PG   LN
9   Exhibit 116  Expert Report of     15   10
         Barbara L. Knox, MD,
10            FAAP
    Exhibit 117  Curriculum Vitae of  31   11
11        Barbar L. Knox, MD,
              FAAP
12   Exhibit 118  UW Health American   65   23
         Family Children's
13            Hospital  Child
              Abuse, What is Child
14            Abuse?
    Exhibit 119  Case Type List by    161   23
15            Division
    Exhibit 120  State v. Hawkey      173   10
    Exhibit 121  AAP Clinical Report - 193   13
16        Fetal Alcohol
              Spectrum Disorders -
17            Abstract
    Exhibit 122  Prenatal             211   12
18        Methamphetamine
              Exposure and
19            Childhood Behavior
              Problems at 3 and 5
20            Years of Age
    Exhibit 123  Exhibit G            215   19
21        Methamphetamines and
              Pregnancy Outcomes by
22            T. Wright
    Exhibit 124  Prenatal             218   17
23        methamphetamine
              exposure and
24            neurodevelopmental
              outcomes in children
25            from 1 to 3 years

Page 5

1   BARBARA KNOX, M.D.
2        E X H I B I T S  (Continued)
3   EXHIBITS     DESCRIPTION       PG    LN
    Exhibit 125  Maternal          222    6
4        Methamphetamine Use
              in Pregnancy and
5             Long-Term
              Neurodevelopmental
6             and Behavioral
              Deficits in Children
7   Exhibit 126  Developmental     231    5
              Consequences of Fetal
8             Exposure to Drugs:
              What We Know and What
9             We Still Must Learn
    Exhibit 127  Marijuana impairs  236    5
10            growth in
              mid-gestation fetuses
11   Exhibit 128  Effect of Prenatal  241   7
              Marijuana Exposure on
12            the Cognitive
              Development of
13            Offspring at Age
              Three
14
15
16
17
18
19
20
21
22
23
24
25

Page 6

BARBARA KNOX, M.D.

1  THE VIDEOGRAPHER:  Good morning.
2  This is the start of tape labeled No. 1 of
3  the videotaped deposition of Dr. Barbara
4  Knox.
5
6  This is in the matter of Tamara M.
7  Loertscher versus Brad D. Schimel, et al.
8  It's filed in the United States District
9  Court for the Western District of
10  Wisconsin, Case No. 14-cv-870.
11  This deposition is being held at
12  Perkins Coie law firm, at 1 East Main
13  Street on the second floor, Madison,
14  Wisconsin, on October 14th, 2016 at
15  approximately 9:05 a.m.
16  My name is Eric Rukin.  I'm from TSG
17  Reporting, Incorporated.  And I'm the legal
18  video specialist.  The court reporter is
19  Janet Robbins, also in association with TSG
20  Reporting.
21  Will counsel at this time please
22  voice identify yourselves for the.
23  MS. ZUREICK:  Alyson Zureick and
24  Nancy Rosenbloom for the plaintiff.
25  MR. HARTH:  David -- David Harth,

Page 7

BARBARA KNOX, M.D.

1  Perkins, also for the plaintiff.
2  MS. KECKHAVER:  Karla Keckhaver,
3  appearing on behalf of the State
4  Defendants.
5  MR. WIESNER:  And Ryan Wiesner --
6  no, go ahead.
7  MS. KECKHAVER:  No, it's you, Ryan.
8  MR. WIESNER:  Ryan Wiesner on behalf
9  of the County Defendants.
10  THE VIDEOGRAPHER:  Will the reporter
11  swear in the witness, please.
12  (Witness sworn.)
13  BARBARA KNOX, M.D.,
14  called as a witness herein, having been first
15  duly sworn, was examined and testified as
16  follows:
17  EXAMINATION
18  BY MS. ZUREICK:
19  Q.  Okay.  Good morning.
20  A.  Good morning.
21  Q.  Would you please state and spell
22  your first and last name for the record.
23  A.  Yes.  Dr. Barbara, B-A-R-B-A-R-A,
24  Knox, K-N-O-X.
25

Page 8

BARBARA KNOX, M.D.

1  Q.  Wonderful.  Thank you.
2  And do you understand that your
3  testimony today is under oath?
4  A.  Yes, I do.
5  Q.  Okay.  And is there anything that
6  would impair your ability to testify fully and
7  truthfully today?
8  A.  No.
9  Q.  Okay.  And will you answer my
10  questions audibly so that the reporter can
11  transcribe your responses correctly?
12  A.  Yes.
13  Q.  Thank you.
14  And will you let me finish my
15  questions before you answer them?
16  A.  Yes.
17  Q.  Okay.  And if you cannot hear a
18  question, will you tell me so that I can repeat
19  it?
20  A.  Yes.
21  Q.  Okay.  And will you ask me if you
22  don't understand a question?
23  A.  Yes.
24  Q.  If you tell me you don't understand

Page 9

BARBARA KNOX, M.D.

1  a question, I will try to rephrase it.
2  Does that sound fair?
3  A.  Yes.
4  Q.  But if you answer, I'll assume that
5  you did understand my question.
6  Is that clear?
7  A.  Yes.
8  Q.  Okay.  And if you realize that an
9  earlier answer was incorrect, was not accurate
10  or was not complete, will you correct or
11  supplement your answer?
12  A.  Yes.
13  Q.  Okay.  And we will be taking breaks
14  during this deposition.  If you need additional
15  breaks, please let me know.
16  But if I've asked you a question
17  first, I would ask that you respond to that
18  before we take a break.
19  Is that clear?
20  A.  Yes.
21  Q.  Okay.  Thank you.
22  Let's start by talking a little bit
23  about the current lawsuit, why we're here
24  today.
25

Page 10

BARBARA KNOX, M.D.

1       When did you first hear about this
2  lawsuit?
3       A.   I first heard about the lawsuit when
4  Ms. Keckhaver had contacted me and requested my
5  review and -- or my participation and review of
6  the case.
7       Q.   Okay.  And when did she contact you?
8       A.   That's a good question.  I have many
9  cases that go concurrently, so I would have to
10 look back in my records to see when the first
11 phone call or e-mail was.
12      But I do recall that I believe I was
13 consulted on this case somewhere either late
14 last year or early this year in 2016.  So it's
15 either early February of 2016 time or, I don't
16 know, it could have been as late as last year.
17 I can't recall specifically --
18      Q.   Okay.
19      A.   -- the time that I was asked to be
20 involved.
21      Q.   So you think it was sometime winter
22 2015 or winter twenty -- I'm sorry, late fall/
23 early winter 2015, early winter 2016, is that
24 correct?

Page 11

BARBARA KNOX, M.D.

1       A.   I believe it was closer to early
2  winter of 2016, but I couldn't say specifically
3  unless I viewed my e-mail documentation on it.
4       Q.   Okay.  Thank you.
5       So is it correct that you did not
6  speak with anyone about this case before you
7  were contacted by Ms. Keckhaver?
8       A.   No.
9       Q.   So you -- you did not speak with
10 anyone, correct?
11      A.   I did not.
12      Q.   Okay.  Thank you.
13      And could you tell me, what were you
14 asked to give an opinion on in this case?
15      A.   I was asked to give an opinion on
16 the case specific to the plaintiff, as well as
17 to offer an opinion in regards to, based upon
18 that information and the state statute, looking
19 at what are effects of certain drugs on unborn
20 children.
21      Q.   Okay.  And you said that you were
22 asked to give an opinion on the plaintiff.
23      What specifically about the
24 plaintiff?

Page 12

BARBARA KNOX, M.D.

1       A.   In regards to the opinion on the
2  plaintiff, basically looking at the case of the
3  plaintiff in regards to the totality of the
4  statute only and how that applies to a child,
5  an unborn child.
6       So specifically I should clarify
7  this, because I was never asked to give an
8  opinion on the mother per se in regards to her
9  specific information with the county, but, to
10 clarify, the case in total as it pertains to
11 the unborn CHIPS law.
12      Q.   Okay.  So you were -- so were you
13 asked to give an opinion specifically on
14 anything regarding Tamara Loertscher?
15      A.   I was asked to review her medical
16 records, and I was asked to review the baby's
17 medical records --
18      Q.   Okay.
19      A.   -- the birth records.
20      So I reviewed multiple records
21 specifically in regards to the plaintiff --
22      Q.   Okay.
23      A.   -- including, but not limited to,
24 the eWiSACWIS records.  I also reviewed the

Page 13

BARBARA KNOX, M.D.

1  Aspirus medical records.  I also reviewed all
2  of the Mayo Clinic records.  I reviewed labs in
3  regards to the plaintiff.  I also reviewed --
4  let me go back and think.
5       I reviewed three sets of exhibits,
6  Exhibit A, B and C.
7       Q.   And what were these exhibits?
8       A.   Without seeing them specifically in
9  front of me, I don't want to mix them up, but I
10 know that Exhibit C dealt with some of her Mayo
11 Clinic records --
12      Q.   Okay.
13      A.   -- and the records that were
14 associated with -- with that hospitalization
15 and some of the psychiatric components, as well
16 as -- as well as -- I would have to see
17 Exhibit B to comment.
18      There was also an exhibit that dealt
19 with the OB documentation --
20      Q.   Okay.
21      A.   -- of this visit, as well as -- as
22 the majority of that hospitalization in its
23 entirety.
24      There was also another exhibit that

BARBARA KNOX, M.D.

1  laid out further information. And I -- without
2  seeing them, I can't clarify which one is
3  which.
4      Q.   Okay.
5      A.   I also remember receiving a packet
6  of information that was clearly the Aspirus
7  medical records.
8      Q.   And what is the -- what are the
9  Aspirus medical records?
10      A.   She had received some care at
11  Aspirus --
12      Q.   Okay.
13      A.   -- which is a Central Wisconsin
14  healthcare facility.
15      Q.   Okay.
16      A.   And I remember reviewing those.
17          And then there was also the baby's
18  medical records and, you know, the birth
19  records that were reviewed.
20      Q.   Okay.
21      A.   And I'm just trying to recall if I'm
22  missing anything out of any record provided by
23  her.
24          The eWiSACWIS records were

BARBARA KNOX, M.D.

1  definitely within that documentation as well.
2      Q.   Okay. And did you review any jail
3  records from the time that she was in jail?
4      A.   I don't specifically recall if I
5  reviewed jail records per se or if I had
6  information within other records that commented
7  on some of that. I'm sorry. I can't recall
8  that.
9          (Exhibit 116 was marked for
10          identification.)
11      Q.
12  BY MS. ZUREICK:
13      Q.   Okay. I'm showing you an exhibit
14  marked Exhibit 116.
15          Do you recognize this document?
16      A.   Yes.
17      Q.   And what is this document?
18      A.   This is my expert report that I
19  authored for the state in regards to this case.
20      Q.   Okay. Would you please look at
21  paragraph 1 of Exhibit 116?
22      A.   Sure.
23      Q.   And tell me when you're done reading
24  it.

BARBARA KNOX, M.D.

1      (Witness viewed said document.)
2      THE WITNESS: I am done.
3  BY MS. ZUREICK:
4      Q.   Okay. Does this refresh your memory
5  on whether you reviewed any jail records?
6      A.   Yes. So I documented that I did
7  review jail records.
8      Q.   Okay. And does it refresh your
9  memory on any other documents that you reviewed
10  in preparing your expert report?
11      A.   Yes. At the time that I prepared
12  this expert report, I had also reviewed the
13  declaration of Dr. Mishka Terplan as well.
14      Q.   Okay. And is it correct that you
15  also reviewed the exhibits to his declaration?
16      A.   Yes.
17      Q.   Okay. Thank you.
18          And are those all of the documents
19  that you reviewed in preparing your expert
20  report?
21      A.   Yes.
22      Q.   Okay. Thank you.
23          Just turning back quickly to what
24  you were asked to give an opinion on -- oh,

BARBARA KNOX, M.D.

1  sorry, one more question on records.
2          You said that you reviewed the
3  baby's medical records, correct?
4      A.   Yes.
5      Q.   This is Tamara Loertscher's baby --
6      A.   Yes.
7      Q.   -- is that correct?
8          Did you review any medical records
9  for that child after its birth?
10      A.   Yes, they were provided to me.
11      Q.   Okay. And what were these records
12  exactly, if you recall?
13      A.   I don't recall off the top of my
14  head. I remember getting them as an exhibit.
15      Q.   Okay. And until what age did these
16  records go?
17      A.   I don't recall off the top of my
18  head.
19      Q.   Okay.
20      A.   I reviewed this quite some time ago.
21      Q.   Okay. Thank you.
22          Okay. On the -- on what you were
23  asked to give an opinion on, were you asked to
24  give an opinion on Ms. Loertscher's health

Page 18

BARBARA KNOX, M.D.

1
2 specifically?
3     A.   I don't recall specifically being
4 asked to comment on her health.
5     Q.   Okay.  And were you asked to give an
6 opinion on whether she had a substance use
7 disorder?
8     A.   I was not asked specifically to give
9 an opinion on whether or not she had a
10 substance use disorder.
11     Q.   Okay.  And were you asked to give an
12 opinion on whether child abuse had occurred in
13 her case?
14     A.   I was asked --
15        MR. WIESNER:  I'll object to the
16 form of that question.
17        THE WITNESS:  I was asked in the
18 course of my duties to review this case and
19 comment on -- on risks of drugs to unborn
20 fetuses.
21 BY MS. ZUREICK:
22     Q.   Okay.  So you were asked to comment
23 in general on risk of drugs --
24     A.   Drug exposure to unborn fetuses --
25     Q.   Okay.  To fetal development, is that

Page 19

BARBARA KNOX, M.D.

1
2 correct?
3     A.   Sure.
4     Q.   Okay.  Thank you.
5        Okay.  So moving back to the
6 preparation of your expert report, who did you
7 speak with while you were preparing this
8 report?
9     A.   Ms. Keckhaver.
10     Q.   Okay.
11     A.   And -- I'm trying this think.  I
12 really didn't speak with anyone else in
13 preparing the report.
14        There was one time where
15 Ms. Keckhaver was present at UW Hospital in a
16 meeting with both myself and with one of the
17 other individuals that I had requested
18 participate in this case, but this was -- we
19 were not independently discussing each other's
20 information.  Dave Wargowski was present at
21 that meeting that we jointly had, which lasted
22 approximately an hour.
23     Q.   Okay.  So you had ask Dr. Wargowski
24 to be a part of this case, is that correct?
25     A.   I didn't ask him.  I recommended him

Page 20

BARBARA KNOX, M.D.

1
2 to Karla Keckhaver as being a person that I
3 thought would be able to adequately speak about
4 fetal alcohol spectrum disorder and more
5 information in regards to prenatal substance
6 use in regards to alcohol because that's his
7 specialty at UW.
8     Q.   Is there anyone else that you asked
9 for assistance from in working on this case?
10     A.   Ms. Keckhaver asked me for some
11 recommendations of other people that I would
12 deem to be appropriate in being able to comment
13 on prenatal substance use and abuse and the
14 effects on unborn and born children.  And I
15 also recommended Dr. Michael Porte as being an
16 individual that would also specialize in that
17 area.
18     Q.   Who are the other individuals that
19 you recommended to Ms. Keckhaver?
20     A.   No one else that I recall at this
21 time when we were preparing these reports.
22     Q.   Okay.  And is there anyone who
23 worked with you in preparing your report?
24     A.   No.
25     Q.   Okay.  And did the state ask you to

Page 21

BARBARA KNOX, M.D.

1
2 make any assumptions as you were writing this
3 report?
4     A.   No.
5     Q.   Okay.  And did the state ask you to
6 limit what you addressed in your expert report?
7     A.   No, I don't recall being limited --
8     Q.   Okay.
9     A.   -- on anything.
10     Q.   Okay.  So turning back to the
11 documents that you reviewed in preparing your
12 expert report, you've listed medical records of
13 Tamara Loertscher, medical records of her child
14 after the child was born, jail records,
15 eWiSACWIS records, and Dr. Terplan's
16 declaration and the attached exhibits, is that
17 correct?
18     A.   Yes.
19     Q.   And did you review any other
20 documents in preparing your expert report?
21     A.   I did review some literature --
22     Q.   Okay.
23     A.   -- in preparing my expert report --
24     Q.   Okay.
25     A.   -- as I would with any expert

Page 22

BARBARA KNOX, M.D.

1
2    report.
3        Q.   Are -- is -- are those articles all
4    represented in your citations in the expert
5    report or are there additional ones?
6        A.   There's additional ones.  I had a
7    stack this high (indicating) of literature that
8    I reviewed in preparation of this report.
9            I pulled out articles that I thought
10   were key to cite in this report, but it's
11   certainly not a complete review of the
12   literature that went into the production of
13   this report.
14       Q.   Okay.  And did you review the
15   complaint or the amended complaint in this
16   case?
17       A.   The -- the --
18       Q.   Did you review the legal complaint?
19       A.   I do not believe that I did review
20   the legal complaint.
21       Q.   Okay.  So is this -- is that a full
22   list of the documents that you reviewed for
23   your expert report?
24       A.   To the best of my knowledge, it is.
25       Q.   Okay.  Thank you.

Page 23

BARBARA KNOX, M.D.

1
2        A.   Great.  So let's talk a little bit
3    now about your preparation for today.
4            Do you know why we are here today?
5        A.   Yes.
6        Q.   And why are we here today?
7        A.   The state of Wisconsin unborn CHIPS
8    law is being challenged, and that is my
9    understanding of what today is really about.
10       Q.   Okay.  And as you understand it,
11   what is this case about?  Is it about anything
12   other than a challenge of the CHIPS law?
13       A.   My understand --
14           MR. WIESNER:  I'll just object to
15       the form of that question as being vague
16       and ambiguous.
17           THE WITNESS:  My understanding is
18       that this case is also about the individual
19       plaintiff and concerns by the plaintiff
20       that her rights were violated in the course
21       of forcing treatment.
22   BY MS. ZUREICK:
23       Q.   Okay.  And are you familiar with
24   Wisconsin Act 292, the law at issue in this
25   case?

Page 24

BARBARA KNOX, M.D.

1
2        A.   Yes.
3        Q.   Okay.  Have you read Act 292?
4        A.   I have not read it word for word in
5    a long time.  Certainly early on in my career I
6    did because I do get consulted by counties and
7    other agencies with questions regarding unborn
8    children in need of protection and what are
9    effects of certain drugs and/or alcohol and
10   other substances, because there are many, and
11   how they may affect unborn fetuses.
12           So I certainly have participated in
13   unborn CHIPS cases before.  And way back early
14   in my career I did look at the law with some of
15   the people asking for assistance, but it's been
16   a really long time since I've seen that.
17       Q.   When you say you looked at the law
18   with people asking for assistance, who are
19   these people that you're referring to?
20       A.   It would be individual counties or
21   other entities that would have requested
22   assistance in specific cases.
23       Q.   Okay.  And we'll talk --
24       A.   So --
25       Q.   Oh, I'm sorry.  Please -- please

Page 25

BARBARA KNOX, M.D.

1
2    finish.
3        A.   So I provide medical expertise, but
4    many times they read me back what their
5    standard is for being able to -- to prove or
6    disprove cases so that I understand from their
7    perspective what their burden is that they need
8    and they understand from mine what I can
9    medically say and what I can't.
10       Q.   Okay.  And we'll talk more about
11   your consulting experience a bit further on,
12   so --
13       A.   Okay.
14       Q.   -- thank you.
15           What did you do to prepare for
16   today's deposition?
17       A.   Read a lot of articles and
18   documented my -- my concerns and my objective
19   findings of this case.
20       Q.   Okay.  Did you review any documents
21   for today?
22       A.   I did a while back review the other
23   experts' opinions and rebuttal opinions that
24   came in.
25       Q.   Okay.  So have you reviewed all of

BARBARA KNOX, M.D.

1
2  the rebuttal reports -- reports from
3  plaintiff's expert witnesses?
4      A.   I have, but it's been a while --
5      Q.   Okay.
6      A.   -- since I reviewed them.
7      Q.   And so you reviewed Dr. Terplan's
8  rebuttal report, correct?
9      A.   Yes.
10     Q.   And did you review any of the
11 articles, any of the studies that he cites in
12 his rebuttal report?
13     A.   I would have to go back and look at
14 the rebuttal report to be able to fully comment
15 on that because I had so many articles that I
16 did review.
17     Q.   Okay.  So to summarize, you've
18 reviewed articles and the expert reports and
19 rebuttal reports in this case.
20          Are there any other documents that
21 you reviewed in preparation for today?
22     A.   I think that that is the gist of the
23 majority of the reports.
24     Q.   Okay.  So there's nothing else that
25 you can think of at this time, correct?

BARBARA KNOX, M.D.

1
2      A.   No.
3      Q.   Okay.  Did you review any documents
4  that have not been produced in discovery in
5  this case?
6      A.   Not unless they were just journal
7  articles that I pulled but didn't cite here.
8      Q.   Okay.  Thank you.
9          And did you speak with anyone in
10 preparation for today's deposition?
11     A.   Ms. Keckhaver and her assistant.
12 And I'm blanking on her name --
13     Q.   Okay.
14     A.   -- but she has long blond hair.
15     Q.   Is this another -- is
16 Ms. Keckhaver's assistant another attorney?
17     A.   Yes.
18     Q.   Okay.
19     A.   Maybe I shouldn't call her an
20 assistant.
21          MS. KECKHAVER:  She's not my
22 assistant.
23          THE WITNESS:  That might not set
24 well.  Can I delete that little statement
25 and say her partner?

BARBARA KNOX, M.D.

1
2  BY MS. ZUREICK:
3      Q.   Okay.  Thank you.
4          And did anyone assist you in
5  preparation for today's deposition?
6      A.   Not in any way, other than a few
7  minutes of meeting with me a week or two ago to
8  say here's what to expect in a deposition.
9      Q.   Okay.
10     A.   And it was pretty brief.
11     Q.   And who was that meeting with?
12     A.   Ms. Keckhaver and her partner.
13     Q.   Okay.  Okay.  Thank you.
14          And did you take any notes in
15 preparation for today?
16     A.   No.
17     Q.   Okay.  And what are you charging the
18 state for your testimony in this case?
19     A.   I'm not charging the state anything.
20     Q.   Okay.
21     A.   The University of Wisconsin Medical
22 Foundation charges a very cheap $150 an hour
23 for my testimony and review of medical records.
24 And none of that comes back to me.  That all
25 goes to the departmental general fund, which I

BARBARA KNOX, M.D.

1
2  never see.
3      Q.   Okay.  Is that true in general when
4  you testify in cases?
5      A.   It is.  It is.  All of the testimony
6  that I do for the University of Wisconsin,
7  including any criminal work,
8          Any -- I -- I really don't do civil
9  cases.
10     Q.   Okay.
11     A.   Any criminal work, any of the
12 revocation hearings, any of the federal cases
13 that I do, which I certainly, you know, do
14 federal cases, and review of child pornography,
15 all of that all goes back to the University of
16 Wisconsin Medical Foundation.
17     Q.   Okay.
18     A.   And what they do with it I have no
19 idea --
20     Q.   Okay.
21     A.   -- but it doesn't influence me.
22     Q.   Okay.  You said that any testimony
23 that you do for the University of Wisconsin?
24          Do you do any testimony outside of
25 that role?

Page 30

BARBARA KNOX, M.D.

1
2    A.   No, I do not.  We are -- we are
3  required not to do any outside consulting
4  unless it's through the University of Wisconsin
5  when you're employed by the University of
6  Wisconsin.
7    Q.   Okay.  Thank you.
8         Have you ever met Tamara Loertscher?
9    A.   I have not, to the best of my
10 knowledge, ever met her.
11   Q.   Okay.  Okay.  Before we go further,
12 I have a few documents to show you.  I've
13 already shown you Exhibit 116, which you've
14 identified as your expert report.
15   A.   Yes.
16   Q.   Could you take a look at it and see,
17 does it include the exhibits that you submitted
18 with this report?
19   A.   It does include my CV, which I
20 subsequently extensively updated, so I sent --
21   Q.   And we'll --
22   A.   -- an updated CV.
23   Q.   And we'll discuss that in just a
24 minute.  Thank you.
25   A.   And -- and it also includes the

Page 31

BARBARA KNOX, M.D.

1
2  cases.  So, yes, it does include the exhibits
3  that came with.
4    Q.   Okay.  Great.
5         And so that is a true and complete
6  copy of the report and exhibits that you
7  submitted in this case, is that correct?
8    A.   Yes, with the -- with the caveat
9  that I did submit an updated curriculum vitae.
10   Q.   Absolutely.  Okay.
11        (Exhibit 117 was marked for
12 identification.)
13 BY MS. ZUREICK:
14   Q.   So I am now giving you what is
15 marked as Exhibit 117.
16   A.   Yes.
17   Q.   Do you recognize this document?
18   A.   Yes.  I believe it is my most
19 updated curriculum vitae.
20   Q.   Okay.  And would you -- and did you
21 prepare this document?
22   A.   Yes.
23   Q.   Okay.  Please take a minute --
24   A.   Painfully so, I did.
25   Q.   Would you please take a minute to

Page 32

BARBARA KNOX, M.D.

1
2  look it over and make sure it's a true and
3  complete copy of your CV.
4         (Witness viewed said document.)
5    THE WITNESS:  It is.
6  BY MS. ZUREICK:
7    Q.   And it's a true and complete
8  recounting of your education, training,
9  employment, and experience, is that correct?
10   A.   Yes.
11   Q.   Okay.  And would you adopt the
12 contents of this document for the record?
13   A.   Yes.
14   Q.   Thank you.
15        Okay.  Dr. Knox, let's talk a little
16 bit about your professional experience.
17        Am I correct that you're an
18 associate professor of pediatrics at the
19 University of Wisconsin School of Medicine and
20 Public Health?
21   A.   Yes.
22   Q.   And you have been a professor in the
23 Department of Pediatrics since 2006, is that
24 right?
25   A.   An associate professor.  An

Page 33

BARBARA KNOX, M.D.

1
2  assistant professor until a promotion to
3  associate professor and now hopefully soon to
4  be promoted to professor.  But yes, since 2006
5  is correct.
6    Q.   Thank you.
7         And you're also the chief of the
8  Division of Child Abuse Pediatrics and
9  Bioethics at the University of Wisconsin's
10 medical school, correct?
11   A.   Yes.
12   Q.   Okay.  And you're the medical
13 director of the child protection program at the
14 University of Wisconsin American Family
15 Children's Hospital.
16   A.   Yes.
17   Q.   Is that correct?
18   A.   Yes.
19   Q.   And you're a board certified
20 pediatrician, right?
21   A.   Board certified pediatrician and
22 child abuse pediatrician.  I'm double boarded
23 in -- in both areas.
24   Q.   Thank you.
25        In your own words, how would you

Page 34

BARBARA KNOX, M.D.

describe your professional expertise?

A.   I am a board certified general pediatrician, and I am also a board certified child abuse pediatrician.

Q.   Okay.

A.   Child abuse pediatrics is the newest subspecialty in the area of pediatrics. And as such, we specialize in children, including unborn children, who may be victims of potential maltreatment.

Q.   Okay.

A.   And those range from concerns of physical abuse; concerns of sexual abuse; concerns of medical child abuse, which is the new term for Munchausen syndrome by proxy; concerns of neglect; and also other concerns such as drug endangered children, as well as unborn drug endangered children. And we also evaluate children for psychological maltreatment as well.

Q.   Okay. Is it common for a child abuse pediatrician to specialize in drug endangered unborn children?

A.   It is absolutely commonplace for all

Page 35

BARBARA KNOX, M.D.

of us who are board certified child abuse pediatricians to have expertise in the area of unborn drug endangered children because of the fact that these cases come to us and is part of training and expertise as we go through fellowship to learn about the effects that drugs and other substances -- because there's street drugs, there's other substances, there's alcohol, et cetera, but all of the substances and what -- and how they may potentially harm an unborn fetus.

Q.   Okay. We will talk in more detail about your training in this area.

Do you consider yourself an expert on fetal development?

A.   I am not boarded in fetal development, so I'm not a board certified subspecialist who would be developmental pediatrics, but I absolutely consider myself qualified and an expert in areas of child development because that is part of general pediatrics, which I am boarded in.

Q.   Okay.

A.   So you absolutely have --

Page 36

BARBARA KNOX, M.D.

MR. WIESNER: (Unintelligible) I'm sorry. Go ahead. I didn't mean to cut you off.

THE WITNESS: So you absolutely have to have training and expertise in child development in order to be boarded as a pediatrician.

BY MS. ZUREICK:

Q.   Is child development the same thing as fetal development?

MR. WIESNER: Hold on one second. I just want to put an objection to the last question as to the form and the foundation. I'm sorry for interrupting.

THE WITNESS: May I please ask you to repeat the question that you asked me originally?

MS. ZUREICK: Would you be able to read that back.

(The reporter read the record as requested.)

THE WITNESS: Okay. Thank you for the clarification.

So certainly I am trained in fetal

Page 37

BARBARA KNOX, M.D.

development. As part of pediatrics, we do receive training in fetal development.

Certainly people who have -- who have a lot of expertise in fetal development would be maternal fetal medicine specialists in medicine, so that is an area of specialized medicine.

BY MS. ZUREICK:

Q.   Okay. And you're not a maternal fetal medicine specialist?

A.   I am not, but I certainly have training and experience in fetal development, yes.

Q.   Okay. And we'll talk a bit more about your training.

If you know, how many child abuse pediatricians are board certified in Wisconsin?

A.   In Wisconsin, there are -- I'm the only one in Madison. There are, I believe, three or four in Milwaukee.

Q.   Okay.

A.   And I am unaware of anyone else in the state who is board certified in child abuse pediatrics.

BARBARA KNOX, M.D.

Q.   Do you know how many child abuse pediatricians are board certified in the United States?

A.   It's somewhere in the vicinity of the high 200s to low 300s.

Q.   Okay.

A.   It is not a big number.

Q.   And how do you know that?

A.   Because it became a board certified subspecialty in 2009.

Q.   Okay.

A.   And they have tracked the number of board certified child abuse physicians ever since because, unfortunately, the statistic that had been reported out to us is that approximately 70 percent of the field was due to retire within five years.  So it puts a huge crimp on people being able to serve the country.

Q.   When you say 70 percent of the field is due for retirement, what field specifically?

A.   Child abuse pediatrics --

Q.   Okay.

A.   -- was a statement that was said at

BARBARA KNOX, M.D.

a conference.  So it started a panic amongst child abuse physicians.  And many of us who were mid-career were being recruited to the big programs to take over.

Q.   Okay.  I see.

And what year was this statement said?

A.   I don't recall.  It was at one of the national conferences.

Q.   Okay.  So it became a board certified specialty in 2009, correct?

A.   Yes.

Q.   Were there physicians practicing in this specialty prior to 2009 --

A.   Yes.

Q.   -- before it was -- okay.

A.   Yes.

Q.   Okay.

A.   But that's when it was officially recognized as a board certified subspecialty --

Q.   Okay.

A.   -- by the American Board of Pediatrics.

Q.   Okay.  And what is the process for

BARBARA KNOX, M.D.

an area of practice becoming a board certifiable specialty?

A.   It is a huge process with the American Board of Pediatrics and, once approved as a board certified subspecialty, requires that after completion of a -- of a three-year residency in general pediatrics, that you then complete a three-year residency -- or fellowship, I'm sorry, in child abuse pediatrics to receive the additional training and experience.

Q.   I see.

A.   So I had completed a fellowship before it was board certified at Cincinnati Children's Hospital Medical Center in child abuse pediatrics, and then I was qualified to sit for the child abuse pediatrics sub-board exam.

Q.   Okay.  I see.

So the qualifications, just to summarize, a three-year residency in general pediatrics, a three-year fellowship in child abuse pediatrics, and sitting for the board exams in child abuse pediatrics, is that

BARBARA KNOX, M.D.

correct?

A.   Since 2009 -- or since -- I don't know when they closed the -- the loop when it became the board certified subspecialty.  But somewhere along the way it -- it became -- after it was an official board certified subspecialty, it's now a requirement that you have to complete three years of fellowship.

Q.   Okay.  Okay.  And is there anything else that you need to do to become a board certified child abuse pediatrician?

A.   Well, now it's the training, the additional training that you have to do.  In the past it was that you had to be working full time in the field for greater than five years and/or have fellowship requirements as set by the American Board of Pediatrics.

Q.   Okay.  Is there any additional training that you are required to undergo to maintain your certification?

A.   Oh, yes.  There's maintenance of certification --

Q.   Okay.

A.   -- meaning that you have to -- once

Page 42

BARBARA KNOX, M.D.

1 you're certified, you have to complete
2 additional training every so often, including
3 performance improvement, practices, and many
4 tests, many, many tests, to maintain your
5 certification and then qualify to sit for the
6 next board exam.
7 Q. Okay. How often do you have to sit
8 for the board exam?
9 A. That's a good question because it
10 used to be approximately eight years. And then
11 when -- when I went to -- when I sat for the
12 sub-board, they credited my general pediatrics
13 certification out by a couple of years.
14 So I think my general "peeds"
15 stretches out to ten and then I think re-sit
16 for the child abuse pediatrics sub-board in
17 2021.
18 Q. Okay.
19 A. So they stagger it based on your --
20 your recertification for the general pediatrics
21 exam and the child abuse pediatrics exam.
22 Q. Okay.
23 A. And I think I'm due in 2018 maybe
24 for the -- for the general pediatrics certi --

Page 43

BARBARA KNOX, M.D.

1 recertification.
2 Q. Okay. And so as a child abuse
3 pediatrician, does that mean that you are an
4 expert in fetal development?
5 A. I would have --
6 MR. WIESNER: Object to the form and
7 foundation of that question.
8 MS. KECKHAVER: Join.
9 THE WITNESS: I would have to say
10 that I would consider the true experts in
11 fetal development to be those who
12 subspecialized in that, in maternal fetal
13 medicine.
14 So I would consider myself trained
15 in the area. But if I wanted to get
16 specific information on fetal development
17 per se, I may ask for additional help from
18 one of my physician colleagues who are
19 sub-boarded in that area.
20 BY MS. ZUREICK:
21 Q. Okay.
22 A. But that's not to say that I'm not
23 qualified in areas of fetal development.
24 Q. Okay. And do you consider yourself

Page 44

BARBARA KNOX, M.D.

1 an expert on the impact of prenatal exposure to
2 drugs or alcohol on fetal development?
3 A. Yes, I do.
4 MR. WIESNER: Object to the form and
5 foundation again.
6 BY MS. ZUREICK:
7 Q. Would you remind repeating your
8 answer?
9 A. Yes, I do.
10 Q. Okay. And what is the -- the basis
11 for that expertise?
12 A. The basis for the expertise in that
13 area is because we in child abuse pediatrics
14 are trained in this area during our -- during
15 our fellowship training --
16 Q. Okay.
17 A. -- and it is part of the child abuse
18 pediatrics arena, and we frequently are
19 consulted on these cases as experts to assist
20 with cases of prenatal drug exposure.
21 Q. Are issues of prenatal drug exposure
22 included in your board exams to be certified as
23 a child abuse pediatrician?
24 A. I believe they are. It's been a

Page 45

BARBARA KNOX, M.D.

1 long time since I took that, but I believe that
2 that information is in the content
3 specifications.
4 Q. Okay.
5 A. There's certainly information in
6 content specifications on drug endangered
7 children, which covers unborn drug endangered
8 children as well.
9 Q. Okay. And do you consider yourself
10 an expert specifically on the impact of alcohol
11 exposure -- prenatal alcohol exposure on fetal
12 development?
13 MR. WIESNER: Form and foundation.
14 THE WITNESS: I consider myself very
15 highly trained in that area. I consider
16 Dave Wargowski to be my institutional
17 expert --
18 BY MS. ZUREICK:
19 Q. Okay.
20 A. -- because he has done a vast
21 majority of the research in this area.
22 Q. Okay.
23 A. So I consider him to be a national
24 expert in the field.

Page 46

BARBARA KNOX, M.D.

1
2  And when I -- even though I am
3  highly trained in that area and it's part of my
4  subspecialty and certainly part of the content
5  specs as what I was trained in, I do
6  collaborate with him very frequently on these
7  cases because I consider him to be the foremost
8  expert in the field.
9      Q.   Okay.  And do you consider yourself
10  on expert on the impact of prenatal exposure
11  to -- to tobacco on prenatal development?
12      A.   I consider myself to be highly
13  trained in that area as well because it's part
14  of my training and expertise --
15      Q.   Okay.
16      A.   -- as a child abuse pediatrician.
17      Q.   Okay.  And are you also an -- do you
18  also consider your -- do you consider
19  yourself -- excuse me.  Strike that.
20      Do you consider yourself an expert
21  on the impact of prenatal exposure to
22  methamphetamines, opioids, marijuana, or any
23  other illicit drugs on prenatal development?
24      MR. WIESNER:  Form and foundation.
25  BY MS. ZUREICK:

Page 47

BARBARA KNOX, M.D.

1
2      Q.   You may answer.
3      A.   Again, I would consider the answer
4  to be the same.  This is part of my training
5  and expertise as a board certified child abuse
6  pediatrician.  So yes, I have been trained in
7  these areas.
8      Q.   Okay.  Like I said before, we'll
9  talk more about your training shortly.  Thank
10  you.
11      Do you consider yourself an expert
12  on the diagnosis and treatment of substance use
13  disorders in children or in adults?
14      MR. WIESNER:  I'd just object to the
15  form of it as being ambiguous.
16      THE WITNESS:  I am not an addiction
17  specialist.
18  BY MS. ZUREICK:
19      Q.   Okay.
20      A.   I certainly have children that I do
21  diagnose as being addicted to substances.  And
22  at that point, I call in my physician
23  colleagues who are addiction specialists to
24  help with implementing treatment
25  recommendations for those children.

Page 48

BARBARA KNOX, M.D.

1
2      Q.   Okay.
3      A.   So I do feel qualified to diagnose
4  children who are -- who are addicted to
5  substances.  It's certainly very prevalent
6  within child abuse pediatrics.  We see it very
7  frequently in victims of human trafficking.
8      Q.   Okay.
9      A.   And we also see it in other children
10  who have been maltreated.
11      But, again, making the treatment
12  recommendations on how to implement and
13  continue treatment for those children is
14  something that I pair with our addiction
15  specialists at UW.
16      Q.   Okay.  And what is the basis for
17  your qualification to diagnose children with
18  substance use disorder or addiction?
19      A.   I am very confident in diagnosing
20  children as being drug addicted when they meet
21  criteria that the institution has established.
22  And based upon my training and experience as a
23  child abuse pediatrician, when children are
24  reporting extensive drug abuse to me, that is
25  certainly something that I feel confident in

Page 49

BARBARA KNOX, M.D.

1
2  diagnosing them as having an addiction
3  disorder.
4      Q.   And when you say the criteria the
5  institution established, what is this
6  institution?
7      A.   So the University of Wisconsin does
8  have some institutional criteria with which
9  they use in different departments for helping
10  with establishing the -- these issues.
11      And there's also other -- certainly
12  within the training, there are certain
13  questionnaires that I can use to be able to
14  elicit how people are -- or how concerning it
15  is for addiction with individuals.
16      And so when I'm concerned about that
17  or when it's just frank evident that they are
18  drug addicted and they're presenting addicted,
19  then those are times where I will diagnose them
20  with that and refer them to have the addiction
21  specialist come consult.
22      Q.   What does it mean to present as
23  addicted?
24      A.   Let me give you an example to answer
25  that question.  As part of child abuse

Page 50

BARBARA KNOX, M.D.
1
2   pediatrics, I frequently treat victims of human
3   trafficking.  And when they present to me, many
4   of them clearly present in -- in states where
5   they are high at the time that they come in to
6   see me.
7           And I will look at these patients.
8   I will talk to them about how much substance
9   they're using, how frequently they're using,
10  you know, are there -- are there times that
11  they don't use, what happens when they don't
12  use, look at their bodies, do physical exams,
13  see if they have track marks all over their
14  body, et cetera.
15          And based upon the history and
16  physical exam findings and the disclosures of
17  these individuals, many times they certainly
18  can be diagnosed as being drug addicted and
19  then subsequently referred to the addiction
20  disorder specialist, who will then look at
21  treatment for these individuals.
22      Q.   Okay.  So in diagnosing substance
23  use disorder, do you use the criteria for
24  children from -- do you use the American
25  Society of Addiction Medicine criteria in

Page 51

BARBARA KNOX, M.D.
1
2   diagnosing a child as having a substance use
3   disorder or being drug addicted?
4           MS. KECKHAVER:  Objection, compound,
5   vague.
6           THE WITNESS:  I don't always use
7   that criteria, no.  I use some of the
8   criteria that's established with our
9   training.  There's also DSM-IV criteria,
10  et cetera, DSM-V.  So it depends upon what
11  you're looking at.
12          And I also use some of the criteria
13  questionnaires that have been established
14  by other organizations in special -- or in
15  evaluating these specialty victims of human
16  trafficking for which we know they have a
17  high drug abuse population.  And that's
18  things that I then refer to our addiction
19  specialists.
20  BY MS. ZUREICH:
21      Q.   You mentioned some questionnaires.
22          Which organizations have created
23  these questionnaires that you use?
24      A.   There are a vast number of
25  organizations that have many of these

Page 52

BARBARA KNOX, M.D.
1
2   questionnaires out that can be used and
3   implemented in different ways for this.  So you
4   decide what you want to use on any given
5   patient.
6       Q.   Okay.
7       A.   Or you ask the general questions and
8   then refer them to the addiction specialists.
9       Q.   Are there questionnaires from
10  particular organizations that you prefer to use
11  or use frequently?
12      A.   You know, on -- on a lot of the drug
13  endangered individuals that are victims of
14  human trafficking, I will ask some of the
15  questions that have been provided by the
16  American Professional Society on the Abuse of
17  Children where there are drug questions that
18  come into that.  Those are not standards for
19  which I would use to make an addiction disorder
20  diagnosis.
21      Q.   Okay.
22      A.   But there are certainly multiple
23  questionnaires.  There's tons of
24  questionnaires.  There's multiple other things
25  that look at risk in these children.

Page 53

BARBARA KNOX, M.D.
1
2       Q.   Okay.  And do you diagnose infants
3   or babies as being addicted?
4       A.   I typically consult on them when
5   that diagnosis has already been made.
6           So typically when an -- or when a
7   newborn is being diagnosed with neonatal
8   abstinence syndrome, I am called to consult at
9   times on those cases.  But I certainly have
10  seen babies who are clearly drug addicted or
11  who have had issues with profound drug
12  exposure.
13      Q.   And have you ever diagnosed a baby
14  as being drug addicted or having a substance
15  use disorder yourself?
16          MS. KECKHAVER:  Object to the form
17  of the question.
18          MR. WIESNER:  Join.
19          THE WITNESS:  I would have to say
20  that there are cases for which I've been
21  supplied information through the medical
22  records or, as part of my consult, where I
23  would concur that the child is drug
24  addicted.
25          But, again, these typically are ones

Page 54

BARBARA KNOX, M.D.

1
2   that are newborns presenting with neonatal
3   abstinence syndrome or they've had profound
4   drug exposure.
5       So another example of that would be
6   a baby who was discharged home from a mom
7   who was addicted to heroin, and they gave
8   the baby Methadone maintenance, discharged
9   the baby with Methadone that should -- that
10  could be dosed in the bottle at home.
11      And, unfortunately, this mother let
12  her neighbor, who was also a Methadone
13  user, watch the baby.  And that individual
14  crushed up her own Methadone tablet because
15  she wanted the baby to stop crying and fed
16  it to the baby and the baby respiratory
17  arrested.
18      So these are cases where we have
19  extreme drug exposure, but I wouldn't
20  diagnose that child as having -- as having
21  a drug addiction.
22  BY MS. ZUREICK:
23      Q.  Okay.
24      A.  So...
25      Q.  Okay.  Thank you.

Page 55

BARBARA KNOX, M.D.

1
2       Also, do you consider yourself an
3   expert on pregnancy?
4       A.  No, I wouldn't consider myself an
5   expert on pregnancy.
6       Q.  Okay.
7       A.  I'm not an OB/GYN.  I would consider
8   them to be the experts on pregnancy.
9       Q.  Okay.  And do you consider your
10  expert -- yourself an expert on the diagnosis
11  and treatment of substance use disorders among
12  pregnant women specifically?
13      A.  No, because I'm not an OB/GYN and
14  I'm not an addiction specialist.
15      Q.  Okay.  Thank you.
16      Okay.  So let's talk a little bit
17  more specifically about your professional
18  experience.
19      So you are, again, an associate
20  professor of pediatrics at the University of
21  Wisconsin School of Medicine and Public Health,
22  correct?
23      A.  Yes.
24      Q.  And what are your job
25  responsibilities as an associate professor?

Page 56

BARBARA KNOX, M.D.

1
2       A.  I medically evaluate children who
3   are suspected victims of child abuse and
4   neglect.  I also provide teaching and education
5   to a vast variety of individuals.
6       And I also oversee and manage the
7   child protection program at the University of
8   Wisconsin amongst a lot of other things.
9       So there's an administrative
10  component, a teaching component, a clinical
11  practice component.  There's multiple different
12  prongs of this.
13      Q.  Right.  And I know that you have a
14  number of different professional roles.
15      How many hours per week do you spend
16  in your role as an associate professor at the
17  University of Wisconsin School of Medicine?
18      A.  That's a question that I don't know
19  that I can truly answer in the way that you
20  have presented it.
21      Q.  Okay.  How much of your professional
22  time is spent in your role as an associate
23  professor?
24      A.  That's the same question.  As an
25  associate professor, that is my academic title.

Page 57

BARBARA KNOX, M.D.

1
2       Q.  Okay.
3       A.  So I'm unsure as to what you are
4   asking me, so I can't effectively answer the
5   question.
6       Q.  Okay.  Let's talk -- so do you
7   consider your -- your role as an associate
8   professor of pediatrics to -- is that the same
9   role as being division chief of UW's Division
10  of Child Abuse and Pediatrics -- of Child Abuse
11  Pediatrics and Bioethics?
12      A.  The associate professor title
13  reflects my academic rank --
14      Q.  Okay.
15      A.  -- which shows what type of academic
16  achievements you have accomplished within an
17  institution.
18      Q.  Okay.
19      A.  In regards to the medical
20  directorship, that is reflective of the
21  clinical arm in which I manage.  However, as
22  part of that clinical arm, there are also
23  teaching responsibilities as part of that
24  clinical arm, which is something that is part
25  of being an associate professor.

Page 58

BARBARA KNOX, M.D.

1  BARBARA KNOX, M.D.
2        The -- everything that I truly do at
3  the University of Wisconsin is part of my
4  associate professor title.  So you can't splay
5  it off as saying, you know, this -- because the
6  research is all under the clinical arm, too.
7  Everything that I do in research is part of the
8  clinical arm, but the whole entity is truly
9  showing all of your work, because my clinical
10 and my academic work are all part of that
11 associate professorship.
12     Q.   Okay.
13     A.   So it's -- it's one and the same.
14     Q.   Okay.
15     A.   You can't really splay it off.
16     Q.   Thank you.
17          You mentioned that you do research.
18 What sort of research do you
19 conduct?
20     A.   I do different areas of research,
21 but all of my research is within the realm of
22 child maltreatment.  And my specialty area is
23 the torture of children.  So child torture as a
24 form of child abuse is my favorite area of
25 research.

Page 59

1  BARBARA KNOX, M.D.
2     Q.   Okay.  And what are your
3  administrative roles at the University of
4  Wisconsin?
5     A.   There are multiple.  I co-run the --
6  the child health advocacy programming in child
7  abuse pediatrics as part of an administrative
8  arm.
9          I also administratively oversee all
10 of the child protection program and all of the
11 entities under that.
12          And then there's also the
13 administrative piece within the -- the
14 division.  So I also attend to the divisional
15 administrative responsibilities.
16     Q.   Okay.  And we'll talk about the
17 division in a minute.
18          You also mentioned that you engage
19 in teaching and education.
20          Could you describe those
21 responsibilities a little further?
22     A.   I have many.  Over the course of the
23 past four years, I have -- I have either been
24 an invited speaker or I have had abstracts
25 accepted at conferences, et cetera, but I have

Page 60

1  BARBARA KNOX, M.D.
2  presented 85 talks at national or international
3  conferences over the last four years.  I can't
4  tell you what the regional amount of teaching
5  is because not all of them are still listed out
6  in the CV.
7     Q.   Okay.
8     A.   But I certainly teach -- teach at
9  the institution to the medical students, to the
10 residents, to the physician assistants, to the
11 nursing students.
12          I take the students into my
13 rotation.  So any one of those entities can
14 also rotate with me.
15          I also teach some in the department
16 of emergency medicine for their residents and
17 also, you know, frequently speak to other
18 entities within UW Health.
19          I also go out and do grand rounds at
20 the regional sites.  So I will be invited to
21 Baraboo, et cetera, other -- other regional
22 site of UW Health.
23          I also go out and give, you know,
24 talks on training for the recognition,
25 diagnosis, and treatment of child maltreatment

Page 61

1  BARBARA KNOX, M.D.
2  cases to other areas.
3          I also just participated in a
4  training for the statewide drug endangered
5  children, training that was held in
6  Fond du Lac.
7          So there are multiple -- there's
8  multiple different arms.  So there is the --
9  well, there is the institutional.  There is the
10 regional training frequently to
11 multidisciplinary teams as well, to law
12 enforcement, to Child Protective Services, to
13 combined groups of those, to prosecutors, you
14 know, et cetera.
15          And then there is the national arm
16 looking more at research and other larger
17 trainings.  And then I do some international
18 talks as well.
19     Q.   Okay.
20     A.   So it's a huge component all on
21 varying aspects of child maltreatment, from
22 head trauma to drug endangered children to, you
23 know, child torture as a form of child abuse.
24 You know, it's -- it's across the board on
25 different areas.

Page 62

BARBARA KNOX, M.D.

1
2   Q.   And do you train other medical
3   professionals on the evaluation of -- of drug
4   endangered fetuses?
5   A.   Yes, I do.
6   Q.   Okay.  And could you describe the
7   kinds of trainings that you've conducted?
8   A.   Yes.  They're -- they're -- they're
9   listed in my CV, at least I hope all of them
10  are listed.
11       But frequently I am asked to speak
12  at the statewide drug endangered children
13  conference and talk about a certain aspect
14  of -- of drug endangered children or the
15  recognition and the response to drug endangered
16  children.  I recently did one on opiates in
17  drug endangered children.
18  Q.   And when you say "drug endangered
19  children," do you also mean drug endangered
20  fetuses?
21  A.   Yes.
22  Q.   Okay.  So is that always included in
23  your trainings and presentations on drug
24  endangered children?
25  A.   Most of the time it is because those

Page 63

BARBARA KNOX, M.D.

1
2   are where the questions come up.
3   Q.   Okay.
4   A.   The counties never want to have to
5   deal with these cases, frankly.  But when they
6   do, they ask many specific questions about what
7   is the role of this drug in regards to the
8   unborn fetus?  What is the role of this drug in
9   regards to the unborn fetus?  I gave one of
10  those talks years ago in Cincinnati because it
11  was so highly requested.
12       I have frequently been asked to give
13  the same talk at the Mayo conference held in
14  LaCrosse.  I frequently have been asked to give
15  that talk at other conferences around the
16  state, because these are the questions that
17  keep coming up:  What is the risk?  Should we
18  be concerned if we get a report about this?
19  You know, what -- what is the risk to the
20  unborn fetus, you know?  And what is the risk
21  after birth?
22  Q.   Okay.
23  A.   So...
24  Q.   So is it correct that this is a
25  regular part of the teaching that you do?

Page 64

BARBARA KNOX, M.D.

1
2   A.   Fairly regular because it's a hot
3   button topic for everybody.  So, you know, it's
4   listed out here.  And, you know, I get frequent
5   calls in the office about the issue as well.
6   Q.   Okay.  Who do you get these calls
7   from?
8   A.   It varies.  I've had them from -- I
9   would say the majority come from Child
10  Protective Services because they get referrals
11  in.  And they're asking, you know:  What is the
12  risk to the unborn fetus?  How concerned should
13  we be about this report --
14  Q.   Okay.
15  A.   -- based upon a specific drug?  So
16  how concerned should we be about a woman who's
17  smoking pot while pregnant?  How concerned
18  should we be about a woman who's repeatedly
19  using methamphetamine while pregnant?  How
20  concerned should we about a woman who's passed
21  out and drunk and testing .5 at five months
22  pregnant.  So, you know, they ask -- they ask
23  these questions.
24       Or we just -- law enforcement called
25  once and said, we just arrested a woman.

Page 65

BARBARA KNOX, M.D.

1
2   She -- she claims she's twenty -- or she claims
3   she's 22 weeks pregnant, and she's a heroin
4   addict.  What -- what should we do?
5   Q.   And is this the example issue --
6   that you detail in your expert report?
7   A.   One of them is in there.  Two of
8   them might be in there.
9   Q.   Okay.  So we'll talk about the
10  details of that case a little later.  Thank you
11  for that.
12       Let's talk a little bit about your
13  role as division chief at UW's Division of
14  Child Abuse Pediatrics and Bioethics.
15       What is the mission of the division?
16  A.   I have that available online, if
17  you'd like to read it.  I'm not going to quote
18  it because I'll probably leave out a word.
19       But, you know, the mission is to
20  evaluate, diagnose, and treat children who are
21  suspected victims of child maltreatment.
22  Q.   Okay.
23       (Exhibit 118 was marked for
24  identification.)
25       ///

17

BARBARA KNOX, M.D.

BY MS. ZUREICK:

Q.   We're showing you -- this is Exhibit 118.

Do you recognize this document?

A.   Yes.

Q.   And what is this document?

A.   This is a document that is on the UW Health website.  If someone looks up the child protection program or they look up what is child abuse, this comes up.

Q.   Okay.  And does this document mention prenatal exposure to drugs?

A.   No.

Q.   Does it mention prenatal child -- prenatal abuse, fetal -- fetal abuse?

A.   No, but I didn't -- I didn't write this myself either.  This is what the UW Health web people put together.  So it's not a complete list of all of the services that are offered because psychological abuse isn't on here either.

Q.   Okay.

A.   So it's a list that the UW Health, when they were looking at the website, they put

BARBARA KNOX, M.D.

this up, but it's not anything that I wrote.

Q.   Okay.  In your opinion, does AFCH have a particular focus on prenatal health?

A.   I would say that any medical facility has a focus on prenatal health, yes.

Q.   Okay.  What about the -- what about the American Family Children's Hospital's child protection program specifically, which this document is referring to?

A.   Your question to me, please repeat.  Please repeat that last full question.

MS. ZUREICK:  Could you please read it back?

THE WITNESS:  Sorry.

(The reporter read the record as requested.)

BY MS. ZUREICK:

Q.   I'll clarify the question.

A.   Okay.

Q.   Does the child protection program at UW's AFCH facility have a particular focus on prenatal health in your opinion?

A.   I would say that our focus is when we are called on cases that involve prenatal

BARBARA KNOX, M.D.

substance abuse, we absolutely have a focus on that with the program.

Is it listed out in this document?  Absolutely not, nor are other ones.

I wouldn't say that my program specializes in prenatal health because that is what maternal fetal medicine and OB/GYNs do.  They specialize in prenatal health in oversight of the mother.

So, no, I'm not a specialist in that.  But, yes, I absolutely am qualified and boarded to make comments, diagnoses, and recommendations in regards to prenatal substance abuse as to how it may harm the fetus.

Q.   Okay.  And in your opinion, is prenatal exposure to drugs or alcohol an aspect of prenatal health?

A.   It can be an aspect of prenatal health, yes.

Q.   When would it not be an aspect of prenatal health, in your opinion?

A.   I don't think I understand your question.  Please clarify.

BARBARA KNOX, M.D.

Q.   Okay.  So you said that prenatal exposure to drugs or alcohol could be an aspect of prenatal health.  That suggests that there are situations in which prenatal exposure is not related to, is not an aspect of prenatal health.

Could you clarify if that's your position?

A.   Sure.  I would say that any drug exposure for anything, be it any medication, any street drug, any illicit substance, any alcohol, is all part of prenatal health, and it should be -- it should be evaluated when someone is receiving prenatal health, yes.  I don't think that there's an exception where you shouldn't evaluate it as a medical provider.

Q.   Okay.  Could you tell me -- so there's the UW Division of Child Abuse and Pediatrics -- excuse me, Child Abuse Pediatrics and Bioethics?

A.   Yes.

Q.   And you're also the medical director of the UW American Family Children's Hospital's child protection program, which we were just

Page 70

BARBARA KNOX, M.D.
1
2  speaking about, correct?
3      A.   Yes.
4      Q.   What is the relationship, if any,
5  between these two programs?
6      A.   The division is under -- is under
7  the Department of Pediatrics.
8      Q.   Okay.
9      A.   And that includes the -- the
10  division and the divisional responsibilities,
11  and the child protection program is the
12  clinical arm.
13          So the division encompasses other
14  administrative duties.  It encompasses other
15  teaching duties.  It encompasses other research
16  duties, et cetera.  But some of these things
17  intermesh, because my research really falls
18  into the clinical realm as well.
19          But the division is the division
20  under the Department of Pediatrics.  And the
21  child protection program is also -- is also
22  really an entity that is the child -- or that
23  is the Department of Pediatrics, but also the
24  American Family Children's Hospital.
25          If you want the nuts and bolts of

Page 71

BARBARA KNOX, M.D.
1
2  this, the Department of Pediatrics is School of
3  Medicine and Public Health.  The child
4  protection program -- I'm School of Medicine
5  and Public Health, but I'm also UW Medical
6  Foundation.  And my social worker is American
7  Family Children's Hospital employed.
8      Q.   Okay.
9      A.   So it is a multifaceted arm for
10  which the child protection program and my
11  medical directorship falls.  And the division
12  is School of Medicine and Public Health,
13  period.
14      Q.   Okay.
15      A.   So it's basically just who they're
16  under.
17      Q.   Okay.  Thank you.
18          And does the division provide
19  services to patients?
20      A.   This is so funny because it's --
21  it's basically the administration under which
22  these titles come.  The division is the -- is
23  really the physician entities within the
24  division and other employees within the
25  entities.

Page 72

BARBARA KNOX, M.D.
1
2          So my division absolutely does --
3  does provide clinical care to patients, yes.
4      Q.   Okay.
5      A.   And so does the child protection
6  program.  It's just where they fall in the
7  entities.
8          So are you understanding this?  Am I
9  clarifying this --
10      Q.   Yeah.
11      A.   -- for you?
12      Q.   Thank you.
13          Okay.  And does the division itself
14  address any issues related to substance use or
15  abuse?
16      A.   We're physicians employed by the
17  division.  So certainly we do address issues
18  related to substance use and abuse --
19      Q.   Okay.
20      A.   -- and request our addiction
21  specialists when needed.
22      Q.   Okay.
23      A.   We frequently have children who have
24  overdosed on the their parents drugs.  We
25  frequently have children who themselves are --

Page 73

BARBARA KNOX, M.D.
1
2  are substance using and abusing.  And it
3  depends upon which arm you want to go down as
4  to when we involve these individuals.
5      Q.   Okay.  Thank you.
6          And what are your responsibilities
7  as division chief for the Division of Child
8  Abuse Pediatrics and Bioethics?
9      A.   They're all the things we talked
10  about before, the administrative role, the
11  teaching role, the clinical role.  It's all one
12  and the same.
13      Q.   Okay.  Thank you for clarifying.
14      A.   The research role.
15      Q.   Okay.  And has the Division of Child
16  Abuse Pediatrics and Bioethics at UW ever have
17  a case of what Wisconsin law refers to as
18  unborn child abuse?
19      A.   Sure.
20      Q.   Okay.  How many cases, to the best
21  of your knowledge?
22      A.   You know, this is what was
23  interesting, as Karla asked me the same
24  question, and here's what I'll tell you on
25  that.  I get less than a handful a year of any

Page 74

BARBARA KNOX, M.D.
1
2  one of these cases.  And the reason is is
3  because though they may be discussed at
4  multidisciplinary team meetings, many counties
5  don't want to deal with them at all because
6  they're so insanely expensive to them.  They
7  would rather try and do any other possible
8  method than have to file an unborn CHIPS
9  petition on anyone because it's -- it's so
10 insanely costly to these counties.
11        But they do it in rare
12 circumstances.  And the ones that I've
13 personally been involved in have been really,
14 really severe cases when I have been asked to
15 be involved.
16    Q.   Okay.  And in your work as medical
17 director of UW's child protection program, do
18 you see -- have you seen cases of unborn -- of
19 alleged unborn child abuse in that role or,
20 again, is that just the same as your work at
21 the division?
22    A.   I'm sorry.  Repeat -- repeat that
23 question because it was kind of convoluted.  I
24 want to make sure I understand it.
25    Q.   Sure.  So you're also the medical

Page 75

BARBARA KNOX, M.D.
1
2  director of the child protection program --
3    A.   Yes.
4    Q.   -- at AFCH, correct?
5    A.   Yes.
6    Q.   And do you see patients in that
7  role?
8    A.   Yes.
9    Q.   Okay.  And in that role, have you
10 seen patients where there is suspected or
11 alleged unborn child abuse?
12    A.   Yes, I have.  And these have been
13 consults that I, as medical director of the
14 child protection program, have been asked to do
15 by various counties in the state.
16    Q.   Okay.  Have all of these cases come
17 to you from the counties?
18    A.   Let me think about that.
19        Of the ones that I get involved in,
20 I have to say that the ones that really go
21 anywhere have all come to me from the counties.
22        Now, that may be child protection
23 asking me about it to start, or it may actually
24 be the attorney who is handling the unborn
25 CHIPS petition contacting me for outside case

Page 76

BARBARA KNOX, M.D.
1
2  expertise.
3    Q.   Okay.
4    A.   So -- so they can come in by a
5  couple of different arms.
6    Q.   Okay.  You said of the cases that,
7  quote, "go anywhere."
8        What do you mean by the term -- by
9  the phrase "go anywhere"?
10    A.   So that's a good question.  There
11 are many people who may call and say, "We have
12 this case.  What do you think?  You know, is
13 this -- is this significant risk to a child?
14 What does the literature say about if this
15 person is using this substance, what is the
16 risk of harm at this point?"
17        "This is what we know."
18        And so I will give them information.
19    Q.   Okay.
20    A.   And then they will determine if they
21 are going to proceed on with that or need
22 expertise with -- with any potential hearings
23 that they will have.
24    Q.   Okay.
25    A.   There are some where, upon hearing

Page 77

BARBARA KNOX, M.D.
1
2  the case, I don't feel that it is associated
3  with significant risk.
4        There are many that I hear where I
5  think that there is significant risk of serious
6  harm and/or death.
7    Q.   Okay.  Have you worked on any unborn
8  child abuse cases from Dane County?
9    A.   That's an interesting question.  So
10 I will tell you that those cases have been
11 discussed at multidisciplinary team meetings in
12 depth.  And -- I'm not sure.  I -- I have
13 think --
14        MS. KECKHAVER:  I'm going to object
15 to the extent that -- that Dr. Knox is
16 being asked to disclose any --
17        THE WITNESS:  I -- I can't
18 comment --
19        MS. KECKHAVER:  -- physician-patient
20 information.
21        THE WITNESS:  -- any further on that
22 question, I don't believe.
23 BY MS. ZUREICK:
24    Q.   Well, without disclosing any
25 confidential patient information, when -- can

Page 78

BARBARA KNOX, M.D.

1
2  you tell us how many of these cases have been
3  discussed at team meetings?
4      A.  In Dane County specifically?
5      Q.  In Dane County specifically.
6      A.  Over the years, there's been a
7  handful of them that have been discussed.
8      Q.  And is a handful less than ten?
9      A.  I would say it's been less then ten
10 in my own personal experience from Dane County.
11     Q.  Okay.  Is a handful less than five?
12     A.  I would say that it has been
13 somewhere in the vicinity of five to -- I would
14 say probably five that have really been
15 discussed in-depth.
16     Q.  Okay.  Did any of these cases go to
17 court?
18     A.  I can't comment on that.  I would
19 say that I was never asked for Dane County to
20 provide additional assistance on a case after
21 my discussions with them on given topics.  So I
22 can't say what they actually did because they
23 may have and I just didn't participate in it.
24     Q.  Okay.
25     A.  I -- I can't tell you.

Page 79

BARBARA KNOX, M.D.

1
2      Q.  So you're saying you do not know if
3  any of these cases proceeded to court?
4      A.  Correct.
5      Q.  Okay.  Could you tell me who is
6  present at these multidisciplinary team
7  meetings?
8      A.  Child Protective Services will be
9  present.  Many times law enforcement is
10 present.  Many times either a prosecutor or the
11 person handling unborn CHIPS cases are present.
12         It -- it depends because in Dane
13 County, it used to be that there was a person
14 assigned in the prosecutor's office who handled
15 these, but this person really focused on unborn
16 CHIPS and it subsequently went to corporation
17 counsel.
18         So, you know, I can tell you that --
19 that I have had these discussions when the DA's
20 office was still addressing these as unborn
21 CHIPS cases.
22     Q.  Okay.  And when did the DA's
23 office -- are you saying the DA's office
24 stopped addressing these as UCHIPS cases?
25     A.  It transitioned in Dane County to

Page 80

BARBARA KNOX, M.D.

1
2  then being addressed by Dane County corporation
3  counsel, and I don't remember what year that
4  happened.
5      Q.  Do you know why that transition
6  happened?
7      A.  Some counties do that.  They -- they
8  determined that -- I don't know.  I wasn't
9  involved in it.  They -- I can't tell you why
10 the transition happened.  It was something that
11 those two entities agreed upon, and I just said
12 okay.  It's -- it's neither here nor there for
13 me who does them.
14     Q.  Okay.  At these multidisciplinary
15 team meetings, what is your role specifically?
16     A.  I'm the physician expert who is
17 providing information to the team.
18     Q.  Okay.  Are there any physician
19 experts present at these meetings?
20     A.  No.
21     Q.  Okay.  Thank you.
22         Would you say -- so the University
23 of Wisconsin's -- does the University of
24 Wisconsin School of Medicine and Public Health
25 have a relationship with any social services

Page 81

BARBARA KNOX, M.D.

1
2  departments in Wisconsin?
3         MS. KECKHAVER:  Objection, vague.
4         MR. WIESNER:  Join.
5         THE WITNESS:  I have to say I don't
6  understand that question.
7  BY MS. ZUREICK:
8      Q.  Okay.  Is there any formal or
9  informal working relationship between any
10 entities at the University of Wisconsin and
11 state or county social services departments?
12         MS. KECKHAVER:  Object to the form.
13         MR. WIESNER:  Join.
14         THE WITNESS:  There is no formal nor
15 informal relationship.  The counties ask me
16 to consult on some of their cases.  They
17 bring patients to my clinic.  But there is
18 certainly no formal relationship.  There's
19 no informal relationship.
20         We -- we work as a multidisciplinary
21 team, but these are when they ask me to be
22 involved in their cases.  But I -- I don't
23 understand the question beyond that.
24 BY MS. ZUREICK:
25     Q.  Thank you.

Page 82

BARBARA KNOX, M.D.

1    Okay.  I have one more question
2 about the Dane County cases.
3        Without violating any patient
4 confidentiality, can you say why no UCHIPS
5 proceedings have moved forward in Dane County?
6        A.   I cannot.
7        Q.   So do you not know why they have not
8 moved forward?
9        A.   I do not know why they have not
10 moved forward.
11        Q.   Okay.  Thank you.
12        A.   I also don't know if they've moved
13 forward, so...
14        Q.   Okay.  And so, again, in your --
15 your work at AFCH as medical director of the
16 child protection program, again, do you or any
17 of your colleagues do other -- to the extent
18 that you know, do any additional work with
19 state or county social services departments
20 that you've not already discussed?
21        A.   I -- I used to chair the State of
22 Wisconsin Children's Trust Fund for which there
23 was a DCF representative on that board.
24        Q.   Okay.

Page 83

BARBARA KNOX, M.D.

1        A.   Let me think.
2        I sit on the Attorney General's task
3 force on child maltreatment, which also has a
4 DCF representative.
5        Q.   Okay.
6        A.   And outside of that, I also co-chair
7 the Wisconsin Child Abuse Network for which we
8 have invited the Department of Children and
9 Families to the table for multidisciplinary
10 teaming.
11        Q.   Okay.
12        A.   And let me think.  Anything else?
13        I can't think of anything else for
14 which there would be a relationship.
15        Q.   Okay.  And do you do work -- any
16 other work with law enforcement that you
17 haven't already discussed?
18        A.   Not that I'm aware of.  I mean, I
19 train nationally and regionally and things like
20 that.  But I -- nationally, I worked with the
21 United States Attorney's Office, the U.S.
22 Department of Justice, along with -- the FBI
23 was a partner in that, the Bureau of Indian
24 Affairs was a partner in that, the Department

Page 84

BARBARA KNOX, M.D.

1 of the Interior and the BCI.  And -- or the --
2 no, I'm sorry, it's the Bureau of Land
3 Management.  And we did a yearlong training
4 nationally on sexual assault in Indian country.
5        Q.   Okay.
6        A.   So there was that.
7        But, you know, I have taken cases
8 for the FBI, but I can't say that I have any
9 other relationships --
10        Q.   Okay.  Thank you.
11        A.   -- with law enforcement.
12        Q.   And any other relationships with
13 prosecutors?
14        A.   I teach for the American Prosecutors
15 Association.  I'm invited to lecture at their
16 conferences.  And I have lectured at the
17 National District Attorneys Association
18 conferences on my areas of medical specialty.
19        Let me think.
20        I -- I can't think of other specific
21 relationships that you're asking about.
22        Q.   Okay.
23        A.   They ask me to consult on cases, as
24 do some defense attorneys.  So...

Page 85

BARBARA KNOX, M.D.

1        Q.   Okay.  Thank you.
2        So let's talk a little bit -- let's
3 transition.  Let's talk --
4        A.   Oh, I have one last thing.  I'm
5 sorry.
6        Q.   No problem.
7        A.   So I have asked a few prosecutors as
8 well as people who work in the area of child
9 protection to author chapters for me as part of
10 a book that I'm writing on child torture as a
11 form of child abuse.
12        Q.   Okay.
13        A.   That's another potential
14 relationship, I would say.  Okay.  Sorry.
15        Q.   Thank you.  Not a problem.
16        Okay.  Let's talk about your
17 clinical experience.
18        Do you currently see patients?
19        A.   Yes.
20        Q.   Okay.  And where do you see
21 patients?
22        A.   The American Family Children's
23 Hospital primarily.  I also have privileges at
24 St. Mary's.  So occasionally I float over there

Page 86

BARBARA KNOX, M.D.

1
2  to see inpatients.
3          And I also have privileges at
4  St. Mary's Hospital, so I will occasionally be
5  called -- or did I say St. Mary's again?
6      Q.   Yes, you did.
7      A.   Meriter Hospital --
8      Q.   Okay.
9      A.   -- to see patients there as well.
10     Q.   Okay.  And just to help my
11 understanding of how the different
12 organizations are related to each other, do you
13 see patients at the University of Wisconsin
14 School of Medicine and Public Health separate
15 from these other institutions?
16     A.   The School of Medicine and Public
17 Health is really -- I guess these are all like
18 partnerships.  The School of Medicine and
19 Public Health is the medical school and the
20 other entity is under that.
21         So I -- I did my medical school
22 there when it was still UW medical school, and
23 then I take all of the students from there to
24 see patients at the hospital.
25     Q.   Okay.

Page 87

BARBARA KNOX, M.D.

1
2      A.   We occasionally cross over into
3  adult land every so often.  So UW Hospital,
4  which has not been mentioned, when there are
5  individuals who are profoundly, developmentally
6  delayed --
7      Q.   Okay.
8      A.   -- and have the cognitive capacity
9  of a child and someone is concerned about
10 maltreatment, I will occasionally float over
11 and see those patients.
12         But, otherwise, the bulk of my
13 patient practice is at the UW American Family
14 Children's Hospital.
15         But there is a caveat with my
16 program.  I do take outside cases where I
17 analyze the cases as well.  And so those cases
18 are ones where I may not always see the patient
19 but may be asked to serve as an expert, as an
20 outside expert on cases.
21         However, I have also made them bring
22 the patient to me from other states as well for
23 exam at the hospital.
24     Q.   Okay.
25     A.   So hopefully that clarifies that in

Page 88

BARBARA KNOX, M.D.

1
2  a full disclosure of how we work.
3      Q.   Okay.  Thank you.
4          And you practice at those as a
5  general pediatrician and a child abuse
6  pediatrician, correct?
7      A.   I do, but I would say that the bulk
8  of my practice is child abuse pediatrics at
9  this point.
10     Q.   Okay.  When you say "the bulk,"
11 what percentage of your practice would you say
12 is child abuse pediatrics?
13     A.   I am full-time, 100 percent child
14 abuse pediatrics.  But in that realm, you see a
15 lot of general pediatrics that you also treat.
16 So I'm also treating constipation, a typical
17 general pediatric condition, ear infections,
18 all that other stuff within my own patient
19 population.
20         So I may be asked to consult for
21 general pedia -- or for child abuse pediatrics,
22 and in reality you may be -- you may do a chunk
23 of change of general pediatrics as well.
24     Q.   Okay.
25     A.   So there's definite overlap.

Page 89

BARBARA KNOX, M.D.

1
2      Q.   Okay.  Thank you.
3          And on average, how many weeks in a
4  year do you see patients.
5      A.   All weeks.  In fact, I was 24/7 call
6  for eight years.
7      Q.   Okay.
8      A.   I -- right now I see patients full
9  time.  So my physician assistant technically
10 covers two days a week, and I do the remaining
11 three, but we typically overlap on all
12 patients.
13     Q.   Okay.
14     A.   So -- so I am -- whenever -- I don't
15 have weeks off of nonservice as other
16 physicians do.
17     Q.   Okay.
18     A.   I am -- I am the one and only child
19 abuse physician, so I see them all.
20     Q.   Okay.  And you said that you see
21 patients three days a week, is that correct?
22     A.   I actually see them -- it -- it
23 depends on three to five days a week.
24     Q.   Okay.
25     A.   And then now I'm down to one weekend

Page 90

BARBARA KNOX, M.D.

1  BARBARA KNOX, M.D.
2  a month call down from full --
3      Q.   Okay.
4      A.   -- after eight years.  And so I do
5  one weekend a month and then one night a week.
6  But I back everybody else up the remainder of
7  the 365 days that are left.
8      Q.   Okay.
9          MR. WIESNER:  Hey, excuse me one
10  second.  I hate to chime in.  Do you mind
11  if we take a ten-minute break quick?
12          MS. ZUREICK:  Can we just finish
13  this line of questioning quickly, just
14  another ten minutes or so.
15          MR. WIESNER:  Sure.
16          MS. ZUREICK:  Thank you.
17  BY MS. ZUREICK:
18      Q.   Okay.  And in an average day, how
19  many patients do you see?
20      A.   That's a loaded question.  I would
21  love to be able to give you a number.  However,
22  it varies, ebbs and flows, with the season, the
23  full moon, you name it.  It depends.  Some
24  months we will peak and see a huge percentage
25  of patients.  Other times I might go a week and

Page 91

1  BARBARA KNOX, M.D.
2  not have any, or I -- I might get outside case
3  consults and not have any, you know, physical
4  patients at the hospital.  It ebbs and flows.
5  You can't predict on any given day what's going
6  to come in the door.
7      Q.   Is there a week where you have --
8  like a medium level caseload, how many patients
9  would that be?
10      A.   How about this?  Let's talk about
11  overall yearly numbers.
12      Q.   Okay.
13      A.   I see approximately -- it depends on
14  any given year.  You know, the -- the child
15  protection program probably sees on average
16  somewhere around 2 to 300 patients a year.
17      Q.   Okay.
18      A.   And that's -- that would then
19  encompass some of these outside cases that are
20  done as well.
21      Q.   Okay.  So you see about 200 to 300
22  patients a year, is that correct?
23      A.   Yes.
24          MS. ZUREICK:  Okay.  I think now is
25  a good time to take a break and we'll

Page 92

1  BARBARA KNOX, M.D.
2  return to this.  So we'll return in about
3  ten minutes.
4          THE VIDEOGRAPHER:  This concludes
5  Tape 1 of Dr. Barbara Knox.  We're off the
6  record at 10:27 a.m.
7          (Whereupon, a recess was had
8  from 10:27 a.m. to 10:43 a.m.)
9          (Whereupon, Mr. Wiesner left the
10  proceedings telephonically and Mr. Knott
11  entered the proceedings telephonically.)
12          THE VIDEOGRAPHER:  This is the
13  beginning of Tape 2 of Dr. Barbara Knox.
14  We're on the video record at 10:43 a.m.
15  BY MS. ZUREICK:
16      Q.   You said that you see about 200 to
17  300 patients a year, correct?
18      A.   Correct.
19      Q.   How many of these are patients you
20  see for suspected child abuse maltreatment?
21      A.   Well, they all would be by coming
22  into the program because I'm 100 percent child
23  abuse pediatrics at this point.
24      Q.   Okay.
25      A.   And that includes the outside cases.

Page 93

1  BARBARA KNOX, M.D.
2      Q.   Okay.  Okay.  And do you treat
3  pregnant females in your practice?
4      A.   No.
5      Q.   Okay.
6      A.   They -- every so often I do have a
7  pregnant female who is a child --
8      Q.   Okay.
9      A.   -- who does come into the program,
10  but I'm not providing the prenatal care for
11  that person.  So I do technically treat
12  pregnant women, just not for prenatal care.
13      Q.   Okay.  What do you treat them for?
14      A.   Suspected child maltreatment.
15      Q.   And are they the children who you --
16  who one thinks might have been maltreated?  Are
17  you seeing --
18          MS. KECKHAVER:  Objection.
19          MS. ZUREICK:  Strike that.  I'll
20  clarify.
21  BY MS. ZUREICK:
22      Q.   When you see a pregnant female
23  patient who's a minor, are you seeing them
24  because they might be the victim of child
25  maltreatment?

Page 94

BARBARA KNOX, M.D.

1    A.   Correct.
2    Q.   Okay.  Have you treated any pregnant
3  patients where you were concerned that they
4  were using or had been using drugs or alcohol
5  while pregnant?
6    A.   I don't believe in -- in the
7  referrals to the child protection program that
8  I've had one who was pregnant that I was
9  concerned about using drugs or alcohol because
10 the youngest who I treated that was pregnant
11 was nine.
12   Q.   Okay.
13   A.   So...
14   Q.   Did you have any that you believed
15 had been using drugs or alcohol, but you were
16 not concerned about their use?
17   A.   No, I would never have that case.
18   Q.   Okay.  Thank you.
19        Please turn to back to Exhibit 116,
20 your expert report.  I'd like to direct your
21 attention to paragraph 2 where you say, "I have
22 hospital appointments at UW Hospital, UW
23 American Family Children's Hospital, Meriter
24 Hospital, and St. Mary's Hospital in Madison,

Page 95

BARBARA KNOX, M.D.

1  Wisconsin.  At each of these facilities, I
2  evaluate children who are suspected victims of
3  child maltreatment.  This includes evaluating
4  children, including unborn children, who may be
5  drug endangered children."
6        Is that correct?
7    A.   Correct.
8    Q.   And what is a drug endangered unborn
9  child?
10   A.   Exactly what you say, a child in
11 which someone is concerned that the fetus is
12 being harmed by some type of substance.
13   Q.   Okay.  And when you say "someone is
14 concerned," who is that someone?
15   A.   It varies.  It could be the patient
16 herself.  It could be law enforcement.  It
17 could be Child Protective Services.  It could
18 be -- it could be the attorney for an unborn
19 CHIPS case, et cetera.
20   Q.   Okay.  And you said concerned about
21 potential harm from some kind of substance,
22 correct?
23   A.   Correct.
24   Q.   What kinds of substances?

Page 96

BARBARA KNOX, M.D.

1    A.   Well, the typical ones that I deal
2  with are street drugs and alcohol, but there
3  are others, such as K2, which is, you know,
4  the -- the form of -- K2 Spice and Bath Salts
5  are at times legally available in the state of
6  Wisconsin in which people also ingest those
7  substances while pregnant and that also can
8  cause significant harm.
9    Q.   And when you say drug endangered
10 unborn child, is that a commonly accepted
11 medical term?
12   A.   Yes, I would say that it is a
13 commonly accepted term in child abuse
14 pediatrics.  It's part of our training and
15 experience and ones in which we would
16 potentially comment in our reports.
17   Q.   Okay.  And in what context are you
18 evaluating these unborn children?
19   A.   It's typically based upon outside
20 case reviews where the counties are calling me
21 many times after they have gotten a referral
22 from someone in regards to a pregnant woman
23 where there is concern about the unborn fetus,
24 and those would be the cases that I would

Page 97

BARBARA KNOX, M.D.

1  primarily consult on.
2    Q.   Okay.  Do you consider the pregnant
3  women in these cases your patients?
4    A.   No.
5    Q.   Okay.  And do you consider the,
6  quote, "unborn child" to be your patient?
7    A.   Not my patient.
8    Q.   Okay.
9    A.   I consider myself to be consulting
10 on the case entity itself.
11   Q.   Okay.  Okay.  What is the process
12 for evaluating an unborn child who may be drug
13 endangered?
14   A.   That is a question for which I will
15 give you a two-prong answer.
16   Q.   Okay.
17   A.   The person who is the OB, if they
18 are concerned about drug endangerment and this
19 is their patient, they may be ordering
20 ultrasounds and other tests on the developing
21 fetus to see how the fetus is developing and to
22 look for any potential birth defects that may
23 show up on ultrasound or additional imaging
24 should they need it, including looking at, you

Page 98

BARBARA KNOX, M.D.

1  know, heart defects, et cetera.
2  know, heart defects, et cetera.
3       For myself, I am typically asked to
4  get involved in these cases to look at what is
5  being disclosed as being used, so what is the
6  substance that is being disclosed as being used
7  or substances, because many have poly substance
8  use and abuse, and then look at what does the
9  literature say about these specific drugs and
10 outcomes to the -- the children.
11      And so I -- I really like to know
12 what's being disclosed as the drug or drugs or
13 alcohol, and I also like to know what's the
14 quantity at which they're reporting use, when
15 are they reporting use, et cetera, how
16 frequently, any medical testing that's been
17 done on the mother that would confirm her
18 self-reports or others' concerns about this,
19 et cetera.  And all of these pieces and others
20 go in to looking at risk assessment.
21      Q.   Okay.  Do you personally evaluate
22 the pregnant women in these cases?
23      A.   No.
24      Q.   Okay.  And what sort of records do
25 you look at in conducting this evaluation?

Page 99

BARBARA KNOX, M.D.

1       A.   It depends.  Some of the times the
2  counties will ask me to specifically look at a
3  mother's records and comment on them.
4       At other times counties are asking
5  me to specifically look at information that has
6  been given to them and make a recommendation
7  off the information that is presented to me.
8       Q.   Okay.  And so is it fair to say that
9  the records that you look at are generally
10 those that the county gives you in these cases?
11      A.   Yes.
12      Q.   And then is it fair to say that the
13 records that you look at in making this
14 evaluation varies based on what the county has
15 to give you?
16      A.   Yes.
17      Q.   Okay.  And so when you're
18 evaluating, you mentioned, quantity of use when
19 drug or alcohol -- when a substance is used and
20 how frequently, is that all information that
21 comes to you from the county?
22      A.   Most of the time.  Some of it may
23 come from law enforcement or other entities,
24 but most of the time it's the county.
25

Page 100

BARBARA KNOX, M.D.

1       It really depends, case specific, on
2  who's the multidisciplinary team looking at the
3  case?
4       Q.   Okay.
5       A.   You know, who's been involved with
6  it?
7       Some of the times they team with law
8  enforcement; some of the times they don't.  You
9  know, and like I said, I've have them come just
10 from law enforcement.  I've also had other ones
11 where, you know, the medical providers are
12 looking at it.
13      Q.   Okay.  And so is it correct that you
14 do not yourself conduct any tests to determine
15 whether the pregnant woman actually used any
16 substances?
17      MS. KECKHAVER:  Object to the form
18 of the question, vague.
19 BY MS. ZUREICK:
20      Q.   You can answer.
21      A.   No, because of the fact that I am
22 not treating that mother --
23      Q.   Okay.
24      A.   -- that patient.  That's not my

Page 101

BARBARA KNOX, M.D.

1  patient, so I'm looking at records provided to
2  me only.
3       Q.   Okay.  Thank you.
4       And you mentioned that there is a
5  role for OB/GYNs in evaluation of potentially
6  drug endangered unborn -- quote, unborn
7  children, correct?
8       A.   Yes.
9       Q.   Do you work specifically with these
10 OB/GYNs in conducting your part of the
11 assessment?
12      A.   No, I don't, because typically these
13 are cases that are coming to me from elsewhere.
14      Q.   Okay.
15      A.   So it's not -- it's not the OB/GYN
16 who's asking me to look at it.  And so I -- I
17 work with the people who are asking me to
18 assess the case.
19      Q.   Okay.  And do you know if an OB/GYN
20 is always consulting on these cases?
21      A.   I don't know.
22      Q.   Okay.  To your knowledge, do they
23 sometimes consult on these cases?
24      A.   I -- you know, there are times where

BARBARA KNOX, M.D.

1
2  OB/GYNs have -- have seen the patient.  They
3  may be referring the patient, but I'm not
4  sitting down with them in a multidisciplinary
5  team that I can recall getting that
6  information.
7       Typically these cases have one
8  person who contacts me about it, and then we
9  may or may not discuss it as a
10  multidisciplinary team, but I cannot recall
11  ever sitting in on one with an OB/GYN present.
12      Q.   Okay.  So is -- is it correct to say
13  that OB/GYNs are not generally included in
14  these multidisciplinary teams?
15      A.   I would say that is correct, but I
16  would also say that I don't know that anyone
17  has invited them.
18      Q.   Okay.
19      A.   So...
20      Q.   Thank you.
21           Okay.  In conducting this
22  evaluation, do you assess whether the pregnant
23  woman habitually lacks self-control in the use
24  of alcohol or controlled substances or any
25  substance, for that matter?

BARBARA KNOX, M.D.

1
2      A.   I'm not quite sure what you mean by
3  "habitually lacks self-control."  Please
4  explain to me what your definition of -- of
5  asking me the question "habitually lacks
6  self-control" means.
7      Q.   So please turn -- I'd like to
8  direction your attention to Exhibit 116 again.
9      A.   Okay.
10     Q.   Okay.  Please look at Page 2,
11  paragraph 6, first paragraph underneath the
12  heading "Prenatal Alcohol Exposure."
13     A.   Okay.
14     Q.   Okay.  And what is this
15  paragraph regarding?  You can take a minute to
16  look at it.
17          (Witness viewed said document.)
18          THE WITNESS:  Okay.
19  BY MS. ZUREICK:
20     Q.   Okay.  And does this
21  paragraph concern a case that you consulted on?
22     A.   Yes.
23     Q.   Okay.  Please take a look at the
24  last sentence of the paragraph.
25     A.   Yes.

BARBARA KNOX, M.D.

1
2      Q.   It reads, "Additionally, per my
3  clinical training and experience, this," this
4  situation you describe above, "puts the child
5  at high risk of fetal alcohol syndrome/fetal
6  alcohol spectrum disorders due to the mother
7  habitually using alcohol during the
8  pregnancy..."
9           In that sentence, what do you mean
10  by the term habitually using alcohol during
11  pregnancy?
12     A.   That's a very interesting question.
13  She was by report .5 at the time that she was
14  found.
15          I can tell you -- I don't know about
16  you, but I can tell you that if I was .5 on any
17  given day, I would be dead on the bell spectrum
18  curve of people in looking at blood alcohol
19  levels, because that is really where you get
20  into alcohol poisoning and fatal alcohol
21  poisoning.
22          So the point is is that if you're at
23  .5, you're really living there if you're alive
24  for a good majority of the time.
25          So when I say "habitually using

BARBARA KNOX, M.D.

1
2  alcohol," she has to be habitually using
3  alcohol or she would be virtually dead at this
4  point, because .5 on the bell curve is really
5  where you're looking at -- at fatal alcohol
6  poisoning.
7      Q.   So could habitual use of alcohol or
8  another substance just mean one use of that
9  substance?
10     A.   Not in this case for this woman.  I
11  mean, she -- this actually was not the only
12  time that she was found down --
13     Q.   Okay.
14     A.   -- during this pregnancy.  So -- so
15  there was actually care sought once before on
16  this.  And when you look at this case, you're
17  living there.
18     Q.   So in general, when you use the term
19  "habitual," though, does that mean multiple
20  uses?
21     A.   It depends upon how I use it.  In
22  this sentence, I am saying that I had knowledge
23  that this was not the first time during this
24  specific pregnancy that she was passed out
25  during the pregnancy.  She also had entered

1      BARBARA KNOX, M.D.
2  treatment at one point before.
3           And when you look at this case, I
4  did comment that she has to be a habitual
5  alcohol user in order to be alive at .5.
6      Q.   I see.
7           And so would you say that habitual
8  lack of self-control in use of alcohol or
9  another substance, is that a medical term?
10     A.   I would say that habitual use may be
11 used in medical documentation. I have
12 clarified how I've used it in this sentence. I
13 can't clarify it generally because it depends
14 upon how it's being used in any given term.
15     Q.   Okay. Do you know other physicians
16 who use that as a medical term?
17     A.   I can't speak to what other
18 physicians do. I can tell you that here, I
19 certainly commented on habitual use based upon
20 her blood alcohol level and my knowledge that
21 this was not the first time.
22     Q.   Okay. Thank you.
23          And is the term "habitual lack of
24 self-control" defined in any authoritative
25 medical treatises or other sources?

1      BARBARA KNOX, M.D.
2      A.   Where is habitual lack of
3  self-control? I don't see that anywhere.
4  Please define for me what you mean by "habitual
5  lack of self-control."
6      Q.   So what I'm asking is, have you seen
7  this term generally, "habitual lack of
8  self-control," with regard to the use of
9  alcohol or controlled substances defined in any
10 authoritative medical sources?
11     A.   To clarify your statement to me, is
12 that in general or specific to this report?
13     Q.   In general, have you seen it in
14 general defined in any authoritative medical
15 treatises or other sources?
16     A.   I can't recall.
17     Q.   Okay. Thank you.
18          To your knowledge, is the term
19 "habitual lack of self-control" with respect to
20 alcohol or controlled substances a clinical
21 diagnosis?
22     A.   I -- please repeat your question.
23 Let me listen to it here.
24     Q.   Okay.
25          ///

1      BARBARA KNOX, M.D.
2      (The reporter read the record as
3  requested.)
4      THE WITNESS: I can't say.
5  BY MS. ZUREICK:
6      Q.   Okay.
7      A.   I don't know. I didn't use it
8  myself.
9      Q.   Okay. When you use it in your
10 expert report, do you use it as a clinical
11 diagnosis -- to indicate the clinical
12 diagnosis?
13     A.   Please tell me where I've used that
14 statement. I don't see that statement.
15     Q.   In...
16          So this, as you -- this is the
17 language in the law, habitual lack of --
18 habitually lacking self-control in the use of
19 alcohol beverages, controlled substances, or
20 controlled substance analogs, in Act 292 of
21 Wisconsin.
22     A.   Okay.
23     Q.   When that term is used in the law,
24 in your opinion, is it a medical term?
25     A.   I would say -- I would say it

1      BARBARA KNOX, M.D.
2  depends upon how you interpret it. I do not
3  see that as a medical diagnosis.
4      Q.   Okay. And when you're conducting an
5  evaluation of what is suspected to be a drug
6  endangered, quote, unborn child, do you assess
7  whether there's a substantial risk to the
8  physical health of that, quote, unborn child?
9      A.   Yes, I absolutely did in this case,
10 and I said this child has a very high risk --
11 this fetus has a very high risk of ending up
12 dead.
13     Q.   Okay. And do you make that
14 assessment generally when you are evaluating
15 potentially drug endangered, quote, unborn
16 children?
17     A.   I make any statement based upon the
18 specifics of the case that is given to me.
19          So, as I said before, I look at all
20 of the individual pieces of those cases,
21 including what is the substance or substances
22 that are reported being used; how often is the
23 person reported to be using; when was the last
24 use for the person; what are the levels, if
25 any, that have been detected.

BARBARA KNOX, M.D.

1
2        If you're .5, you have a very high
3 likelihood of yourself ending up dead and
4 taking the fetus with you.  So in this case, I
5 said very high risk of death to the fetus.
6     Q.   Okay.  In other cases that you've
7 looked at, do you evaluate a substantial risk
8 to the physical health of the fetus?
9     A.   Sure.
10    Q.   And how do you do that?
11    A.   Depends upon all of the criteria
12 that I just listed out.
13    Q.   Okay.
14    A.   It's individualized for every single
15 case because it depends upon what substance or
16 substances are being discussed, the volumes,
17 the quantities, et cetera.  You know, there's
18 so many different pieces that go into looking
19 at any one case and looking at risk.
20    Q.   Okay.  Thank you.
21     Do you ever formulate treatment
22 plans for the women who are carrying the
23 fetuses that you evaluate for drug
24 endangerment?
25    A.   No.

BARBARA KNOX, M.D.

1
2    Q.   And when you conduct these
3 evaluations, what actions do you take after you
4 conduct the evaluation?
5    A.   I evaluate them for the county, and
6 then it depends on if the county asks me for
7 any further report, if they want a written
8 report or if they want testimony or they may
9 not need anything else.
10    Q.   Okay.  Just to return to the
11 language of Act 292 again.  We had talked about
12 whether you assess whether pregnant women
13 habitually lack self-control in the use of
14 alcohol or controlled substances.
15     Do you also evaluate whether they
16 habitually lack self-control to a severe
17 degree?
18    A.   So here's what I'll tell you, to
19 answer that question.  If you are, in this
20 case, .5 and you've previously been
21 hospitalized as well or you previously have had
22 EMS at your house because you were passed out
23 as well and also about equally as high, you are
24 a habitual user; you clearly have a problem
25 with lack of self-control.

BARBARA KNOX, M.D.

1
2     So in that case, I might make that
3 statement.  In other cases, it depends upon the
4 individual case for which I would make that
5 statement or not, like I said.
6     So might I use those words?  Might I
7 spit back out something to that effect?  Maybe.
8 It depends upon the case.
9    Q.   Okay.  And what sort of factors in
10 other cases, besides this one that you discuss
11 in your expert report, would you look to to
12 make that evaluation?
13    A.   Everything that I already said.
14    Q.   Okay.  Thank you.  Thank you for
15 clarifying that.
16     Okay.  And is it -- in your
17 experience, is it common for a pediatrician to
18 evaluate what you call an unborn child for
19 possible drug endangerment?
20    A.   Child abuse pediatricians, yes.
21 This is part of what we do.
22    Q.   Okay.  Thank you.
23     Okay.  Please -- I would like to
24 direct your attention again back to your expert
25 report, Exhibit 116, at paragraph 5, which is

BARBARA KNOX, M.D.

1
2 on the second page.
3     You state that, "In 10 years of
4 practice as a child abuse pediatrician, I have
5 evaluated hundreds of children with concern of
6 child maltreatment," is that correct?
7    A.   Yes.
8    Q.   Okay.  And you state several
9 involved assessing risk to an unborn child
10 secondary to a parent with substance use/abuse
11 during pregnancy.
12     How many are several cases?
13    A.   I don't count them up.  I get, you
14 know, like I said, a handful of these a year.
15 I would say in ten years' time, I probably --
16 depending upon any given year, you probably get
17 about a handful of them.
18     Over time, I would say that I have
19 had in 10 years' time less than 20 calls on
20 these cases for these specifics of something
21 that the county deems so significant that
22 they're asking for my assistance with an unborn
23 CHIPS.
24     I cannot tell you how many other
25 cases the counties may do.  I can only tell you

BARBARA KNOX, M.D.

1
2  what they're asking me about.
3      Q.  Okay.  Thank you.
4          And in the less than 20 cases that
5  you have seen, are these -- these are -- these
6  include the ones that are described in your
7  expert report, is that correct?
8      A.  Yes.
9      Q.  Okay.  And there are others besides
10 those described --
11     A.  Yes.
12     Q.  -- in your expert report, correct?
13     A.  Yes.
14     Q.  Okay.  Thank you.
15         Using one of the cases not described
16 in your expert report as an example and without
17 divulging any personal confidential
18 information, could you describe how you go
19 about evaluating an unborn child for drug
20 endangerment?
21     A.  I think we've already done that.  I
22 think we have.  We've talked about the fact
23 that someone will provide me with all of the
24 information.  I may get medical records.  I may
25 get laboratory evaluations.  I may have the

BARBARA KNOX, M.D.

1
2  counties meet with me.
3          So it's based upon the information
4  that is provided to me when I'm looking at all
5  of those additional pieces, the sub -- the
6  substance or the substances, is there anything
7  that independently confirms what the reports
8  are, et cetera, et cetera, and analyzing all
9  those pieces to determine level of risk.
10     Q.  Okay.  I'm going to direct your
11 attention again to Exhibit 116, your expert
12 report, going back to Page 1, paragraph 3.
13     A.  Paragraph, which one?
14     Q.  Paragraph 3.
15     A.  Okay.
16     Q.  Okay.  And you note, speaking of
17 your fellowship in child abuse pediatrics at
18 Cincinnati Children's Hospital Medical Center,
19 you write, "As part of my fellowship training,
20 I received training on the medical evaluation
21 of prenatal and childhood exposure to
22 controlled substances including
23 methamphetamine, marijuana, opiates and
24 cocaine, correct?
25     A.  Correct.

BARBARA KNOX, M.D.

1
2      Q.  Did you receive any training during
3  your fellowship on prenatal exposure to
4  alcohol?
5      A.  Yes.
6      Q.  Okay.  Any training related to
7  prenatal exposure to tobacco?
8      A.  Yes.
9      Q.  Okay.  And --
10     A.  We covered every single drug in
11 fellowship.
12     Q.  Okay.
13     A.  You had to because they're all on
14 the board exam --
15     Q.  Okay.
16     A.  -- or it's part of the content
17 specifications, so they have to cover every
18 single one of them.
19     Q.  Okay.  Thank you.
20         Turning to Exhibit 117 --
21     A.  I don't have 117 here.
22     Q.  It should be your updated CV.
23     A.  Oh.
24     Q.  Where did my copy go?
25         You completed your residency in 2005

BARBARA KNOX, M.D.

1
2  at the Mayo School of Graduate Medical
3  Education, correct?
4      A.  Yes.
5      Q.  Okay.  During your residency, did
6  you receive any training on the medical
7  evaluation of fetuses who may have been exposed
8  to drugs or alcohol in utero?
9      A.  There actually was some because when
10 you're studying all of the embryologic
11 developments and when you're studying heart
12 defects, et cetera, all of that comes into play
13 during your residency.  You do look at what are
14 the teratogens and how that may affect the
15 overall development of the fetus.
16     Q.  Okay.  And --
17     A.  We also provide all of the newborn
18 care as part of our residency training, so
19 we're present at all of the deliveries for
20 which, you know, information about, you know,
21 neonatal abstinence syndrome and withdrawal,
22 neonatal withdrawal of certain drugs, is
23 certainly something that we had to treat as
24 pediatric residents.  And we had to be able to
25 diagnose it and treat it effectively in these

Page 118

BARBARA KNOX, M.D.

1
2 children.
3    Q.   Okay.  And what sort of training --
4 could you describe in a little more detail what
5 training you received on conducting medical
6 evaluations of fetuses who may be exposed to
7 drugs or alcohol in utero?
8    A.   Sure.  The neonatologist absolutely
9 trained us as -- as residents on how to be able
10 to diagnose neonatal abstinence syndrome, how
11 to be able to effectively treat it.  And then
12 we as residents had to assist in the medical
13 management of those cases.
14    Q.   Okay.  And did you conduct -- during
15 your time as a resident, did you conduct any
16 evaluations on a fetus while it was still in
17 utero?
18    A.   No, because we took care of -- we
19 took care of the baby immediately after birth.
20    Q.   Okay.  And did you receive any
21 training on conducting an evaluation while the
22 fetus was still in utero?
23    A.   An evaluation for what?
24    Q.   For drug endangerment.
25    A.   No, because that wasn't the focus of

Page 119

BARBARA KNOX, M.D.

1
2 my residency training.  I certainly got it in
3 fellowship training.
4    Q.   Okay.  Thank you.
5         And you completed -- moving on, you
6 completed your M.D. at the University of
7 Wisconsin School of Medicine, correct?
8    A.   Actually, it was the University of
9 Wisconsin Medical School, to be technically
10 accurate.
11    Q.   Okay.  Thank you.
12         While completing your M.D., did you
13 receive any training on conducting a medical
14 evaluation of a fetus for drug endangerment?
15    A.   Yes, in medical school you did
16 because that's part of what is done on your OB
17 rotation.  And I conducted my OB rotation in
18 Milwaukee --
19    Q.   Okay.
20    A.   -- where there was a lot of it.
21    Q.   Could you describe that training?
22    A.   Again, it is the OB/GYNs and the
23 maternal fetal medicine physicians teaching us
24 as medical students how to be able to recognize
25 and respond to these cases appropriately.

Page 120

BARBARA KNOX, M.D.

1
2    Q.   Okay.  And did they teach you how to
3 recognize these cases while the fetus was still
4 in utero?
5    A.   Yes.
6    Q.   And your -- did your training
7 consist of clinical work during your M.D.?
8    A.   Yes.
9    Q.   Okay.  And did you get any -- did
10 you gain any clinical experience in conducting
11 a medical evaluation of a potentially drug
12 endangered fetus?
13    A.   Yes.
14    Q.   Okay.  Could you describe that in
15 more detail?
16    A.   Absolutely.  When you're in the
17 outpatient clinic, you would see mothers who
18 clearly had substance use problems.  And we
19 would watch the physicians evaluate them.  We
20 would be trained on how to counsel them to --
21 to try and decrease their substance use and
22 abuse, try and get them to meet with social
23 workers to get them referred into treatment.
24 And if not and still clinically concerned, the
25 social workers were making referrals on these

Page 121

BARBARA KNOX, M.D.

1
2 cases.
3    Q.   Okay.  What kind of referrals were
4 the social workers making?
5    A.   Through child protection.
6    Q.   Okay.
7    A.   It depends upon the county of
8 origin.
9    Q.   Okay.  Thank you.
10         And you had mentioned earlier that
11 after you completed your fellowship in child
12 abuse pediatrics, you have undertaken ongoing
13 continuing medical training, correct?
14    A.   Yes.
15    Q.   Has any of that specifically been in
16 the medical evaluation of fetuses who are
17 exposed to drugs or alcohol in utero?
18    A.   Yes, I did have to, you know, take
19 that as part of the board exam preparation
20 course.
21    Q.   Okay.
22    A.   And that was actually run through
23 the American Academy of Pediatrics.  And they
24 had a whole session devoted to drug endangered
25 children for which prenatal substance use was

BARBARA KNOX, M.D.

1
2 also covered.
3     Q.   Okay.  And what percentage of your
4 preparation for the board exam concerned drug
5 endangered children?
6     A.   Good question.  I don't remember.
7 They're all listed out by percentages.  And if
8 you were to ask me that question when it was
9 closer to the boards, I could have told you
10 because I knew it then.  I don't recall now.
11 Each one has a certain percentage of what the
12 test is that it's given.
13     Q.   Okay.  Thank you.
14          And is that a complete list of the
15 continuing medical education or training that
16 you have received since your fellowship?
17     A.   Well, I'll tell you, a lot of my
18 continuing medical education has also been in
19 speaking with a lot of my colleagues and doing
20 a lot of literature reviews on updated
21 material.  Because back in the day when I did
22 fellowship, Spice, Bath Salts, they really
23 weren't hot on the market.  So there's new
24 things that come out.  There's new literature
25 that comes out all the time looking at, you

BARBARA KNOX, M.D.

1
2 know, what is concerning and what isn't so
3 concerning.
4          So you have to stay abreast of all
5 of it in order to make objective opinion -- or
6 objective diagnoses in these cases.
7     Q.   Okay.  I'm going to direct your
8 attention back to Exhibit 117, your updated CV.
9          Okay.  And please look at Page 1 at
10 the bottom of the page under "Certifications."
11          It says that you have a drug
12 enforcement agency certification, correct?
13     A.   Yes.
14     Q.   What is a drug enforcement agency
15 certification?
16     A.   It's your DEA number so you can
17 prescribe narcotics.
18     Q.   Okay.  Thank you.
19          And why did you seek this
20 certification?
21     A.   Because as a physician, in total you
22 have to prescribe narcotics or other controlled
23 substances at times.  So you can't do it unless
24 the DEA says you can.
25     Q.   Okay.  Now, please take back at

BARBARA KNOX, M.D.

1
2 Exhibit 116, your expert report.  If you could
3 turn to Exhibit A, your original CV, which is
4 included in 116.
5     A.   Okay.
6     Q.   And just the first page of the CV.
7     A.   Say that again.  Where am I supposed
8 to be going here?
9     Q.   Absolutely.  So you're in the right
10 exhibit, Exhibit 116.  And it's Section A,
11 which is the next page, Page 1 --
12     A.   Okay.
13     Q.   -- bottom of the page.
14          Okay.  And please also have
15 Exhibit 117, your updated CV next to it --
16     A.   Okay.
17     Q.   -- also looking under
18 "Certifications."
19     A.   Sure.
20     Q.   So in Exhibit 116, your original CV,
21 you listed a pediatric advanced life support
22 certification, correct?
23     A.   Yes.
24     Q.   And is it correct that that
25 certification is not included in Exhibit 117,

BARBARA KNOX, M.D.

1
2 your updated CV?
3     A.   Yes, because I'm trying to shore it
4 up since it's getting long.
5     Q.   Okay.
6     A.   So I went through and -- since this
7 one is getting ready for the next promotion, I
8 started taking off things that really were
9 irrelevant to me at this point.
10     Q.   Okay.  And why is a pediatric
11 advanced life support certification no longer
12 relevant to you?
13     A.   Because I counseled on patients, so
14 I'm not the person who is doing the
15 resuscitation at this point.  So I do not have
16 to list that on my CV because I no longer -- I
17 used to work at Meriter Hospital as well, and I
18 used to do all of the newborn nursery on
19 Fridays.  And so I needed to be certified to do
20 all of the resuscitations.
21          I don't do resuscitations right now
22 currently in my position because I'm not over
23 at Meriter getting the babies handed to me.  So
24 it's not something that directly applies to my
25 expertise at this point, so I don't feel that I

1       BARBARA KNOX, M.D.
2  need to keep listing it on the CV.
3       Q.   Okay.
4       A.   I mainly list these all the time so
5  I know when I have to renew.  And then when you
6  list it, you also have to update it.
7       Q.   Right.
8       A.   So it's one less thing to update.
9       Q.   Looking at Page 2 of your original
10  CV --
11      A.   Uh-huh.
12      Q.   -- in Exhibit 116, is it correct
13  that you had listed neonatal resuscitation
14  program instructor and neonatal resuscitation
15  program certification on that?
16      A.   Yeah, same thing, you list it, you
17  have to update it.  They were basically
18  ticklers for me to know when I needed to
19  recertify.
20      Q.   Okay.  That makes sense.
21          And -- and it's correct, right, that
22  those are no longer listed in your CV on
23  Exhibit 117?
24      A.   Correct, because I need to thin it
25  out.

1       BARBARA KNOX, M.D.
2       Q.   Okay.  So is this for the same
3  reason as why you no longer --
4       A.   Yes.
5       Q.   -- have pediatric advanced life
6  support certification?
7       A.   Yes.
8       Q.   Okay.  Thank you.
9          Okay.  Turning back to Exhibit 117,
10  your updated CV.  Please turn to Page 2 and
11  take a minute to look at your professional
12  society memberships that are listed on Pages 2
13  and 3 and just tell me when you're done.
14      A.   Only on this one or am I supposed to
15  compare it to the other one?
16      Q.   Take a look at Exhibit 117 first.
17      A.   Okay.
18      Q.   Okay.  And then looking back at
19  Exhibit 116, your --
20      A.   Wait a second.  You said look at 117
21  first?
22      Q.   Exactly.
23      A.   Okay.
24      Q.   Thank you.
25          Now looking back at 116, Exhibit

1       BARBARA KNOX, M.D.
2  116, your original CV, your professional
3  society memberships are listed on Pages 2 and 3
4  of that document, correct?
5       A.   Yes.
6       Q.   And is it correct that Exhibit 117,
7  your updated CV -- excuse me, I will rephrase.
8          Is it correct that Exhibit 116, your
9  original CV, lists state -- well, national,
10  international, state and regional and local
11  professional society memberships?
12      A.   Yes --
13      Q.   Okay.
14      A.   -- it is.
15      Q.   And is it correct that Exhibit 117,
16  your updated CV, only lists national and
17  international professional society memberships?
18      A.   Yes.  So let me explain.
19      Q.   Okay.
20      A.   The woman who coordinates the
21  promotion packets for UW actually, I believe,
22  moved -- she put it in the -- the version that
23  it needs to be for promotion to full professor.
24          And she talked to me about this.  I
25  believe she moved the state and regional local

1       BARBARA KNOX, M.D.
2  ones that I had listed out to the back of the
3  CV under -- she felt that they were better
4  listed out under service activities.  So she
5  listed them there because we wanted to get rid
6  of any potential duplication that was present
7  to thin this thing out.
8          And so even though I am still
9  members of all of these professional societies,
10  they shifted to the back.
11      Q.   Okay.
12      A.   So I just want you to understand
13  that this is in the promotion version, so
14  there's many things that moved around.
15      Q.   Okay.  Thank you for that.
16      A.   So please tell me we're not going to
17  go through every little thing that moved
18  because that might take hours.
19      Q.   So let's just look at Exhibit 117
20  now --
21      A.   Okay.
22      Q.   -- your updated CV.
23          Taking a look at Page 2, your
24  professional society memberships, is this a
25  complete list of your national and

BARBARA KNOX, M.D.

international professional society memberships?

A.   Well, I hope it is at this point because this already went out to people to write letters.  So as far as I know, this would hopefully be an accurate list.

Q.   Okay.  And could you identify which, if any, of these professional societies do work related to prenatal exposure to drugs or alcohol?

A.   Sure.  The American Academy of Pediatrics does.

The American Medical Association, I don't know how active they are in that, but I'm sure they probably have something going on with it.

The Ray E. Helfer Society of Child Abuse Physicians, that's all of us who are child -- who are board certified child abuse physicians for the most part.  They certainly would be addressing this issue.

APSAC has also, I believe, looked at this issue.  They certainly look at drug endangered children.

The SOCAN, the Section on Child

BARBARA KNOX, M.D.

Abuse and Neglect by the American Academy of Pediatrics, certainly would be something that they would look at.  I -- I don't know about if they've ever come out with any policy statement on it, but it's certainly something addressed by the American Academy of Pediatrics.

And then I don't know about the Academy on Violence and Abuse, if they've done any work with that area specifically.

The Helfer Committee on Fatal and Severe Nonfatal Child Abuse and Neglect has not, to the best of my knowledge, focused on unborn exposure, but certainly it can come up with these fatal cases, but we haven't taken it as a focus.

And I don't recall the National Native American Law Enforcement Association looking at that.

Q.   Okay.  Have you been involved with any of these organizations that you just identified, their work on prenatal exposure to substance -- to controlled substances or alcohol or any substances?

A.   Personally, I have not sat on their

BARBARA KNOX, M.D.

national committees related to it, no.

Q.   Okay.  Thank you.

Please turn -- I'd like to direct your attention to Page 3, still on Exhibit 117.

Your -- this is a list of your honors and awards, correct?

A.   Yes.

Q.   Is this a complete list of your honors or awards?

A.   I hope.

Q.   Okay.  So in 2007, you received an Outstanding Support Award from the Madison Police Department, correct?

A.   Yes.

Q.   Why did you receive this award?

A.   Because I multidisciplinary team with them, and I was nominated by someone and selected to receive that award for outstanding multidisciplinary teaming interagency work.

Q.   Was this award specific to you, any work that you do on prenatal exposure to substances?

A.   No.

Q.   Okay.  And what did the award

BARBARA KNOX, M.D.

entail?  Did you receive anything for this award?

A.   I received a plaque.

Q.   Okay.

A.   It's hanging on my wall.

Q.   Okay.  We also notice in 2011 you received the Sheriff's Citizen Award from the Dane County Sheriff's Department, is that correct?

A.   Yes.

Q.   And why did you receive that award?

A.   Again, it's -- it's multidisciplinary teaming on cases.

Q.   Was that award related to any work that you did with Dane County on prenatal exposure to substances?

A.   No, not to the best of my knowledge.

Q.   What did receiving that award entail?

A.   I got another plaque.

Q.   Okay.  Please turn again in Exhibit 117 to Page 7.  And please look at Pages 7 through 8 under "Invited Research Presentations."

BARBARA KNOX, M.D.

1
2   (Witness viewed said document.)
3   THE WITNESS: Okay.
4   BY MS. ZUREICK:
5   Q.   Okay.  Thank you.
6        Actually, let's look a little more
7   broadly at also your "Educational Activities &
8   Presentations" that are listed --
9   A.   Okay.
10  Q.   -- after that, correct?
11  A.   Yes.
12  Q.   So you have a full -- is it correct
13  that this is a full list of presentations,
14  lectures that you've given?
15  A.   Only for the national and
16  international.  I still have more to add to the
17  regional -- the state and regional section.
18  But, you know, you can only get so many in.
19  Q.   Okay.  Could you please identify any
20  presentations or educational activities that
21  are related to work on pregnancy?
22  A.   Pregnancy specific or unborn drug
23  exposure?
24  Q.   Pregnancy specific.
25  A.   Not on pregnancy.

BARBARA KNOX, M.D.

1
2   Q.   Okay.  And under "Educational
3   Activities & Presentations," are any of those
4   presentations specific to pregnancy?
5   A.   No.
6   Q.   And continuing on, any of your
7   presentations on Page 9 of your CV related to
8   pregnancy?
9   A.   None are related to pregnancy.
10  There are some related to prenatal drug
11  exposure, which, if you're trying to clarify,
12  if it's pregnancy related, pregnancy related,
13  yes.  Pregnancy itself, no, I don't discuss
14  pregnancy.  I discuss drug exposure to the
15  unborn fetus.
16  Q.   Okay.
17  A.   And, yes, I do have some of those.
18  Q.   Okay.  Well, let's go through.
19  Could you please identify all of the
20  presentations that are listed in your CV that
21  relate to prenatal exposure to controlled -- to
22  drugs, controlled substances --
23  A.   All right.
24  Q.   -- or otherwise?
25  A.   Though I may do it in other talks,

BARBARA KNOX, M.D.

1
2   especially I put it in some of the general
3   talks I give to the medical students,
4   residents, and other physicians and community
5   members when I'm out teaching, I'm going to go
6   with the ones that are only specific to that
7   topic.
8        So...
9        (Witness viewed said document.)
10       THE WITNESS: Okay.  In 2004 --
11  BY MS. ZUREICK:
12  Q.   Could you please direct me to what
13  page you're looking?
14  A.   Page 13 under "State and Regional,"
15  this was 2004, "'Methamphetamine Labs:  What
16  Are The Effects On Our Children'" --
17  Q.   Okay.
18  A.   -- at Mayo Clinic.
19       2004, "'Methamphetamine Labs:
20  Assessing the Medical Risk,'" in Bloomington,
21  Minnesota.
22       2005, "'The Walk-Away Drug:
23  Methamphetamine -- A Continuing Threat For
24  Youth,'" Mayo Clinic.
25       2005, "'Methamphetamine:  Assessing

BARBARA KNOX, M.D.

1
2   Medical Risk For Drug Endangered Children,'"
3   given to the Minnesota Department of Human
4   Services Child Welfare Training Seminar in
5   St. Paul.
6        April 26th of '06, "'The
7   Methamphetamine Crisis:  Assessing Medical Risk
8   to Children Living in a Drug Endangered
9   Environment,'" for the Wisconsin Regional Child
10  Abuse Conference.
11       October 10th of 2006, "'Effects of
12  Drugs on Children's Physical and Emotional
13  Well-Being,'" the Wisconsin Stateside Drug
14  Endangered Children Conference in Stevens
15  Point.
16       April 29th of '08, "'Medical
17  Information on Drug Endangered Children and
18  Unborn Child Exposure," for the Wisconsin Drug
19  Endangered Children Tribal Training Conference
20  in Keshena, Wisconsin.
21       "'Case Planning With Children
22  Affected by Prenatal Substance Use,'" on
23  September 11th of 2009, for the Intertribal
24  Child Welfare Training Partnership Conference
25  in Wausau, Wisconsin.

Page 138

BARBARA KNOX, M.D.

1  BARBARA KNOX, M.D.
2  July 8th of 2010, "'Medical
3  Information on Drug Endangered Children and
4  Unborn Child Drug Exposure,'" to the Lafayette
5  County Drug Endangered Children Conference.
6  April 2nd of 2014, "Wisconsin
7  Drug En" -- or "Wisconsin Drug Endangered
8  Children." That was a co-presentation with
9  Special Agent Cindy Giese at the Statewide
10  Together For Children Conference.
11  And on July 30th of 2014, "The
12  Medical Evaluation of Drug Endangered Children:
13  Case Studies," for the Statewide Drug
14  Endangered Children Conference.
15  October 14th of 2015, "'The Medical
16  Issues a Drug Endangered Child Faces,'" for the
17  Wisconsin Attorney General's 2015 Heroin and
18  Opiate Summit.
19  August 2nd of 2016, "'The Medical
20  Evaluation and Testing of a Drug Endangered
21  Child.'"
22  August 23rd of 2007, "'Identifying
23  the Effects of Substance Abuse on Pregnant
24  Women and Families.'" That was for the Greater
25  Cincinnati Area March of Dimes Regional

Page 139

1  BARBARA KNOX, M.D.
2  Conference in Kentucky.
3  I also addressed it July 19th of
4  2010 in "'medical Issues For Attorneys in TPR
5  Cases.'"
6  I also discussed some drug
7  endangered children during the May 18th
8  of 2011, "'Complicated cases: Medical Evidence
9  and Investigation in Cases of Child Abuse,'" at
10  the Utah Attorney General's Office for the
11  Children's Justice Center Program and the Utah
12  Prosecution Council.
13  It would have also been brought up
14  during the July 15th of 2014 "'Medical Issues
15  for Attorneys in Dependency/TPR Cases'" court
16  in Minnesota.
17  October 8th of 2015, "'Drug
18  Endangered Children,'" for the 6th Annual Right
19  From the Start Conference in Macungie,
20  Pennsylvania, Understanding, Investigating, and
21  Intervening in Violence Against Women and
22  Children.
23  I did address it at the
24  "'Non-accidental Child Injury Recognition'" for
25  the United States Army Trial Counsel

Page 140

1  BARBARA KNOX, M.D.
2  Assistant -- Assistance Program's Expert
3  Symposium. I did speak briefly about drug
4  endangered children on March 3rd of 2016. That
5  was not a full talk on the subject, however.
6  And that looks like it's it.
7  May I take a bathroom break now?
8  BY MS. ZUREICK:
9  Q. One more question, please.
10  A. Okay.
11  Q. To your knowledge, are there any
12  transcripts, recordings of any kind, slide
13  shows, or other notes available for any of
14  these presentations?
15  A. No, because I don't allow that.
16  MS. ZUREICK: Okay. Thank you.
17  We -- we can take a break. Thank
18  you.
19  THE WITNESS: I'll be brief. If you
20  all want to stay here. Oops.
21  THE VIDEOGRAPHER: This concludes
22  Tape 2 of Dr. Barbara Knox. We're off the
23  record at 11:40 a.m.
24  (Whereupon, a recess was had
25  from 11:40 a.m. to 11:53 a.m.)

Page 141

1  BARBARA KNOX, M.D.
2  THE VIDEOGRAPHER: This is the
3  beginning of Tape 3 of Dr. Barbara Knox.
4  We're on the video record at 11:53 a.m.
5  BY MS. ZUREICK:
6  Q. Dr. Knox, I would like to direct you
7  back to Exhibit 117, your updated CV --
8  A. Okay.
9  Q. -- at Page 43, your service
10  activities.
11  A. Yes.
12  Q. And is this a complete list of your
13  service activities?
14  A. I hope. I hope.
15  Q. Okay. Do any of these service
16  activities address prenatal exposure to drugs
17  or alcohol, specifically your work on these
18  service committees?
19  A. Well, there should be somewhere in
20  here the Statewide Drug Endangered Children
21  Committee, I would assume. Wait. No.
22  Where is this?
23  It should be under state and
24  regional here somewhere.
25  Q. And is this -- is this the Wisconsin

BARBARA KNOX, M.D.

Alliance for Drug Endangered Children Statewide
Steering Committee that you list in paragraph 2
of your expert report?

A.   Yes.  But where is it on here?  Let
me look.

So here's one for 2010 --

Q.   Could you direct me to which page
you're looking at?

A.   Sure.  Page 45 of Exhibit 117, 2010,
the program co-director for the "Child Abuse:
What Do We Know to Need Know?"  Conference on
Prenatal Drug Exposure for the greater Madison
community.

And then -- I don't see -- am I
missing it here?  I just have to look here
because we reshuffled this thing --

Q.   It looks like it --

A.   -- and I don't know where it went.

Q.   It looks like it might have been
excluded from the CV.

A.   Let me just see where it was and
see -- so there should have also been -- God, I
wonder if these got deleted.  Because there
should have been the Wisconsin Attorney

BARBARA KNOX, M.D.

General -- General's Heroin Summit.  I was a
committee member on that as well, which would
be a regional one.

Oh, this is frustrating.  I don't
know.  I can't find it on here, but I'm also
part of the -- let me just see if it went
someplace else on here.

Q.   What organization are you looking
for so we can note it for the record?

A.   Statewide Drug Endangered Children's
Task Force.

Q.   Okay.

A.   So I swear to God it's in here
somewhere, but let me just see if it would have
fallen on something else.

Q.   Okay.  That's fine.  We can note it
for the record that you're a member of the
Wisconsin Alliance for Drug Endangered Children
Statewide Steering Committee.

A.   Yes.

Q.   And that's reflected in your -- in
Exhibit 116.

A.   I don't know what the heck happened.
Okay.  Well, thanks for pointing that out to

BARBARA KNOX, M.D.

me.

Q.   No problem.

Are there any other service
activities related to prenatal exposure to
drugs or alcohol that are missing from your CV
and you could note?

A.   Well, I didn't think the other one
was missing from it, but I think that those are
the big ones to reflect.

Q.   Okay.  So you can't think of any
others at this time?

A.   No.

Q.   Okay.  So you've identified the
Wisconsin Alliance for Drug Endangered Children
Statewide Steering Committee, program director
for "Child Abuse:  What do we need to know?"
Conference on Prenatal Drug Exposure --

A.   Yes.

Q.   -- and the Wisconsin Attorney
General's Heroin Summit.

A.   Yes.

Q.   Are there any other service
activities that involve work on prenatal
exposure to drugs or alcohol?

BARBARA KNOX, M.D.

A.   Well, I mean, we do touch on that
subject in other areas.  Like the Dane County
Child Abuse Collaborative certainly touched on
that, and that was, you know, part of what our
work was.  In fact, we dedicated a whole
conference to it.  So we were certainly
touching on those aspects.

So, I mean, there are other entities
within this where it comes up.  It's just not
the specific committee dedicated to that.

Q.   Could you identify the -- the other
ones where you have done some work related to
that issue?

A.   Well, sure.  I mean, it comes up
with -- you know, with the Dane County Child
Death Review Committee.

Q.   Okay.

A.   You know, we certainly look at those
cases when they involve prenatal substance
abuse.

Statewide, some of the fatality
cases that I also review involve issue of
either prenatal or, you know, young child
substance -- you know, substance issues where

Page 146

BARBARA KNOX, M.D.

1
2  if they have been born, they might have
3  overdosed somehow that led to a fatal overdose
4  or a nonfatal overdose.  But certainly these do
5  get reviewed for the prenatal ones on the death
6  review committees.
7      Q.   Okay.
8      A.   So that's a part of that.
9      Q.   Okay.
10     A.   Well, this was another one -- no, I
11 guess -- let's see.  Let me look here.
12         It certainly comes up as well with
13 the -- I chair the State of Wisconsin
14 Subcommittee on Child Abuse and Neglect.  And
15 it's a hot button issue for child protection
16 and law enforcement, so we do occasionally
17 address it there as well.
18     Q.   Okay.
19     A.   I mean, I think those are the
20 biggest areas where it comes up.
21         It has been addressed for the
22 Wisconsin Task Force on Children in Need over
23 the years, which really looks at, you know,
24 where the Department of Justice Children's
25 Justice Grant Act is going to allocate

Page 147

BARBARA KNOX, M.D.

1
2  resources to state, and we certainly have
3  addressed that issue as needing monies to
4  certain counties.
5      Q.   Okay.
6      A.   And I think that's really kind of
7  the biggest ones.
8      Q.   Okay.  What percentage, if you know,
9  of your work with these service committees
10 involves work with law enforcement?
11     A.   Let me look at -- I'm going to kind
12 of compare since apparently these things did
13 not all move over.  Let me compare my service
14 committees.
15         So certainly for the child
16 protection team at UW Hospital, if we do
17 multidisciplinary case staffings, law
18 enforcement can come to those.
19     Q.   Okay.
20     A.   For the Meriter child protection
21 committee, there is a law enforcement
22 representative on that for multidisciplinary
23 teaming.
24     Q.   Okay.
25     A.   For the safe harbor steering

Page 148

BARBARA KNOX, M.D.

1
2  committee, there is law enforcement
3  representatives on that.
4         For the Dane County Child Death
5  Review Team, there's typically also a law
6  enforcement representative, because that's a
7  multidisciplinary team.
8         For the Wisconsin Neglect Project,
9  you know, there was always a law enforcement
10 representative on that.
11         So for the Wisconsin Task Force on
12 Children in Need that I sit on, there's a law
13 enforcement representative there.
14         I think there's law enforcement on
15 the Wisconsin Child Fatality Review Team.
16         And we already talked about the Dane
17 County Child Abuse Collaborative.
18         So for the Wisconsin Child Abuse
19 Prevention Board, there was a law enforcement
20 representative, I believe, on that committee.
21 I think it was somebody from the DOJ.  Well,
22 there would have been somebody from the DOJ on
23 it.
24         Actually, I take that back.  I think
25 it was Tom Fallon.  I'm trying to think.  I

Page 149

BARBARA KNOX, M.D.

1
2  can't remember if law enforcement was on that
3  or not.
4      Q.   Okay.
5      A.   So for -- for the co-directorship of
6  the Wisconsin Child Abuse Network, that is
7  primarily investigator educational series
8  between child protection and law enforcement to
9  train up at the states' workforce.
10         So I think those are the big ones.
11     Q.   Okay.  Thank you.
12         Let's talk a little bit about the
13 Wisconsin Alliance for Drug Endangered Children
14 Statewide Steering Committee.
15     A.   Yes.
16     Q.   Tell me, what is your work on that
17 committee?  What is your role?
18     A.   So I'm the statewide medical
19 representative.  So that is actually chaired by
20 one of the special agents in charge from the
21 Department of Justice and that was created out
22 of that entity.
23         And the medical consultant to that
24 program is actually the one who helps address
25 the state when there are individuals who are

Page 150

BARBARA KNOX, M.D.

asking for help regarding drug endangered
children. So that can be unborn drug
endangered children or that can be children who
are already born and being drug exposed.

Q. Okay. And what is the mission of
the -- of this committee, of the -- I'm sorry,
of the Wisconsin Alliance for Drug Endangered
Children?

A. I'm sure we have it written out
somewhere. The mission is really to try and
adequately protect children, both unborn and
born, who may potentially be drug exposed
somehow.

Q. Does the Alliance provide any
services to such children?

A. Not directly to such children. The
Alliance serves to educate, inform, train, and
assist individual counties who would directly
perform those services.

Q. Okay. So is it correct that their
work is -- that the Alliance's work is
primarily with counties in Wisconsin?

A. It's only Wisconsin. It's counties
and the multifaceted arms of the counties.

Page 151

BARBARA KNOX, M.D.

That may include law enforcement, child
protection, you know, the multidisciplinary
teams within each county to have memorandums of
understandings created by individual counties
of how they will address drug endangered
children.

Q. Okay. How would you describe your
accomplishments on the committee?

A. I would say that over the course of
the time that I've been on the committee, we
have worked to address the -- both the prenatal
drug exposure and the postnatal drug exposure
within the state to better the ability to
address and hopefully address and better
respond to these cases.

Q. Have you been involved in any
trainings conducted through the Alliance?

A. Yes. So those would be the specific
ones that we already listed out that have part
of the Wisconsin Drug Endangered Children
Conference associated with it.

Cindy Giese and I have co-spoken. I
think we listed those out. We've co-spoken at
the -- we've co-spoken at several of the drug

Page 152

BARBARA KNOX, M.D.

endangered children conferences that have been
held.

The Fond du Lac training that I
mentioned that happened in 2016 was also part
of that.

Q. Okay.

A. Cindy Giese and I have also
co-presented at the Statewide Together for
Children Conferences, which really has other
entities that haven't come to the statewide DEC
conferences addressed, so we can get the
information disseminated.

Q. Okay. Does the Alliance promulgate
any policies related to prenatal exposure to
drugs or alcohol?

A. By "promulgate policies," tell --
please clarify that statement for me.

Q. Do they develop any policies?

A. No policies specific have been
developed for which I would -- I would classify
as policies.

Q. Okay.

A. They have created guidelines for
multidisciplinary team work on these cases.

Page 153

BARBARA KNOX, M.D.

Q. Okay.

A. And there has also been information
educated by me about how to medically evaluate
these children when they have been born. We
have also addressed the unborn drug endangered
children as well.

Q. Has the Alliance put together any
guidelines -- you say they addressed unborn
children.

Do they have any guidelines on a
medical evaluation of unborn children who may
be drug exposed or alcohol exposed?

A. On unborn children, no. That was
actually one of the missions of what we were
looking at, was creating the unborn guidelines.

Q. Okay.

A. We have worked to disseminate some
information from national DEC regarding other
evaluations of children after birth who may be
found in drug labs, et cetera.

Q. Okay. Why hasn't the Alliance
developed or put forward these unborn
guidelines?

A. Because it's a lot of work --

Page 154

BARBARA KNOX, M.D.

1
2    Q.   Okay.
3    A.   -- to do.  And I would be
4    responsible for creating all of them.  And I
5    haven't had time to get them all put together,
6    but it's definitely one of the missions that we
7    are hopeful to accomplish.
8    Q.   Okay.  Has the Alliance issued any
9    best practices?
10   A.   No.
11   Q.   Okay.  Or have they issued any
12   guidelines regarding Act 292 or UCHIPS cases?
13   A.   No.
14   Q.   Okay.  Have any of the service
15   activities you've been involved in issued best
16   practices or guidelines with regard to Act 292
17   or UCHIPS cases?
18   MS. KECKHAVER:  Objection, compound.
19   THE WITNESS:  No, we haven't issued
20   formal "here's your best practice"
21   guideline.  We have not done that.
22   BY MS. ZUREICK:
23   Q.   Okay.  And have any of the service
24   organizations issued any policies around
25   prenatal drug or alcohol exposure?

Page 155

BARBARA KNOX, M.D.

1
2    A.   No policies.  No guidelines.
3    Q.   Okay.
4    A.   Training, yes.  No policies or
5    guidelines.
6    Q.   Okay.  Okay.  One more question on
7    your CV.
8        You're a member of the UW Mandated
9    Reporting Requirement Educational Committee --
10   or you were, correct?
11   A.   Yes.  That was in response to Penn
12   State.  So that was Act, what is it, 54 or
13   something.  So we created all the UW material
14   around that.
15   Q.   Okay.  So is it correct that that
16   committee did not address any issues related to
17   prenatal exposure to drugs or alcohol?
18   A.   That was strictly in response to the
19   Penn State issue where every university then
20   went and created this.
21   Q.   Okay.  And for the record, could you
22   just describe what the Penn State issue was?
23   A.   Yes.  Where in my CV is this?  I
24   just want to get the number right.  I think it
25   was Act 54.

Page 156

BARBARA KNOX, M.D.

1
2    Q.   It should be under your
3    university -- on Page 43, last entry.
4    A.   Okay.  So the UW Mandated Reporting
5    Requirement Educational Committee was in
6    response to the -- the Gubernatorial Act that
7    was signed, in which I think it was Act 54
8    maybe.  I can't recall.
9        So Penn State, in regards to the Joe
10   Paterno and Sandusky sexual abuse, failure to
11   report, stimulated many states to mandate
12   reporting regarding suspected sexual abuse or
13   assault.
14   Q.   Okay.
15   A.   So UW was absolutely part of that in
16   response to the Sandusky issues at Penn State.
17   And I was part of the committee that put
18   together all of the UW mandated reporting
19   requirements education for UW to fulfill that
20   requirement out of whatever executive order it
21   was.  I think it was 54.
22   Q.   Okay.  Thank you.  We can move from
23   that now.
24       Okay.  I would now like to direct
25   your attention back to Exhibit 116, your expert

Page 157

BARBARA KNOX, M.D.

1
2    report and exhibits.  If you could turn to the
3    very back to your Exhibit B.
4    A.   Where did I put that?
5    Q.   It was attached to the original
6    report.
7    A.   Which one?
8    Q.   "Exhibit B:  Dr. Barbara L. Knox
9    Legal Case Testimony and/or Case Involvement."
10   A.   Yes.
11   Q.   It is correct that you have
12   testified in court?
13   A.   Yes.
14   Q.   And how many times have you
15   testified in court?
16   A.   I can't even tell you anymore.  In
17   2010 or '11, it was greater than 75 times I
18   know for sure because I individually counted.
19   After that I never bothered to keep track.
20   Q.   Okay.
21   A.   So at this point it's a lot.  It's
22   probably over 100, well over 100, but I can't
23   give you an accurate number because I don't
24   count them.
25   Q.   Okay.  So could you tell me how you

Page 158

BARBARA KNOX, M.D.

1    put together this document -- tell me, first of
2    all, Exhibit B to Exhibit 116, excuse me, of
3    your case testimony and your case involvement,
4    can you tell me what this document is?
5        A.   These are to be cases where I was
6    subpoenaed to testify in a specific matter.
7        Q.   Okay.  And these are only cases in
8    which you were subpoenaed to testify?  Strike
9    that question.  Never mind.
10       Okay.  To your knowledge, is this a
11   full and complete list of cases in which you've
12   testified?
13       A.   I -- when I put this together, I did
14   the best that I could looking at specific cases
15   where I was specifically subpoenaed or ones
16   that -- that I had testified in the cases.
17       And I did not list out names of
18   these because some of these involved minors,
19   but I can tell you that for the majority of
20   these, I believe I had testified at trial --
21       Q.   Okay.
22       A.   -- or the vast majority.
23       Q.   And you note in your expert report,
24   in Exhibit 117 [sic], in paragraph 4, you note

Page 159

BARBARA KNOX, M.D.

1    that, "...this exhibit may not include all of
2    the cases I have testified in."
3        A.   Right.
4        Q.   Do you have an estimate of how many
5    other cases you've testified in?
6        A.   You know, I never really kept track
7    of the bill revocation hearings and all that
8    other stuff.  I mean, family court I tracked as
9    best I could.
10       So as best I can account, it is over
11   100.  Beyond that, I can't say.
12       Q.   Okay.  Are there any particular
13   categories of cases you have left out of this
14   document?
15       A.   You know, for -- for some of the
16   CHIPS pieces and some of the juvenile pieces, I
17   can't say that these are listed out in here
18   because I didn't specifically track those
19   cases.  I mainly tracked the criminal cases
20   because the university was billing out for
21   those at that time.  So it's the best I can do
22   for what you've asked me for.
23       Q.   Okay.  What types of cases have you
24   testified in?

Page 160

BARBARA KNOX, M.D.

1        A.   So definitely criminal court, also
2    family court.  I've also testified in bill
3    revocation hearings.
4        I have also testified in -- I've
5    been subpoenaed to federal court on child
6    pornography cases.  And I'm trying to recall.
7    I don't think any of those ever went to full
8    trial.
9        I've testified -- what else?
10       Q.   And have you testified in any child
11   in need of protected services or CHIPS cases?
12       A.   Yes.
13       Q.   Okay.
14       A.   But those are not -- I do not --
15   those are a little bit harder because I don't
16   think I ever really fully tracked all of those
17   because those were more family court.  So I
18   know that I have.  I can't specifically tell
19   you when.
20       Q.   Okay.  Do you have an estimate of
21   how many CHIPS cases you've testified in?
22       A.   I could not tell you honestly
23   because I didn't track those.  I just didn't.
24   So it's definitely less than criminal.

Page 161

BARBARA KNOX, M.D.

1        Q.   Okay.  Would you say it's less than
2    50?
3        A.   Yes.
4        Q.   Less than 20?
5        A.   I can't honestly tell you if it's 20
6    or somewhere between 20 and 50.  I've
7    definitely testified in them.  I -- I can't
8    tell you the specific number.
9        Q.   Okay.  Looking back at your list of
10   case testimony included in Exhibit 116, are all
11   the case numbers that have the letters "JC" in
12   them CHIPS cases?
13       A.   I don't know.  I would have to look
14   them up.
15       Q.   Okay.
16       A.   I can tell you that "CF" is criminal
17   felony and "CM" is criminal misdemeanor, and
18   beyond that I don't know.
19       Q.   I'm just going to show you a
20   document -- oh, excuse me.  Apologies.
21       MS. ZUREICK:  Would you...
22       (Exhibit 119 was marked for
23   identification.)
24       ///

BARBARA KNOX, M.D.

1
2  BY MS. ZUREICK:
3      Q.   I'm showing you Exhibit 119.
4          Do you recognize this document?
5      A.   No, I haven't seen it before, but
6  it's telling me case type list by division.
7      Q.   Okay.  Does this refresh -- take a
8  minute to look at it first.
9      A.   I can see the "JC" here.
10     Q.   Okay.  Does it refresh your memory
11  for what "JC" stands for?
12     A.   Juvenile CHIPS case.
13     Q.   Okay.  So in your list of case
14  testimony, are all the case numbers that have
15  "JC" in them CHIPS cases?
16     A.   I would assume so, yes.
17     Q.   Okay.  Thank you.
18          In the group of CHIPS cases in which
19  you've testified, does that also include what
20  Wisconsin refers to as UCHIPS cases regarding
21  so-called unborn children?
22     MS. KECKHAVER:  Objection, vague.
23     THE WITNESS:  I don't know that
24  those would be listed out here because it
25  depends on if I was called to testify or

BARBARA KNOX, M.D.

1
2  not.  And I also don't think this is an
3  accurate representation of all the UCHIPS
4  cases that I did because some years we
5  didn't track this.  Depends on if the
6  university really billed or not.
7          When I was asked to provide this, we
8  went back and we did the best that we could
9  with the information that we had, but
10  that's why I put in here it's by no means
11  complete because I can't say.
12  BY MS. ZUREICK:
13     Q.   Okay.
14     A.   So -- and I also -- the -- the
15  UCHIPS cases would have to be defined by if I
16  testified or not, and in some of these I
17  didn't.
18     Q.   Okay.
19     A.   So...
20     Q.   So you have testified in UCHIPS
21  cases, correct?
22     A.   I have certainly been consulted on
23  them.  I don't know that any of them have
24  actually proceeded to where I've given
25  testimony.  I have to think because I can't

BARBARA KNOX, M.D.

1
2  recall on -- I also do tribal cases as well
3  which none of those are really reflected in
4  here, I don't think, but I can't recall.
5      Q.   Okay.  So you don't -- it's correct
6  that you do not recall if you have testified in
7  any UCHIPS cases?
8      A.   Correct, because we've had different
9  meetings on them, and I can't recall if --
10  which ones go and which ones don't.
11     Q.   Okay.  Returning to the CHIPS cases
12  in which you've testified, in how many of those
13  cases was it your opinion that child abuse,
14  neglect, or maltreatment had occurred?
15     A.   So before I answer that, I can't
16  recall how many I've truly testified before a
17  Court in.  I've been involved in many.  I
18  can't --
19     MS. KECKHAVER:  She's talking about
20  CHIPS now, right?
21     THE WITNESS:  Oh, CHIPS.  I'm sorry.
22  BY MS. ZUREICK:
23     Q.   Right, the CHIPS specifically.
24     A.   I'm sorry.  Please repeat your
25  question.

BARBARA KNOX, M.D.

1
2     (The reporter read the record as
3  requested.)
4      THE WITNESS:  I do not recall, but
5  here's what I'll say:  If I am testifying,
6  if I'm called to testify at a CHIPS case,
7  by definition, it's probably only
8  proceeding because I said that it was
9  definite or gravely concerning for child
10  maltreatment.
11  BY MS. ZUREICK:
12     Q.   Okay.
13     A.   So that's how I would answer that.
14     Q.   Okay.  Do you ever testify for the
15  defense in CHIPS cases?
16     A.   I can't remember what -- or what the
17  case fell under, but I definitely have been
18  subpoenaed to testify for Steve Hurley's firm
19  for the defense and agreed with the defense.
20  But I can't remember if that was a CHIPS case
21  or what that was, if that was in family court
22  or what.
23     Q.   Okay.
24     A.   So...
25     Q.   Okay.  Referring to the UCHIPS cases

BARBARA KNOX, M.D.

1
2  on which you've consulted, in what number of
3  those cases was it your opinion that the fetus
4  was in need of protective services?
5       A.   The vast majority.
6       Q.   Okay.
7       A.   Because I am -- in fact, I can't
8  recall one that came to me that I didn't think
9  was severely at risk.  Because the ones that
10  make it to me have already been vetted by the
11  counties and by others to where these are
12  highly substantial and concerning cases before
13  they're even making it to me.
14       Q.   Okay.  And how many UCHIPS cases
15  have you consulted on?
16       A.   Again, to give you a hard-and-fast
17  science number, I can't do it because I didn't
18  track them.  It wasn't something I needed to
19  track.
20       But, again, when you go back to it,
21  you know, these are not cases that are vast
22  because nobody wants to deal with them.
23       I would say that, you know, for ones
24  that are really moving forward, probably two to
25  three a year where they're, you know, really

BARBARA KNOX, M.D.

1
2  saying, you know, we want to do something about
3  this case.
4       They're very rare in the state of
5  Wisconsin where people are truly coming to me
6  for the significant risk of trying to move
7  these forward.
8       Q.   Okay.  And how many years have you
9  been receiving these --
10       A.   Ten.
11       Q.   -- consultation requests?
12       A.   Ten.
13       Q.   Okay.  So is it fair to say you
14  receive two to three UCHIPS cases to consult on
15  a year and you've done it over ten years?
16       A.   You know, I want to be very clear.
17  I didn't track any of these numbers.  They're
18  not something that is coming into me every
19  week.
20       These are something that I would
21  off-the-cuff say I get two to three a year
22  where somebody calls me and says, "We feel that
23  we need to do a UCHIPS on this specific person.
24  Here's what we have.  What do you think the
25  significant risk is to this -- to this fetus?

BARBARA KNOX, M.D.

1
2  What would the literature say about this, this
3  and this?"  And that's what I comment on with
4  them.
5       I -- I will say that, that being
6  said, we do have these discussions at
7  multidisciplinary teams about other kids where
8  the decision has not yet been made to do unborn
9  CHIPS cases.
10       So I would say over ten years, I
11  would probably get two to three of these a year
12  where it's significant and the counties wish to
13  move forward.
14       Q.   Okay.  Back to cases in which you've
15  testified.
16       Have you testified in criminal court
17  in cases of alleged child abuse?
18       A.   Yes.
19       Q.   Okay.  And how many such cases?
20       A.   Greater than 75, I would say.
21  Again, for -- for the majority of what I am
22  subpoenaed to court for, it is criminal cases
23  for which -- for which, as a child abuse
24  pediatrician, these are typically already
25  vetted by someone else before they ever reach

BARBARA KNOX, M.D.

1
2  me.
3       So more often than not by the time
4  I'm actually consulting on a case, there is
5  significant concern or diagnosis of abuse.
6       That being said, I don't fully
7  diagnose abuse.  There's a lot of cases that
8  aren't.  So -- but the majority of my work is
9  in criminal court.
10       Q.   Okay.  And what percentage of these
11  cases are you testifying for the government or
12  the prosecution?
13       A.   I would say that all of the ones
14  that I do in criminal court, with rare
15  exception, is for the prosecution because I
16  select in the defense cases that people ask me
17  about.
18       And for the majority of it, I don't
19  take them on anymore because I want to fulfill
20  my academic work.  There's no -- there's no
21  benefit to me for taking on all of these
22  defense cases anymore except it brings me in a
23  lot more work to do.  So -- so I don't select
24  them in.  I refer them out to my colleagues
25  elsewhere.

BARBARA KNOX, M.D.

Q.   When you say you were subpoenaed to court, do you mean you were asked to testify?

A.   Asked to testify or I get a subpoena to testify.  Some of the times they call and ask first.  Some of the times I just get the subpoena.

Q.   Okay.  And times when they've called and asked you to testify, have you ever said no?

A.   Yes, because it's -- there's a schedule conflict and then we shift it around.

There -- so, yes, there have been times when I've said nope.

Q.   Okay.  Do you have a sense of how often you've said no?

A.   Basically my office staff handles the scheduling now, so they shift them around.

Q.   Okay.  So --

A.   If I'm being asked to consult or if I'm being subpoenaed, 99.99 percent of the time it is that this is the diagnosis; they're going forward on criminal prosecution based upon what came out of the program.  So...

Q.   Okay.  And have you testified as an

BARBARA KNOX, M.D.

expert witness?

A.   Yes.

Q.   Okay.  How many times?

A.   Virtually all of these cases I've been an expert witness in.

Q.   Okay.  So you would say at least 115 times?

A.   Probably.

Q.   Okay.  And, again, what types of cases have you testified in as an expert?

A.   Same ones that we just went over, the criminal court, family court, you know, unborn CHIPS cases, CHIPS cases, you know, federal court, tribal court, bill revocation hearings because somebody started subpoenaing me.

What else is there?  I think that covers the list.

Q.   Thank you.

And has a Court ever ruled that your expert testimony should be excluded or should have been excluded from trial?

A.   Never.

Q.   Okay.

BARBARA KNOX, M.D.

A.   The only thing that I am aware of is -- I did a voir dire for Canada for which it wasn't -- the prosecutor was trying to bring something in that wasn't relevant to the homicide case.  So the judge said it wasn't needed to try and prevent an appeal.

Q.   Okay.

A.   That's the only thing I'm aware of.

Q.   Do you recall a case called State v. Hawkey?

A.   Oh, I do.  I was deemed an expert at trial.

Q.   Okay.  Do you know what happened after trial in that case?

A.   There was an appeal by the defense.  And there was a Court of Appeals ruling for which that has subsequently been appealed, and there has been no verdict that has been out from that --

Q.   Okay.

A.   -- is my understanding.

Q.   And what did the Court of Appeals rule?

A.   I didn't pay much attention to it,

BARBARA KNOX, M.D.

but someone called me and said that -- that even though there was a Daubert hearing in which the judge deemed me an expert in all areas, beyond that I don't know.  There was something about excluding testimony in some venue, and I don't know beyond that.

Q.   Okay.

A.   You can tell me.

(Exhibit 120 was marked for identification.)

BY MS. ZUREICK:

Q.   I'm showing you an exhibit marked Exhibit 120.

A.   Uh-huh.

Q.   Do you recognize this document?

A.   I don't because I have never seen it.

Q.   But what is it?

A.   It says it is the "Check Ohio Supreme Court Rules for Reporting of Opinions and Weight of legal authority."

Q.   Just below that, does it say that this is the case of State of Ohio v. Judith I. Hawkey, Court of Appeals of Ohio, Third

1          BARBARA KNOX, M.D.
2   District, Defiance County?
3       A.   Yes.
4       Q.   Okay.  Could you please turn to
5   Page 2 of this document.
6       A.   Yes.
7       Q.   And would you take a look at
8   paragraph 7 starting at the bottom of the
9   left-hand column.
10      A.   Okay.
11      Q.   And just take a minute to look at
12  that paragraph.  It continues into the next
13  column.
14          (Witness viewed said document.)
15          THE WITNESS:  I think I've read all
16      that.
17  BY MS. ZUREICK:
18      Q.   Okay.  Thank you.
19          Is it correct that the Court ruled
20  that your testimony in that case concerning
21  child torture as a diagnosis was not reliable
22  under the Federal Rules of Evidence and should
23  have been excluded?
24          MS. KECKHAVER:  Objection, calls for
25      a legal conclusion.

1          BARBARA KNOX, M.D.
2          THE WITNESS:  I think that's what it
3      says.  I -- I don't know.  I'm not a
4      lawyer.
5   BY MS. ZUREICK:
6       Q.   Okay.  In looking in the right-hand
7   column of this opinion, the middle of that
8   column where it says, "...as the evidence,"
9   that you presented, "shows no acceptance and
10  Knox's creation had yet to be" -- it says --
11  excuse me.
12          I'll start.  "Neither of these
13  factors work in favor of Knox as the evidence
14  shows no acceptance and Knox's creation had yet
15  to be published.  Thus, the testimony
16  concerning 'child torture' as a diagnosis would
17  not be reliable under Evidence Rule 702(C), and
18  should have been excluded."
19          Is that correct?  Did I read that
20  correctly?
21      A.   I can't find it in there, but I'm
22  sure you did.
23          So it basically said that -- that
24  they -- I don't know.  I can't -- I think that
25  they're saying that they would have excluded

1          BARBARA KNOX, M.D.
2   child torture in the appeal, but it does not
3   mean that -- that I could not be an expert in
4   child abuse.
5       Q.   Okay.  Let's move on.
6          MS. ZUREICK:  Let the record reflect
7      that I am taking Exhibit 120 back from the
8      witness.  Thank you.
9   BY MS. ZUREICK:
10      Q.   One last question on prior
11  testimony.  Have you been deposed before?
12      A.   Yes.
13      Q.   Okay.  How many times?
14      A.   I have no idea because I also don't
15  track that.
16      Q.   Okay.  And, again, what kinds of
17  cases have you been deposed in?
18      A.   Actually, some drug cases, or maybe
19  they were -- I think they involved parental
20  drug use, but I don't recall all of what the
21  depositions were.
22      Q.   Okay.  Have you been deposed in
23  UCHIPS cases?
24      A.   I don't believe so.
25      Q.   Okay.  And have you been deposed in

1          BARBARA KNOX, M.D.
2   CHIPS cases?
3       A.   That I'm not sure on.  I'm trying to
4   recall where these other cases came down.
5   Honestly, I don't remember who it was, who was
6   really doing the deposition, so I don't
7   remember which area of the court it went
8   through.
9          I don't think they were criminal
10  cases, so I'm not sure if they were CHIPS or
11  family, but certainly dealing with children in
12  need of protection.  So I'm not sure which
13  entity they officially fell under.
14          MS. ZUREICK:  Okay.  Let's take a
15      break.
16          THE WITNESS:  Okay.  How long this
17      time?
18          MS. ZUREICK:  About ten minutes.
19          THE WITNESS:  Perfect.
20          MS. ZUREICK:  Or how much time do
21      you need?
22          THE VIDEOGRAPHER:  Off the record at
23      12:35 p.m.
24          (Whereupon, from 12:35 p.m. to
25      1:08 p.m. a luncheon recess was taken.)

1    BARBARA KNOX, M.D.
2    A F T E R N O O N   S E S S I O N
3         THE VIDEOGRAPHER:  We're back on the
4    record.  It's 1:08 p.m.
5         BARBARA L. KNOX, M.D.,
6    was called for examination, and having been
7    previously duly sworn, was examined and
8    testified further as follows:
9         EXAMINATION (Resumed)
10   BY MS. ZUREICK:
11        Q.   Dr. Knox, is it correct that the
12   state asked you to provide an opinion on the
13   impact of prenatal exposure to alcohol and
14   illicit drugs on a fetus, newborn, or
15   developing child?
16        A.   Yes.
17        Q.   Okay.  Do you have an opinion about
18   the impact of prenatal exposure to prescription
19   drugs on a fetus?
20        A.   Yes.
21        Q.   What is that opinion?
22        A.   Exactly what I said in my report,
23   that it can and is harmful to children --
24        Q.   Okay.
25        A.   -- to a developing fetus.

1    BARBARA KNOX, M.D.
2         Q.   And where in your expert report do
3    you discuss prenatal exposure to prescription
4    drugs?
5         A.   I would have classified that in --
6    in the opiate piece.
7         So let me ask you to clarify what
8    you're referring to as prescription drugs
9    before I answer that.  So let me put in the
10   caveat that before I speak anymore, you need to
11   clarify to me what you mean by prescription
12   drugs.
13        Q.   What do you understand prescription
14   drugs to be?
15        A.   It's a loaded question.  It could
16   mean a lot of things.
17        Q.   Okay.
18        A.   The prescription drugs that I
19   typically see in my practice are the people who
20   use the diverted pharmaceuticals, so the
21   opiates that end up being diverted and people
22   pill pop with those.
23        Q.   And when you say that it is your
24   opinion that prenatal exposure to prescription
25   drugs can cause harm to a fetus, does that

1    BARBARA KNOX, M.D.
2    opinion pertain any specific prescription
3    drugs?
4         A.   Sure.  I have had multiple instances
5    where people have used a lot of the
6    prescription opiates inappropriately.  They
7    have been diverted pharmaceuticals.
8         And when taken in excess, they can
9    and do stimulate preterm labor in individuals
10   and can result in preterm delivery, at which
11   point you do have risk of brain bleeds.  You do
12   have risk of the neonate suffering intellectual
13   disabilities because of the prematurity and
14   potential brain bleeding.  You also run the
15   risk of having decreased oxygenation to the
16   brain with a lot of that as well.  So, yes, it
17   can cause harm.
18        Additionally, with diverted opiate
19   pharmaceutical use, you also run the risk of
20   neonatal abstinence syndrome.  And when you
21   have neonatal abstinence syndrome, you
22   certainly can have issue with the baby being
23   very irritable, having tremors.  These are
24   babies that typically require hospitalization
25   to be able to wean them off of the drugs that

1    BARBARA KNOX, M.D.
2    they are addicted to.  At times it can take
3    days to some of the times weeks to be able to
4    do that.  And, you know, babies have tremors
5    with this, et cetera.
6         So you also run the risk of having a
7    baby go home too early with a parent who is
8    still using and abusing drugs and then
9    predisposing that baby who is now irritable,
10   tremulous, not sleeping well, also being a
11   victim of potential physical abuse or neglect
12   or both.
13        Q.   Okay.  Do you have an opinion on the
14   impact of prenatal exposure to prescription
15   drugs other than diverted prescribed opiates on
16   a fetus in its development?
17        A.   You can also see it with Methadone
18   as well.
19        Q.   Okay.  And besides Methadone, any
20   other prescription drugs?
21        A.   Well, sure.  I mean, basically you
22   can use and abuse any prescription drug, but
23   the big ones that I see there are diverted
24   pharmaceuticals are by far the opiates.  I also
25   see Methadone.  I also see other drugs like

Page 182

BARBARA KNOX, M.D.

benzodiazapines --

Q. Okay.

A. -- being abused during pregnancy.
And then Suboxone can be abused as well during
pregnancy.

And, you know, again, it depends
upon the degree of abuse. It depends upon
what -- the specifics of each and every case
scenario.

But absolutely, given the right
circumstances, they can cause problems and do
cause problems.

Q. When you say "they can cause," do
you mean prescription drugs generally?

A. Sure.

Q. Okay. Thank you.

Do you have an opinion on the impact
of prenatal exposure to tobacco on fetal
development?

A. Sure.

Q. Okay. And what is that opinion?

A. I didn't comment on it in here. But
certainly when women use tobacco, and
especially when they use it in excess, it can

Page 183

BARBARA KNOX, M.D.

result in low birth weight for babies. It can
result in tremulousness, et cetera. So, yes,
there can be issues with -- with nicotine.

Q. Okay. And why did you choose not to
include this opinion in your report?

A. Because I focused on the drugs of
abuse. I focused on the big drugs of abuse and
alcohol.

Q. Okay. Thank you.

When you wrote your expert report,
what was your understanding of Ms. Loertscher's
medical condition or health status at the time
that she reported to the Mayo Clinic Hospital
where she sought treatment?

A. If I -- if I remember this
correctly, she actually -- and, again, I
haven't looked at these records in a while, but
she actually had presented with -- with concern
of bizarre behavior and concern of depression
and anxiety and was -- was being hospitalized
for psychiatric evaluation at that time.

Q. Okay. And when you say "bizarre
behavior," what do you mean by that?

A. Those were the words that were used

Page 184

BARBARA KNOX, M.D.

in the medical record in some point, was
bizarre behavior. I believe the -- the person
doing the psych eval had commented on bizarre
behaviors.

Q. And do you know what those behaviors
were specifically?

A. I would have to refresh my
recollection by looking at the report. But I
recall that -- that she was being admitted and
that -- that there was concern of -- of getting
a psychiatric hospitalization.

Q. Okay. And were you aware that at
the time she sought treatment, she was
suffering from severe untreated hypothyroidism?

A. Yes.

Q. Okay. And did you note that she
voluntarily went to the Mayo Clinic Hospital
seeking treatment?

A. Yes.

Q. Okay. And were you aware that she
was about 14 weeks pregnant at the time she
went to the Mayo Clinic Hospital for treatment?

A. After the ultrasound was conducted,
yes, because she did not know, specifically at

Page 185

BARBARA KNOX, M.D.

the time that she was seeking treatment, how
far along she was in the pregnancy. That was
determined after an ultrasound was conducted.

Q. Okay. You noted in your expert
report that Ms. Loertscher had a urine
toxicology screen conducted, and it was
positive for amphetamine, methamphetamine, and
THC.

A. Yes.

Q. Is it correct that no confirmatory
testing was done?

A. That is correct.

Q. Okay. Do you think that
confirmatory testing should have been done?

A. Here is what I will say: In my
practice, I always do confirmatory testing. I
do GC mass spec quantitative confirmatory
testing.

That being said, I will tell you
that many physicians, and it's not uncommon for
me to see it in my own ER, get screens only.
I, being a purist, make sure that everything is
confirmed via GC mass spec quantitative
confirmatory testing.

BARBARA KNOX, M.D.

1
2      So I would have done it, absolutely.
3  Again, that being said, not all providers do.
4      Q.   Okay.
5      A.   So that's why we're left here.
6      Q.   You also state in your expert report
7  that Ms. Loertscher knew she was pregnant when
8  taking methamphetamine.
9          What in the record did you base that
10 conclusion on?
11     A.   There is a statement in the record
12 by one of the physicians that -- who had done
13 one of the consultations that she knew she was
14 pregnant while taking the methamphetamine.  She
15 said that she drank early on in the pregnancy,
16 but knew she was pregnant while using the
17 methamphetamine.
18     Q.   Okay.  In your experience, do
19 medical care providers ever misunderstand
20 patients' statements or their history?
21     A.   Sure, it can happen.
22     Q.   Okay.  Is it possible that person
23 was mistaken about Ms. Loertscher's drug use?
24     A.   I can't speak to another person's
25 ability to understand or comprehend something.

BARBARA KNOX, M.D.

1
2  That's out of my scope since I wasn't there.
3      Q.   Okay.  Is it possible at all?
4      A.   Is it possible at all that a person
5  could misinterpret someone's statement?  Sure.
6      Q.   Okay.  Thanks.
7          In the course of forming your
8  opinion, did you determine whether Tamara
9  Loertscher exhibited habitual lack of
10 self-control in the use of alcohol or
11 controlled substances?
12     A.   Per her own statements, she reported
13 that she was a daily user of methamphetamine.
14 And then upon learning that she was pregnant,
15 cut it down to three days a week but was using
16 it as a stimulant per her report to get up in
17 the mornings.
18         She also reported using THC and also
19 reported that she had drank at some point
20 during the pregnancy.
21         So that, combined with a urine drug
22 screen that is also positive for amphetamine,
23 methamphetamine and THC, though not
24 quantitatively confirmed, does support her own
25 disclosures because the urine drug screens also

BARBARA KNOX, M.D.

1
2  have a finite amount of time for which they're
3  going to pick up these substances.
4      Q.   In your opinion, given the history
5  as you just stated it, does that amount to
6  habitual lack of self-control in use of these
7  substances?
8      A.   I would opine yes.
9      Q.   Okay.  You state in your expert
10 report, We continue in medicine to recommend
11 that pregnant women should abstain from alcohol
12 consumption because there is no known safe
13 amount of alcohol during pregnancy ever
14 documented, nor is there any trimester of
15 pregnancy in which it has been documented, to
16 be safe to drink alcohol, correct?
17     A.   Yes.
18     Q.   Okay.  Do you consider any amount of
19 alcohol use during pregnancy to be dangerous?
20     A.   I will say that we have no data that
21 would tell us that it is safe, which is why the
22 American Academy of Pediatrics and many other
23 organizations, including the alcohol producers,
24 put that it may be harmful during -- during
25 pregnancy, period.

BARBARA KNOX, M.D.

1
2      So to answer that question, I would
3  say we don't know the answer to that, but we
4  certainly know that alcohol is a teratogen for
5  an developing fetus.
6          So I would say I go with everyone
7  else's recommendations, which is we don't
8  recommend any use during pregnancy because we
9  don't know when and if it will be harmful.
10     Q.   Do you consider any use of alcohol
11 during pregnancy to be child abuse?
12     A.   It depends upon the situations by
13 which that question is being posed to me.  I
14 can't put a blanket yes or no on that because
15 it's really situational in what the facts of a
16 case are.
17     Q.   Okay.  And what sort of factors
18 would you consider?
19     A.   Well, going back to my report, the
20 mom who was .5, passed out drunk five to six
21 months pregnant, that's -- that's child abuse
22 because you are virtually at the point of fatal
23 alcohol poisoning.
24         When you look at the bell-shaped
25 curve, people who fell into that category, the

BARBARA KNOX, M.D.

1  
2  majority of them are going to end up dead.  So
3  that to me is definite child abuse.
4      Q.   Is lesser use of alcohol necessarily
5  child abuse in all cases, in your opinion?
6          MS. KECKHAVER:  Objection, calls for
7      a legal conclusion, vague.
8          THE WITNESS:  It also depends,
9      again, on the specifics of any case
10      scenario.  That is not a yes-or-no question
11      as posed.
12  BY MS. ZUREICK:
13      Q.   Okay.  Do you have an opinion on
14  what amount of alcohol consumption would
15  constitute child abuse?
16      A.   Well, I just gave you an example of
17  one that if I were asked, I would say, yes,
18  that is child abuse.
19      Q.   And any lesser amounts of alcohol
20  consumption, would that, in your opinion,
21  necessarily on its own constitute child abuse?
22      A.   Again, it depends upon the facts of
23  a case scenario as presented to me.
24      Q.   Okay.
25      A.   Because this is not a black-or-

BARBARA KNOX, M.D.

1  
2  white.  I need to know and understand how much,
3  how often, when, et cetera.
4      Q.   Okay.  And do you look at factors
5  beyond the amount or frequency of alcohol
6  consumption to determine whether there may be
7  an abusive fetus in that case?
8      A.   Yes.  I also look at poly substance
9  use or abuse, et cetera.
10      Q.   Okay.  And is that a full list of
11  the factors that you look at in making that
12  determination?
13      A.   There are other things based upon
14  individual case scenarios that I take into
15  account.  But in asking me about the specifics
16  of drugs, those are things that I really want
17  to know.
18      Q.   Absolutely.  What would be some of
19  the other factors apart from drugs, though,
20  that you would look at?
21      A.   Well, it depends on, you know, if a
22  mother is knowingly placing her unborn child at
23  risk of harm, which some do in other situations
24  that don't have to be drug related.
25          So when you ask me that question,

BARBARA KNOX, M.D.

1  
2  I'm not trying to be difficult.  I'm just
3  saying there's more than one tier that can be
4  addressed here.  And so there's the drug issue
5  and then there's other issues that we would
6  take into account.  So it's not a yes or no.
7      Q.   Okay.  Thank you.
8          Do you agree with the statement that
9  there's not consensus in the scientific
10  literature on the effects low to moderate
11  drinking during pregnancy?
12      A.   Please repeat that question for me.
13      Q.   Do you agree with the statement that
14  there is not consensus in the scientific
15  literature on the effects of low to moderate
16  drinking during pregnancy?
17      A.   I would say that that -- that that
18  is factual because there are caveats -- there
19  are -- there is -- actually, let me think about
20  this for a minute.  Strike my previous
21  statement.
22          Read me the sentence one more time
23  to be sure.
24          (The reporter read the record as
25      requested.)

BARBARA KNOX, M.D.

1  
2          THE WITNESS:  I don't know that I
3      agree with that statement.  And the reason
4      that I will say I don't know that I agree
5      with that statement is because I don't know
6      what the low is that is being referred to
7      because -- and also the time frame during
8      early pregnancy that's been referred to.
9      Please clarify that statement for me.
10  BY MS. ZUREICK:
11      Q.   Let's take a look at -- let's take a
12  look at a document first.
13          (Exhibit 121 was marked for
14      identification.)
15  BY MS. ZUREICK:
16      Q.   Okay.  I'm showing you document
17  marked as Exhibit 121.
18      A.   Yes.
19      Q.   Do you recognize this document?
20      A.   Yes, I do.
21      Q.   And what is this document?
22      A.   This is the clinical report,
23  Guidance for the Clinician in Rendering
24  Pediatric Care by the American Academy of
25  Pediatrics on Fetal Alcohol Spectrum Disorders.

1            BARBARA KNOX, M.D.
2      Q.   Okay.  And is this the source that
3  you -- the source that you cite in Footnote 1
4  of your report?
5      A.   Yes.
6      Q.   Okay.  Please turn to Page e1397.
7      A.   Okay.
8      Q.   So the far right-hand column, the
9  last paragraph, about 10, 11 lines from the
10 bottom, it says, "...a consensus is still
11 lacking about" --
12     A.   Give me a second.  Let me just find
13 it.
14          Where is that?  Where are you at?
15     Q.   11 or 12 --
16     A.   "Although -- Although a consensus,"
17 right?
18     Q.   Right.
19     A.   Okay.  Got it.
20     Q.   Right.  And it says in part, "...a
21 consensus is still lacking about the effects of
22 low levels of PAE," or prenatal alcohol
23 exposure.
24          Is -- is that statement -- do you
25 agree with that statement?

1            BARBARA KNOX, M.D.
2      A.   Yes.
3      Q.   Okay.  Thank you.
4           And are you familiar with "The
5  Lifestyle During Pregnancy" study?  This is a
6  study of over 1600 women, partially funded by
7  the CDC and published in a series of articles
8  in the British Journal of Obstetrics &
9  Gynecology of 2012.
10     A.   I have heard of it.  I have not read
11 it.
12     Q.   Okay.  This study is cited in
13 Dr. Terplan's rebuttal report, which you
14 reviewed, correct?
15     A.   Yes.
16     Q.   Okay.  And are you aware that the
17 lifestyle study did not demonstrate any
18 association between low, which is one to four
19 drinks per week, to moderate, five to eight
20 drinks per week, drinking and subsequent
21 negative outcomes in intelligence, attention,
22 and executive function at five years of age?
23     A.   I haven't read it.  I can't comment
24 if that's what it said or not.
25     Q.   Okay.  Do you recall if this is what

1            BARBARA KNOX, M.D.
2  Dr. Terplan cited this study for in his
3  rebuttal report?
4      A.   I believe he did -- or he did cite
5  it in his rebuttal, but I haven't read the
6  report.
7      Q.   You haven't read the lifestyle
8  study, is that correct?
9      A.   Correct.
10     Q.   Okay.  Thank you.
11          Based on the existence of this
12 study, would you agree that there's at least
13 some uncertainty in the scientific community as
14 to whether low-to-moderate alcohol use during
15 pregnancy necessarily harms fetal development?
16     A.   I would say that this study may have
17 concluded the statements that you are stating.
18 I don't know, since I haven't read it, if I
19 would conclude then that there is discord
20 amongst the masses in statements.
21     Q.   But would you -- would you say that
22 there is at least some uncertainty or
23 disagreement in the scientific community?
24     A.   I would say that this study is
25 making this statement.  I haven't read it, so

1            BARBARA KNOX, M.D.
2  for me to answer that question, I really
3  couldn't do it without reading the article
4  because of the point that I don't know how they
5  tested these children.  I don't know if they've
6  continued to follow these children and if any
7  additional negative outcomes are being noted,
8  et cetera.  So it's hard for me to answer that
9  question.
10     Q.   Okay.  Let's move on.
11          In your expert report, you say, "The
12 American Academy of Pediatrics reports that use
13 of alcohol during pregnancy has been documented
14 to be one of the leading preventable causes of
15 intellectual disabilities, birth defects, and
16 other developmental disorders in newborns,"
17 correct?
18     A.   That is correct.
19     Q.   What are the other leading
20 preventable causes of intellectual
21 disabilities, birth defects, and other
22 developmental disorders in newborns?
23     A.   Repeat the question for me again
24 starting with the beginning.
25     Q.   Apart from alcohol use during

BARBARA KNOX, M.D.

1  BARBARA KNOX, M.D.
2  pregnancy, what are the other leading
3  preventable causes of intellectual
4  disabilities, birth defects, and other
5  developmental disorders in newborns?
6      A.   For leading causes, one of them
7  would be, you know, lack of oxygenation to the
8  brain.  So you have cerebral palsy, that would
9  likely be one.
10         Additionally, there are other
11  multifactorial causes that would lead to that.
12  If you have obstetrical complications, again,
13  that is leading to lack of oxygenation.  That
14  can certainly cause that.
15         Again, these are multifactorial, but
16  certainly with cerebral palsy, that would cause
17  definite intellectual disabilities, so...
18      Q.   Could --
19      A.   As would -- as would other issues.
20      Q.   Okay.  What exposure to -- could
21  exposure to tobacco cause these outcomes?
22      A.   Again, I didn't put tobacco in my
23  report.  So tobacco certainly can cause low
24  birth weights and other such things.  I don't
25  know that that has been -- it is certainly not

BARBARA KNOX, M.D.

1  BARBARA KNOX, M.D.
2  recommended in pregnancy.  I don't know -- I
3  can't comment on it because I haven't reviewed
4  the literature recently to be able to make a
5  statement to that.
6      Q.   Okay.  Could poor nutrition during
7  pregnancy cause those outcomes?
8      A.   It could.
9      Q.   Okay.  And could environmental
10  causes -- environmental factors, excuse me,
11  cause those sorts of outcomes?
12      A.   Sure.
13      Q.   Okay.  Let's turn back to
14  Exhibit 121, the Fetal Alcohol Spectrum
15  Disorders article.
16      A.   Okay.
17      Q.   Page 1396, in the first column, the
18  far left-hand column, the final paragraph.  The
19  third --
20      A.   Wait a second.  Where are you again?
21      Q.   Left-hand column, final paragraph.
22      A.   Yes.
23      Q.   End of the third line reads, "...the
24  lack of uniformly accepted diagnostic criteria
25  for FAS and other related disorders has

BARBARA KNOX, M.D.

1  BARBARA KNOX, M.D.
2  critically limited efforts to determine
3  accurate prevalence figures..."
4         Does that statement indicate that
5  the field of fetal alcohol syndrome study is
6  still developing?
7      A.   Sure.
8      Q.   Okay.  Thank you.
9         Now I'd like to direct your
10  attention in the same document to Page 1401
11  under the subheading on the right-hand side,
12  "The Role of the Pediatrician and the Medical
13  Home."
14      A.   Okay.
15      Q.   Just after Footnote 76 but midway
16  down that paragraph, it reads, "Pediatricians
17  build trusted relationships..."
18         As a pediatrician, do you agree that
19  it is important to build trusted relationships
20  with your patients?
21      A.   Sure, but it's not always possible.
22      Q.   What do you do as a pediatrician to
23  establish that trust?
24      A.   Well, for those who are general
25  pediatricians, they typically see their

BARBARA KNOX, M.D.

1  BARBARA KNOX, M.D.
2  patients in continuity clinics.  So they are
3  seeing them for well child visits.  They're
4  going through anticipatory guidance with the
5  families, sitting down and answering questions,
6  et cetera.  So that typically builds trust with
7  families.
8      Q.   And is having a trusting
9  relationship with the parents important in your
10  role as a pediatrician?
11      A.   It is important, but you cannot
12  forsake a child or a developing fetus for a
13  trusting relationship.  That is why we, as
14  pediatricians, are mandated reporters.  We, as
15  physicians in the physician community, are
16  mandated reporters.  And we are required by law
17  to report concerns of abuse and neglect to
18  agencies who investigate those cases.
19         So though I agree that it's very
20  helpful to have a trusting relationship, it's
21  not exclusive.
22      Q.   As you said, if you have -- if you
23  do make a report, for example, to CPS, could
24  that undermine the relationship of trust?
25      A.   Sure, but I'm not going to forsake a

BARBARA KNOX, M.D.

1
2 child by not reporting.
3     Q.   Okay.  Let's move on.  Thank you.
4         Also in your expert report you
5 state, "I have had experience with a case in
6 which a biologic mother with a twin pregnancy
7 was hospitalized for preterm labor for an
8 extended period.  She suddenly went into labor
9 and was noted to have bizarre behaviors.  A
10 urine drug screen and GS-MS quantitative
11 confirmatory test were both performed and
12 documented methamphetamine in the urine."
13     A.   That is correct.
14     Q.   What year was this case?
15     A.   Due to HIPAA, I will not comment on
16 that.
17     Q.   Okay.  In what county was this case?
18     A.   I can't disclose that because those
19 are identifiable pieces of information.  I
20 apologize, but I'm not going to subject myself
21 to HIPAA violations.
22     Q.   No problem.
23         How did you become aware of this
24 case?
25     A.   I actually participated in this

BARBARA KNOX, M.D.

1
2 case.
3     Q.   Okay.  Was the woman a patient of
4 yours?
5     A.   The woman was a patient, yes.
6     Q.   Okay.  And was this a case involving
7 CPS?
8     A.   Yes, CPS was involved in this case.
9     Q.   What was their involvement in the
10 case specifically?
11     A.   CPS subsequently took custody of
12 these children after birth.
13     Q.   Okay.  And was this a UCHIPS case?
14     A.   This was not a UCHIPS case because
15 people didn't -- people didn't realize that
16 this was going on until the damage was already
17 done.
18         So this became a child protection
19 case with Child Protective Services.  But
20 because of the methamphetamine use in the
21 hospital, it stimulated her to go into preterm
22 labor and deliver these children very early.
23 And then -- then child protection was actually
24 called.
25     Q.   When you say "methamphetamine use in

BARBARA KNOX, M.D.

1
2 the hospital," are you saying that she was
3 actively using methamphetamine while she was
4 hospitalized?
5     A.   Yes.
6     Q.   Okay.  How far along was she in her
7 pregnancy when she was admitted to the
8 hospital?
9     A.   I don't recall.
10     Q.   Okay.  Do you have a sense of what
11 trimester she was in?
12     A.   I don't.  I -- I can't recall which
13 trimester she was in.  I'm trying to recall.
14 These were very, very premature -- these were
15 very, very premature twins.  And I'm just
16 trying to recall if she was second or if she
17 made it to third.
18     Q.   Was she past 20 weeks?
19     A.   It was right in there, I believe.
20 I'm sorry.  I can't recall.  It was -- it
21 was some -- I think it was somewhere right in
22 about that area.  Because the twins were
23 living, so it had to have been -- she had to
24 have been over 20 weeks because it was a
25 viable preg -- or the twins were viable.

BARBARA KNOX, M.D.

1
2 Typically under 20 weeks they're just not.
3         So I would have to say that she had
4 to have been over 20 weeks, but I can't recall
5 where she was.
6     Q.   Okay.  How long was she
7 hospitalized?
8     A.   I can't recall that either.
9     Q.   Okay.  No problem.
10     A.   She was on bedrest for a while, but
11 I don't remember how long.  It was like weeks.
12     Q.   Okay.  Was she hospitalized because
13 her membranes had ruptured?
14     A.   I don't remember.
15     Q.   Okay.
16     A.   This is an older case of mine, so I
17 don't recall.
18     Q.   Okay.  Just for my own
19 understanding, when you say biologic mother, do
20 you mean biological mother or do you mean
21 something else?
22     A.   Biological mother.
23     Q.   Okay.  Thanks.
24         And what were the bizarre behaviors
25 that she exhibited?

BARBARA KNOX, M.D.

A.   So this was a case where nursing clearly noticed that she had normal mental status and then did not have normal mental status, had very altered behaviors in which she was acting to be impaired somehow in which they called and said that she appeared to be under the influence of something and had requested an order for drug testing.

Q.   I see.  So it was the nursing staff that first noted these bizarre behaviors --

A.   Yes.

Q.   -- is that correct?

     Okay.

A.   They were caring for her inpatient.

Q.   Right.  And since she was your patient, am I correct that you personally evaluated her?

A.   I did not say that she was my patient.  I said this case was my patient.

Q.   Oh, okay.

A.   So I didn't treated the adult.  I treated the babies.

Q.   Okay.

A.   The babies were -- I'm a

BARBARA KNOX, M.D.

pediatrician, so...

Q.   Did you -- were they your patients while she was still pregnant?

A.   No, they weren't my patients while she was still pregnant because -- because as a pediatrician, I am not taking care of the mom.

Q.   Okay.  So is it correct that they became your patients after they were born?

A.   Yes.

Q.   Okay.  And did you have any involvement with this case before the twins were born?

A.   No.

Q.   Okay.  And so what was the source of your information about her medical condition and her behavior while she was pregnant?

A.   The medical record and the nursing staff and the treating providers for her.

Q.   Okay.  Okay.  And you note in your report, "Due to this illicit drug use in the hospital, the mother delivered the twins...prematurely."

     Is it your opinion that the mother delivered prematurely because of the illicit

BARBARA KNOX, M.D.

drug use?

A.   Yes.

Q.   And what's the basis for that conclusion?

A.   Because of the fact that she had been stable on bedrest prior to this use of the substances and then became critically unstable with severe altered mental status and went into preterm labor that couldn't be stopped at that point.

Q.   Okay.  How common is it for pregnant women with twins to deliver prematurely?

A.   They typically do deliver prematurely, but not that prematurely.

Q.   Okay.  And is the methamphetamine use the only reason a woman might deliver prematurely?

A.   No.

Q.   Okay.  Did you review this woman's records to see if there were any other factors present besides the meth use that could have caused her to go into labor prematurely?

A.   I saw her drug testing that was handed to me on a sheet.  I did not go in and

BARBARA KNOX, M.D.

review her medical record because she was not my patient and that would be a HIPAA violation.

Q.   Okay.

A.   So the medical record pieces that I saw were the ones that were handed to me.

Q.   Okay.  And these were the -- the results of the drug tests, is that correct?

A.   Yes.  Yes.

Q.   Any others?

A.   You know, it's been so long ago, I don't remember, but I distinctly remember seeing the results of the drug testing.

Q.   Okay.  Okay.  Turning back to your expert report, on Page 3, paragraph 7, the last paragraph in the section under "Prenatal Methamphetamine Exposure," you write, "The literature has previously documented prenatal methamphetamine exposure as being related to changes in infant neurobehavior, fine motor deficits and deficits to fetal growth," correct?

A.   Yes.

Q.   What do you mean when you say "related to"?

BARBARA KNOX, M.D.

A.   So they are documenting that in --
with prenatal methamphetamine exposure, they're
also seeing these -- these findings in which
you have infant neurobehavior, fine motor
deficits and the deficits in fetal growth.

They absolutely try in the
literature to remove external variables that
may also influence this, but they're -- they
typically document "related to" or "association
with" because you can't always mutually exclude
everything.  And so that's why you end up
seeing a lot in the literature as associated
with or related to, you know, X, Y and Z
because you can't always eliminate everything.

Q.   Okay.  So when you say "related to"
in your report, you mean "associated with," is
that correct?

A.   Related to or associated with, yes.

Q.   Okay.  And you cite to a piece from
Linda LaGasse, et al., entitled "Prenatal
Methamphetamine Exposure and Childhood Behavior
Problems at 3 and 5 Years of Age," is that
correct?

A.   Yes.

BARBARA KNOX, M.D.

Q.   Did the LaGasse study examine
changes -- the LaGasse study that you cite
examine changes in infant neurobehavior, fine
motor deficits or deficits in fetal growth?

A.   Yes, I believe it did.

Q.   Okay.

A.   I have to see the article, though.

Q.   Yes, we can do that.

A.   Can you repeat your question to me
again?

(Exhibit 122 was marked for
identification.)

BY MS. ZUREICK:

Q.   I'm showing you a document marked
Exhibit 122.

Do you recognize this document?

A.   Yes, it's "Prenatal
Methamphetamine -- Methamphetamine Exposure and
Childhood Behavior Problems at 3 and 5 Years of
Age."

Q.   Okay.  Thank you.

And is this the article that you
cite in Footnote 2 of your expert report?

A.   Yes.

BARBARA KNOX, M.D.

Q.   Thank you.

Okay.  To repeat the earlier
question, did this study, the LaGasse study,
Exhibit 122, examine changes in infant
neurobehavior, fine motor deficits or deficits
in fetal growth?

A.   I thought it did, unless I got them
mixed up somewhere along the way here.

(Witness viewed said document.)

BY MS. ZUREICK:

Q.   Is it correct that this study
examined behavior problems specifically?

A.   Well, let me go back and look.
Maybe I -- I wonder if I missed a reference
here.

(Witness viewed said document.)

THE WITNESS:  I apparently must have
missed a -- missed listing a reference and
put two twice.

BY MS. ZUREICK:

Q.   Okay.  Did you -- in preparing your
report, did you review any of the literature
that documented these outcomes, changes in
infant neurobehavior, fine motor deficits and

BARBARA KNOX, M.D.

deficits in fetal growth?

A.   I did, but it's not this study, so I
don't know.  I must have missed a reference.

Q.   Okay.  We can move on.

Okay.  Again, looking at the LaGasse
study, Exhibit 122, in your expert report you
state, "In 2012, LaGasse and colleagues
reported mood difficulties and acting out
behaviors (emotional reactivity) present as
early as age 3 associated with children who
were prenatally methamphetamine exposed in the
results of their longitudinal study.  They
additionally reported externalizing and ADHD
problems by 5 years of age in these children."

A.   Yes.

Q.   Are you aware that the authors
discuss various limits to their -- to their
findings?

A.   Yes.

Q.   Okay.  And are you aware that the
authors state that as the only cohort study of
its kind, one limitation of the study is that
our findings may not generalize to all
populations of women who use methamphetamine

BARBARA KNOX, M.D.

during pregnancy?

A.   Yes.

Q.   Okay.  Thank you.

Also, is it correct that the LaGasse study did not analyze trimester effects of prenatal methamphetamine exposure?

A.   Yes.

Q.   And so is it correct that the LaGasse study did not specifically examine the relationship between methamphetamine exposure solely in the first trimester of pregnancy with behavioral development post birth?

A.   Yes.

Q.   Okay.  And would you agree that the LaGasse study then is not authoritative on the issue of whether early meth exposure during only the first trimester of pregnancy is associated with behavioral problems in children by age 3?

A.   I would say that it didn't specifically evaluate that.  It didn't break it down by trimester.  I wouldn't specifically say it's not an authoritative study in regards to that because we don't know.  So --

BARBARA KNOX, M.D.

Q.   Okay.  But you agree that that was not an issue that they studied?

A.   Correct, they did not splay it out by trimester.

Q.   Okay.  Thank you.

THE VIDEOGRAPHER:  Counsel, your document is rubbing on the mic.

MS. ZUREICK:  Thank you.

BY MS. ZUREICK:

Q.   And are you familiar with a study cited in Dr. Terplan's expert report by Tricia Wright, et al., titled "Methamphetamines in Pregnancy Outcomes," published in the Journal of Addiction Medicine?

A.   I saw him note that.  I did not read it.

Q.   Okay.

(Exhibit 123 was marked for identification.)

BY MS. ZUREICK:

Q.   I'm showing you a document marked Exhibit 123.

Is it correct that this is the Tricia E. Wright, et al. study entitled

BARBARA KNOX, M.D.

"Methamphetamines and Pregnancy Outcomes"?

A.   Yes.

Q.   Okay.  I'm directing your attention to Page 113 of Exhibit 123 under the heading "Results" in the left-hand column.

First sentence of the last paragraph in that column reads, "Figures 1 and 2 show" --

A.   Wait a second.  I'm sorry.  Where are you at?

Q.   Page 113, left-hand column, last paragraph.

A.   Okay.

Q.   "Figures 1 and 2 show gestational age and birth weight stratified by trimester of last use of methamphetamine.  Significantly, only those women who continue to use drugs throughout pregnancy delivered early and had smaller babies.  This was also true when compared with women who did not use any drugs during their pregnancies."

Did I read that correctly?

A.   That's what this paragraph says, yes.

BARBARA KNOX, M.D.

Q.   Okay.  Would you agree that these data support the proposition that there is a benefit to maternal and newborn health if methamphetamine use is stopped?

THE WITNESS:  I'm sorry.  Repeat the question.

(The reporter read the record as requested.)

THE WITNESS:  Absolutely.

BY MS. ZUREICK:

Q.   Okay.  And would you agree that these data do not support the proposition that any use of methamphetamine during pregnancy is necessarily harmful?

THE WITNESS:  Repeat that question again.

(The reporter read the record as requested.)

MS. KECKHAVER:  Objection, vague, confusing.

THE WITNESS:  I don't know that I can answer that off of one sentence.  You've asked me to make a statement on one study, which I think is vague.  It's -- ask

1    BARBARA KNOX, M.D.
2  me the question again.
3      (The reporter read the record as
4  requested.)
5      THE WITNESS:  I can't answer that
6  off of the statement you've given me
7  because this is taking into account only,
8  you know, gestational age and birth -- or
9  gestational age and birth weight stratified
10 by the trimester of last use, and your
11 statement is asking for a globalization of
12 that answer.
13 BY MS. ZUREICK:
14     Q.   Okay.
15     A.   So I can't answer it as presented.
16     Q.   That's fine.  Let's move on.
17         (Exhibit 124 was marked for
18 identification.)
19 BY MS. ZUREICK:
20     Q.   I'm showing you a document marked
21 Exhibit 124.
22         Do you recognize this document?
23     A.   Yes.
24     Q.   What is it?
25     A.   It is an article entitled "Prenatal

1    BARBARA KNOX, M.D.
2  methamphetamine exposure and neurodevelopmental
3  outcomes in children from 1 to 3 years."
4      Q.   Okay.  And is this the article that
5  you cite in Footnote 3 of your report?
6      A.   Yes.
7      Q.   Okay.  In your expert report, you
8  state on Page 3, paragraph 7 --
9      A.   Wait a second.  Page 3.
10     Q.   So back in Exhibit 116.
11     A.   Okay.  Which paragraph?
12     Q.   Page 3, paragraph 7, last
13 paragraph of that section.
14     A.   Okay.
15     Q.   You write, "Prenatal methamphetamine
16 exposure has also been shown to cause delayed
17 gross motor development over the first three
18 years of life," correct?
19     A.   Yes.
20     Q.   And do you cite Exhibit 124 to
21 support that statement?
22     A.   Yes.
23     Q.   Okay.  Turning back to Exhibit 124,
24 would you please turn to Page 2.
25         At the top of the page right after

1    BARBARA KNOX, M.D.
2  the word "conclusions," it reads, "Prenatal
3  exposure to methamphetamine was associated with
4  delayed gross motor development over the first
5  3 years," correct?
6      A.   Yes.
7      Q.   Okay.  Is finding an association
8  between methamphetamine exposure and delayed
9  gross motor development the same thing as
10 demonstrating that the methamphetamine exposure
11 caused that outcome?
12     A.   No.
13     Q.   Okay.  And what is the difference
14 between association and causation?
15     A.   Again, we're saying that there is a
16 clear association between women who reported
17 prenatal methamphetamine exposure and seeing
18 delayed gross motor development over the first
19 three years.
20         To be able to say that it is
21 directly caused by one to the other, you would
22 have to have removed all other variables out of
23 that picture, including environment.  And that
24 is very, very hard to do in studies.  So you
25 typically see the words "association" instead

1    BARBARA KNOX, M.D.
2  of "causation."
3      Q.   Okay.  So returning to your expert
4  report, Exhibit 116, the sentence we just read,
5  is it still your opinion that prenatal
6  methamphetamine exposure has been shown to
7  cause delayed gross motor development over the
8  first three years?
9      A.   Okay.  So I'll change the wording to
10 "associated."
11     Q.   Okay.
12     A.   It has been shown to be associated
13 with.
14     Q.   Okay.  Let's move on.
15         So in the same paragraph in your
16 expert report, Exhibit 116, you write, "A
17 2014 study" --
18     A.   Oh, you're in the next sentence?
19 Okay.
20     Q.   "A 2014 study showed statistically
21 significant problems with hand-eye coordination
22 and personal-social ability on neurocognitive
23 testing," correct?
24     A.   Yes.
25     Q.   What conclusions do you draw from

BARBARA KNOX, M.D.

1  BARBARA KNOX, M.D.
2  the fact that this study made a statistically
3  significant finding?  What does that mean?
4       A.   You want to pull the study quick?
5  Let me look at how it's worded.
6            (Exhibit 125 was marked for
7       identification.)
8  BY MS. ZUREICK:
9       Q.   I'm showing you a document marked
10  Exhibit 125.
11           Do you recognize this document?
12      A.   Yes.
13      Q.   An what is it?
14      A.   "Maternal Methamphetamine Use in
15  Pregnancy and Long-Term Neurodevelopmental and
16  Behavioral Deficits in Children," the van Dyk
17  article.
18      Q.   And is this the study that you
19  cite --
20      A.   Yes.
21      Q.   -- in Footnote 4?
22      A.   Yes.
23      Q.   Thank you.
24           (Witness viewed said document.)
25           THE WITNESS:  I'm sorry.  Please

1  BARBARA KNOX, M.D.
2  repeat your question.
3  BY MS. ZUREICK:
4       Q.   So you state in your report, "A 2014
5  study," Exhibit 125 that you just reviewed,
6  "showed statistically significant problems with
7  hand-eye coordination and personal-social
8  ability on neurocognitive testing."
9            What conclusions do you draw from
10  the fact that this study made a statistically
11  significant finding?
12      A.   That they're seeing it in one group
13  over the matched nonexposed group.  So it's
14  something that we would look at as cause for
15  concern with being exposed to methamphetamine
16  potentially.
17      Q.   Okay.  And are you aware that the
18  authors of this study note several limitations
19  on the study?
20      A.   Uh-huh, because there always are.
21      Q.   Are you aware that on Page e194 of
22  Exhibit 125 --
23      A.   Okay.  Say that again.  E194, and
24  where are you?
25      Q.   Right-hand column --

1  BARBARA KNOX, M.D.
2       A.   Okay.
3       Q.   -- last paragraph.
4       A.   Yes.
5       Q.   It says, "Due to the small sizes in
6  both the methamphetamine-exposed group
7  (Number = 15) and the control group (Number =
8  21), the analysis lacks power."
9       A.   Yes.
10      Q.   So despite some statistically
11  significant findings, the authors of this study
12  concluded that their sample size was too small
13  for their analysis to lack power -- to have
14  power, is that correct?
15      A.   Yes.  I would say the same thing if
16  I were writing it because of the fact that when
17  you statistically analyze, you're looking for
18  specific differences between the two groups,
19  and I would note this as a limitation, too.
20      Q.   Okay.  The researchers also note
21  that in completing the development assessments
22  of the research participants, that it was not
23  always possible for them to blind the assessors
24  fully to the exposure status of the
25  participants, another factor which they say may

1  BARBARA KNOX, M.D.
2  have introduced bias into the analysis.
3            Are you aware of that limitation?
4       A.   Yes.
5       Q.   Okay.  And in your opinion, can
6  failure to blind assessors to a participant's
7  exposure status undermine the reliability of
8  the study's finding?
9       A.   It could.
10      Q.   Okay.  And also on Page 194 of the
11  article, the authors also state, "A significant
12  limitation with the inability to quantify exact
13  methamphetamine drug use during pregnancy as
14  well as use of other drugs, maternal report and
15  recollection had to be relied on and this may
16  introduce bias."
17           Do you agree that this could
18  introduce bias into the study?
19      A.   Sure.
20      Q.   The authors also note on Page 194 in
21  the left-hand column that there are many
22  environmental risk factors present in the
23  study.
24           In your opinion, can environmental
25  risk factors impact development of hand-eye

Page 226

BARBARA KNOX, M.D.

1
2  coordination and personal-social ability?
3      A.  Sure.  That's why they're all
4  commenting on them and potential biases.
5      Q.  Okay.  Thank you.  Let's move on.
6      A.  May I ask how many more pages do you
7  have in that binder?  Because I might have to
8  take a bathroom break.
9      Q.  I may have a couple of more, but if
10 you need to take a five-minute break, we can
11 certainly take a break.
12     A.  Just give me two minutes.  Can
13 everybody stay here because I think --
14         THE VIDEOGRAPHER:  I have to do a
15 tape change anyways.
16         MS. ZUREICK:  Okay.
17         THE WITNESS:  Great.  I'll be right
18 back.
19         THE VIDEOGRAPHER:  This concludes --
20 this concludes of Tape 3 of Dr. -- this
21 concludes Tape 3 of Dr. Barbara Knox.
22 We're off the video record at 2:02 p.m.
23         (Whereupon, a recess was had
24 from 2:02 p.m. to 2:11 p.m.)
25         THE VIDEOGRAPHER:  This is the

Page 227

BARBARA KNOX, M.D.

1
2  beginning of Tape 4 of Dr. Barbara Knox.
3  We're on the video record at 2:11 p.m.
4  BY MS. ZUREICK:
5      Q.  Dr. Knox, looking again at
6  Exhibit 116, your expert report, paragraph 8,
7  prenatal opioid exposure.
8      A.  Okay.
9      Q.  You write, "Recently, I was
10 contacted by a county after law enforcement had
11 taken a woman into custody overnight.  The
12 county officials reported that the female
13 indicated she was 22 weeks pregnant and a
14 heroin user.  The officials were requesting
15 information regarding what immediate care
16 should be sought for this female," correct?
17     A.  Yes.
18     Q.  Do you know what year this was?
19     A.  Again, out of HIPAA, I probably
20 should not disclose that.
21     Q.  Okay.  That's fine.
22         Is that the same for the question of
23 what county this is in?
24     A.  Yes.  Yes.
25     Q.  Okay.  That's fine.

Page 228

BARBARA KNOX, M.D.

1
2         And do you know who from the county
3  contacted you about this case?
4      A.  Yes.  I was actually contacted by
5  one of the attorneys as well as the sheriff's
6  office --
7      Q.  Okay.
8      A.  -- who runs the jail.
9      Q.  Okay.  Okay.  And is this -- does
10 paragraph 8 reflect all of the information that
11 you were given about this case?
12     A.  No.  There was a lot more that was
13 said to me over the phone.  But certainly the
14 nuts and bolts of it are, you know, if you are
15 saying that you're 22 weeks pregnant and you're
16 a heroin user who is abruptly withdrawing, you
17 need to be seeking medical care emergently to
18 prevent going into labor.
19     Q.  What does it mean to be abruptly
20 withdrawing?
21     A.  Any time you have a heroin user who
22 stops using, you definitely want to make sure
23 that if they're pregnant, that they're either
24 going to go on to some type -- or that they
25 need to go on to some type of maintenance and

Page 229

BARBARA KNOX, M.D.

1
2  slowly withdraw from that because it absolutely
3  can stimulate early labor and did in this case.
4  She already went into labor by the time they
5  were trying to seek care for her that day.
6      Q.  Okay.  So it's your opinion that she
7  went into labor because of withdrawal from
8  heroin, is that correct?
9      A.  Absolutely could be, yes.
10     Q.  So it's your opinion that it could
11 be or that it certainly was the reason?
12     A.  Well, in this case, they asked me my
13 opinion about saying you're a heroin user --
14 and they didn't even know if she was pregnant
15 or not.  And I said rush her to some medical
16 facility.
17         And unfortunately when they called
18 me back later, they said she already went into
19 labor.  She actually was pregnant and she
20 already went into labor and she progressed to
21 the point of delivery.
22     Q.  Okay.  And just so I understand what
23 you're saying, it's your opinion that she went
24 into labor because of the withdrawal, because
25 of withdrawal from heroin use, correct?

BARBARA KNOX, M.D.

1
2      A.   Yes.
3      Q.   Okay.  And what is the basis for
4  that opinion?
5      A.   Medical literature.
6      Q.   Okay.
7      A.   That you absolutely can go into
8  preterm labor when you're withdrawing from
9  heroin.
10      Q.   Okay.  Are there other factors that
11  could cause preterm labor?
12      A.   Sure.
13      Q.   Okay.  Did you -- do you know if any
14  of those other factors were present in this
15  case?
16      A.   I didn't ask all the other
17  specifics.  They were asking me what to do with
18  her, which I explicitly said to them.  And then
19  they called me back to say unfortunately she
20  was pregnant and did progress into labor very
21  quickly.
22      Q.   So is it fair to say that you do not
23  know if there were any other factors in her
24  case besides the heroin use or heroin
25  withdrawal that could have caused her to go

BARBARA KNOX, M.D.

1
2  into labor at that time?
3      A.   Correct.
4      Q.   Okay.  Thank you.
5           (Exhibit 126 was marked for
6  identification.)
7  BY MS. ZUREICK:
8      Q.   I'm showing you a document marked
9  Exhibit 126.
10           Do you recognize this document?
11      A.   Yes.
12      Q.   What is it?
13      A.   "Developmental Consequences of Fetal
14  Exposure to Drugs:  What We Know and What We
15  Still Must Learn."
16      Q.   And is this the article that you say
17  in Footnote 5 of your expert report?
18      A.   Yes.
19      Q.   Thank you.
20           In your expert report on Page 3,
21  paragraph 8, very last sentence on that page,
22  you cite this study for the proposition that
23  premature labor and ruptured membranes is a
24  documented complication of maternal opioid use,
25  correct?

BARBARA KNOX, M.D.

1
2      A.   Yes.
3      Q.   Thank you.
4           Is it correct that this paper is a
5  literature review rather than an original
6  study?
7      A.   Yes.
8      Q.   Okay.  Would you please turn to
9  Page 67 of Exhibit 126.
10      A.   I'm sorry.  Say that again.
11  Page 67?
12      Q.   Exactly.
13      A.   And what else did you say, 126?
14      Q.   No, just of Exhibit 126 --
15      A.   Okay.
16      Q.   -- which you're already in.
17           Okay.  So the bottom of the page,
18  left -- right-hand column, last sentence reads,
19  "The probability of preeclampsia, premature
20  labor and rupture of membranes," skip a little
21  bit on the next page, "increases greatly with
22  illicit opiate use during pregnancy."  And it
23  cites three different studies.
24           Have you reviewed any of these
25  studies that support -- to see if they support

BARBARA KNOX, M.D.

1
2  this statement?
3      A.   No.
4      Q.   Okay.  Since you haven't reviewed
5  those studies themselves, is it fair to say
6  that you're not aware of the explanatory
7  strength of those studies?
8      A.   Sure.
9      Q.   Okay.  And do you know how often
10  premature labor and rupture of membranes occurs
11  in the context of maternal opioid use?
12      A.   I don't, but I know that I learned
13  it in medical school, too.
14      Q.   Thank you.
15           So back to your expert report,
16  Exhibit 116.  Now on Page 4, just at the top,
17  you write that, "Prenatal opioid exposure has
18  also been associated with low birth weight,
19  decreased head circumference and Neonatal
20  Abstinence Syndrome," correct?
21      A.   Yes.
22      Q.   And you also cite the Ross study,
23  Exhibit 126, to support that statement,
24  correct?
25      A.   Yes.

BARBARA KNOX, M.D.

Q.   Okay.  Do you know if you -- have you reviewed the studies that the Ross article cites for that proposition?

A.   Some I did; some I didn't.

Q.   Okay.  For the studies that you did not review, is it fair to say that you're not aware of the explanatory strength or limitations of those studies?

A.   Sure, because I didn't review them.

Q.   Okay.  And back in Exhibit 126, please.  I'm directing your attention to Page 62 --

A.   Okay.

Q.   -- right-hand column --

A.   All right.

Q.   -- four lines down from the top.

A.   Wait a second.

Q.   Sure.

A.   Okay.

Q.   It reads, "...it has -- it has recently become clear that paternal exposures, to drugs such as cocaine, during spermatogenesis" --

A.   Spermatogenesis.

BARBARA KNOX, M.D.

Q.   -- thank you, "can also influence offspring brain development and neurobehavioral development through epigenetic mechanisms, at least in animal models," is that correct?

A.   Yes, that's what that states in the animal models.

Q.   Thank you.
Were you aware of this finding?

A.   Yes.

Q.   And do you believe that paternal drug use could constitute abuse of a fetus?

A.   I think it's too early to tell because they're seeing this in animal models.  So we haven't -- we don't have a connection to be able to say that this is also seen in human models yet.

Q.   Okay.

A.   So I think it's too early to say.

Q.   Do you know if there have been any advances in those studies since the Ross article was published?

A.   No.

Q.   Okay.  Thank you.

A.   More articles, huh?

BARBARA KNOX, M.D.

Q.   Uh-huh.

A.   Literature review day.
(Discussion off the record.)
(Exhibit 127 was marked for identification.)

BY MS. ZUREICK:

Q.   I'm showing you a document marked Exhibit 127.
Do you recognize this document?

A.   Yes.

Q.   What is it?

A.   It is entitled "Marijuana impairs growth in mid-gestation fetuses."

Q.   Is this the study you cite in Footnote 6 of your report?

A.   Yes.

Q.   Thank you.
Okay.  And you cite this study for the proposition, reading from your expert report, that studies have documented that prenatal marijuana exposure has resulted in stunted growth outcomes, correct?

A.   Yes.

Q.   When you say "resulted in," do you

BARBARA KNOX, M.D.

mean that the prenatal marijuana exposure caused the documented stunted out -- stunted growth outcomes?

A.   So let me look at how they word this before I answer that question.

Q.   Okay.
(Witness viewed said document.)
THE WITNESS:  Okay.  Please repeat the question.

BY MS. ZUREICK:

Q.   So you cite Exhibit 127 for the proposition that studies have documented that prenatal marijuana exposure has resulted in stunted growth outcomes.

A.   Yes.

Q.   When you say "resulted in," do you mean that the prenatal marijuana exposure caused the stunted growth outcomes?

A.   That's the premise of the article.

Q.   Okay.

A.   I put "resulted in" because, again, there are with every study factors that cannot be 100 percent excluded.

Q.   Can I -- I want to direct you in

BARBARA KNOX, M.D.

1
2  Exhibit 127 to Page 228.
3      Directing you to the right-hand
4  column, first sentence of the first full
5  paragraph, it reads, "Overall, the current
6  investigation provides data suggestive of
7  detrimental effects of early maternal marijuana
8  intake on the mid-gestation fetus."
9      Does the fact that data is
10 suggestive of an exposure effect mean that the
11 exposure caused that effect?
12     A.   No.
13     Q.   Okay.  So is it still your opinion
14 that when you say studies have documented a
15 result, that that is a documented causation or
16 is that a documented correlation or
17 association?
18     A.   Association.
19     Q.   Okay.  Thank you.
20     Are you also aware that the authors
21 of Exhibit 127 identified limitations --
22     A.   Yes.
23     Q.   -- to the study?
24     A.   Yes, I am.
25     Q.   Okay.  So, again, on Page 228 of

BARBARA KNOX, M.D.

1
2  Exhibit 127 -- apologies.  Let's see.  Okay.
3      In the first full paragraph it
4  reads, "Other considerations should be noted
5  about the current study.  It included only
6  women who were in the process of a voluntary
7  saline-induced abortion, were within the
8  mid-gestation stage of pregnancy, provided a
9  detailed report of drug use and medical
10 history, and had a fetal expulsion time less
11 than or equal 24 hours (required for subsequent
12 neurochemical/molecular analyses being carried
13 out on the fetal brain specimens).  As such,
14 the sample size in the study was small and
15 limited the statistical power."
16     Do you agree that a small sample
17 size can limit the statistical power of the
18 study's finding?
19     A.   Yes.
20     Q.   Okay.  The authors of the study also
21 note, "Another limitation of the present
22 investigation is the lack of direct information
23 regarding maternal nutrition and body weight
24 measurement, which can impact fetal growth."
25     Do you agree that this is a

BARBARA KNOX, M.D.

1
2  limitation of the study?
3      A.   Yes.
4      Q.   Okay.  And the authors also state,
5  "The consequences of the long-term impact of
6  prenatal marijuana effects on fetal development
7  and health and behavior are still being
8  evaluated."
9      Do you agree with that statement?
10     A.   Yes.  Last page.
11     Q.   Just looking quickly at your expert
12 report, paragraph 9, prenatal marijuana
13 exposure, you write, "Studies have documented
14 that prenatal marijuana exposure has resulted
15 in stunted growth outcomes."
16     You note that studies, plural, have
17 documented.  But is it correct that in
18 Footnote 6, you only cite the Hurd article
19 Exhibit 127?
20     A.   Yes.
21     Q.   Okay.  Did you review any other
22 studies to support this statement?
23     A.   I reviewed multiple studies.  I
24 cited this study.
25     Q.   Okay.

BARBARA KNOX, M.D.

1
2      A.   That's what I'll say.
3      Q.   And do you know of any studies that
4  replicated the findings from the Hurd study?
5      A.   I don't remember.
6      Q.   Okay.  Thank you.
7      (Exhibit 128 was marked for
8  identification.)
9  BY MS. ZUREICK:
10     Q.   I'm showing you a document marked
11 Exhibit 128.
12     Do you recognize this document.
13     A.   Yes.
14     Q.   And what is it?
15     A.   The "Effect of Prenatal Marijuana
16 Exposure on the Cognitive Development of
17 Offspring at Age Three."
18     Q.   Is this the study that you cite in
19 Footnote 7 of your report?
20     A.   Yes.
21     Q.   Okay.  Let's see.  Okay.
22     You cite this article for the
23 proposition that additional studies have
24 reported decreased short-term memory, verbal
25 and visual skills at age 3, correct?

Page 242

BARBARA KNOX, M.D.

1
2   A.   Yes.
3   Q.   What year was this study published?
4   A.   1993.
5   Q.   Okay.  Is it nineteen-ninety -- it
6   was accepted in 1993, correct?
7   A.   Yes.
8   Q.   And then --
9   A.   So that means it was submitted in
10  1992 and it was accepted in 1993, but it didn't
11  actually show up in print until 1994.
12  Q.   Okay.  Thank you.
13       Do you know if there have been
14  advances in the research on prenatal marijuana
15  exposure since this study was accepted and
16  published?
17  A.   I'm sure there have been.
18  Q.   Okay.  Do you know what those
19  advances are?
20  A.   I looked at a lot of articles.  So
21  many people have looked at this issue.  This is
22  the one I chose to comment on.
23  Q.   Okay.  And are you aware that the
24  authors of this study cite a number of
25  limitations on the studies?

Page 243

BARBARA KNOX, M.D.

1
2   A.   Yes, I sure am.
3   Q.   Okay.  I want to direct you in
4   Exhibit 128 to Page 174.
5       Right-hand paragraph,
6   second-to-the-last paragraph, first sentence
7   reads, "The effects that are reported are small
8   and would not be clinically significant for an
9   individual."
10      What does it mean for results not to
11  be clinically significant for an individual?
12  A.   They're saying that -- that the
13  effects that they're showing from their sample
14  size are small, but they're saying that the
15  effects that they're reporting are the
16  differences between the populations, not the
17  individual cases.
18  Q.   Okay.  And in your opinion, can
19  population-based studies tell us what effects
20  prenatal exposure to drugs or alcohol will have
21  on any particular individual?
22  A.   No.
23  Q.   Okay.  And also directing you still
24  on Page 174 of Exhibit 128, last paragraph,
25  last sentence reads, "Our data demonstrate that

Page 244

BARBARA KNOX, M.D.

1
2   at least for some children, enhancing their
3   environment with preschool and day care can
4   mitigate the negative effects of prenatal
5   exposure to marijuana."
6       Do you agree that certain
7   environmental factors can mitigate negative
8   effects of prenatal exposure to marijuana?
9   A.   Absolutely.  Absolutely I do.
10  Q.   Thank you.
11      Also, in your expert report,
12  Exhibit 116, you say, "Additional studies have
13  reported decreased short-term memory, verbal
14  and visual skills at age 3," and you cite only
15  to this article, correct?
16  A.   Correct.
17  Q.   Are you aware of other studies?
18  A.   You want me to take the "S" off of
19  it.  So I cite -- though I said additional
20  studies for both, I cited one study for both,
21  so --
22  Q.   And how did you choose --
23  A.   -- I will concede that.
24  Q.   How did you choose this particular
25  study?

Page 245

BARBARA KNOX, M.D.

1
2   A.   You know, it's one that I had in my
3   file folder on marijuana.  So this is one that
4   I pulled out because it's one that I had looked
5   at when I was in fellowship.
6   Q.   Okay.  Thank you.
7       And would you agree with the
8   statement that there is no conclusive science
9   to support a claim that marijuana use is likely
10  to cause substantial or even minor harm to a
11  developing fetus?
12  A.   Repeat the question.
13      (The reporter read the record as
14  requested.)
15      MS. KECKHAVER:  Objection, vague,
16  compound.
17      THE WITNESS:  Repeat it one more
18  time to me.
19      (The reporter read the record as
20  requested.)
21      THE WITNESS:  I don't think I would
22  agree with that statement as worded.
23  BY MS. ZUREICK:
24  Q.   Why not?
25  A.   Because there are things that do

Page 246

BARBARA KNOX, M.D.

1 BARBARA KNOX, M.D.
2 suggest that there may be minor harm. Again,
3 we cannot exclude all of the variables to it,
4 but I would not agree with the statement as you
5 have worded it to me.
6    Q.   Okay. So you -- it's your opinion
7 that there are studies that -- that suggest
8 harm from methamphetamine exposure, correct?
9    A.   Yes, from methamphetamine exposure,
10 yes.
11    Q.   Oh, I'm sorry. I meant marijuana
12 exposure. Thank you.
13       Are there studies that suggest that
14 there is -- that there could be -- there's an
15 association --
16    A.   Yes.
17    Q.   -- between marijuana use and certain
18 developmental outcomes?
19    A.   Yes.
20    Q.   Are any of these studies conclusive
21 on that point?
22    A.   They are not conclusive. However,
23 there are additional studies that really
24 reflect the degree of teratogenicity, et cetera
25 for marijuana, the -- the degree to which it

Page 247

1 BARBARA KNOX, M.D.
2 can be a teratogen, et cetera.
3       So -- so, though, the studies that I
4 have chosen to cite show associations, there's
5 other literature that I didn't cite that I
6 think could cause significant harm.
7    Q.   That could -- so there are -- I'm
8 sorry. Could you clarify? There are studies
9 you didn't cite that show what exactly?
10    A.   There's -- there are pieces in the
11 literature that I didn't cite that talk about
12 the teratogenicity of marijuana, et cetera.
13 So -- so I'm unwilling to say that there's
14 nothing that would state that it does not cause
15 harm.
16    Q.   Okay. And are there studies that
17 have failed to show an association between
18 prenatal marijuana exposure and certain
19 developmental outcomes?
20    A.   Probably.
21    Q.   Okay.
22       MS. ZUREICK:  Thank you. No further
23 questions. That's all I have.
24       MS. KECKHAVER:  Doug, do you want to
25 ask some questions?

Page 248

1 BARBARA KNOX, M.D.
2    MR. KNOTT:  No questions.
3    MS. KECKHAVER:  Why don't you give
4 us a minute and we'll just talk and then...
5    THE VIDEOGRAPHER:  Off the record at
6 2:34 p.m.
7       (Whereupon, a recess was had
8       from 2:34 p.m. to 2:35 p.m.)
9    THE VIDEOGRAPHER:  We're back on the
10 record.
11       EXAMINATION
12 BY MS. KECKHAVER:
13    Q.   Dr. Knox, I just have a couple of
14 questions to follow up with you on.
15       You testified that you're not an
16 addiction expert, is that correct?
17    A.   Correct.
18    Q.   In your medical opinion, though, is
19 it possible for a medical doctor to diagnose
20 addiction when that doctor is not an addiction
21 expert?
22    A.   Yes.
23    Q.   And have you ever diagnosed an
24 addiction in a patient?
25    A.   Yes. It's been part of a secondary

Page 249

1 BARBARA KNOX, M.D.
2 diagnosis because my primary diagnoses are in
3 the field of child maltreatment, but yes.
4    Q.   What does that mean that it's part
5 of a secondary diagnosis?
6    A.   So it's something -- it's something
7 that my primary diagnosis would be in the field
8 of child maltreatment, so consistent with or
9 diagnostic of child maltreatment. And the
10 addiction diagnosis would be concurrent within
11 that case, and then it is referred out to an
12 addiction specialist for -- within an
13 institution for diagnosis -- or for further
14 diagnosis and treatment.
15    Q.   Is it necessary for a pregnant woman
16 to have a diagnosed addiction in order to
17 create a risk of substantial harm to her unborn
18 child?
19    A.   No.
20    Q.   Okay. Are there circumstances when
21 you as a child abuse specialist or a child
22 abuse pediatrician are asked to apply legal
23 terms or standards to a medical situation?
24    A.   Yes.
25    Q.   And in what kind of situations?

Page 250

```
1              BARBARA KNOX, M.D.
2       A.   In CHIPS cases frequently you are
3   asked if the case rises to the legal standard
4   of the case.  So very frequently in the realm
5   of child abuse pediatrics, the physician for
6   the -- the clinical diagnosis is then being
7   presented with a list of facts to determine if
8   this rises to the legal definition as well.
9   So, yes, frequently.
10      Q.   Then do all medical studies have
11  limitations in their results?
12      A.   Yes, I would say that most every
13  study that I've ever reviewed comments on the
14  study limitations.
15      Q.   And does that include the studies
16  that you reviewed that were attached to the
17  rebuttal expert reports of the plaintiff's
18  experts?
19      A.   Yes, for the ones that were
20  reviewed, yes.
21           MS. KECKHAVER:  Okay.  That's all I
22  have.
23           MS. ZUREICK:  Nothing more.
24           THE VIDEOGRAPHER:  This concludes
25  the videotaped deposition of Dr. Barbara
```

Page 251

```
1              BARBARA KNOX, M.D.
2   Knox and Tape No. 4.  We're off the record
3   at 2:47 p.m.
4           (Whereupon, at 2:47 p.m. the
5   deposition was concluded.)
6
7
            _____
            BARBARA KNOX, M.D.
8
    Subscribed and sworn to before me
9   this       day of       2016.
10  ---------------------------------
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 252

```
1              BARBARA KNOX, M.D.
2             C E R T I F I C A T E
3   STATE OF ILLINOIS  )
                       ) ss.:
4   COUNTY OF C O O K  )
5       I, JANET L. ROBBINS, a Notary Public
    within and for the State of Illinois, do
6   hereby certify:
        That BARBARA KNOX, M.D., the witness
7   whose deposition is hereinbefore set forth,
    was duly sworn by me and that such
8   deposition is a true record of the
    testimony given by such witness.
9       I further certify that I am not
    related to any of the parties to this
10  action by blood or marriage; and that I am
    in no way interested in the outcome of this
11  matter.
        IN WITNESS WHEREOF, I have hereunto
12  set my hand this 26th day of October, 2016.
13
14
15            _____
16            JANET L. ROBBINS, CSR, RPR
17
18
19
20
21
22
23
24
25
```

Page 253

```
1              BARBARA KNOX, M.D.
2      ERRATA SHEET FOR THE TRANSCRIPT OF:
3   Case Name:    Loertscher vs. Schimel
4   Dep. Date:    October 14, 2016
5   Deponent:     BARBARA KNOX, M.D.
6           CORRECTIONS:
7   Pg. Ln.  Now Reads     Should Read  Reason
8   ___ ___  _____   _____  _____
9   ___ ___  _____   _____  _____
10  ___ ___  _____   _____  _____
11  ___ ___  _____   _____  _____
12  ___ ___  _____   _____  _____
13  ___ ___  _____   _____  _____
14  ___ ___  _____   _____  _____
15  ___ ___  _____   _____  _____
16  ___ ___  _____   _____  _____
17  ___ ___  _____   _____  _____
18
19
20          _____
            Signature of Deponent
21  SUBSCRIBED AND SWORN BEFORE ME
22  THIS____DAY OF_____, 20__
23
24  _____
25  (Notary Public)  MY COMMISSION EXPIRES:____
```

**A**

**$150 (1)**
28:22
**a.m (10)**
2:8 6:15 92:6,8,8,14
140:23,25,25 141:4
**AAP (1)**
4:15
**ability (6)**
8:7 151:14 186:25
221:22 223:8 226:2
**able (17)**
20:3,12 25:5 26:14
36:19 38:19 49:13
90:21 117:24 118:9
118:11 119:24
180:25 181:3 199:4
220:20 235:16
**abortion (1)**
239:7
**abreast (1)**
123:4
**abruptly (2)**
228:16,19
**absolutely (24)**
31:10 34:25 35:20,25
36:5 68:2,5,12 72:2
109:9 118:8 120:16
124:9 156:15
182:11 186:2
191:18 210:7
217:10 229:2,9
230:7 244:9,9
**abstain (1)**
188:11
**abstinence (7)**
53:8 54:3 117:21
118:10 180:20,21
233:20
**Abstract (1)**
4:17
**abstracts (1)**
59:24
**abuse (121)**
4:13,13 18:12 20:13
33:8,22 34:5,7,14
34:14,15,23 35:2
37:17,24 38:2,14,23
39:3 40:10,17,18,24
40:25 41:12 42:17
42:22 43:3 44:14,18
44:24 46:16 47:5
48:6,23,24 49:25
51:17 52:16 56:3
57:10,10 58:24 59:7
61:23 65:14 66:11

66:16,16,21 68:2,15
69:19,20 72:15,18
73:8,16,18 74:19
75:11 77:8 83:8
85:12 88:5,8,12,14
88:21 89:19 92:20
92:23 96:14 98:8
112:20 113:4
115:17 120:22
121:12 130:18,19
131:2,9,12 137:10
138:23 139:9
142:11 144:17
145:4,21 146:14
148:17,18 149:6
156:10,12 164:13
168:17,23 169:5,7
176:4 181:11,22
182:8 183:8,8
189:11,21 190:3,5
190:15,18,21 191:9
201:17 235:12
249:21,22 250:5
**abused (2)**
182:4,5
**abusing (2)**
73:2 181:8
**abusive (1)**
191:7
**academic (5)**
56:25 57:13,15 58:10
169:20
**Academy (8)**
121:23 130:11 131:2
131:7,9 188:22
193:24 197:12
**acceptance (2)**
175:9,14
**accepted (7)**
59:25 96:11,14
199:24 242:6,10,15
**accomplish (1)**
154:7
**accomplished (1)**
57:16
**accomplishments (1)**
151:9
**account (4)**
159:11 191:15 192:6
218:7
**accurate (6)**
9:10 119:10 130:6
157:23 163:3 200:3
**achievements (1)**
57:16
**Act (11)**

23:24 24:3 108:20
111:11 146:25
154:12,16 155:12
155:25 156:6,7
**acting (2)**
206:6 213:9
**action (2)**
1:5 252:10
**actions (1)**
111:3
**active (1)**
130:14
**actively (1)**
204:3
**activities (10)**
129:4 134:7,20 135:3
141:10,13,16 144:5
144:24 154:15
**add (1)**
134:16
**addict (1)**
65:4
**addicted (14)**
47:21 48:4,20 49:18
49:18,23 50:18 51:3
53:3,10,14,24 54:7
181:2
**addiction (23)**
47:16,23 48:14,18
49:2,15,20 50:19,25
51:18 52:8,19 54:21
55:14 72:20 215:15
248:16,20,20,24
249:10,12,16
**additional (17)**
9:15 22:5,6 40:11
41:14,19 42:3 43:18
78:20 82:19 97:24
115:5 197:7 241:23
244:12,19 246:23
**additionally (4)**
104:2 180:18 198:10
213:14
**address (11)**
72:14,17 139:23
141:16 146:17
149:24 151:6,12,15
151:15 155:16
**addressed (10)**
21:6 80:2 131:6 139:3
146:21 147:3
152:12 153:6,9
192:4
**addressing (3)**
79:20,24 130:21
**adequately (2)**

20:3 150:12
**ADHD (1)**
213:14
**administration (1)**
71:21
**administrative (7)**
56:9 59:3,7,13,15
70:14 73:10
**administratively (1)**
59:9
**admitted (2)**
184:10 204:7
**adopt (1)**
32:11
**adult (2)**
87:3 206:22
**adults (1)**
47:13
**advanced (3)**
124:21 125:11 127:5
**advances (3)**
235:21 242:14,19
**advocacy (1)**
59:6
**ADVOCATES (1)**
3:7
**AFCH (4)**
67:3,22 75:4 82:16
**Affairs (1)**
83:25
**affect (2)**
24:11 117:14
**age (15)**
4:20 5:13 17:16
195:22 210:23
211:21 213:11,15
214:20 216:16
218:8,9 241:17,25
244:14
**agencies (2)**
24:7 201:18
**agency (2)**
123:12,14
**Agent (1)**
138:9
**agents (1)**
149:20
**ago (4)**
17:21 28:7 63:10
209:11
**agree (20)**
192:8,13 193:3,4
194:25 196:12
200:18 201:19
214:15 215:2 217:2
217:12 225:17

239:16,25 240:9
244:6 245:7,22
246:4
**agreed (2)**
80:11 165:19
**ahead (2)**
7:7 36:3
**al (5)**
1:7 6:7 210:21 215:13
215:25
**alcohol (73)**
4:16 20:4,6 24:9
35:10 44:3 45:11,12
68:18 69:3,13 94:5
94:10,16 96:3 98:13
99:20 102:24
103:12 104:5,6,7,10
104:18,20,20 105:2
105:3,5,7 106:5,8
106:20 107:9,20
108:19 111:14
116:4 117:8 118:7
121:17 130:10
131:24 141:17
144:6,25 152:16
153:13 154:25
155:17 178:13
183:9 187:10
188:11,13,16,19,23
189:4,10,23 190:4
190:14,19 191:5
193:25 194:22
196:14 197:13,25
199:14 200:5
243:20
**alive (2)**
104:23 106:5
**alleged (3)**
74:19 75:11 168:17
**Alliance (12)**
142:2 143:19 144:15
149:13 150:8,15,18
151:18 152:14
153:8,22 154:8
**Alliance's (1)**
150:22
**allocate (1)**
146:25
**allow (1)**
140:15
**altered (2)**
206:5 208:9
**Alyson (2)**
3:3 6:23
**ambiguous (2)**
23:16 47:15

**amended (1)**
22:15
**American (24)**
4:11 33:14 39:23 40:5
41:18 50:24 52:16
67:8 69:24 70:24
71:6 84:15 85:23
87:13 94:24 121:23
130:11,13 131:2,7
131:18 188:22
193:24 197:12
**amount (7)**
60:4 188:2,5,13,18
190:14 191:5
**amounts (1)**
190:19
**amphetamine (2)**
185:8 187:22
**analogs (1)**
108:20
**analyses (1)**
239:12
**analysis (3)**
224:8,13 225:2
**analyze (3)**
87:17 214:6 224:17
**analyzing (1)**
115:8
**and/or (4)**
24:9 41:17 77:6 157:9
**Anderson (1)**
3:17
**animal (3)**
235:5,7,14
**Annual (1)**
139:18
**answer (26)**
8:10,16 9:5,10,12
44:9 47:2,3 49:24
56:19 57:4 97:16
100:21 111:19
164:15 165:13
179:9 189:2,3 197:2
197:8 217:23 218:5
218:12,15 237:6
**answering (1)**
201:5
**anticipatory (1)**
201:4
**anxiety (1)**
183:21
**anymore (4)**
157:16 169:19,22
179:10
**anyways (1)**
226:15

**apart (2)**
191:19 197:25
**apologies (2)**
161:21 239:2
**apologize (1)**
202:20
**apparently (2)**
147:12 212:18
**appeal (3)**
172:7,16 176:2
**appealed (1)**
172:18
**Appeals (3)**
172:17,23 173:25
**appeared (4)**
3:9,17,21 206:7
**appearing (1)**
7:4
**applies (2)**
12:5 125:24
**apply (1)**
249:22
**appointments (1)**
94:23
**appropriate (1)**
20:12
**appropriately (1)**
119:25
**approved (1)**
40:5
**approximately (5)**
6:15 19:22 38:17
42:11 91:13
**April (3)**
137:6,16 138:6
**APSAC (1)**
130:22
**area (21)**
20:17 34:8 35:3,14
37:8 40:2 43:16,20
44:14,15 45:16,22
46:3,13 58:22,24
85:9 131:10 138:25
177:7 204:22
**areas (11)**
33:23 35:21 43:24
47:7 58:20 61:2,25
84:19 145:3 146:20
173:5
**arena (1)**
44:19
**arm (10)**
57:21,22,24 58:6,8
59:8 61:15 70:12
71:9 73:3
**arms (3)**

61:8 76:5 150:25
**Army (1)**
139:25
**arrested (2)**
54:17 64:25
**article (15)**
197:3 199:15 211:8
211:23 218:25
219:4 222:17
225:11 231:16
234:3 235:22
237:20 240:18
241:22 244:15
**articles (10)**
22:3,9 25:17 26:11,15
26:18 27:7 195:7
235:25 242:20
**asked (46)**
9:17 10:20 11:15,16
11:23 12:8,14,16,17
16:25 17:24,24 18:4
18:5,8,11,14,17,22
20:8,10 36:17 62:11
63:12,14 73:23
74:14 75:14 77:16
78:19 85:8 87:19
88:20 98:3 159:23
163:7 170:3,4,9,20
178:12 190:17
217:24 229:12
249:22 250:3
**asking (17)**
24:15,18 57:4 64:11
75:23 84:22 99:5
101:17,18 103:5
107:6 113:22 114:2
150:2 191:15
218:11 230:17
**asks (1)**
111:6
**aspect (6)**
62:13 68:18,20,22
69:3,6
**aspects (2)**
61:21 145:8
**Aspirus (4)**
13:2 14:7,10,12
**assault (2)**
84:5 156:13
**assess (4)**
101:19 102:22 109:6
111:12
**assessing (4)**
113:9 136:20,25
137:7
**assessment (3)**

98:20 101:12 109:14
**assessments (1)**
224:21
**assessors (2)**
224:23 225:6
**assigned (1)**
79:14
**assist (4)**
28:4 44:20 118:12
150:19
**assistance (7)**
20:9 24:15,18,22
78:20 113:22 140:2
**assistant (7)**
27:11,16,20,22 33:2
89:9 140:2
**assistants (1)**
60:10
**associate (13)**
32:18,25 33:3 55:19
55:25 56:16,22,25
57:7,12,25 58:4,11
**associated (12)**
13:15 77:2 151:22
210:13,17,19
213:11 214:19
220:3 221:10,12
233:18
**association (15)**
6:19 84:16,18 130:13
131:18 195:18
210:10 220:7,14,16
220:25 238:17,18
246:15 247:17
**associations (1)**
247:4
**assume (3)**
9:5 141:21 162:16
**assumptions (1)**
21:2
**attached (3)**
21:16 157:5 250:16
**attend (1)**
59:14
**attention (12)**
94:22 103:8 112:24
115:11 123:8 132:5
156:25 172:25
195:21 200:10
216:4 234:12
**attorney (8)**
27:16 75:24 83:3
95:19 138:17
139:10 142:25
144:20
**Attorney's (1)**

83:22
**attorneys (5)**
84:18,25 139:4,15
228:5
**audibly (1)**
8:11
**August (2)**
138:19,22
**author (1)**
85:10
**authored (1)**
15:20
**authoritative (5)**
106:24 107:10,14
214:16,24
**authority (1)**
173:22
**authors (10)**
213:17,22 223:18
224:11 225:11,20
238:20 239:20
240:4 242:24
**available (3)**
65:16 96:6 140:13
**Avenue (1)**
3:8
**average (3)**
89:3 90:18 91:15
**award (10)**
132:13,16,19,21,25
133:3,8,12,15,19
**awards (2)**
132:7,10
**aware (18)**
83:19 172:2,9 184:13
184:21 195:16
202:23 213:17,21
223:17,21 225:3
233:6 234:8 235:9
238:20 242:23
244:17

---

**B**

**B (7)**
4:7 5:2 13:7,18 157:3
157:8 158:3
**B-A-R-B-A-R-A (1)**
7:24
**babies (9)**
53:3,10 125:23
180:24 181:4 183:2
206:23,25 216:20
**baby (13)**
17:6 53:13 54:6,8,9
54:13,15,16,16
118:19 180:22

181:7,9
**baby's (3)**
12:17 14:18 17:4
**back (48)**
10:11 13:5 16:24 19:5
21:10 24:13 25:4,22
26:13 28:24 29:15
36:20 67:14 90:6
94:20 112:7,24
115:12 122:21
123:8,25 127:9,18
127:25 129:2,10
141:7 148:24
156:25 157:3
161:10 163:8
166:20 168:14
176:7 178:3 189:19
199:13 209:14
212:14 219:10,23
226:18 229:18
230:19 233:15
234:11 248:9
**Baraboo (1)**
60:21
**Barbar (1)**
4:10
**Barbara (272)**
1:1,9 2:1,11 3:1 4:1,3
4:9 5:1 6:1,4 7:1,14
7:24 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1,5,13 93:1
94:1 95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1

110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1,22 141:1,3
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1,8 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1,5 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1,21 227:1,2
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1,25
251:1,7 252:1,6
253:1,5
**base (1)**
186:9
**based (13)**
11:18 42:20 48:22
50:15 64:15 96:20
99:15 106:19

109:17 115:3
170:23 191:13
196:11
**basically (7)**
12:3 71:15,21 126:17
170:17 175:23
181:21
**basis (5)**
44:11,13 48:16 208:4
230:3
**Bath (2)**
96:5 122:22
**bathroom (2)**
140:7 226:8
**BCI (1)**
84:2
**becoming (1)**
40:2
**bedrest (2)**
205:10 208:7
**beginning (4)**
92:13 141:3 197:24
227:2
**behalf (5)**
3:9,17,21 7:4,9
**behavior (9)**
4:19 183:20,24 184:3
207:17 210:22
211:20 212:13
240:7
**behavioral (4)**
5:6 214:13,19 222:16
**behaviors (7)**
184:5,6 202:9 205:24
206:5,11 213:10
**believe (20)**
10:13 11:2 22:19
31:18 37:20 44:25
45:2 77:22 94:7
128:21,25 130:22
148:20 158:21
176:24 184:3 196:4
204:19 211:6
235:11
**believed (1)**
94:15
**bell (2)**
104:17 105:4
**bell-shaped (1)**
189:24
**benefit (2)**
169:21 217:4
**benzodiazapines (1)**
182:2
**best (13)**
22:24 30:9 73:20

131:13 133:18
154:9,15,20 158:15
159:10,11,22 163:8
**better (3)**
129:3 151:14,15
**beverages (1)**
108:19
**beyond (6)**
81:23 159:12 161:19
173:5,7 191:5
**bias (3)**
225:2,16,18
**biases (1)**
226:4
**big (6)**
38:8 39:4 144:10
149:10 181:23
183:8
**biggest (2)**
146:20 147:7
**bill (3)**
159:8 160:3 171:15
**billed (1)**
163:6
**billing (1)**
159:21
**binder (1)**
226:7
**Bioethics (6)**
33:9 57:11 65:14
69:21 73:8,16
**biologic (2)**
202:6 205:19
**biological (2)**
205:20,22
**birth (18)**
12:20 14:19 17:10
63:21 97:23 118:19
153:20 183:2
197:15,21 198:4,24
203:12 214:13
216:16 218:8,9
233:18
**bit (11)**
9:23 23:2 25:11 32:16
37:15 55:16 65:12
85:3 149:12 160:16
232:21
**bizarre (7)**
183:20,23 184:3,4
202:9 205:24
206:11
**black-or (1)**
190:25
**blanket (1)**
189:14

**blanking (1)**
27:12
**bleeding (1)**
180:14
**bleeds (1)**
180:11
**blind (2)**
224:23 225:6
**blond (1)**
27:14
**blood (3)**
104:18 106:20 252:10
**Bloomington (1)**
136:20
**board (34)**
33:19,21 34:3,4 35:2
35:18 37:18,24 38:3
38:10,14 39:11,21
39:23 40:2,5,6,15
40:24 41:5,7,11,18
42:7,9 44:23 47:5
61:24 82:24 116:14
121:19 122:4
130:19 148:19
**boarded (5)**
33:22 35:17,23 36:7
68:13
**boards (1)**
122:9
**bodies (1)**
50:12
**body (2)**
50:14 239:23
**bolts (2)**
70:25 228:14
**book (1)**
85:11
**born (8)**
20:14 21:14 146:2
150:5,13 153:5
207:9,13
**bothered (1)**
157:19
**bottle (1)**
54:10
**bottom (5)**
123:10 124:13 174:8
194:10 232:17
**Brad (3)**
1:7 3:17 6:7
**brain (6)**
180:11,14,16 198:8
235:3 239:13
**break (10)**
9:19 90:11 91:25
140:7,17 177:15

214:22 226:8,10,11
**breaks (2)**
9:14,16
**brief (2)**
28:10 140:19
**briefly (1)**
140:3
**bring (3)**
81:17 87:21 172:4
**brings (1)**
169:22
**British (1)**
195:8
**broadly (1)**
134:7
**brought (1)**
139:13
**build (2)**
200:17,19
**builds (1)**
201:6
**bulk (3)**
87:12 88:7,10
**burden (1)**
25:7
**Bureau (2)**
83:24 84:3
**button (2)**
64:3 146:15

---

**C**

**C (6)**
3:2 13:7,11 252:2,2,4
**call (8)**
10:12 27:19 47:22
76:11 89:5 90:2
112:18 170:5
**called (15)**
7:15 53:8 64:24 67:25
86:5 162:25 165:6
170:8 172:10 173:2
178:6 203:24 206:7
229:17 230:19
**calling (1)**
96:21
**calls (6)**
64:5,6 113:19 167:22
174:24 190:6
**Canada (1)**
172:3
**capacity (1)**
87:8
**care (15)**
14:11 72:3 93:10,12
105:15 117:18
118:18,19 186:19

193:24 207:7
227:15 228:17
229:5 244:3
**career (2)**
24:5,14
**caring (1)**
206:15
**carried (1)**
239:12
**carrying (1)**
110:22
**case (106)**
1:5 4:14 6:10 10:7,14
11:7,15,17 12:3,11
15:20 18:13,18
19:18,24 20:9 22:16
23:11,18,25 25:19
26:19 27:5 28:18
31:7 65:10 73:17
75:25 76:12 77:2
78:20 91:2 94:18
95:20 96:21 97:11
100:2,4 101:19
103:21 105:10,16
106:3 109:9,18
110:4,15,19 111:20
112:2,4,8 137:21
138:13 147:17
157:9,9 158:4,4
161:11,12 162:6,12
162:13,14 165:6,17
165:20 167:3 169:4
172:6,10,15 173:24
174:20 182:9
189:16 190:9,23
191:7,14 202:5,14
202:17,24 203:2,6,8
203:10,13,14,19
205:16 206:2,20
207:12 228:3,11
229:3,12 230:15,24
249:11 250:3,4
253:3
**caseload (1)**
91:8
**cases (134)**
10:10 24:13,22 25:6
29:4,9,12,14 31:2
35:5 44:20,21 46:7
53:9,20 54:18 61:2
63:5 67:25 73:20
74:2,14,18 75:16
76:6 77:8,10 78:2
78:16 79:3,11,21,24
81:16,22 82:3 84:8
84:24 87:16,17,17

87:20 91:19 92:25
96:25 97:4 98:4,22
99:11 101:14,21,24
102:7 109:20 110:6
112:3,10 113:12,20
113:25 114:4,15
118:13 119:25
120:3 121:2 123:6
131:15 133:14
139:5,8,9,15 145:20
145:23 151:16
152:25 154:12,17
158:6,8,12,15,17
159:3,6,14,20,20,24
160:7,12,22 161:13
162:15,18,20 163:4
163:15,21 164:2,7
164:11,13 165:15
165:25 166:3,12,14
166:21 167:14
168:9,14,17,19,22
169:7,11,16,22
171:5,11,14,14
176:17,18,23 177:2
177:4,10 190:5
201:18 243:17
250:2
**categories (1)**
159:14
**category (1)**
189:25
**causation (3)**
220:14 221:2 238:15
**cause (19)**
96:9 179:25 180:17
182:12,13,14
198:14,16,21,23
199:7,11 219:16
221:7 223:14
230:11 245:10
247:6,14
**caused (7)**
208:23 220:11,21
230:25 237:3,19
238:11
**causes (6)**
197:14,20 198:3,6,11
199:10
**caveat (3)**
31:8 87:15 179:10
**caveats (1)**
192:18
**CDC (1)**
195:7
**Center (3)**
40:16 115:18 139:11

**Central (1)**
14:14
**cerebral (2)**
198:8,16
**certain (10)**
11:20 24:9 49:12
62:13 117:22
122:11 147:4 244:6
246:17 247:18
**certainly (46)**
22:11 24:5,12 29:13
36:25 37:4,12 45:6
46:4 47:20 48:5,25
49:11 50:17 52:22
53:9 60:8 72:17
81:18 106:19
117:23 119:2
130:20,23 131:3,6
131:14 145:4,7,19
146:4,12 147:2,15
163:22 177:11
180:22 182:24
189:4 198:14,16,23
198:25 226:11
228:13 229:11
**certi (1)**
42:25
**certifiable (1)**
40:3
**certification (12)**
41:21,23 42:6,14
123:12,15,20
124:22,25 125:11
126:15 127:6
**Certifications (2)**
123:10 124:18
**certified (24)**
2:14 33:19,21 34:3,4
35:2,18 37:18,24
38:3,10,14 39:12,21
40:6,15 41:5,7,12
42:2 44:23 47:5
125:19 130:19
**certify (2)**
252:6,9
**cetera (25)**
35:10 50:14 51:10
59:25 60:21 61:14
70:16 95:20 98:2,15
98:19 110:17 115:8
115:8 117:12
153:21 181:5 183:3
191:3,9 197:8 201:6
246:24 247:2,12
**CF (1)**
161:17

**chair (2)**
82:22 146:13
**chaired (1)**
149:19
**challenge (1)**
23:12
**challenged (1)**
23:8
**change (3)**
88:23 221:9 226:15
**changes (5)**
209:20 211:3,4 212:5
212:24
**chapters (1)**
85:10
**charge (1)**
149:20
**charges (1)**
28:22
**charging (2)**
28:17,19
**cheap (1)**
28:22
**Check (1)**
173:20
**chief (4)**
33:7 57:9 65:13 73:7
**child (193)**
4:12,13 12:5,6 17:10
18:12 21:13,14
29:14 33:8,13,23
34:5,7,15,22 35:2
35:21 36:6,10 37:17
37:24 38:2,14,25
39:3 40:10,16,18,23
40:25 41:12 42:17
42:22 43:3 44:14,18
44:24 46:16 47:5
48:6,23 49:25 51:2
53:23 54:20 56:3,7
57:10,10 58:22,23
58:24 59:6,6,10
60:25 61:12,21,23
61:23 64:9 65:14,21
66:9,11,15 67:8,21
69:19,20,25 70:11
70:21,22 71:3,10
72:5 73:7,15,18
74:17,19 75:2,11,14
75:22 76:13 77:8
79:8 82:17 83:4,8
85:9,11,12 87:9
88:5,8,12,13,21
89:18 91:14 92:20
92:22 93:7,14,24
94:8 95:4,10,11,18

---

96:11,14 97:7,13
104:4 109:6,8,10
112:18,20 113:4,6,9
114:19 115:17
121:5,11 130:17,19
130:19,25 131:12
137:4,9,18,24 138:4
138:16,21 139:9,24
142:11 144:17
145:4,16,24 146:14
146:15 147:15,20
148:4,15,17,18
149:6,8 151:2 160:6
160:11 164:13
165:9 168:17,23
174:21 175:16
176:2,4 178:15
189:11,21 190:3,5
190:15,18,21
191:22 201:3,12
202:2 203:18,19,23
249:3,8,9,18,21,21
250:5
**childhood (4)**
4:19 115:21 210:22
211:20
**children (108)**
4:24 5:6 11:21 20:14
24:8 34:9,10,18,19
34:20,24 35:4 45:8
45:9 47:13,20,25
48:4,9,13,17,20,23
50:24 52:17,25 56:2
58:23 61:5,22 62:12
62:14,16,17,19,24
65:20 72:23,25 83:9
93:15 95:3,5,5,6
96:19 98:10 101:8
109:16 113:5 118:2
121:25 122:5
130:24 136:16
137:2,8,14,17,19,21
138:3,5,8,10,12,14
139:7,18,22 140:4
141:20 142:2
143:19 144:15
146:22 148:12
149:13 150:3,4,4,9
150:12,16,17 151:7
151:21 152:2,10
153:5,7,10,12,14,20
162:21 177:11
178:23 197:5,6
203:12,22 213:11
213:15 214:19
219:3 222:16 244:2

**Children's (16)**
4:12 33:15 40:16 67:8
69:24 70:24 71:7
82:23 85:23 87:14
94:24 115:18
137:12 139:11
143:11 146:24
**chime (1)**
90:10
**CHIPS (31)**
12:12 23:7,12 24:13
74:8 75:25 79:11,16
79:21 95:20 113:23
159:17 160:12,22
161:13 162:12,15
162:18 164:11,20
164:21,23 165:6,15
165:20 168:9
171:14,14 177:2,10
250:2
**choose (3)**
183:5 244:22,24
**chose (1)**
242:22
**chosen (1)**
247:4
**chunk (1)**
88:22
**Cincinnati (4)**
40:15 63:10 115:18
138:25
**Cindy (3)**
138:9 151:23 152:8
**circumference (1)**
233:19
**circumstances (3)**
74:12 182:12 249:20
**citations (1)**
22:4
**cite (25)**
22:10 27:7 194:3
196:4 210:20 211:3
211:24 219:5,20
222:19 231:22
233:22 236:15,19
237:12 240:18
241:18,22 242:24
244:14,19 247:4,5,9
247:11
**cited (5)**
195:12 196:2 215:12
240:24 244:20
**cites (3)**
26:11 232:23 234:4
**Citizen (1)**
133:8

**civil (2)**
1:5 29:8
**claim (1)**
245:9
**claims (2)**
65:2,2
**clarification (1)**
36:24
**clarified (1)**
106:12
**clarifies (1)**
87:25
**clarify (15)**
12:7,11 14:3 67:19
68:25 69:8 93:20
106:13 107:11
135:11 152:18
179:7,11 193:9
247:8
**clarifying (3)**
72:9 73:13 112:15
**classified (1)**
179:5
**classify (1)**
152:21
**clear (5)**
9:7,20 167:16 220:16
234:22
**clearly (6)**
14:7 50:4 53:10
111:24 120:18
206:3
**clinic (9)**
13:3,12 81:17 120:17
136:18,24 183:14
184:18,23
**clinical (21)**
4:15 56:10 57:21,22
57:24 58:6,8,9
70:12,18 72:3 73:11
85:18 104:3 107:20
108:10,11 120:7,10
193:22 250:6
**clinically (3)**
120:24 243:8,11
**Clinician (1)**
193:23
**clinics (1)**
201:2
**closed (1)**
41:4
**closer (2)**
11:2 122:9
**CM (1)**
161:18
**co-chair (1)**

83:7
**co-director (1)**
142:11
**co-directorship (1)**
149:5
**co-presentation (1)**
138:8
**co-presented (1)**
152:9
**co-run (1)**
59:5
**co-spoken (3)**
151:23,24,25
**cocaine (2)**
115:24 234:23
**cognitive (3)**
5:12 87:8 241:16
**cohort (1)**
213:22
**Coie (2)**
3:11 6:12
**collaborate (1)**
46:6
**Collaborative (2)**
145:4 148:17
**colleagues (6)**
43:19 47:23 82:18
122:19 169:24
213:8
**column (16)**
174:9,13 175:7,8
194:8 199:17,18,21
216:6,8,12 223:25
225:21 232:18
234:15 238:4
**combined (2)**
61:13 187:21
**come (19)**
35:5 49:21 50:5 52:18
63:2 64:9 71:22
75:16,21 76:4 91:6
93:9 99:24 100:10
122:24 131:5,14
147:18 152:11
**comes (9)**
28:24 66:11 99:22
117:12 122:25
145:10,15 146:12
146:20
**coming (5)**
63:17 92:21 101:14
167:5,18
**comment (17)**
13:18 18:4,19,22
20:12 26:14 77:18
78:18 96:17 99:4

106:4 168:3 182:23
195:23 199:3
202:15 242:22
**commented (3)**
15:7 106:19 184:4
**commenting (1)**
226:4
**comments (2)**
68:13 250:13
**COMMISSION (1)**
253:25
**committee (20)**
131:11 141:21 142:3
143:3,20 144:16
145:11,17 147:21
148:2,20 149:14,17
150:7 151:9,11
155:9,16 156:5,17
**committees (5)**
132:2 141:18 146:6
147:9,14
**common (3)**
34:22 112:17 208:12
**commonly (2)**
96:11,14
**commonplace (1)**
34:25
**community (5)**
136:4 142:14 196:13
196:23 201:15
**compare (3)**
127:15 147:12,13
**compared (1)**
216:21
**complaint (4)**
22:15,15,18,20
**complete (15)**
9:11 22:11 31:5 32:3
32:7 40:9 41:9 42:2
66:20 122:14
129:25 132:9
141:12 158:12
163:11
**completed (5)**
40:14 116:25 119:5,6
121:11
**completing (2)**
119:12 224:21
**completion (1)**
40:7
**Complicated (1)**
139:8
**complication (1)**
231:24
**complications (1)**
198:12

**component (4)**
56:10,10,11 61:20
**components (1)**
13:16
**compound (3)**
51:4 154:18 245:16
**comprehend (1)**
186:25
**concede (1)**
244:23
**concern (8)**
96:24 103:21 113:5
169:5 183:19,20
184:11 223:15
**concerned (16)**
49:16 63:18 64:12,16
64:17,20 87:9 94:4
94:10,17 95:12,15
95:21 97:19 120:24
122:4
**concerning (7)**
49:14 123:2,3 165:9
166:12 174:20
175:16
**concerns (9)**
23:19 25:18 34:13,14
34:15,17,17 98:18
201:17
**conclude (1)**
196:19
**concluded (3)**
196:17 224:12 251:5
**concludes (6)**
92:4 140:21 226:19
226:20,21 250:24
**conclusion (4)**
174:25 186:10 190:7
208:5
**conclusions (3)**
220:2 221:25 223:9
**conclusive (3)**
245:8 246:20,22
**concur (1)**
53:23
**concurrent (1)**
249:10
**concurrently (1)**
10:10
**condition (3)**
88:17 183:13 207:16
**conduct (6)**
58:19 100:15 111:2,4
118:14,15
**conducted (6)**
62:7 119:17 151:18
184:24 185:4,7

**conducting (8)**
98:25 101:11 102:21
109:4 118:5,21
119:13 120:10
**conference (16)**
39:2 62:13 63:13
137:10,14,19,24
138:5,10,14 139:2
139:19 142:12
144:18 145:7
151:22
**conferences (9)**
39:10 59:25 60:3
63:15 84:17,19
152:2,10,12
**confident (2)**
48:19,25
**confidential (2)**
77:25 114:17
**confidentiality (1)**
82:5
**confirm (1)**
98:17
**confirmatory (6)**
185:11,15,17,18,25
202:11
**confirmed (2)**
185:24 187:24
**confirms (1)**
115:7
**conflict (1)**
170:12
**confusing (1)**
217:21
**connection (1)**
235:15
**consensus (5)**
192:9,14 194:10,16
194:21
**consequences (3)**
5:7 231:13 240:5
**consider (28)**
35:15,20 43:11,15,25
45:10,15,16,24 46:7
46:9,12,18,18,20
47:3,11 55:2,4,7,9
57:7 97:3,6,10
188:18 189:10,18
**considerations (1)**
239:4
**consist (1)**
120:7
**consistent (1)**
249:8
**constipation (1)**
88:16

**constitute (3)**
190:15,21 235:12
**consult (11)**
49:21 53:4,8,22 81:16
84:24 88:20 97:2
101:24 167:14
170:20
**consultant (1)**
149:23
**consultation (1)**
167:11
**consultations (1)**
186:13
**consulted (7)**
10:14 24:6 44:20
103:21 163:22
166:2,15
**consulting (5)**
25:11 30:3 97:10
101:21 169:4
**consults (2)**
75:13 91:3
**consumption (4)**
188:12 190:14,20
191:6
**contact (1)**
10:8
**contacted (5)**
10:5 11:8 227:10
228:3,4
**contacting (1)**
75:25
**contacts (1)**
102:8
**content (4)**
45:3,7 46:4 116:16
**contents (1)**
32:12
**context (2)**
96:18 233:11
**continue (3)**
48:13 188:10 216:18
**continued (2)**
5:2 197:6
**continues (1)**
174:12
**continuing (5)**
121:13 122:15,18
135:6 136:23
**continuity (1)**
201:2
**control (1)**
224:7
**controlled (12)**
102:24 107:9,20
108:19,20 111:14

115:22 123:22
131:23 135:21,22
187:11
**convoluted (1)**
74:23
**coordinates (1)**
128:20
**coordination (3)**
221:21 223:7 226:2
**copy (3)**
31:6 32:3 116:24
**corporation (2)**
79:16 80:2
**correct (115)**
9:11 10:25 11:6,11
16:15 17:4,8 19:2
19:24 21:17 26:8,25
31:7 32:9,17 33:5
33:10,17 39:12 41:2
55:22 63:24 70:2
75:4 79:4 88:6
89:21 91:22 92:17
92:18 94:2 95:7,8
95:23,24 100:14
101:8 102:12,15
113:6 114:7,12
115:24,25 117:3
119:7 121:13
123:12 124:22,24
126:12,21,24 128:4
128:6,8,15 132:7,14
133:10 134:10,12
150:21 155:10,15
157:11 163:21
164:5,8 174:19
175:19 178:11
185:11,13 188:16
195:14 196:8,9
197:17,18 202:13
206:13,17 207:8
209:8,22 210:18,24
212:12 214:5,9
215:4,24 219:18
220:5 221:23
224:14 227:16
229:8,25 231:3,25
232:4 233:20,24
235:5 236:23
240:17 241:25
242:6 244:15,16
246:8 248:16,17
**CORRECTIONS (1)**
253:6
**correctly (4)**
8:12 175:20 183:17
216:23

**correlation (1)**
238:16
**costly (1)**
74:10
**Council (1)**
139:12
**counsel (6)**
6:21 79:17 80:3
120:20 139:25
215:7
**counseled (1)**
125:13
**count (2)**
113:13 157:24
**counted (1)**
157:18
**counties (23)**
24:6,20 63:4 74:4,10
75:15,17,21 80:7
81:15 96:21 99:3,5
113:25 115:2 147:4
150:19,23,24,25
151:5 166:11
168:12
**country (2)**
38:20 84:5
**county (38)**
3:22 7:10 12:10 77:8
78:4,5,10,19 79:13
79:25 80:2 81:11
82:3,6,20 99:11,15
99:22,25 111:5,6
113:21 121:7 133:9
133:16 138:5 145:3
145:16 148:4,17
151:4 174:2 202:17
227:10,12,23 228:2
252:4
**couple (4)**
42:14 76:5 226:9
248:13
**course (6)**
18:18 23:20 59:22
121:20 151:10
187:7
**court (31)**
1:2 6:9,18 78:17 79:3
139:15 157:12,15
159:9 160:2,3,6,18
164:17 165:21
168:16,22 169:9,14
170:3 171:13,13,15
171:15,21 172:17
172:23 173:21,25
174:19 177:7
**cover (1)**

116:17
**covered (2)**
116:10 122:2
**covers (3)**
45:8 89:10 171:19
**CPS (4)**
201:23 203:7,8,11
**create (1)**
249:17
**created (6)**
51:22 149:21 151:5
152:24 155:13,20
**creating (2)**
153:16 154:4
**creation (2)**
175:10,14
**credited (1)**
42:13
**criminal (14)**
29:7,11 159:20 160:2
160:25 161:17,18
168:16,22 169:9,14
170:23 171:13
177:9
**crimp (1)**
38:19
**Crisis (1)**
137:7
**criteria (11)**
48:21 49:4,8 50:23,25
51:7,8,9,12 110:11
199:24
**critically (2)**
200:2 208:8
**cross (1)**
87:2
**crushed (1)**
54:14
**crying (1)**
54:15
**CSR (2)**
1:24 252:16
**current (3)**
9:24 238:5 239:5
**currently (2)**
85:19 125:22
**curriculum (3)**
4:10 31:9,19
**curve (3)**
104:18 105:4 189:25
**custody (2)**
203:11 227:11
**cut (2)**
36:3 187:15
**CV (30)**
30:19,22 32:3 60:6

62:9 116:22 123:8
124:3,6,15,20 125:2
125:16 126:2,10,22
127:10 128:2,7,9,16
129:3,22 135:7,20
141:7 142:21 144:6
155:7,23

——————
**D**
——————

**D (4)**
1:7 3:17 4:2 6:7
**DA's (3)**
79:19,22,23
**daily (1)**
187:13
**damage (1)**
203:16
**Dane (16)**
77:8 78:4,5,10,19
79:12,25 80:2 82:3
82:6 133:9,16 145:3
145:16 148:4,16
**dangerous (1)**
188:19
**data (6)**
188:20 217:3,13
238:6,9 243:25
**Date (1)**
253:4
**Daubert (1)**
173:3
**Dave (2)**
19:20 45:17
**David (3)**
3:12 6:25,25
**day (10)**
90:18 91:5 104:17
122:21 229:5 236:3
244:3 251:9 252:12
253:22
**days (6)**
89:10,21,23 90:7
181:3 187:15
**DCF (2)**
82:24 83:5
**DEA (2)**
123:16,24
**dead (5)**
104:17 105:3 109:12
110:3 190:2
**deal (4)**
63:5 74:5 96:2 166:22
**dealing (1)**
177:11
**dealt (2)**
13:11,19

**death (5)**
77:6 110:5 145:17
146:5 148:4
**DEC (2)**
152:11 153:19
**decide (1)**
52:4
**decision (1)**
168:8
**declaration (3)**
16:14,16 21:16
**decrease (1)**
120:21
**decreased (4)**
180:15 233:19 241:24
244:13
**dedicated (2)**
145:6,11
**deem (1)**
20:12
**deemed (2)**
172:12 173:4
**deems (1)**
113:21
**defects (6)**
97:23 98:2 117:12
197:15,21 198:4
**Defendants (5)**
1:8 3:17,22 7:5,10
**defense (7)**
84:25 165:15,19,19
169:16,22 172:16
**Defiance (1)**
174:2
**deficits (12)**
5:6 209:21,21 210:6,6
211:5,5 212:6,6,25
213:2 222:16
**define (1)**
107:4
**defined (4)**
106:24 107:9,14
163:15
**definite (1)**
88:25 165:9 190:3
198:17
**definitely (7)**
15:2 154:6 160:2,25
161:8 165:17
228:22
**definition (3)**
103:4 165:7 250:8
**degree (4)**
111:17 182:8 246:24
246:25
**delayed (6)**

87:6 219:16 220:4,8
220:18 221:7
**delete (1)**
27:24
**deleted (1)**
142:24
**deliver (4)**
203:22 208:13,14,17
**delivered (3)**
207:22,25 216:19
**deliveries (1)**
117:19
**delivery (2)**
180:10 229:21
**demonstrate (2)**
195:17 243:25
**demonstrating (1)**
220:10
**Dep (1)**
253:4
**department (14)**
32:23 60:15 70:7,20
70:23 71:2 83:9,23
83:25 132:14 133:9
137:3 146:24
149:21
**departmental (1)**
28:25
**departments (4)**
49:9 81:2,11 82:20
**Dependency/TPR (1)**
139:15
**depending (1)**
113:16
**depends (25)**
51:10 73:3 79:12
89:23 90:23 91:13
99:2 100:2 105:21
106:13 109:2
110:11,15 111:6
112:3,8 121:7
162:25 163:5 182:7
182:8 189:12 190:8
190:22 191:21
**Deponent (2)**
253:5,20
**deposed (4)**
176:11,17,22,25
**deposition (14)**
1:9 2:11 6:4,11 9:15
25:16 27:10 28:5,8
177:6 250:25 251:5
252:7,8
**depositions (1)**
176:21
**depression (1)**

183:20
**depth (1)**
77:12
**describe (10)**
34:2 59:20 62:6 104:4
114:18 118:4
119:21 120:14
151:8 155:22
**described (3)**
114:6,10,15
**DESCRIPTION (2)**
4:8 5:3
**despite (1)**
224:10
**detail (4)**
35:13 65:6 118:4
120:15
**detailed (1)**
239:9
**details (1)**
65:10
**detected (1)**
109:25
**determination (1)**
191:12
**determine (7)**
76:20 100:15 115:9
187:8 191:6 200:2
250:7
**determined (2)**
80:8 185:4
**detrimental (1)**
238:7
**develop (1)**
152:19
**developed (2)**
152:21 153:23
**developing (8)**
97:21,22 178:15,25
189:5 200:6 201:12
245:11
**development (36)**
5:12 18:25 35:16,18
35:22 36:7,10,11
37:2,3,6,13 43:5,12
43:17,24 44:3 45:13
46:11,23 117:15
181:16 182:20
196:15 214:13
219:17 220:4,9,18
221:7 224:21
225:25 235:3,4
240:6 241:16
**developmental (8)**
5:7 35:19 197:16,22
198:5 231:13

246:18 247:19
**developmentally (1)**
87:5
**developments (1)**
117:11
**devoted (1)**
121:24
**diagnose (11)**
47:21 48:3,17 49:19
53:2 54:20 65:20
117:25 118:10
169:7 248:19
**diagnosed (5)**
50:18 53:7,13 248:23
249:16
**diagnoses (3)**
68:13 123:6 249:2
**diagnosing (4)**
48:19 49:2 50:22 51:2
**diagnosis (20)**
47:12 52:20 53:5
55:10 60:25 107:21
108:11,12 109:3
169:5 170:22
174:21 175:16
249:2,5,7,10,13,14
250:6
**diagnostic (2)**
199:24 249:9
**difference (1)**
220:13
**differences (2)**
224:18 243:16
**different (12)**
49:9 52:3 56:11,14
58:20 61:8,25 76:5
86:11 110:18 164:8
232:23
**difficult (1)**
192:2
**difficulties (1)**
213:9
**Dimes (1)**
138:25
**dire (1)**
172:3
**direct (13)**
94:21 112:24 115:10
123:7 132:4 136:12
141:6 142:8 156:24
200:9 237:25
239:22 243:3
**directing (4)**
216:4 234:12 238:3
243:23
**direction (1)**

103:8
**directly (4)**
125:24 150:17,19
220:21
**director (7)**
33:13 69:23 74:17
75:2,13 82:16
144:16
**directorship (2)**
57:20 71:11
**disabilities (5)**
180:13 197:15,21
198:4,17
**disagreement (1)**
196:23
**discharged (2)**
54:6,8
**disclose (3)**
77:16 202:18 227:20
**disclosed (3)**
98:5,6,12
**disclosing (1)**
77:24
**disclosure (1)**
88:2
**disclosures (2)**
50:16 187:25
**discord (1)**
196:19
**discovery (1)**
27:4
**discuss (7)**
30:23 102:9 112:10
135:13,14 179:3
213:18
**discussed (9)**
74:3 77:11 78:3,7,15
82:21 83:18 110:16
139:6
**discussing (1)**
19:19
**Discussion (1)**
236:4
**discussions (3)**
78:21 79:19 168:6
**disorder (10)**
18:7,10 20:4 48:18
49:3 50:20,23 51:3
52:19 53:15
**disorders (10)**
4:16 47:13 55:11
104:6 193:25
197:16,22 198:5
199:15,25
**disprove (1)**
25:6

**disseminate (1)**
153:18
**disseminated (1)**
152:13
**distinctly (1)**
209:12
**District (6)**
1:2,2 6:8,9 84:18
174:2
**diverted (6)**
179:20,21 180:7,18
181:15,23
**division (27)**
4:14 33:8 57:9,9
59:14,17 65:13,13
65:15 69:19 70:6,10
70:13,19,19 71:11
71:18,22,24 72:2,13
72:17 73:7,7,15
74:21 162:6
**divisional (2)**
59:14 70:10
**divulging (1)**
114:17
**doctor (2)**
248:19,20
**document (49)**
15:16,18 16:2 31:17
31:21 32:4,12 66:5
66:7,8,12 67:10
68:4 103:17 128:4
134:2 136:9 158:2,5
159:15 161:21
162:4 173:16 174:5
174:14 193:12,16
193:19,21 200:10
210:10 211:15,17
212:10,17 215:8,22
218:20,22 222:9,11
222:24 231:8,10
236:8,10 237:8
241:10,12
**documentation (4)**
11:4 13:20 15:2
106:11
**documented (17)**
16:7 25:18 188:14,15
197:13 202:12
209:18 212:24
231:24 236:21
237:3,13 238:14,15
238:16 240:13,17
**documenting (1)**
210:2
**documents (9)**
16:10,19 21:11,20

22:22 25:20 26:20
27:3 30:12
**doing (4)**
122:19 125:14 177:6
184:4
**DOJ (2)**
148:21,22
**door (1)**
91:6
**dosed (1)**
54:10
**double (1)**
33:22
**Doug (1)**
247:24
**DOUGLAS (1)**
3:20
**Dr (25)**
6:4 7:24 16:14 19:23
20:15 21:15 26:7
32:15 77:15 92:5,13
140:22 141:3,6
157:8 178:11
195:13 196:2
215:12 226:20,21
227:2,5 248:13
250:25
**drank (2)**
186:15 187:19
**draw (2)**
221:25 223:9
**drink (1)**
188:16
**drinking (3)**
192:11,16 195:20
**drinks (2)**
195:19,20
**drug (122)**
18:24 34:18,19,23
35:4 44:21,22 45:7
45:8 48:20,24 49:18
50:18 51:3,17 52:12
52:17 53:10,11,14
53:23 54:4,19,21
61:4,22 62:3,12,14
62:15,17,18,19,23
63:7,8 64:15 69:10
69:12 95:6,9 96:10
97:13,19 98:12
99:20 101:7 109:5
109:15 110:23
112:19 114:19
116:10 118:24
119:14 120:11
121:24 122:4
123:11,14 130:23

134:22 135:10,14
136:22 137:2,8,13
137:17,18 138:3,4,5
138:7,7,12,13,16,20
139:6,17 140:3
141:20 142:2,13
143:11,19 144:15
144:18 149:13
150:2,3,5,8,13
151:6,13,13,21,25
153:6,13,21 154:25
176:18,20 181:22
186:23 187:21,25
191:24 192:4
202:10 206:9
207:21 208:2,24
209:8,13 225:13
235:12 239:9
**drugs (56)**
5:8 11:20 18:19,23
24:9 35:8,9 44:3
46:23 66:13 68:18
69:3 72:24 94:5,10
94:16 96:3 98:9,12
117:8,22 118:7
121:17 130:9
135:22 137:12
141:16 144:6,25
152:16 155:17
178:14,19 179:4,8
179:12,14,18,25
180:3,25 181:8,15
181:20,25 182:15
183:7,8 191:16,19
216:18,21 225:14
231:14 234:23
243:20
**drunk (2)**
64:21 189:20
**DSM-IV (1)**
51:9
**DSM-V (1)**
51:10
**du (2)**
61:6 152:4
**due (7)**
38:17,22 42:24 104:6
202:15 207:21
224:5
**duly (3)**
7:16 178:7 252:7
**duplication (1)**
129:6
**duties (4)**
18:18 70:14,15,16
**Dyk (1)**

222:16

**E**

**E (11)**
3:2,2 4:2,7 5:2 130:17
178:2,2 215:25
252:2,2
**e-mail (2)**
10:12 11:4
**e1397 (1)**
194:6
**e194 (2)**
223:21,23
**ear (1)**
88:17
**earlier (3)**
9:10 121:10 212:3
**early (18)**
10:15,16,24,24 11:2
24:5,13 181:7
186:15 193:8
203:22 213:11
214:17 216:19
229:3 235:13,19
238:7
**East (3)**
2:12 3:12 6:12
**ebbs (2)**
90:22 91:4
**educate (1)**
150:18
**educated (1)**
153:4
**education (7)**
32:8 56:4 59:19 117:3
122:15,18 156:19
**educational (6)**
134:7,20 135:2 149:7
155:9 156:5
**effect (5)**
5:11 112:7 238:10,11
241:15
**effectively (3)**
57:4 117:25 118:11
**effects (19)**
11:20 20:14 24:9 35:7
136:16 137:11
138:23 192:10,15
194:21 214:6 238:7
240:6 243:7,13,15
243:19 244:4,8
**efforts (1)**
200:2
**eight (4)**
42:11 89:6 90:4
195:19

**either (9)**
10:14,16 59:23 66:18
66:22 79:10 145:24
205:8 228:23
**elicit (1)**
49:14
**eliminate (1)**
210:15
**Eloise (1)**
3:17
**else's (1)**
189:7
**embryologic (1)**
117:10
**emergency (1)**
60:16
**emergently (1)**
228:17
**emotional (2)**
137:12 213:10
**employed (3)**
30:5 71:7 72:16
**employees (1)**
71:24
**employment (1)**
32:9
**EMS (1)**
111:22
**En (1)**
138:7
**encompass (1)**
91:19
**encompasses (3)**
70:13,14,15
**endangered (56)**
34:18,19,24 35:4 45:7
45:8 52:13 61:4,22
62:4,12,14,15,17,18
62:19,24 95:6,9
96:10 97:14 101:7
109:6,15 120:12
121:24 122:5
130:24 137:2,8,14
137:17,19 138:3,5,7
138:12,14,16,20
139:7,18 140:4
141:20 142:2
143:11,19 144:15
149:13 150:2,4,8
151:6,21 152:2
153:6
**endangerment (6)**
97:19 110:24 112:19
114:20 118:24
119:14
**enforcement (26)**

61:12 64:24 79:9
83:17 84:12 95:17
99:24 100:9,11
123:12,14 131:18
146:16 147:10,18
147:21 148:2,6,9,13
148:14,19 149:2,8
151:2 227:10
**engage (1)**
59:18
**enhancing (1)**
244:2
**entail (2)**
133:2,20
**entered (2)**
92:11 105:25
**entirety (1)**
13:24
**entities (12)**
24:21 59:11 60:13,18
71:23,25 72:7 80:11
81:10 99:24 145:9
152:11
**entitled (4)**
210:21 215:25 218:5
236:13
**entity (6)**
58:8 70:22 86:20
97:11 149:22
177:13
**entry (1)**
156:3
**environment (3)**
137:9 220:23 244:3
**environmental (5)**
199:9,10 225:22,24
244:7
**epigenetic (1)**
235:4
**equal (1)**
239:11
**equally (1)**
111:23
**ER (1)**
185:22
**Eric (2)**
3:25 6:16
**ERRATA (1)**
253:2
**especially (2)**
136:2 182:25
**ESQ (6)**
3:3,7,12,15,19,20
**establish (1)**
200:23
**established (4)**

48:21 49:5 51:8,13
**establishing (1)**
49:10
**estimate (2)**
159:5 160:21
**et (30)**
1:7 6:7 35:10 50:14
51:10 59:25 60:21
61:14 70:16 95:20
98:2,5,19 110:17
115:8,8 117:12
153:21 181:5 183:3
191:3,9 197:8 201:6
210:21 215:13,25
246:24 247:2,12
**eval (1)**
184:4
**evaluate (14)**
34:20 56:2 65:20
69:17 95:3 98:21
110:7,23 111:5,15
112:18 120:19
153:4 214:22
**evaluated (4)**
69:14 113:5 206:18
240:8
**evaluating (7)**
51:15 95:4 96:19
97:13 99:19 109:14
114:19
**evaluation (19)**
62:3 98:25 99:15
101:6 102:22 109:5
111:4 112:12
115:20 117:7
118:21,23 119:14
120:11 121:16
138:12,20 153:12
183:22
**evaluations (5)**
111:3 114:25 118:6
118:16 153:20
**everybody (3)**
64:3 90:6 226:13
**evidence (5)**
139:8 174:22 175:8
175:13,17
**evident (1)**
49:17
**eWiSACWIS (3)**
12:25 14:25 21:15
**exact (1)**
225:12
**exactly (6)**
17:13 95:11 127:22
178:22 232:12

247:9
**exam (12)**
4:5,5 40:19 42:7,9,22
42:22 50:16 87:23
116:14 121:19
122:4
**examination (4)**
7:18 178:6,9 248:11
**examine (4)**
211:2,4 212:5 214:10
**examined (3)**
7:16 178:7 212:13
**example (6)**
49:24 54:5 65:5
114:16 190:16
201:23
**exams (3)**
40:25 44:23 50:12
**exception (2)**
69:16 169:15
**excess (2)**
180:8 182:25
**exclude (2)**
210:11 246:3
**excluded (7)**
142:21 171:22,23
174:23 175:18,25
237:24
**excluding (1)**
173:6
**exclusive (1)**
201:21
**excuse (8)**
46:19 69:20 90:9
128:7 158:3 161:21
175:11 199:10
**executive (2)**
156:20 195:22
**exhibit (112)**
4:8,10,11,14,15,15,17
4:20,20,22 5:3,7,9
5:11 13:7,11,18,19
13:25 15:10,14,15
15:22 17:15 30:13
31:11,15 65:23 66:4
94:20 103:8 112:25
115:11 116:20
123:8 124:2,3,10,10
124:15,20,25
126:12,23 127:9,16
127:19,25 128:6,8
128:15 129:19
132:5 133:23 141:7
142:10 143:23
156:25 157:3,8
158:3,3,25 159:2

161:11,23 162:3
173:10,13,14 176:7
193:13,17 199:14
211:12,16 212:5
213:7 215:19,23
216:5 218:17,21
219:10,20,23 221:4
221:16 222:6,10
223:5,22 227:6
231:5,9 232:9,14
233:16,23 234:11
236:5,9 237:12
238:2,21 239:2
240:19 241:7,11
243:4,24 244:12
**exhibited (2)**
187:9 205:25
**exhibits (10)**
4:8 5:3 13:6,8 16:16
21:16 30:17 31:2,6
157:2
**existence (1)**
196:11
**expect (1)**
28:8
**expensive (1)**
74:6
**experience (15)**
25:11 32:9,16 37:13
40:12 48:22 55:18
78:10 85:18 96:16
104:3 112:17
120:10 186:18
202:5
**expert (79)**
4:8 15:19 16:11,13,20
19:6 21:6,12,20,23
21:25 22:4,23 26:3
26:18 30:14 35:15
35:21 43:5 44:2
45:11,18,25 46:8,10
46:20 47:11 55:3,5
55:10,10 65:6 80:16
87:19,20 94:21
108:10 112:11,24
114:7,12,16 115:11
124:2 140:2 142:4
156:25 158:24
171:2,6,11,22
172:12 173:4 176:3
179:2 183:11 185:5
186:6 188:9 197:11
202:4 209:15
211:24 213:7
215:12 219:7 221:3
221:16 227:6

231:17,20 233:15
236:20 240:11
244:11 248:16,21
250:17
**expertise (13)**
25:3 34:2 35:3,6 36:6
37:5 44:12,13 46:14
47:5 76:2,22 125:25
**experts (6)**
25:23 43:11 44:20
55:8 80:19 250:18
**EXPIRES (1)**
253:25
**explain (2)**
103:4 128:18
**explanatory (2)**
233:6 234:8
**explicitly (1)**
230:18
**exposed (9)**
117:7 118:6 121:17
150:5,13 153:13,13
213:12 223:15
**exposure (91)**
4:18,23 5:8,11 18:24
44:2,21,22 45:12,12
46:10,21 53:12 54:4
54:19 66:13 68:18
69:3,5,11 103:12
115:21 116:3,7
130:9 131:14,22
132:22 133:17
134:23 135:11,14
135:21 137:18
138:4 141:16
142:13 144:5,18,25
151:13,13 152:15
154:25 155:17
178:13,18 179:3,24
181:14 182:19
194:23 198:20,21
209:17,19 210:3,22
211:19 214:7,11,17
219:2,16 220:3,8,10
220:17 221:6
224:24 225:7 227:7
231:14 233:17
236:22 237:2,14,18
238:10,11 240:13
240:14 241:16
242:15 243:20
244:5,8 246:8,9,12
247:18
**exposures (1)**
234:22
**expulsion (1)**

239:10
**extended (1)**
202:8
**extensive (1)**
48:24
**extensively (1)**
30:20
**extent (2)**
77:15 82:18
**external (1)**
210:8
**externalizing (1)**
213:14
**extreme (1)**
54:19

---

### F

**F (2)**
178:2 252:2
**FAAP (2)**
4:9,11
**Faces (1)**
138:16
**facilities (1)**
95:2
**facility (4)**
14:15 67:6,22 229:16
**fact (11)**
35:5 89:5 100:22
114:22 145:6 166:7
208:6 222:2 223:10
224:16 238:9
**factor (1)**
224:25
**factors (15)**
112:9 175:13 189:17
191:4,11,19 199:10
208:21 225:22,25
230:10,14,23
237:23 244:7
**facts (3)**
189:15 190:22 250:7
**factual (1)**
192:18
**failed (1)**
247:17
**failure (2)**
156:10 225:6
**fair (7)**
9:3 99:9,13 167:13
230:22 233:5 234:7
**Fairly (1)**
64:2
**fall (2)**
10:23 72:6
**fallen (1)**

143:16
**Fallon (1)**
148:25
**falls (2)**
70:17 71:11
**familiar (3)**
23:23 195:4 215:11
**families (4)**
83:10 138:24 201:5,7
**family (15)**
4:12 33:14 67:8 69:24
70:24 71:7 85:23
87:13 94:24 159:9
160:3,18 165:21
171:13 177:11
**far (6)**
130:5 181:24 185:3
194:8 199:18 204:6
**FAS (1)**
199:25
**fatal (6)**
104:20 105:5 131:11
131:15 146:3
189:22
**fatality (2)**
145:22 148:15
**favor (1)**
175:13
**favorite (1)**
58:24
**FBI (2)**
83:23 84:9
**February (1)**
10:16
**fed (1)**
54:15
**federal (5)**
29:12,14 160:6
171:15 174:22
**feel (5)**
48:3,25 77:2 125:25
167:22
**fell (3)**
165:17 177:13 189:25
**fellowship (16)**
35:7 40:10,14,23 41:9
41:17 44:16 115:17
115:19 116:3,11
119:3 121:11
122:16,22 245:5
**felony (1)**
161:18
**felt (1)**
129:3
**female (4)**
93:7,22 227:12,16

**females (1)**
93:3
**fetal (40)**
4:16 5:7 18:25 20:4
35:16,17 36:11,25
37:3,5,6,11,13 43:5
43:12,13,17,24 44:3
45:12 66:16,16 68:8
104:5 119:23
182:19 193:25
196:15 199:14
200:5 209:21 210:6
211:5 212:7 213:2
231:13 239:10,13
239:24 240:6
**fetus (34)**
35:12 63:8,9,20 64:12
68:16 95:12 96:24
97:22,22 109:11
110:4,5,8 117:15
118:16,22 119:14
120:3,12 135:15
166:3 167:25
178:14,19,25
179:25 181:16
189:5 191:7 201:12
235:12 238:8
245:11
**fetuses (11)**
5:10 18:20,24 24:11
62:4,20 110:23
117:7 118:6 121:16
236:14
**field (9)**
38:17,21,22 41:16
45:25 46:8 200:5
249:3,7
**figures (3)**
200:3 216:8,15
**file (2)**
74:8 245:3
**filed (1)**
6:8
**final (2)**
199:18,21
**find (3)**
143:6 175:21 194:12
**finding (6)**
220:7 222:3 223:11
225:8 235:9 239:18
**findings (7)**
25:19 50:16 210:4
213:19,24 224:11
241:4
**fine (9)**
143:17 209:20 210:5

211:4 212:6,25
218:16 227:21,25
**finish (3)**
8:15 25:2 90:12
**finite (1)**
188:2
**firm (2)**
6:12 165:18
**first (29)**
7:15,23 9:18 10:2,4
10:11 103:11
105:23 106:21
124:6 127:16,21
158:2 162:8 170:6
193:12 199:17
206:11 214:12,18
216:7 219:17 220:4
220:18 221:8 238:4
238:4 239:3 243:6
**five (11)**
38:18 41:16 64:21
78:11,13,14 89:23
129:18 189:20
195:19,22
**five-minute (1)**
226:10
**float (2)**
85:25 87:10
**floor (1)**
6:13
**flows (2)**
90:22 91:4
**focus (7)**
67:4,6,22,24 68:2
118:25 131:16
**focused (4)**
79:15 131:13 183:7,8
**folder (1)**
245:3
**follow (2)**
197:6 248:14
**follows (2)**
7:17 178:8
**Fond (2)**
61:6 152:4
**Footnote (9)**
194:3 200:15 211:24
219:5 222:21
231:17 236:16
240:18 241:19
**force (4)**
83:4 143:12 146:22
148:11
**forcing (1)**
23:21
**foremost (1)**

46:7
**form (15)**
18:16 23:15 36:14
43:7 44:5 45:14
46:24 47:15 53:16
58:24 61:23 81:12
85:12 96:5 100:18
**formal (4)**
81:8,14,18 154:20
**forming (1)**
187:7
**formulate (1)**
110:21
**forsake (2)**
201:12,25
**forth (1)**
252:7
**forward (9)**
82:6,9,11,14 153:23
166:24 167:7
168:13 170:23
**found (3)**
104:14 105:12 153:21
**foundation (8)**
28:22 29:16 36:14
43:8 44:6 45:14
46:24 71:6
**four (5)**
37:21 59:23 60:3
195:18 234:17
**frame (1)**
193:7
**frank (1)**
49:17
**frankly (1)**
63:5
**frequency (1)**
191:5
**frequent (1)**
64:4
**frequently (18)**
44:19 46:6 48:7 50:2
50:9 52:11 60:17
61:10 62:11 63:12
63:14 72:23,25
98:16 99:21 250:2,4
250:9
**Friday (1)**
1:10
**Fridays (1)**
125:19
**front (1)**
13:10
**frustrating (1)**
143:5
**fulfill (2)**

156:19 169:19
**full (16)**
22:21 41:15 67:12
88:2 89:8 90:2,23
128:23 134:12,13
140:5 158:12 160:8
191:10 238:4 239:3
**full-time (1)**
88:13
**fully (5)**
8:7 26:14 160:17
169:6 224:24
**function (1)**
195:22
**fund (2)**
28:25 82:23
**funded (1)**
195:6
**funny (1)**
71:20
**Furman (1)**
3:4
**further (10)**
14:2 25:11 30:11
59:21 77:21 111:7
178:8 247:22
249:13 252:9

---

**G**

**G (1)**
4:20
**gain (1)**
120:10
**GAYNOR (1)**
3:19
**GC (2)**
185:18,24
**general (24)**
18:23 28:25 29:3 34:3
35:22 40:8,22 42:13
42:15,21,25 52:7
88:5,15,17,21,23
105:18 107:12,13
107:14 136:2 143:2
200:24
**General's (5)**
83:3 138:17 139:10
143:2 144:21
**generalize (1)**
213:24
**generally (6)**
99:10 102:13 106:13
107:7 109:14
182:15
**gestational (3)**
216:15 218:8,9

**getting (6)**
17:15 102:5 125:4,7
125:23 184:11
**Giese (3)**
138:9 151:23 152:8
**gist (1)**
26:22
**give (25)**
11:15,16,23 12:8,14
16:25 17:24,25 18:5
18:8,11 49:24 60:23
63:12,14 76:18
90:21 97:16 99:16
136:3 157:23
166:16 194:12
226:12 248:3
**given (18)**
52:4 78:21 91:5,14
99:7 104:17 106:14
109:18 113:16
122:12 134:14
137:3 163:24
182:11 188:4 218:6
228:11 252:8
**gives (1)**
99:11
**giving (1)**
31:14
**globalization (1)**
218:11
**go (35)**
7:7 10:10 13:5 17:17
26:13 30:11 35:6
36:3 60:19,23 73:3
75:20 76:7,9 78:16
90:25 98:20 110:18
114:18 116:24
129:17 135:18
136:5 164:10
166:20 181:7 189:6
203:21 208:23,25
212:14 228:24,25
230:7,25
**God (2)**
142:23 143:14
**goes (2)**
28:25 29:15
**going (24)**
65:17 76:21 77:14
91:5 115:10,12
123:7 124:8 129:16
130:15 136:5
146:25 147:11
161:20 170:22
188:3 189:19 190:2
201:4,25 202:20

203:16 228:18,24
**good (9)**
6:2 7:20,21 10:9
42:10 76:10 91:25
104:24 122:6
**gotten (1)**
96:22
**government (1)**
169:11
**Graduate (1)**
117:2
**grand (1)**
60:19
**Grant (1)**
146:25
**gravely (1)**
165:9
**Great (3)**
23:2 31:4 226:17
**greater (5)**
41:16 138:24 142:13
157:17 168:20
**greatly (1)**
232:21
**gross (5)**
219:17 220:4,9,18
221:7
**group (5)**
162:18 223:12,13
224:6,7
**groups (2)**
61:13 224:18
**growth (13)**
5:10 209:21 210:6
211:5 212:7 213:2
236:14,23 237:4,15
237:19 239:24
240:15
**GS-MS (1)**
202:10
**Gubernatorial (1)**
156:6
**guess (2)**
86:17 146:11
**guidance (2)**
193:23 201:4
**guideline (1)**
154:21
**guidelines (9)**
152:24 153:9,11,16
153:24 154:12,16
155:2,5
**Gynecology (1)**
195:9

---

**H**

**H (2)**
4:7 5:2
**habitual (15)**
105:7,19 106:4,7,10
106:19,23 107:2,4,7
107:19 108:17
111:24 187:9 188:6
**habitually (10)**
102:23 103:3,5 104:7
104:10,25 105:2
108:18 111:13,16
**hair (1)**
27:14
**Hall (1)**
3:4
**hand (1)**
252:12
**hand-eye (3)**
221:21 223:7 225:25
**handed (3)**
125:23 208:25 209:6
**handful (6)**
73:25 78:7,8,11
113:14,17
**handled (1)**
79:14
**handles (1)**
170:17
**handling (2)**
75:24 79:11
**hanging (1)**
133:6
**happen (1)**
186:21
**happened (6)**
80:4,6,10 143:24
152:5 172:14
**happens (1)**
50:11
**harbor (1)**
147:25
**hard (2)**
197:8 220:24
**hard-and-fast (1)**
166:16
**harder (1)**
160:16
**harm (15)**
35:11 68:15 76:16
77:6 95:22 96:9
179:25 180:17
191:23 245:10
246:2,8 247:6,15
249:17
**harmed (1)**
95:13

**harmful (4)**
178:23 188:24 189:9
217:15
**harms (1)**
196:15
**Harth (3)**
3:12 6:25,25
**hate (1)**
90:10
**Hawkey (3)**
4:15 172:11 173:25
**head (4)**
17:15,19 61:22
233:19
**heading (2)**
103:12 216:5
**health (35)**
4:11 17:25 18:4 32:20
55:21 59:6 60:18,22
66:9,18,24 67:4,6
67:23 68:7,9,19,21
68:23 69:4,7,13,15
71:3,5,12 80:24
86:14,17,19 109:8
110:8 183:13 217:4
240:7
**healthcare (1)**
14:15
**hear (3)**
8:18 10:2 77:4
**heard (2)**
10:4 195:10
**hearing (2)**
76:25 173:3
**hearings (5)**
29:12 76:22 159:8
160:4 171:16
**heart (2)**
98:2 117:11
**heck (1)**
143:24
**held (4)**
6:11 61:5 63:13 152:3
**Helfer (2)**
130:17 131:11
**help (4)**
43:18 47:24 86:10
150:2
**helpful (1)**
201:20
**helping (1)**
49:9
**helps (1)**
149:24
**hereinbefore (1)**
252:7

**hereunto (1)**
252:11
**heroin (14)**
54:7 65:3 138:17
143:2 144:21
227:14 228:16,21
229:8,13,25 230:9
230:24,24
**Hey (1)**
90:9
**high (10)**
22:7 38:6 50:5 51:17
104:5 109:10,11
110:2,5 111:23
**highly (5)**
45:16 46:3,12 63:11
166:12
**HIPAA (4)**
202:15,21 209:3
227:19
**history (4)**
50:15 186:20 188:4
239:10
**Hold (1)**
36:12
**home (4)**
54:6,10 181:7 200:13
**homicide (1)**
172:6
**honestly (3)**
160:23 161:6 177:5
**honors (2)**
132:7,10
**hope (5)**
62:9 130:3 132:11
141:14,14
**hopeful (1)**
154:7
**hopefully (4)**
33:3 87:25 130:6
151:15
**Hospital's (2)**
67:8 69:24
**hospitalization (4)**
13:15,23 180:24
184:12

**hospitalized (6)**
111:21 183:21 202:7
204:4 205:7,12
**hot (3)**
64:2 122:23 146:15
**hour (2)**
19:22 28:22
**hours (3)**
56:15 129:18 239:11
**house (1)**
111:22
**huge (4)**
38:18 40:4 61:20
90:24
**huh (1)**
235:25
**human (6)**
48:7 50:2 51:15 52:14
137:3 235:16
**hundreds (1)**
113:5
**Hurd (2)**
240:18 241:4
**Hurley's (1)**
165:18
**hypothyroidism (1)**
184:15

_____

**I**
**idea (2)**
29:19 176:14
**identifiable (1)**
202:19
**identification (13)**
15:11 31:12 65:24
161:24 173:11
193:14 211:13
215:20 218:18
222:7 231:6 236:6
241:8
**identified (4)**
30:14 131:22 144:14
238:21
**identify (5)**
6:22 130:7 134:19
135:19 145:12
**Identifying (1)**
138:22
**illicit (6)**
46:23 69:12 178:14
207:21,25 232:22
**Illinois (3)**
2:14 252:3,5
**imaging (1)**
97:24
**immediate (1)**

227:15
**immediately (1)**
118:19
**impact (11)**
44:2 45:11 46:10,21
178:13,18 181:14
182:18 225:25
239:24 240:5
**impair (1)**
8:7
**impaired (1)**
206:6
**impairs (2)**
5:9 236:13
**implement (1)**
48:12
**implemented (1)**
52:3
**implementing (1)**
47:24
**important (3)**
200:19 201:9,11
**improvement (1)**
42:4
**in-depth (1)**
78:15
**inability (1)**
225:12
**inappropriately (1)**
180:6
**include (9)**
30:17,19 31:2 114:6
151:2 159:2 162:19
183:6 250:15
**included (7)**
44:23 62:22 102:13
124:4,25 161:11
239:5
**includes (4)**
30:25 70:9 92:25 95:4
**including (10)**
12:24 29:7 34:9 42:3
95:5 97:25 109:21
115:22 188:23
220:23
**Incorporated (1)**
6:17
**incorrect (1)**
9:10
**increases (1)**
232:21
**independently (2)**
19:19 115:7
**Indian (2)**
83:24 84:5
**indicate (2)**

108:11 200:4
**indicated (1)**
227:13
**indicating (1)**
22:7
**individual (13)**
20:16 23:18 24:20
54:13 109:20 112:4
150:19 151:5
191:14 243:9,11,17
243:21
**individualized (1)**
110:14
**individually (1)**
157:18
**individuals (11)**
19:17 20:18 49:15
50:17,21 52:13 56:5
73:4 87:5 149:25
180:9
**infant (5)**
209:20 210:5 211:4
212:5,25
**infants (1)**
53:2
**infections (1)**
88:17
**influence (4)**
29:21 206:8 210:9
235:2
**inform (1)**
150:18
**informal (3)**
81:9,15,19
**information (34)**
11:19 12:10 14:2,7
15:7 19:20 20:5
43:17 45:3,6 53:21
76:18 77:20,25
80:17 99:6,8,21
102:6 114:18,24
115:3 117:20
137:17 138:3
152:13 153:3,19
163:9 202:19
207:16 227:15
228:10 239:22
**ingest (1)**
96:7
**Injury (1)**
139:24
**inpatient (1)**
206:15
**inpatients (1)**
86:2
**insanely (2)**

74:6,10
**instances (1)**
180:4
**institution (6)**
48:21 49:5,6 57:17
60:9 249:13
**institutional (3)**
45:17 49:8 61:9
**institutions (1)**
86:15
**instructor (1)**
126:14
**intake (1)**
238:8
**intellectual (5)**
180:12 197:15,20
198:3,17
**intelligence (1)**
195:21
**interagency (1)**
132:20
**interested (1)**
252:10
**interesting (3)**
73:23 77:9 104:12
**Interior (1)**
84:2
**intermesh (1)**
70:17
**international (6)**
60:2 61:17 128:10,17
130:2 134:16
**interpret (1)**
109:2
**interrupting (1)**
36:15
**Intertribal (1)**
137:23
**Intervening (1)**
139:21
**introduce (2)**
225:16,18
**introduced (1)**
225:2
**investigate (1)**
201:18
**Investigating (1)**
139:20
**investigation (3)**
139:9 238:6 239:22
**investigator (1)**
149:7
**invited (6)**
59:24 60:20 83:9
84:16 102:17
133:24

**involve (5)**
67:25 73:4 144:24
145:20,23
**involved (16)**
10:21 74:13,15 75:19
80:9 81:22 98:4
100:6 113:9 131:20
151:17 154:15
158:19 164:17
176:19 203:8
**involvement (4)**
157:9 158:4 203:9
207:12
**involves (1)**
147:10
**involving (1)**
203:6
**irrelevant (1)**
125:9
**irritable (2)**
180:23 181:9
**issue (15)**
23:24 64:5 130:21,23
145:14,23 146:15
147:3 155:19,22
180:22 192:4
214:17 215:3
242:21
**issued (5)**
154:8,11,15,19,24
**issues (14)**
44:22 49:10 53:11
72:14,17 138:16
139:4,14 145:25
155:16 156:16
183:4 192:5 198:19

_____
**J**
_____

**jail (7)**
15:3,4,6 16:6,8 21:14
228:8
**Janet (5)**
1:24 2:14 6:19 252:5
252:16
**JC (4)**
161:12 162:9,11,15
**job (2)**
1:25 55:24
**Joe (1)**
156:9
**Join (4)**
43:9 53:18 81:4,13
**jointly (1)**
19:21
**journal (3)**
27:6 195:8 215:14

**judge (2)**
172:6 173:4
**Judith (1)**
173:24
**July (4)**
138:2,11 139:3,14
**Justice (5)**
83:23 139:11 146:24
146:25 149:21
**juvenile (2)**
159:17 162:12

_____
**K**
_____

**K (1)**
252:4
**K-N-O-X (1)**
7:25
**K2 (2)**
96:4,5
**Karla (4)**
3:15 7:3 20:2 73:23
**Keckhaver (35)**
3:15 4:5 7:3,3,8 10:5
11:8 19:9,15 20:2
20:10,19 27:11,21
28:12 43:9 51:4
53:16 77:14,19 81:3
81:12 93:18 100:18
154:18 162:22
164:19 174:24
190:6 217:20
245:15 247:24
248:3,12 250:21
**Keckhaver's (1)**
27:16
**keep (3)**
63:17 126:2 157:19
**Kentucky (1)**
139:2
**kept (1)**
159:7
**Keshena (1)**
137:20
**key (1)**
22:10
**kids (1)**
168:7
**kind (8)**
74:23 95:22 121:3
140:12 147:6,11
213:23 249:25
**kinds (3)**
62:7 95:25 176:16
**knew (4)**
122:10 186:7,13,16
**Knott (4)**

3:19,20 92:10 248:2
**know (145)**
5:8 9:16 10:17 13:11
14:19 23:4 29:13
37:17 38:2,9 41:4
50:10 51:16 52:12
56:13,18 58:5 60:17
60:23 61:14,23,24
63:19,20 64:3,4,11
64:22 65:19 73:22
76:12,17 79:2,18
80:5,8 82:8,10,13
82:19 84:8 91:3,14
96:4 98:2,11,13
100:6,10,12 101:20
101:22,25 102:16
104:15 106:15
108:7 110:17
113:14 117:20,20
121:18 123:2 126:5
126:18 130:5,14
131:4,8 134:18
142:12,12,19 143:6
143:24 144:17
145:5,16,19,24,25
146:23 147:8 148:9
151:3 157:18 159:7
159:16 160:19
161:14,19 162:23
163:23 166:21,23
166:25 167:2,16
171:13,14 172:14
173:5,7 175:3,24
181:4 182:7 184:6
184:25 189:3,4,9
191:2,17,21 193:2,4
193:5 196:18 197:4
197:5 198:7,25
199:2 209:11
210:14 213:4
214:25 217:22
218:8 227:18 228:2
228:14 229:14
230:13,23 231:14
233:9,12 234:2
235:20 241:3
242:13,18 245:2
**knowingly (1)**
191:22
**knowledge (11)**
22:24 30:10 73:22
101:23 105:22
106:20 107:18
131:13 133:18
140:11 158:11
**known (1)**

188:12
**Knox (280)**
1:1,9 2:1,12 3:1 4:1,3
4:9,10 5:1 6:1,5 7:1
7:14,25 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1,15 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1
77:15 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1,5,13 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
140:22 141:1,3,6
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1,8 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1,13 176:1
177:1 178:1,5,11

179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
226:21 227:1,2,5
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
248:13 249:1 250:1
251:1,2,7 252:1,6
253:1,5
**Knox's (2)**
175:10,14

_____

**L**

**L (8)**
1:24 2:14 4:9,10
157:8 178:5 252:5
252:16
**labeled (1)**
6:3
**labor (20)**
180:9 202:7,8 203:22
208:10,23 228:18
229:3,4,7,19,20,24
230:8,11,20 231:2
231:23 232:20
233:10
**laboratory (1)**
114:25
**labs (4)**
13:3 136:15,19
153:21
**Lac (2)**
61:6 152:4
**lack (17)**
106:8,23 107:2,5,7,19
108:17 111:13,16
111:25 187:9 188:6
198:7,13 199:24

224:13 239:22
**lacking (3)**
108:18 194:11,21
**lacks (4)**
102:23 103:3,5 224:8
**LaCrosse (1)**
63:14
**Lafayette (1)**
138:4
**LaGasse (9)**
210:21 211:2,3 212:4
213:6,8 214:5,10,16
**laid (1)**
14:2
**land (2)**
84:3 87:3
**language (2)**
108:17 111:11
**larger (1)**
61:16
**lasted (1)**
19:21
**late (3)**
10:14,17,23
**law (36)**
3:3 6:12 12:12 23:8
23:12,24 24:14,17
61:11 64:24 73:17
79:9 83:17 84:12
95:17 99:24 100:8
100:11 108:17,23
131:18 146:16
147:10,17,21 148:2
148:5,9,12,14,19
149:2,8 151:2
201:16 227:10
**lawsuit (3)**
9:24 10:3,4
**lawyer (1)**
175:4
**lead (1)**
198:11
**leading (5)**
197:14,19 198:2,6,13
**learn (3)**
5:9 35:7 231:15
**learned (1)**
233:12
**learning (1)**
187:14
**leave (1)**
65:18
**lecture (1)**
84:16
**lectured (1)**
84:17

**lectures (1)**
134:14
**led (1)**
146:3
**left (5)**
90:7 92:9 159:14
186:5 223:18
**left-hand (6)**
174:9 199:18,21
216:6,12 225:21
**legal (11)**
3:25 6:17 22:18,20
157:9 173:22
174:25 190:7
249:22 250:3,8
**legally (1)**
96:6
**LEIB (1)**
3:19
**lesser (2)**
190:4,19
**let's (28)**
9:23 23:2 32:15 55:16
57:6 65:12 85:3,3,4
85:17 91:10 129:19
134:6 135:18
146:11 149:12
176:5 177:14
193:11,11 197:10
199:13 202:3
218:16 221:14
226:5 239:2 241:21
**letters (2)**
130:5 161:12
**level (3)**
91:8 106:20 115:9
**levels (3)**
104:19 109:24 194:22
**life (4)**
124:21 125:11 127:5
219:18
**lifestyle (3)**
195:5,17 196:7
**likelihood (1)**
110:3
**limit (2)**
21:6 239:17
**limitation (6)**
213:23 224:19 225:3
225:12 239:21
240:2
**limitations (6)**
223:18 234:9 238:21
242:25 250:11,14
**limited (4)**
12:24 21:7 200:2

239:15
**limits (1)**
213:18
**Linda (1)**
210:21
**line (2)**
90:13 199:23
**lines (2)**
194:9 234:17
**list (24)**
4:14 22:22 66:20,24
122:14 125:16
126:4,6,16 129:25
130:6 132:6,9
134:13 141:12
142:3 158:12,18
161:10 162:6,13
171:19 191:10
250:7
**listed (23)**
21:12 60:5 62:9,10
64:4 65:5 68:4
110:12 122:7
124:21 126:13,22
127:12 128:3 129:2
129:4,5 134:8
135:20 151:20,24
159:18 162:24
**listen (1)**
107:23
**listing (2)**
126:2 212:19
**lists (2)**
128:9,16
**literature (20)**
21:21 22:7,12 76:14
98:9 122:20,24
168:2 192:10,15
199:4 209:18 210:8
210:13 212:23
230:5 232:5 236:3
247:5,11
**little (15)**
9:23 23:2 27:24 32:15
55:16 59:21 65:10
65:12 85:3 118:4
129:17 134:6
149:12 160:16
232:20
**living (4)**
104:23 105:17 137:8
204:23
**Ln (3)**
4:8 5:3 253:7
**loaded (2)**
90:20 179:15

**local (2)**
128:10,25
**Loertscher (9)**
1:3 6:7 12:15 21:13
30:8 185:6 186:7
187:9 253:3
**Loertscher's (4)**
17:6,25 183:12
186:23
**long (9)**
24:5,16 27:14 45:2
125:4 177:16 205:6
205:11 209:11
**long-term (3)**
5:5 222:15 240:5
**longer (4)**
125:11,16 126:22
127:3
**longitudinal (1)**
213:13
**look (58)**
10:11 15:21 24:14
26:13 30:16 32:2
50:7,12,20 52:25
66:10 97:23 98:4,8
98:25 99:3,6,10,14
101:17 103:10,16
103:23 105:16
106:3 109:19
112:11 117:13
123:9 127:11,16,20
129:19,23 130:23
131:4 133:23 134:6
142:6,16 145:19
146:11 147:11
161:14 162:8 174:7
174:11 189:24
191:4,8,11,20
193:11,12 212:14
222:5 223:14 237:5
**looked (7)**
24:17 110:7 130:22
183:18 242:20,21
245:4
**looking (33)**
11:19 12:3 51:11
61:16 66:25 97:25
98:20 100:3,13
101:2 104:18 105:5
110:18,19 115:4
122:25 124:17
126:9 127:18,25
131:19 136:13
142:9 143:9 153:16
158:15 161:10
175:6 184:9 213:6

224:17 227:5
240:11
**looks (5)**
66:9 140:6 142:18,20
146:23
**loop (1)**
41:4
**lot (19)**
25:17 37:5 52:12 56:8
88:15 119:20
122:17,19,20
153:25 157:21
169:7,23 179:16
180:5,16 210:13
228:12 242:20
**love (1)**
90:21
**low (9)**
38:6 183:2 192:10,15
193:6 194:22
195:18 198:23
233:18
**low-to-moderate (1)**
196:14
**luncheon (1)**
177:25

————————————
M

**M (2)**
1:3 6:6
**M.D (264)**
1:1,9 2:1,12 3:1 4:1,3
5:1 6:1 7:1,14 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1

100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1,6,12
120:1,7 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1,5 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1,7
252:1,6 253:1,5
**Macungie (1)**
139:19
**Madison (9)**
1:10 2:13 3:13,16

6:13 37:20 94:25
132:13 142:13
**Main (4)**
2:12 3:12,16 6:12
**maintain (2)**
41:21 42:5
**maintenance (3)**
41:22 54:8 228:25
**majority (12)**
13:23 26:23 45:22
64:9 104:24 158:20
158:23 166:5
168:21 169:8,18
190:2
**making (7)**
48:11 99:14 120:25
121:4 166:13
191:11 196:25
**maltreated (2)**
48:10 93:16
**maltreatment (18)**
34:11,21 58:22 60:25
61:21 65:21 83:4
87:10 92:20 93:14
93:25 95:4 113:6
164:14 165:10
249:3,8,9
**manage (2)**
56:6 57:21
**management (2)**
84:4 118:13
**mandate (1)**
156:11
**mandated (5)**
155:8 156:4,18
201:14,16
**March (2)**
138:25 140:4
**marijuana (24)**
5:9,11 46:22 115:23
236:13,22 237:2,14
237:18 238:7 240:6
240:12,14 241:15
242:14 244:5,8
245:3,9 246:11,17
246:25 247:12,18
**marked (24)**
15:10,15 31:11,15
65:23 161:23
173:10,13 193:13
193:17 211:12,15
215:19,22 218:17
218:20 222:6,9
231:5,8 236:5,8
241:7,10
**market (1)**

122:23
**marks (1)**
50:13
**marriage (1)**
252:10
**Mary's (4)**
85:25 86:4,5 94:25
**mass (2)**
185:18,24
**masses (1)**
196:20
**matched (1)**
223:13
**material (2)**
122:21 155:13
**maternal (13)**
5:3 37:6,10 43:13
68:8 119:23 217:4
222:14 225:14
231:24 233:11
238:7 239:23
**matter (4)**
6:6 102:25 158:7
252:11
**Mayo (9)**
13:3,11 63:13 117:2
136:18,24 183:14
184:18,23
**MD (2)**
4:9,10
**mean (35)**
36:3 43:4 49:22 62:19
76:8 83:19 103:2
104:9 105:8,11,19
107:4 145:2,9,15
146:19 159:9 170:3
176:3 179:11,16
181:21 182:15
183:24 205:20,20
209:24 210:17
222:3 228:19 237:2
237:18 238:10
243:10 249:4
**meaning (1)**
41:25
**means (3)**
103:6 163:10 242:9
**meant (1)**
246:11
**measurement (1)**
239:24
**mechanisms (1)**
235:4
**medical (95)**
12:16,18 13:2 14:8,10
14:19 17:4,9 21:12

21:13 25:3 28:21,23
29:16 33:10,12
34:15 40:16 53:21
57:19 60:9 62:2
67:5 69:17,23 71:5
71:11 74:16,25
75:13 82:16 84:19
86:19,21,22 96:12
98:16 100:12 106:9
106:11,16,25
107:10,14 108:24
109:3 114:24
115:18,20 117:2,6
118:5,12 119:9,13
119:15,24 120:11
121:13,16 122:15
122:18 130:13
136:3,20 137:2,7,16
138:2,12,15,19
139:4,8,14 149:18
149:23 153:12
183:13 184:2
186:19 200:12
207:16,18 209:2,5
228:17 229:15
230:5 233:13 239:9
248:18,19 249:23
250:10
**medically (3)**
25:9 56:2 153:4
**medication (1)**
69:11
**medicine (22)**
32:19 37:7,7,8,11
43:14 50:25 55:21
56:17 60:16 68:8
71:3,4,12 80:24
86:14,16,18 119:7
119:23 188:10
215:15
**medium (1)**
91:8
**meet (3)**
48:20 115:2 120:22
**meeting (4)**
19:16,21 28:7,11
**meetings (7)**
74:4 77:11 78:3 79:7
80:15,19 164:9
**member (3)**
143:3,18 155:8
**members (2)**
129:9 136:5
**memberships (6)**
127:12 128:3,11,17
129:24 130:2

**membranes (4)**
205:13 231:23 232:20
233:10
**memorandums (1)**
151:4
**memory (5)**
16:5,10 162:10
241:24 244:13
**mental (3)**
206:3,4 208:9
**mention (2)**
66:13,15
**mentioned (8)**
51:21 58:17 59:18
87:4 99:19 101:5
121:10 152:5
**Meriter (5)**
86:7 94:24 125:17,23
147:20
**met (2)**
30:8,10
**meth (2)**
208:22 214:17
**Methadone (7)**
54:8,9,12,14 181:17
181:19,25
**methamphetamine ...**
4:18,23 5:4 64:19
115:23 136:15,19
136:23,25 137:7
185:8 186:8,14,17
187:13,23 202:12
203:20,25 204:3
208:16 209:17,19
210:3,22 211:19,19
213:12,25 214:7,11
216:17 217:5,14
219:2,15 220:3,8,10
220:17 221:6
222:14 223:15
225:13 246:8,9
**methamphetamine-...**
224:6
**methamphetamines...**
4:21 46:22 215:13
216:2
**method (1)**
74:8
**mic (1)**
215:8
**Michael (1)**
20:15
**mid-career (1)**
39:4
**mid-gestation (4)**
5:10 236:14 238:8

239:8
**middle (1)**
175:7
**midway (1)**
200:15
**Milwaukee (4)**
3:20,21 37:21 119:18
**mind (2)**
90:10 158:10
**mine (2)**
25:8 205:16
**Minnesota (3)**
136:21 137:3 139:16
**minor (3)**
93:23 245:10 246:2
**minors (1)**
158:19
**minute (10)**
30:24 31:23,25 59:17
103:15 127:11
162:8 174:11
192:20 248:4
**minutes (5)**
28:7 90:14 92:3
177:18 226:12
**misdemeanor (1)**
161:18
**Mishka (1)**
16:14
**misinterpret (1)**
187:5
**missed (4)**
212:15,19,19 213:4
**missing (4)**
14:23 142:16 144:6,9
**mission (4)**
65:15,19 150:6,11
**missions (2)**
153:15 154:6
**mistaken (1)**
186:23
**misunderstand (1)**
186:19
**mitigate (2)**
244:4,7
**mix (1)**
13:10
**mixed (1)**
212:9
**models (4)**
235:5,7,14,17
**moderate (3)**
192:10,15 195:19
**mom (3)**
54:6 189:20 207:7
**monies (1)**

147:3
**month (2)**
90:2,5
**months (3)**
64:21 90:24 189:21
**mood (1)**
213:9
**moon (1)**
90:23
**morning (3)**
6:2 7:20,21
**mornings (1)**
187:17
**mother (13)**
12:9 54:11 68:10
98:17 100:23 104:6
191:22 202:6
205:19,20,22
207:22,24
**mother's (1)**
99:4
**mothers (1)**
120:17
**motor (10)**
209:20 210:5 211:5
212:6,25 219:17
220:4,9,18 221:7
**move (11)**
147:13 156:22 167:6
168:13 176:5
197:10 202:3 213:5
218:16 221:14
226:5
**moved (8)**
82:6,9,11,13 128:22
128:25 129:14,17
**moving (3)**
19:5 119:5 166:24
**multidisciplinary (2...**
61:11 74:4 77:11 79:6
80:14 81:20 83:10
100:3 102:4,10,14
132:17,20 133:14
147:17,22 148:7
151:3 152:25 168:7
**multifaceted (2)**
71:9 150:25
**multifactorial (2)**
198:11,15
**multiple (10)**
12:21 52:22,24 56:11
59:5 61:7,8 105:19
180:4 240:23
**Munchausen (1)**
34:16
**mutually (1)**

210:11

N

**N (5)**
3:2 4:2 178:2,2,2
**name (5)**
6:16 7:23 27:12 90:23
253:3
**names (1)**
158:18
**Nancy (1)**
3:7 6:24
**narcotics (2)**
123:17,22
**national (13)**
3:7 39:10 45:24 60:2
61:15 84:18 128:9
128:16 129:25
131:17 132:2
134:15 153:19
**nationally (3)**
83:20,21 84:5
**Native (1)**
131:18
**necessarily (4)**
190:4,21 196:15
217:15
**necessary (1)**
249:15
**need (23)**
9:15 24:8 25:7 41:11
76:21 97:25 111:9
126:2,24 142:12
144:17 146:22
148:12 160:12
166:4 167:23
177:12,21 179:10
191:2 226:10
228:17,25
**needed (5)**
72:21 125:19 126:18
166:18 172:7
**needing (1)**
147:3
**needs (1)**
128:23
**negative (4)**
195:21 197:7 244:4,7
**neglect (9)**
34:17 56:4 131:2,12
146:14 148:8
164:14 181:11
201:17
**neighbor (1)**
54:12
**neither (2)**

80:12 175:12
**neonatal (10)**
53:7 54:2 117:21,22
118:10 126:13,14
180:20,21 233:19
**neonate (1)**
180:12
**neonatologist (1)**
118:8
**Network (2)**
83:8 149:6
**neurobehavior (5)**
209:20 210:5 211:4
212:6,25
**neurobehavioral (1)**
235:3
**neurochemical/mol...**
239:12
**neurocognitive (2)**
221:22 223:8
**neurodevelopment...**
4:24 5:5 219:2 222:15
**never (10)**
12:8 29:2 63:4 78:19
94:18 157:19
158:10 159:7
171:24 173:17
**new (8)**
3:3,5,5,8,8 34:16
122:23,24
**newborn (5)**
53:7 117:17 125:18
178:14 217:4
**newborns (4)**
54:2 197:16,22 198:5
**newest (1)**
34:7
**nicotine (1)**
183:4
**night (1)**
90:5
**nine (1)**
94:12
**nineteen-ninety (1)**
242:5
**nominated (1)**
132:18
**Non-accidental (1)**
139:24
**nonexposed (1)**
223:13
**nonfatal (2)**
131:12 146:4
**nonservice (1)**
89:15
**nope (1)**

170:14
**normal (2)**
206:3,4
**North (1)**
3:20
**Notary (2)**
252:5 253:25
**note (15)**
115:16 143:10,17
144:7 158:24,25
184:17 207:20
215:16 223:18
224:19,20 225:20
239:21 240:16
**noted (5)**
185:5 197:7 202:9
206:11 239:4
**notes (2)**
28:14 140:13
**notice (2)**
2:13 133:7
**noticed (1)**
206:3
**number (14)**
38:8,13 51:24 56:14
90:21 123:16
155:24 157:23
161:9 166:2,17
224:7,7 242:24
**numbers (4)**
91:11 161:12 162:14
167:17
**nursery (1)**
125:18
**nursing (4)**
60:11 206:2,10
207:18
**nutrition (2)**
199:6 239:23
**nuts (2)**
70:25 228:14

_____

**O**

**O (1)**
178:2,2,2 252:4,4
**oath (1)**
8:4
**OB (4)**
13:20 97:18 119:16
119:17
**OB/GYN (5)**
55:7,13 101:16,20
102:11
**OB/GYNs (6)**
68:8 101:6,11 102:2
102:13 119:22

**object (9)**
18:15 23:14 43:7 44:5
47:14 53:16 77:14
81:12 100:18
**objection (10)**
36:13 51:4 81:3 93:18
154:18 162:22
174:24 190:6
217:20 245:15
**objective (3)**
25:18 123:5,6
**obstetrical (1)**
198:12
**Obstetrics (1)**
195:8
**occasionally (5)**
85:25 86:4 87:2,10
146:16
**occurred (2)**
18:12 164:14
**occurs (1)**
233:10
**October (8)**
1:10 2:7 6:14 137:11
138:15 139:17
252:12 253:4
**off-the-cuff (1)**
167:21
**offer (1)**
11:18
**offered (1)**
66:21
**office (9)**
64:5 79:14,20,23,23
83:22 139:10
170:17 228:6
**official (1)**
41:7
**officially (2)**
39:20 177:13
**officials (2)**
227:12,14
**offspring (3)**
5:13 235:3 241:17
**oh (12)**
16:25 24:25 41:22
85:5 116:23 143:5
161:21 164:21
172:12 206:21
221:18 246:11
**Ohio (3)**
173:20,24,25
**okay (626)**
7:20 8:6,10,18,22 9:9
9:14,22 10:8,19
11:5,13,22 12:13,19

12:23 13:13,21 14:5
14:13,16,21 15:3,14
15:21 16:5,9,15,18
16:23 17:12,16,20
17:22,23 18:5,11,22
18:25 19:4,5,10,23
20:22,25 21:5,8,10
21:22,24 22:14,21
22:25 23:10,23 24:3
24:23 25:10,13,20
25:25 26:5,17,24
27:3,8,13,18 28:3,9
28:13,13,17,20 29:3
29:10,17,20,22 30:7
30:11,11 31:4,10,20
31:23 32:11,15
33:12 34:6,12,22
35:13,24 36:23
37:10,15,22 38:7,12
38:24 39:6,11,17,19
39:22,25 40:20
41:10,10,19,24 42:8
42:19,23 43:3,22,25
44:11,17 45:5,10,20
45:23 46:9,15,17
47:8,19 48:2,8,16
50:22 52:6,21 53:2
54:23,25 55:6,9,15
55:16 56:21 57:2,6
57:14,18 58:12,14
59:2,16 60:7 61:19
62:6,22 63:3,22
64:6,14 65:9,22
66:12,23 67:3,7,20
68:17 69:2,18 70:8
71:8,14,17 72:4,13
72:19,22 73:5,13,15
73:20 74:16 75:9,16
76:3,6,19,24 77:7
78:11,16,24 79:5,22
80:12,14,18,21 81:8
82:2,12,15,25 83:6
83:12,16 84:6,11,23
85:2,13,15,17,21
86:8,10,25 87:7,24
88:3,10,24 89:2,7
89:13,17,20,24 90:3
90:8,18 91:12,17,21
91:24 92:24 93:2,2
93:5,8,13 94:3,13
94:19 95:14,21
96:18 97:3,6,9,12
97:12,17 98:21,24
99:9,18 100:5,14,24
101:4,15,20,23
102:12,18,21 103:9

103:10,13,14,18,20
103:23 105:13
106:15,22 107:17
107:24 108:6,9,22
109:4,13 110:6,13
110:20 111:10
112:9,14,16,22,23
113:8 114:3,9,14
115:10,15,16 116:6
116:9,12,15,19,20
117:5,16 118:3,14
118:20 119:4,11,19
120:2,9,14 121:3,6
121:9,21 122:3,13
123:7,9,18,25 124:5
124:12,14,16 125:1
125:10 126:3,20
127:2,8,9,17,18,23
128:13,19 129:11
129:15,21 130:7
131:20 132:3,12,25
133:5,7,22 134:3,5
134:9,19 135:2,16
135:18 136:10,17
140:10,16 141:8,15
143:13,17,25
144:11,14 145:18
146:7,9,18 147:5,8
147:19,24 149:4,11
150:6,21 151:8
152:7,14,23 153:2
153:17,22 154:2,8
154:11,14,23 155:3
155:6,6,15,21 156:4
156:14,22,24
157:20,25 158:8,11
158:22 159:13,24
160:14,21 161:2,10
161:16 162:7,10,13
162:17 163:13,18
164:5,11 165:12,14
165:23,25 166:6,14
167:8,13 168:14,19
169:10 170:8,15,19
170:25 171:4,7,10
171:25 172:8,14,21
173:8 174:4,10,18
175:6 176:5,13,16
176:22,25 177:14
177:16 178:17,24
179:17 181:13,19
182:3,17,22 183:5
183:10,23 184:13
184:17,21 185:5,14
186:4,18,22 187:3,6
188:9,18 189:17

190:13,24 191:4,10
192:7 193:16 194:2
194:6,7,19 195:3,12
195:16,25 196:10
197:10 198:20
199:6,9,13,16 200:8
200:14 202:3,17
203:3,6,13 204:6,10
205:6,9,12,15,18,23
206:14,21,24 207:8
207:11,15,20,20
208:12,16,20 209:4
209:7,14,14 210:16
210:20 211:7,22
212:3,22 213:5,6,21
214:4,15 215:2,6,18
216:4,14 217:2,12
218:14 219:4,7,11
219:14,23 220:7,13
221:3,9,11,14,19
223:17,23 224:2,20
225:5,10 226:5,16
227:8,21,25 228:7,9
228:9 229:6,22
230:3,6,10,13 231:4
232:8,15,17 233:4,9
234:2,6,11,14,20
235:18,24 236:19
237:7,9,21 238:13
238:19,25 239:2,20
240:4,21,25 241:6
241:21,21 242:5,12
242:18,23 243:3,18
243:23 245:6 246:6
247:16,21 249:20
250:21
**older (1)**
205:16
**once (4)**
40:5 41:25 64:25
105:15
**ones (30)**
22:5,6 53:25 68:5
74:12 75:19,20
87:18 96:2,16
100:11 114:6 129:2
136:6 144:10
145:13 146:5 147:7
149:10 151:20
158:16 164:10,10
166:9,23 169:13
171:12 181:23
209:6 250:19
**ongoing (1)**
121:12
**online (1)**

65:16
**Oops (1)**
140:20
**opiate (4)**
138:18 179:6 180:18
232:22
**opiates (6)**
62:16 115:23 179:21
180:6 181:15,24
**opine (1)**
188:8
**opinion (49)**
11:15,16,18,23 12:9
12:14 16:25 17:24
17:25 18:6,9,12
67:3,23 68:17,23
108:24 123:5
164:13 166:3 175:7
178:12,17,21
179:24 180:2
181:13 182:18,22
183:6 187:8 188:4
190:5,13,20 207:24
221:5 225:5,24
229:6,10,13,23
230:4 238:13
243:18 246:6
248:18
**opinions (3)**
25:23,23 173:21
**opioid (2)**
227:7 231:24 233:11
233:17
**opioids (1)**
46:22
**order (6)**
36:7 106:5 123:5
156:20 206:9
249:16
**ordering (1)**
97:20
**organization (1)**
143:9
**organizations (8)**
51:14,22,25 52:10
86:12 131:21
154:24 188:23
**origin (1)**
121:8
**original (7)**
124:3,20 126:9 128:2
128:9 157:5 232:5
**originally (1)**
36:18
**other's (1)**
19:19

**outcome (2)**
220:11 252:10
**outcomes (19)**
4:21,24 98:10 195:21
197:7 198:21 199:7
199:11 212:24
215:14 216:2 219:3
236:23 237:4,15,19
240:15 246:18
247:19
**outpatient (1)**
120:17
**outside (10)**
29:24 30:3 75:25 83:7
87:16,20 91:2,19
92:25 96:20
**outstanding (2)**
132:13,19
**overall (3)**
91:11 117:15 238:5
**overdose (2)**
146:3,4
**overdosed (2)**
72:24 146:3
**overlap (2)**
88:25 89:11
**overnight (1)**
227:11
**oversee (2)**
56:6 59:9
**oversight (1)**
68:9
**oxygenation (3)**
180:15 198:7,13

---

**P**

**P (2)**
3:2,2
**p.m (13)**
177:23,24,25 178:4
226:22,24,24 227:3
248:6,8,8 251:3,4
**packet (1)**
14:6
**packets (1)**
128:21
**PAE (1)**
194:22
**page (50)**
4:4 103:10 113:2
115:12 123:9,10
124:6,11,11,13
126:9 127:10
129:23 132:5
133:23 135:7
136:13,14 141:9

142:8,10 156:3
174:5 194:6 199:17
200:10 209:15
216:5,12 219:8,9,12
219:24,25 223:21
225:10,20 231:20
231:21 232:9,11,17
232:21 233:16
234:13 238:2,25
240:10 243:4,24
**pages (4)**
127:12 128:3 133:24
226:6
**Painfully (1)**
31:24
**pair (2)**
48:14
**palsy (2)**
198:8,16
**panic (1)**
39:2
**paper (1)**
232:4
**paragraph (39)**
15:22 94:22 103:11
103:11,15,21,24
112:25 115:12,13
115:14 142:3
158:25 174:8,12
194:9 199:18,21
200:16 209:15,16
216:8,13,24 219:8
219:11,12,13
221:15 224:3 227:6
228:10 231:21
238:5 239:3 240:12
243:5,6,24
**parent (2)**
113:10 181:7
**parental (1)**
176:19
**parents (2)**
72:24 201:9
**part (40)**
19:24 35:5,22 37:2
44:18 46:3,4,13
47:4 49:25 53:22
57:22,23,24 58:3,7
58:10 59:7 63:25
69:13 85:10 96:15
101:11 112:21
115:19 116:16
117:18 119:16
121:19 130:20
143:7 145:5 146:8
151:20 152:5

156:15,17 194:20
248:25 249:4
**partially (1)**
195:6
**participant's (1)**
225:6
**participants (2)**
224:22,25
**participate (2)**
19:18 78:23
**participated (3)**
24:12 61:3 202:25
**participation (1)**
10:6
**particular (6)**
52:10 67:4,22 159:13
243:21 244:24
**parties (1)**
252:9
**partner (4)**
27:25 28:12 83:24,25
**Partnership (1)**
137:24
**partnerships (1)**
86:18
**passed (4)**
64:20 105:24 111:22
189:20
**paternal (2)**
234:22 235:11
**Paterno (1)**
156:10
**patient (23)**
52:5 77:25 82:4 87:13
87:18,22 88:18
93:23 95:16 97:7,8
97:20 100:25 101:2
102:2,3 203:3,5
206:17,20,20 209:3
248:24
**patients (33)**
50:7 71:19 72:3 75:6
75:10 81:17 85:19
85:22 86:9,13,24
87:11 89:4,8,12,21
90:19,25 91:4,8,16
91:22 92:17,19 94:4
97:4 125:13 186:20
200:20 201:2 207:3
207:5,9
**Paul (1)**
137:5
**pay (1)**
172:25
**peak (1)**
90:24

**pedia (1)**
88:21
**pediatric (6)**
88:17 117:24 124:21
125:10 127:5
193:24
**pediatrician (25)**
33:20,21,22 34:4,5,23
36:8 41:12 43:4
44:24 46:16 47:6
48:23 88:5,6 112:17
113:4 168:24
200:12,18,22
201:10 207:2,7
249:22
**pediatricians (7)**
35:3 37:18 38:3
112:20 200:16,25
201:14
**pediatrics (61)**
32:18,23 33:8 34:7,8
35:20,23 37:2,25
38:23 39:24 40:5,8
40:11,17,18,23,24
40:25 41:18 42:13
42:17,21,22,25
44:14,19 48:6 50:2
55:20 57:8,10,11
59:7 65:14 69:20,20
70:7,20,23 71:2
73:8,16 88:8,12,14
88:15,21,23 92:23
96:15 115:17
121:12,23 130:12
131:3,7 188:22
193:25 197:12
250:5
**peeds (1)**
42:15
**Penn (5)**
155:11,19,22 156:9
156:16
**Pennsylvania (1)**
139:20
**people (23)**
20:11 24:15,18,19
37:4 38:19 49:14
66:19 76:11 85:9
96:7 101:18 104:18
130:4 167:5 169:16
179:19,21 180:5
189:25 203:15,15
242:21
**percent (6)**
38:17,21 88:13 92:22
170:21 237:24

**percentage (6)**
88:11 90:24 122:3,11
147:8 169:10
**percentages (1)**
122:7
**Perfect (1)**
177:19
**perform (1)**
150:20
**performance (1)**
42:4
**performed (1)**
202:11
**period (3)**
71:13 188:25 202:8
**Perkins (3)**
3:11 6:12 7:2
**person (15)**
20:2 76:15 79:11,13
79:15 93:11 97:18
102:8 109:23,24
125:14 167:23
184:3 186:22 187:4
**person's (1)**
186:24
**personal (2)**
78:10 114:17
**personal-social (1)**
221:22 223:7 226:2
**personally (4)**
74:13 98:21 131:25
206:17
**perspective (1)**
25:7
**pertain (1)**
180:2
**pertains (1)**
12:11
**petition (2)**
74:9 75:25
**Pg (3)**
4:8 5:3 253:7
**pharmaceutical (1)**
180:19
**pharmaceuticals (3)**
179:20 180:7 181:24
**phone (2)**
10:12 228:13
**phrase (1)**
76:9
**physical (8)**
34:14 50:12,16 91:3
109:8 110:8 137:12
181:11
**physician (11)**
43:19 47:22 60:10

71:23 80:16,18 89:9
89:19 123:21
201:15 250:5
**physician-patient (1)**
77:19
**physicians (15)**
38:14 39:3,14 72:16
89:16 106:15,18
119:23 120:19
130:18,20 136:4
185:21 186:12
201:15
**pick (1)**
188:3
**picture (1)**
220:23
**piece (3)**
59:13 179:6 210:20
**pieces (10)**
98:19 109:20 110:18
115:5,9 159:17,17
202:19 209:5
247:10
**pill (1)**
179:22
**placing (1)**
191:22
**plaintiff (13)**
1:5 3:9 6:24 7:2 11:17
11:23,25 12:3,4,22
13:4 23:19,19
**plaintiff's (2)**
26:3 250:17
**Planning (1)**
137:21
**plans (1)**
110:22
**plaque (2)**
133:4,21
**play (1)**
117:12
**please (46)**
6:21 7:12,22 9:16
15:21 24:25,25
31:23,25 36:16
67:11,12,13 68:25
94:20 103:3,7,10,23
107:4,22 108:13
112:23 123:9,25
124:14 127:10
129:16 132:4
133:22,23 134:19
135:19 136:12
140:9 152:18
164:24 174:4
192:12 193:9 194:6

219:24 222:25
232:8 234:12 237:9
**plural (1)**
240:16
**point (21)**
47:22 76:16 88:9
92:23 104:22 105:4
106:2 125:9,15,25
130:3 137:15
157:21 180:11
184:2 187:19
189:22 197:4
208:11 229:21
246:21
**pointing (1)**
143:25
**poisoning (4)**
104:20,21 105:6
189:23
**Police (1)**
132:14
**policies (8)**
152:15,17,19,20,22
154:24 155:2,4
**policy (1)**
131:5
**poly (2)**
98:7 191:8
**poor (1)**
199:6
**pop (1)**
179:22
**population (2)**
51:17 88:19
**population-based (1)**
243:19
**populations (2)**
213:25 243:16
**pornography (2)**
29:14 160:7
**Porte (1)**
20:15
**posed (2)**
189:13 190:11
**position (2)**
69:9 125:22
**positive (2)**
185:8 187:22
**possible (8)**
74:7 112:19 186:22
187:3,4 200:21
224:23 248:19
**post (1)**
214:13
**postnatal (1)**
151:13

**pot (1)**
64:17
**potential (9)**
34:11 76:22 85:14
95:22 97:23 129:6
180:14 181:11
226:4
**potentially (7)**
35:11 96:17 101:6
109:15 120:11
150:13 223:16
**power (5)**
224:8,13,14 239:15
239:17
**practice (11)**
40:2 56:11 87:13 88:4
88:8,11 93:3 113:4
154:20 179:19
185:17
**practices (3)**
42:4 154:9,16
**practicing (1)**
39:14
**predict (1)**
91:5
**predisposing (1)**
181:9
**preeclampsia (1)**
232:19
**prefer (1)**
52:10
**preg (1)**
204:25
**pregnancies (1)**
216:22
**pregnancy (55)**
4:21 5:4 55:3,5,8
104:8,11 105:14,24
105:25 113:11
134:21,22,24,25
135:4,8,9,12,12,13
135:14 182:4,6
185:3 186:15
187:20 188:13,15
188:19,25 189:8,11
192:11,16 193:8
195:5 196:15
197:13 198:2 199:2
199:7 202:6 204:7
214:2,12,18 215:14
216:2,19 217:14
222:15 225:13
232:22 239:8
**pregnant (40)**
3:7 55:12 64:17,19,22
65:3 93:3,7,12,22

94:3,6,9,11 96:8,23
97:3 98:22 100:16
102:22 111:12
138:23 184:22
186:7,14,16 187:14
188:11 189:21
207:4,6,17 208:12
227:13 228:15,23
229:14,19 230:20
249:15
**premature (5)**
204:14,15 231:23
232:19 233:10
**prematurely (7)**
207:23,25 208:13,15
208:15,18,23
**prematurity (1)**
180:13
**premise (1)**
237:20
**prenatal (92)**
4:17,22 5:11 20:5,13
44:2,21,22 45:12
46:10,11,21,23
66:13,15,16 67:4,6
67:23,25 68:7,9,14
68:18,19,20,23 69:2
69:4,5,6,13,15
93:10,12 103:12
115:21 116:3,7
121:25 130:9
131:22 132:22
133:16 135:10,21
137:22 141:16
142:13 144:5,18,24
145:20,24 146:5
151:12 152:15
154:25 155:17
178:13,18 179:3,24
181:14 182:19
194:22 209:16,18
210:3,21 211:18
214:7 218:25
219:15 220:2,17
221:5 227:7 233:17
236:22 237:2,14,18
240:6,12,14 241:15
242:14 243:20
244:4,8 247:18
**prenatally (1)**
213:12
**preparation (9)**
19:6 22:8 23:3 26:21
27:10 28:5,15
121:19 122:4
**prepare (2)**

25:15 31:21
**prepared (1)**
16:12
**preparing (10)**
16:11,20 19:7,13
20:21,23 21:11,20
21:23 212:22
**preschool (1)**
244:3
**prescribe (2)**
123:17,22
**prescribed (1)**
181:15
**prescription (13)**
178:18 179:3,8,11,13
179:18,24 180:2,6
181:14,20,22
182:15
**present (19)**
3:24 19:15,20 49:22
50:3,4 79:6,9,10,11
80:19 102:11
117:19 129:6
208:22 213:10
225:22 230:14
239:21
**presentations (10)**
62:23 133:25 134:8
134:13,20 135:3,4,7
135:20 140:14
**presented (8)**
56:20 60:2 99:8 175:9
183:19 190:23
218:15 250:7
**presenting (2)**
49:18 54:2
**preterm (7)**
180:9,10 202:7
203:21 208:10
230:8,11
**pretty (1)**
28:10
**prevalence (1)**
200:3
**prevalent (1)**
48:5
**prevent (2)**
172:7 228:18
**preventable (3)**
197:14,20 198:3
**Prevention (1)**
148:19
**previous (1)**
192:20
**previously (4)**
111:20,21 178:7

209:18
**primarily (4)**
85:24 97:2 149:7
150:23
**primary (2)**
249:2,7
**print (1)**
242:11
**prior (3)**
39:15 176:10 208:7
**privileges (2)**
85:24 86:3
**probability (1)**
232:19
**probably (13)**
65:18 78:14 91:15
113:15,16 130:15
157:22 165:7
166:24 168:11
171:9 227:19
247:20
**problem (6)**
85:7,16 111:24 144:3
202:22 205:9
**problems (11)**
4:19 120:18 182:12
182:13 210:23
211:20 212:13
213:15 214:19
221:21 223:6
**proceed (1)**
76:21
**proceeded (2)**
79:3 163:24
**proceeding (1)**
165:8
**proceedings (3)**
82:6 92:10,11
**process (4)**
39:25 40:4 97:12
239:6
**produced (1)**
27:4
**producers (1)**
188:23
**production (1)**
22:12
**professional (15)**
2:15 32:16 34:2 52:16
55:11 56:14,21
127:11 128:2,11,17
129:9,24 130:2,8
**professionals (1)**
62:3
**professor (16)**
32:18,22,25 33:2,3,4

55:20,25 56:16,23
56:25 57:8,12,25
58:4 128:23
**professorship (1)**
58:11
**profound (2)**
53:11 54:3
**profoundly (1)**
87:5
**program (30)**
33:13 56:7 59:10
66:10 67:9,21 68:3
68:6 69:25 70:11,21
71:4,10 72:6 74:17
75:2,14 82:17 87:16
91:15 92:22 93:9
94:8 126:14,15
139:11 142:11
144:16 149:24
170:24
**Program's (1)**
140:2
**programming (1)**
59:6
**programs (2)**
39:5 70:5
**progress (1)**
230:20
**progressed (1)**
229:20
**Project (1)**
148:8
**promoted (1)**
33:4
**promotion (5)**
33:2 125:7 128:21,23
129:13
**promulgate (2)**
152:14,17
**prongs (1)**
56:12
**proposition (7)**
217:3,13 231:22
234:4 236:20
237:13 241:23
**prosecution (4)**
139:12 169:12,15
170:23
**prosecutor (2)**
79:10 172:4
**prosecutor's (1)**
79:14
**prosecutors (4)**
61:13 84:14,15 85:8
**protect (1)**
150:12

**protected (1)**
160:12
**protection (30)**
24:8 33:13 56:7 59:10
66:10 67:9,21 69:25
70:11,21 71:4,10
72:5 74:17 75:2,14
75:22 82:17 85:10
91:15 94:8 121:5
146:15 147:16,20
149:8 151:3 177:12
203:18,23
**protective (6)**
61:12 64:10 79:8
95:18 166:4 203:19
**prove (1)**
25:5
**provide (10)**
25:3 56:4 71:18 72:3
78:20 114:23
117:17 150:15
163:7 178:12
**provided (6)**
14:23 17:11 52:15
101:2 115:4 239:8
**provider (1)**
69:17
**providers (4)**
100:12 186:3,19
207:19
**provides (1)**
238:6
**providing (2)**
80:17 93:10
**proxy (1)**
34:16
**psych (1)**
184:4
**psychiatric (3)**
13:16 183:22 184:12
**psychological (2)**
34:20 66:21
**Public (11)**
32:20 55:21 71:3,5,12
80:24 86:14,16,19
252:5 253:25
**published (6)**
175:15 195:7 215:14
235:22 242:3,16
**pull (1)**
222:4
**pulled (3)**
22:9 27:7 245:4
**purist (1)**
185:23
**pursuant (1)**

2:13
**put (19)**
36:13 66:19,25
   128:22 136:2 153:8
   153:23 154:5
   156:17 157:4 158:2
   158:14 163:10
   179:9 188:24
   189:14 198:22
   212:20 237:22
**puts (2)**
38:18 104:4

**Q**

**qualification (1)**
48:17
**qualifications (1)**
40:21
**qualified (5)**
35:21 40:17 43:24
  48:3 68:12
**qualify (1)**
42:6
**quantify (1)**
225:12
**quantitative (3)**
185:18,24 202:10
**quantitatively (1)**
187:24
**quantities (1)**
110:17
**quantity (2)**
98:14 99:19
**question (63)**
8:19,23 9:2,6,17 10:9
  17:2 18:16 23:15
  36:14,17 42:10 43:8
  49:25 53:17 56:18
  56:24 57:5 67:11,12
  67:19 68:25 73:24
  74:23 76:10 77:9,22
  81:6,23 82:2 90:20
  97:15 100:19 103:5
  104:12 107:22
  111:19 122:6,8
  140:9 155:6 158:10
  164:25 176:10
  179:15 189:2,13
  190:10 191:25
  192:12 197:2,9,23
  211:10 212:4 217:7
  217:16 218:2 223:2
  227:22 237:6,10
  245:12
**questioning (1)**
90:13

**questionnaires (8)**
49:13 51:13,21,23
  52:2,9,23,24
**questions (15)**
8:11,16 24:7 52:7,15
  52:17 63:2,6,16
  64:23 201:5 247:23
  247:25 248:2,14
**quick (2)**
90:11 222:4
**quickly (4)**
16:24 90:13 230:21
  240:11
**quite (2)**
17:21 103:2
**quote (7)**
65:17 76:7 97:7 101:7
  109:6,8,15

**R**

**R (3)**
3:2 178:2 252:2
**range (1)**
34:13
**rank (1)**
57:13
**rare (3)**
74:11 167:4 169:14
**Ray (1)**
130:17
**re-sit (1)**
42:16
**reach (1)**
168:25
**reactivity (1)**
213:10
**read (30)**
24:3,4 25:4,17 36:20
  36:21 65:17 67:13
  67:16 108:2 165:2
  174:15 175:19
  192:22,24 195:10
  195:23 196:5,7,18
  196:25 215:16
  216:23 217:8,18
  218:3 221:4 245:13
  245:19 253:7
**reading (3)**
15:24 197:3 236:20
**reads (12)**
104:2 199:23 200:16
  216:8 220:2 232:18
  234:21 238:5 239:4
  243:7,25 253:7
**ready (1)**
125:7

**reality (1)**
88:22
**realize (2)**
9:9 203:15
**really (36)**
19:12 23:9 24:16 29:8
  58:15 70:17,22
  71:23 74:13,14
  75:20 78:14 79:15
  86:17 98:11 100:2
  104:19,23 105:4
  122:22 125:8
  146:23 147:6
  150:11 152:10
  159:7 160:17 163:6
  164:3 166:24,25
  177:6 189:15
  191:16 197:2
  246:23
**realm (4)**
58:21 70:18 88:14
  250:4
**reason (6)**
74:2 127:3 193:3
  208:17 229:11
  253:7
**rebuttal (10)**
25:23 26:2,8,12,14,19
  195:13 196:3,5
  250:17
**recall (39)**
10:13,18 14:22 15:5,8
  17:13,14,18 18:3
  20:20 21:7 39:9
  102:5,10 107:16
  122:10 131:17
  156:8 160:7 164:2,4
  164:6,9,16 165:4
  166:8 172:10
  176:20 177:4
  184:10 195:25
  204:9,12,13,16,20
  205:4,8,17
**receive (11)**
37:3 40:11 116:2
  117:6 118:20
  119:13 132:16,19
  133:2,12 167:14
**received (7)**
14:11 115:20 118:5
  122:16 132:12
  133:4,8
**receiving (4)**
14:6 69:15 133:19
  167:9
**recertification (2)**

42:21 43:2
**recertify (1)**
126:19
**recess (5)**
92:7 140:24 177:25
  226:23 248:7
**recognition (3)**
60:24 62:15 139:24
**recognize (14)**
15:16 31:17 66:5
  119:24 120:3 162:4
  173:16 193:19
  211:17 218:22
  222:11 231:10
  236:10 241:12
**recognized (1)**
39:21
**recollection (2)**
184:9 225:15
**recommend (2)**
188:10 189:8
**recommendation (1)**
99:7
**recommendations (5)**
20:11 47:25 48:12
  68:14 189:7
**recommended (4)**
19:25 20:15,19 199:2
**record (38)**
7:23 14:23 32:12
  36:21 67:16 92:6,14
  108:2 140:23 141:4
  143:10,18 155:21
  165:2 176:6 177:22
  178:4 184:2 186:9
  186:11 192:24
  207:18 209:2,5
  217:8,18 218:3
  226:22 227:3 236:4
  245:13,19 248:5,10
  251:2 252:8
**recordings (1)**
140:12
**records (39)**
10:11 12:17,18,20,21
  12:25 13:2,3,12,14
  14:8,10,19,20,25
  15:4,6,7 16:6,8 17:2
  17:4,9,12,17 21:12
  21:13,14,15 28:23
  53:22 98:24 99:4,10
  99:14 101:2 114:24
  183:18 208:21
**recounting (1)**
32:8
**recruited (1)**

39:4
**refer (4)**
49:20 51:18 52:8
  169:24
**reference (3)**
212:15,19 213:4
**referral (1)**
96:22
**referrals (4)**
64:10 94:8 120:25
  121:3
**referred (5)**
50:19 120:23 193:6,8
  249:11
**referring (5)**
24:19 67:10 102:3
  165:25 179:8
**refers (2)**
73:17 162:20
**reflect (4)**
144:10 176:6 228:10
  246:24
**reflected (2)**
143:22 164:3
**reflective (1)**
57:20
**reflects (1)**
57:13
**refresh (5)**
16:5,9 162:7,10 184:8
**regard (2)**
107:8 154:16
**regarding (10)**
12:15 24:7 103:15
  150:2 153:19
  154:12 156:12
  162:20 227:15
  239:23
**regards (16)**
11:18 12:2,4,9,22
  13:4 15:20 20:5,6
  57:19 63:7,9 68:14
  96:23 156:9 214:24
**regional (13)**
60:4,20,21 61:10
  128:10,25 134:17
  134:17 136:14
  137:9 138:25
  141:24 143:4
**regionally (1)**
83:20
**Registered (1)**
2:15
**regular (2)**
63:25 64:2
**relate (1)**

135:21
**related (27)**
69:6 72:14,18 86:12
116:6 130:9 132:2
133:15 134:21
135:7,9,10,12,12
144:5 145:13
152:15 155:16
191:24 199:25
209:19,25 210:10
210:14,16,19 252:9
**relationship (13)**
70:4 80:25 81:9,15,18
81:19 83:15 85:15
201:9,13,20,24
214:11
**relationships (5)**
84:10,13,22 200:17
200:19
**relevant (2)**
125:12 172:5
**reliability (1)**
225:7
**reliable (2)**
174:21 175:17
**relied (1)**
225:15
**remainder (1)**
90:6
**remaining (1)**
89:10
**remember (16)**
14:6,17 17:15 80:3
122:6 149:2 165:16
165:20 177:5,7
183:16 205:11,14
209:12,12 241:5
**remind (1)**
44:8
**remove (1)**
210:8
**removed (1)**
220:22
**Rendering (1)**
193:23
**renew (1)**
126:5
**repeat (18)**
8:19 36:17 67:11,12
74:22,22 107:22
164:24 192:12
197:23 211:10
212:3 217:6,16
223:2 237:9 245:12
245:17
**repeatedly (1)**

64:18
**repeating (1)**
44:8
**rephrase (2)**
9:2 128:7
**replicated (1)**
241:4
**report (91)**
4:8,15 15:19 16:11,13
16:21 19:6,8,13
20:23 21:3,6,12,20
21:23 22:2,5,8,10
22:13,23 26:8,12,14
30:14,18 31:6 63:18
64:13 65:6 94:21
104:13 107:12
108:10 111:7,8
112:11,25 114:7,12
114:16 115:12
124:2 142:4 156:11
157:2,6 158:24
178:22 179:2 183:6
183:11 184:9 185:6
186:6 187:16
188:10 189:19
193:22 194:4
195:13 196:3,6
197:11 198:23
201:17,23 202:4
207:21 209:15
210:17 211:24
212:23 213:7
215:12 219:5,7
221:4,16 223:4
225:14 227:6
231:17,20 233:15
236:16,21 239:9
240:12 241:19
244:11
**reported (15)**
1:24 38:16 109:22,23
183:14 187:12,16
187:19 213:9,14
220:16 227:12
241:24 243:7
244:13
**reporter (15)**
2:15,15 6:18 7:11
8:11 36:21 67:16
108:2 165:2 192:24
217:8,18 218:3
245:13,19
**reporters (2)**
201:14,16
**reporting (12)**
6:17,20 48:24 98:14

98:15 155:9 156:4
156:12,18 173:21
202:2 243:15
**reports (10)**
20:21 26:2,2,18,19,23
96:17 115:7 197:12
250:17
**representation (1)**
163:3
**representative (8)**
82:24 83:5 147:22
148:6,10,13,20
149:19
**representatives (1)**
148:3
**represented (1)**
22:4
**request (1)**
72:20
**requested (15)**
10:5 19:17 24:21
36:22 63:11 67:17
108:3 165:3 192:25
206:8 217:9,19
218:4 245:14,20
**requesting (1)**
227:14
**requests (1)**
167:11
**require (1)**
180:24
**required (4)**
30:3 41:20 201:16
239:11
**requirement (4)**
41:8 155:9 156:5,20
**requirements (2)**
41:17 156:19
**requires (1)**
40:6
**research (15)**
45:22 58:6,7,17,18,20
58:21,25 61:16
70:15,17 73:14
133:24 224:22
242:14
**researchers (1)**
224:20
**reshuffled (1)**
142:17
**residency (8)**
40:8,9,22 116:25
117:5,13,18 119:2
**resident (1)**
118:15
**residents (6)**

60:10,16 117:24
118:9,12 136:4
**resources (1)**
147:2
**respect (1)**
107:19
**respiratory (1)**
54:16
**respond (3)**
9:18 119:25 151:16
**response (5)**
62:15 155:11,18
156:6,16
**responses (1)**
8:12
**responsibilities (6)**
55:25 57:23 59:15,21
70:10 73:6
**responsible (1)**
154:4
**result (4)**
180:10 183:2,3
238:15
**resulted (6)**
236:22,25 237:14,17
237:22 240:14
**results (6)**
209:8,13 213:13
216:6 243:10
250:11
**Resumed (1)**
178:9
**resuscitation (3)**
125:15 126:13,14
**resuscitations (2)**
125:20,21
**retire (1)**
38:18
**retirement (1)**
38:22
**return (3)**
92:2,2 111:10
**returning (2)**
164:11 221:3
**review (34)**
10:6,6 12:16,17 15:3
16:8 17:9 18:18
21:19,21 22:11,14
22:18,19 25:20,22
26:10,16 27:3 28:23
29:14 145:17,23
146:6 148:5,15
208:20 209:2
212:23 232:5 234:7
234:10 236:3
240:21

**reviewed (34)**
12:21,25 13:2,3,4,6
14:20 15:6 16:6,10
16:13,16,20 17:3,21
21:11 22:8,22 25:25
26:6,7,18,21 146:5
195:14 199:3 223:5
232:24 233:4 234:3
240:23 250:13,16
250:20
**reviewing (1)**
14:17
**reviews (2)**
96:21 122:20
**revocation (4)**
29:12 159:8 160:4
171:15
**rid (1)**
129:5
**right (24)**
32:24 33:20 56:13
89:8 124:9 125:21
126:7,21 135:23
139:18 155:24
159:4 164:20,23
182:11 194:17,18
194:20 204:19,21
206:16 219:25
226:17 234:16
**right-hand (8)**
175:6 194:8 200:11
223:25 232:18
234:15 238:3 243:5
**rights (1)**
23:20
**rises (2)**
250:3,8
**risk (35)**
18:23 52:25 63:17,19
63:20 64:12 76:13
76:16 77:3,5 98:20
104:5 109:7,10,11
110:5,7,19 113:9
115:9 136:20 137:2
137:7 166:9 167:6
167:25 180:11,12
180:15,19 181:6
191:23 225:22,25
249:17
**risks (1)**
18:19
**Robbins (5)**
1:24 2:14 6:19 252:5
252:16
**role (20)**
29:25 56:16,22 57:7,9

63:7,8 65:13 73:10
73:11,11,14 74:19
75:7,9 80:15 101:6
149:17 200:12
201:10
**roles (2)**
56:14 59:3
**Rosenbloom (2)**
3:7 6:24
**Ross (3)**
233:22 234:3 235:21
**rotate (1)**
60:14
**rotation (3)**
60:13 119:17,17
**rounds (1)**
60:19
**RPR (2)**
1:24 252:16
**rubbing (1)**
215:8
**Rukin (2)**
3:25 6:16
**rule (2)**
172:24 175:17
**ruled (2)**
171:21 174:19
**Rules (2)**
173:21 174:22
**ruling (1)**
172:17
**run (4)**
121:22 180:14,19
181:6
**runs (1)**
228:8
**rupture (2)**
232:20 233:10
**ruptured (2)**
205:13 231:23
**rush (1)**
229:15
**Ryan (4)**
3:19 7:6,8,9

**S**

**S (8)**
3:2,20 4:7 5:2 178:2,2
178:2 244:18
**safe (4)**
147:25 188:12,16,21
**saline-induced (1)**
239:7
**Salts (2)**
96:5 122:22
**sample (4)**

224:12 239:14,16
243:13
**Sandusky (2)**
156:10,16
**sat (2)**
42:12 131:25
**saw (3)**
208:24 209:6 215:16
**saying (14)**
58:5 79:2,23 105:22
167:2 175:25 192:3
204:2 220:15
228:15 229:13,23
243:12,14
**says (11)**
123:11,24 167:22
173:20 175:3,8,10
194:10,20 216:24
224:5
**scenario (3)**
182:10 190:10,23
**scenarios (1)**
191:14
**schedule (1)**
170:12
**scheduling (1)**
170:18
**Schimel (4)**
1:7 3:17 6:7 253:3
**school (20)**
3:3 32:19 33:10 55:21
56:17 71:2,4,12
80:24 86:14,16,18
86:19,21,22 117:2
119:7,9,15 233:13
**science (2)**
166:17 245:8
**scientific (4)**
192:9,14 196:13,23
**scope (1)**
187:2
**screen (3)**
185:7 187:22 202:10
**screens (2)**
185:22 187:25
**se (3)**
12:9 15:6 43:18
**season (1)**
90:22
**second (11)**
6:13 36:12 90:10
113:2 127:20
194:12 199:20
204:16 216:10
219:9 234:18
**second-to-the-last (1)**

243:6
**secondary (3)**
113:10 248:25 249:5
**section (5)**
124:10 130:25 134:17
209:16 219:13
**see (61)**
10:11 13:17 29:2
30:16 39:6 40:13,20
48:6,9 50:6,13
74:18 75:6 85:19,21
86:2,9,13,24 87:11
87:18 88:14 89:4,8
89:19,20,22 90:19
90:24 91:13,21
92:16,20 93:22
97:22 106:6 107:3
108:14 109:3
120:17 142:15,22
142:23 143:7,15
146:11 162:9
179:19 181:17,23
181:25,25 185:22
200:25 206:10
208:21 211:8
220:25 232:25
239:2 241:21
**seeing (11)**
13:9 14:3 93:17,23
201:3 209:13 210:4
210:13 220:17
223:12 235:14
**seek (2)**
123:19 229:5
**seeking (3)**
184:19 185:2 228:17
**seen (11)**
24:16 53:10 74:18
75:10 102:2 107:6
107:13 114:5 162:5
173:17 235:16
**sees (1)**
91:15
**select (2)**
169:16,23
**selected (1)**
132:19
**self-control (15)**
102:23 103:3,6 106:8
106:24 107:3,5,8,19
108:18 111:13,16
111:25 187:10
188:6
**self-reports (1)**
98:18
**Seminar (1)**

137:4
**sense (3)**
126:20 170:15 204:10
**sent (1)**
30:20
**sentence (14)**
103:24 104:9 105:22
106:12 192:22
216:7 217:23 221:4
221:18 231:21
232:18 238:4 243:6
243:25
**separate (1)**
86:14
**September (1)**
137:23
**series (2)**
149:7 195:7
**serious (1)**
77:5
**serve (2)**
38:19 87:19
**serves (1)**
150:18
**service (11)**
129:4 141:9,13,15,18
144:4,23 147:9,13
154:14,23
**services (15)**
61:12 64:10 66:20
71:19 79:8 80:25
81:11 82:20 95:18
137:4 150:16,20
160:12 166:4
203:19
**session (1)**
121:24
**set (4)**
27:23 41:17 252:7,12
**sets (1)**
13:6
**severe (5)**
74:14 111:16 131:12
184:15 208:9
**severely (1)**
166:9
**sexual (4)**
34:14 84:5 156:10,12
**sheet (2)**
208:25 253:2
**sheriff's (3)**
133:8,9 228:5
**shift (2)**
170:12,18
**shifted (1)**
129:10

**shore (1)**
125:3
**short-term (2)**
241:24 244:13
**Shorthand (1)**
2:14
**shortly (1)**
47:9
**show (9)**
30:12 97:24 161:20
216:9,15 242:11
247:4,9,17
**showed (2)**
221:20 223:6
**showing (6)**
15:14 58:9 66:3 162:3
173:13 193:16
211:15 215:22
218:20 222:9 231:8
236:8 241:10
243:13
**shown (4)**
30:13 219:16 221:6
221:12
**shows (4)**
57:15 140:13 175:9
175:14
**sic (1)**
158:25
**side (1)**
200:11
**Signature (1)**
253:20
**signed (1)**
156:7
**significant (18)**
76:13 77:3,5 96:9
113:21 167:6,25
168:12 169:5
221:21 222:3 223:6
223:11 224:11
225:11 243:8,11
247:6
**Significantly (1)**
216:17
**single (3)**
110:14 116:10,18
**sit (5)**
40:18 42:6,8 83:3
148:12
**site (1)**
60:22
**sites (1)**
60:20
**sitting (4)**
40:24 102:4,11 201:5

**situation (2)**
104:4 249:23
**situational (1)**
189:15
**situations (4)**
69:5 189:12 191:23
249:25
**six (1)**
189:20
**size (4)**
224:12 239:14,17
243:14
**sizes (1)**
224:5
**skills (2)**
241:25 244:14
**skip (1)**
232:20
**sleeping (1)**
181:10
**slide (1)**
140:12
**slowly (1)**
229:2
**small (6)**
224:5,12 239:14,16
243:7,14
**smaller (1)**
216:20
**smoking (1)**
64:17
**so-called (1)**
162:21
**SOCAN (1)**
130:25
**social (7)**
71:6 80:25 81:11
82:20 120:22,25
121:4
**societies (2)**
129:9 130:8
**society (9)**
50:25 52:16 127:12
128:3,11,17 129:24
130:2,17
**solely (1)**
214:12
**somebody (4)**
148:21,22 167:22
171:16
**someone's (1)**
187:5
**someplace (1)**
143:8
**soon (1)**
33:3

**sorry (22)**
10:23 15:8 17:2 24:25
36:3,15 40:10 67:15
74:22 84:3 85:6,15
150:7 164:21,24
204:20 216:10
217:6 222:25
232:10 246:11
247:8
**sort (5)**
58:18 98:24 112:9
118:3 189:17
**sorts (1)**
199:11
**sought (2)**
105:15 183:15 184:14
227:16
**sound (1)**
9:3
**source (3)**
194:2,3 207:15
**sources (3)**
106:25 107:10,15
**speak (12)**
11:7,10 19:7,12 20:3
27:9 60:17 62:11
106:17 140:3
179:10 186:24
**speaker (1)**
59:24
**speaking (3)**
70:2 115:16 122:19
**spec (2)**
185:18,24
**special (3)**
51:14 138:9 149:20
**specialist (9)**
6:18 37:11 47:17
49:21 50:20 55:14
68:11 249:12,21
**specialists (6)**
37:7 47:23 48:15
51:19 52:8 72:21
**specialize (2)**
20:16 34:9,23 68:9
**specialized (1)**
37:8
**specializes (1)**
68:7
**specialty (7)**
20:7 39:12,15 40:3
51:15 58:22 84:19
**specific (25)**
11:17 12:10 24:22
43:17 63:6 64:15
84:21 98:9 100:2

105:24 107:12
132:21 134:22,24
135:4 136:6 145:11
151:19 152:20
158:7,15 161:9
167:23 180:2
224:18
**specifically (36)**
10:18 11:3,24 12:7,14
12:22 13:9 15:5
18:2,3,8 38:22
45:11 55:12,17 67:9
78:4,5 80:15 99:3,6
101:10 121:15
131:10 141:17
158:16 159:19
160:19 164:23
184:7,25 203:10
212:13 214:10,22
214:23
**specifications (3)**
45:4,7 116:17
**specifics (6)**
109:18 113:20 182:9
190:9 191:15
230:17
**specimens (1)**
239:13
**specs (1)**
46:5
**spectrum (6)**
4:16 20:4 104:6,17
193:25 199:14
**spell (1)**
7:22
**spend (1)**
56:15
**spent (1)**
56:22
**spermatogenesis (2)**
234:24,25
**Spice (2)**
96:5 122:22
**spit (1)**
112:7
**splay (3)**
58:4,15 215:4
**ss (1)**
252:3
**St (5)**
85:25 86:4,5 94:25
137:5
**stable (1)**
208:7
**stack (1)**
22:7

**staff (3)**
170:17 206:10 207:19
**staffings (1)**
147:17
**stage (1)**
239:8
**stagger (1)**
42:20
**standard (2)**
25:5 250:3
**standards (2)**
52:18 249:23
**stands (1)**
162:11
**start (5)**
6:3 9:23 75:23 139:19
175:12
**started (3)**
39:2 125:8 171:16
**starting (2)**
174:8 197:24
**state (51)**
3:15 4:15 7:4,22
11:19 15:20 20:25
21:5 23:7 28:18,19
37:24 63:16 75:15
81:11 82:20,22 96:6
113:3,8 128:9,10,25
134:17 136:14
141:23 146:13
147:2 149:25
151:14 155:12,19
155:22 156:9,16
167:4 172:10
173:24 178:12
186:6 188:9 202:5
213:8,22 219:8
223:4 225:11 240:4
247:14 252:3,5
**stated (1)**
188:5
**statement (35)**
27:24 38:25 39:7
107:11 108:14,14
109:17 112:3,5
131:5 152:18
186:11 187:5 192:8
192:13,21 193:3,5,9
194:24,25 196:25
199:5 200:4 217:24
218:6,11 219:21
233:2,23 240:9,22
245:8,22 246:4
**statements (4)**
186:20 187:12 196:17
196:20

**states (10)**
1:2 6:8 38:4 50:4
83:22 87:22 139:25
149:9 156:11 235:6
**Stateside (1)**
137:13
**statewide (14)**
61:4 62:12 138:9,13
141:20 142:2
143:11,20 144:16
145:22 149:14,18
152:9,11
**stating (1)**
196:17
**statistic (1)**
38:15
**statistical (2)**
239:15,17
**statistically (6)**
221:20 222:2 223:6
223:10 224:10,17
**status (6)**
183:13 206:4,5 208:9
224:24 225:7
**statute (2)**
11:19 12:5
**stay (3)**
123:4 140:20 226:13
**steering (5)**
142:3 143:20 144:16
147:25 149:14
**Steve (1)**
165:18
**Stevens (1)**
137:14
**stimulant (1)**
187:16
**stimulate (2)**
180:9 229:3
**stimulated (2)**
156:11 203:21
**stop (1)**
54:15
**stopped (3)**
79:24 208:10 217:5
**stops (1)**
228:22
**stratified (2)**
216:16 218:9
**street (9)**
2:12 3:4,12,16,20
6:13 35:9 69:12
96:3
**strength (2)**
233:7 234:8
**stretches (1)**

42:16
**strictly (1)**
155:18
**Strike (4)**
46:19 93:19 158:9
192:20
**students (6)**
60:9,11,12 86:23
119:24 136:3
**studied (1)**
215:3
**studies (34)**
26:11 138:13 220:24
232:23,25 233:5,7
234:3,6,9 235:21
236:21 237:13
238:14 240:13,16
240:22,23 241:3,23
242:25 243:19
244:12,17,20 246:7
246:13,20,23 247:3
247:8,16 250:10,15
**study (60)**
195:5,6,12,17 196:2,8
196:12,16,24 200:5
211:2,3 212:4,4,12
213:3,7,13,22,23
214:6,10,16,24
215:11,25 217:25
221:17,20 222:2,4
222:18 223:5,10,18
223:19 224:11
225:18,23 231:22
232:6 233:22
236:15,19 237:23
238:23 239:5,14,20
240:2,24 241:4,18
242:3,15,24 244:20
244:25 250:13,14
**study's (2)**
225:8 239:18
**studying (2)**
117:10,11
**stuff (2)**
88:18 159:9
**stunted (6)**
236:23 237:3,3,15,19
240:15
**sub (1)**
115:5
**sub-board (3)**
40:18 42:13,17
**sub-boarded (1)**
43:20
**Subcommittee (1)**
146:14

**subheading (1)**
200:11
**subject (3)**
140:5 145:3 202:20
**submit (1)**
31:9
**submitted (3)**
30:17 31:7 242:9
**Suboxone (1)**
182:5
**subpoena (2)**
170:4,7
**subpoenaed (8)**
158:7,9,16 160:6
165:18 168:22
170:2,21
**subpoenaing (1)**
171:16
**Subscribed (2)**
251:8 253:21
**subsequent (2)**
195:20 239:11
**subsequently (5)**
30:20 50:19 79:16
172:18 203:11
**subspecialist (1)**
35:19
**subspecialized (1)**
43:13
**subspecialty (7)**
34:8 38:11 39:21 40:6
41:5,8 46:4
**substance (42)**
18:6,10 20:5,13 47:12
48:18 50:8,22 51:2
53:14 55:11 68:2,15
69:12 72:14,18 73:2
76:15 95:13,22 98:6
98:7 99:20 102:25
105:8,9 106:9
108:20 109:21
110:15 113:10
115:6 120:18,21
121:25 131:23
137:22 138:23
145:20,25,25 191:8
**substances (29)**
24:10 35:8,9,10 47:21
48:5 95:25 96:8
98:7 100:17 102:24
107:9,20 108:19
109:21 110:16
111:14 115:6,22
123:23 131:23,24
132:23 133:17
135:22 187:11

188:3,7 208:8
**substantial (5)**
109:7 110:7 166:12
245:10 249:17
**suddenly (1)**
202:8
**suffering (2)**
180:12 184:15
**suggest (3)**
246:2,7,13
**suggestive (2)**
238:6,10
**suggests (1)**
69:4
**Suite (1)**
2:12
**Sullivan (1)**
3:4
**summarize (2)**
26:17 40:22
**Summit (1)**
138:18 143:2 144:21
**supplement (1)**
9:12
**supplied (1)**
53:21
**support (13)**
124:21 125:11 127:6
132:13 187:24
217:3,13 219:21
232:25,25 233:23
240:22 245:9
**supposed (2)**
124:7 127:14
**Supreme (1)**
173:21
**sure (44)**
15:23 19:3 32:2 69:10
73:19 74:24,25
77:12 90:15 103:2
110:9 118:8 124:19
130:11,15 142:10
145:15 150:10
157:18 175:22
177:3,10,12 180:4
185:23 186:21
187:5 192:23
199:12 200:7,21
201:25 225:19
226:3 228:22
230:12 233:8
234:10,19 242:17
243:2
**suspected (8)**
56:3 65:21 75:10

92:20 93:14 95:3
109:5 156:12
**swear (2)**
7:12 143:14
**sworn (6)**
7:13,16 178:7 251:8
252:7 253:21
**Symposium (1)**
140:3
**syndrome (9)**
34:16 53:8 54:3
117:21 118:10
180:20,21 200:5
233:20
**syndrome/fetal (1)**
104:5

---

**T**

**T (6)**
4:7,22 5:2 178:2
252:2,2
**table (1)**
83:10
**tablet (1)**
54:14
**take (36)**
9:19 28:14 30:16
31:23,25 39:5 60:12
86:23 87:16 90:11
91:25 103:15,23
111:3 121:18
123:25 127:11,16
129:18 140:7,17
148:24 162:7
169:19 174:7,11
177:14 181:2
191:14 192:6
193:11,11 226:8,10
226:11 244:18
**taken (5)**
84:8 131:15 177:25
180:8 227:11
**talk (24)**
23:2 24:23 25:10
32:15 35:13 37:15
47:9 50:8 55:16
57:6 59:16 62:13
63:13,15 65:9,12
85:3,4,17 91:10
140:5 149:12
247:11 248:4
**talked (5)**
73:9 111:11 114:22
128:24 148:16
**talking (2)**
9:23 164:19

**talks (6)**
60:2,24 61:18 63:10
135:25 136:3
**Tamara (7)**
1:3 6:6 12:15 17:6
21:13 30:8 187:8
**tape (10)**
6:3 92:5,13 140:22
141:3 226:15,20,21
227:2 251:2
**task (4)**
83:3 143:12 146:22
148:11
**Taylor (1)**
3:22
**teach (5)**
60:8,8,15 84:15 120:2
**teaching (10)**
56:4,10 57:23 59:19
60:4 63:25 70:15
73:11 119:23 136:5
**team (17)**
74:4 77:11 78:3 79:6
80:15,17 81:21
100:3,8 102:5,10
132:17 147:16
148:5,7,15 152:25
**teaming (4)**
83:11 132:20 133:14
147:23
**teams (4)**
61:11 102:14 151:4
168:7
**technically (3)**
89:9 93:11 119:9
**telephonically (3)**
3:21 92:10,11
**tell (40)**
8:19,25 11:14 15:24
60:4 69:18 73:24
77:10 78:2,25 79:5
79:18 80:9 104:15
104:16 106:18
108:13 111:18
113:24,25 122:17
127:13 129:16
149:16 152:17
157:16,25 158:2,5
158:20 160:19,23
161:6,9,17 173:9
185:20 188:21
235:13 243:19
**telling (1)**
162:6
**ten (11)**
42:16 78:8,9 90:14

92:3 113:15 167:10
167:12,15 168:10
177:18
**ten-minute (1)**
90:11
**teratogen (2)**
189:4 247:2
**teratogenicity (2)**
246:24 247:12
**teratogens (1)**
117:14
**term (14)**
34:16 76:8 96:12,14
104:10 105:18
106:9,14,16,23
107:7,18 108:23,24
**terms (1)**
249:23
**Terplan (2)**
16:14 196:2
**Terplan's (4)**
21:15 26:7 195:13
215:12
**test (2)**
122:12 202:11
**tested (1)**
197:5
**testified (27)**
7:16 157:12,15
158:13,17,21 159:3
159:6,25 160:3,5,10
160:11,22 161:8
162:19 163:16,20
164:6,12,16 168:15
168:16 170:25
171:11 178:8
248:15
**testify (12)**
8:7 29:4 158:7,9
162:25 165:6,14,18
170:3,4,5,9
**testifying (2)**
165:5 169:11
**testimony (18)**
8:4 28:18,23 29:5,22
29:24 111:8 157:9
158:4 161:11
162:14 163:25
171:22 173:6
174:20 175:15
176:11 252:8
**testing (13)**
64:21 98:16 138:20
185:12,15,17,19,25
206:9 208:24
209:13 221:23

223:8
**tests (5)**
42:5,5 97:21 100:15
209:8
**thank (97)**
8:2,14 9:22 11:5,13
16:18,23 17:22 19:4
22:25 25:14 27:8
28:3,13 30:7,24
32:14 33:6,24 36:23
47:9 54:25 55:15
58:16 65:10 71:17
72:12 73:5,13 80:21
81:25 82:12 84:11
85:2,16 88:3 89:21
90:16 94:19 101:4
102:20 106:22
107:17 110:20
112:14,14,22 114:3
114:14 116:19
119:4,11 121:9
122:13 123:18
127:8,24 129:15
132:3 134:5 140:16
140:17 149:11
156:22 162:17
171:20 174:18
176:8 182:17
183:10 192:7 195:3
196:10 200:8 202:3
211:22 212:2 214:4
215:6,9 222:23
226:5 231:4,19
232:3 233:14 235:2
235:8,24 236:18
238:19 241:6
242:12 244:10
245:6 246:12
247:22
**thanks (3)**
143:25 187:6 205:23
**THC (3)**
185:9 187:18,23
**thin (2)**
126:24 129:7
**thing (11)**
36:10 85:5 126:8,16
129:7,17 142:17
172:2,9 220:9
224:15
**things (15)**
51:18 52:24 56:8
70:16 73:9 83:20
122:24 125:8
129:14 147:12
179:16 191:13,16

198:24 245:25
**think (58)**
10:22 13:5 19:11
26:22,25 42:15,16
42:24 68:24 69:16
75:18 76:12 77:5,13
83:2,13,14 84:20,21
91:24 114:21,22
144:8,9,11 146:19
147:6 148:14,21,24
148:25 149:10
151:24 155:24
156:7,21 160:8,17
163:2,25 164:4
166:8 167:24
171:18 174:15
175:2,24 176:19
177:9 185:14
192:19 204:21
217:25 226:13
235:13,19 245:21
247:6
**thinks (2)**
93:16
**third (4)**
173:25 199:19,23
204:17
**thought (3)**
20:3 22:9 212:8
**Threat (1)**
136:23
**three (17)**
5:13 13:6 37:20 41:9
89:11,21,23 166:25
167:14,21 168:11
187:15 219:17
220:19 221:8
232:23 241:17
**three-year (4)**
40:7,9,22,23
**ticklers (1)**
126:18
**tier (1)**
192:3
**time (52)**
6:21 10:16,20 15:4
16:12 17:21 19:14
20:21 24:5,16 26:25
41:16 45:2 50:5
56:22 62:25 89:9
91:25 99:23,25
104:13,24 105:12
105:23 106:21
113:15,18,19
118:15 122:25
126:4 144:12

151:11 154:5
159:22 169:3
170:21 177:17,20
183:13,22 184:14
184:22 185:2 188:2
192:22 193:7
228:21 229:4 231:2
239:10 245:18
**times (27)**
25:4 49:19 50:10,17
53:9 79:9,10 90:25
96:6,22 99:2,5
100:8,9 101:25
123:23 157:14,17
170:5,6,8,14 171:4
171:8 176:13 181:2
181:3
**title (3)**
56:25 57:12 58:4
**titled (1)**
215:13
**titles (1)**
71:22
**tobacco (7)**
46:11 116:7 182:19
182:24 198:21,22
198:23
**today (10)**
8:4,8 9:25 23:3,4,6,9
25:21 26:21 28:15
**today's (3)**
25:16 27:10 28:5
**told (1)**
122:9
**Tom (1)**
148:25
**tons (1)**
52:23
**top (5)**
17:14,18 219:25
233:16 234:17
**topic (2)**
64:3 136:7
**topics (1)**
78:21
**torture (7)**
58:23,23 61:23 85:11
174:21 175:16
176:2
**total (2)**
12:11 123:21
**totality (1)**
12:4
**touch (1)**
145:2
**touched (1)**

145:4
**touching (1)**
145:8
**toxicology (1)**
185:7
**TPR (1)**
139:4
**track (10)**
50:13 157:19 159:7
159:19 160:24
163:5 166:18,19
167:17 176:15
**tracked (4)**
38:13 159:9,20
160:17
**trafficking (4)**
48:7 50:3 51:16 52:14
**train (3)**
62:2 83:20 149:9
150:18
**trained (10)**
36:25 43:15 44:15
45:16 46:3,5,13
47:6 118:9 120:20
**training (47)**
32:8 35:6,14 36:6
37:3,13,16 40:11
41:13,14,20 42:3
44:16 46:14 47:4,9
48:22 49:12 51:9
60:24 61:4,5,10
84:4 96:15 104:3
115:19,20 116:2,6
117:6,18 118:3,5,21
119:2,3,13,21 120:6
121:13 122:15
137:4,19,24 152:4
155:4
**trainings (2)**
61:17 62:7,23 151:18
**transcribe (1)**
8:12
**TRANSCRIPT (1)**
253:2
**transcripts (1)**
140:12
**transition (3)**
80:5,10 85:4
**transitioned (1)**
79:25
**trauma (1)**
61:22
**treat (9)**
50:2 65:20 88:15 93:2
93:11,13 117:23,25
118:11

**treated (4)**
94:3,11 206:22,23
**treating (3)**
88:16 100:23 207:19
**treatises (2)**
106:25 107:15
**treatment (17)**
23:21 47:12,24 48:11
48:13 50:21 55:11
60:25 106:2 110:21
120:23 183:15
184:14,19,23 185:2
249:14
**tremors (2)**
180:23 181:4
**tremulous (1)**
181:10
**tremulousness (1)**
183:3
**trial (6)**
139:25 158:21 160:9
171:23 172:13,15
**tribal (3)**
137:19 164:2 171:15
**Tricia (2)**
215:12,25
**trimester (10)**
188:14 204:11,13
214:6,12,18,23
215:5 216:16
218:10
**true (7)**
29:3 31:5 32:2,7
43:11 216:20 252:8
**truly (5)**
56:19 58:2,8 164:16
167:5
**trust (4)**
82:23 200:23 201:6
201:24
**trusted (2)**
200:17,19
**trusting (3)**
201:8,13,20
**truthfully (1)**
8:8
**try (7)**
9:2 74:7 120:21,22
150:11 172:7 210:7
**trying (13)**
14:22 19:11 125:3
135:11 148:25
160:7 167:6 172:4
177:3 192:2 204:13
204:16 229:5
**TSG (2)**

6:16,19
**turn (12)**
94:20 103:7 124:3
127:10 132:4
133:22 157:2 174:4
194:6 199:13
219:24 232:8
**turning (6)**
16:24 21:10 116:20
127:9 209:14
219:23
**twenty (2)**
10:23 65:2
**twice (1)**
212:20
**twin (1)**
202:6
**twins (6)**
204:15,22,25 207:12
207:23 208:13
**two (12)**
28:7 65:7 70:5 80:11
89:10 166:24
167:14,21 168:11
212:20 224:18
226:12
**two-prong (1)**
97:16
**type (6)**
4:14 57:15 95:13
162:6 228:24,25
**types (2)**
159:24 171:10
**typical (2)**
88:16 96:2
**typically (18)**
53:4,6,25 89:11 96:20
98:3 101:13 102:7
148:5 168:24
179:19 180:24
200:25 201:6 205:2
208:14 210:10
220:25

___

**U**

**U.S (1)**
83:22
**UCHIPS (16)**
79:24 82:5 154:12,17
162:20 163:3,15,20
164:7 165:25
166:14 167:14,23
176:23 203:13,14
**Uh-huh (4)**
126:11 173:15 223:20
236:2

**ultrasound (3)**
97:24 184:24 185:4
**ultrasounds (1)**
97:21
**unaware (1)**
37:23
**unborn (65)**
11:20 12:6,12 18:19
18:24 20:14 23:7
24:7,11,13 34:10,19
34:24 35:4,12 45:8
63:8,9,20 64:12
73:18 74:8,18,19
75:11,24 77:7 79:11
79:15,20 95:5,9,19
96:11,19,24 97:7,13
101:7,7 109:6,8,15
112:18 113:9,22
114:19 131:14
134:22 135:15
137:18 138:4 150:3
150:12 153:6,9,12
153:14,16,23
162:21 168:8
171:14 191:22
249:17
**uncertainty (2)**
196:13,22
**uncommon (1)**
185:21
**undergo (1)**
41:20
**undermine (2)**
201:24 225:7
**underneath (1)**
103:11
**understand (17)**
8:3,23,25 9:6 23:10
23:13 25:6,8 68:24
74:24 81:6,23
129:12 179:13
186:25 191:2
229:22
**understanding (8)**
23:9,17 72:8 86:11
139:20 172:22
183:12 205:19
**understandings (1)**
151:5
**undertaken (1)**
121:12
**unfortunately (4)**
38:15 54:11 229:17
230:19
**uniformly (1)**
199:24

**Unintelligible (1)**
36:2
**United (5)**
1:2 6:8 38:3 83:22
139:25
**university (26)**
3:3 28:21 29:6,15,23
30:4,5 32:19 33:9
33:14 49:7 55:20
56:7,17 58:3 59:3
80:22,23 81:10
86:13 119:6,8
155:19 156:3
159:21 163:6
**unstable (1)**
208:8
**unsure (1)**
57:3
**untreated (1)**
184:15
**unwilling (1)**
247:13
**update (3)**
126:6,8,17
**updated (14)**
30:20,22 31:9,19
116:22 122:20
123:8 124:15 125:2
127:10 128:7,16
129:22 141:7
**urine (5)**
185:6 187:21,25
202:10,12
**use (96)**
5:4 18:6,10 20:6,13
47:12 48:18 49:9,13
50:11,12,23,23,24
51:2,6,7,12,23 52:4
52:10,11,19 53:15
55:11 72:14,18
94:17 98:8,14,15
99:19 102:23 105:7
105:8,18,21 106:8
106:10,16,19 107:8
108:7,9,10,18
109:24 111:13
112:6 120:18,21
121:25 137:22
176:20 179:20
180:19 181:22
182:24,25 186:23
187:10 188:6,19
189:8,10 190:4
191:9 196:14
197:12,25 203:20
203:25 207:21

208:2,7,17,22
213:25 216:17,18
216:21 217:5,14
218:10 222:14
225:13,14 229:25
230:24 231:24
232:22 233:11
235:12 239:9 245:9
246:17
**use/abuse (1)**
113:10
**user (8)**
54:13 106:5 111:24
187:13 227:14
228:16,21 229:13
**uses (1)**
105:20
**Utah (2)**
139:10,11
**utero (6)**
117:8 118:7,17,22
120:4 121:17
**UW (26)**
4:11 19:15 20:7 48:15
60:18,22 66:8,18,24
69:19,24 71:5 73:16
86:22 87:3,13 94:23
94:23 128:21
147:16 155:8,13
156:4,15,18,19
**UW's (4)**
57:9 65:13 67:22
74:17

___

**V**

**v (3)**
4:15 172:10 173:24
**vague (9)**
23:15 51:5 81:3
100:19 162:22
190:7 217:20,25
245:15
**van (1)**
222:16
**variables (3)**
210:8 220:22 246:3
**varies (4)**
64:8 90:22 95:16
99:15
**variety (1)**
56:5
**various (2)**
75:15 213:18
**varying (1)**
61:21
**vast (6)**

45:21 51:24 56:5
158:23 166:5,21
**venue (1)**
173:7
**verbal (2)**
241:24 244:13
**verdict (1)**
172:19
**version (2)**
128:22 129:13
**versus (1)**
6:7
**vetted (2)**
166:10 168:25
**viable (2)**
204:25,25
**vicinity (2)**
38:5 78:13
**victim (2)**
93:24 181:11
**victims (8)**
34:10 48:7 50:2 51:15
52:13 56:3 65:21
95:3
**video (5)**
6:18 92:14 141:4
226:22 227:3
**Videographer (16)**
3:25 6:2 7:11 92:4,12
140:21 141:2
177:22 178:3 215:7
226:14,19,25 248:5
248:9 250:24
**videotaped (4)**
1:9 2:11 6:4 250:25
**viewed (11)**
11:4 16:2 32:4 103:17
134:2 136:9 174:14
212:10,17 222:24
237:8
**violated (1)**
23:20
**violating (1)**
82:4
**violation (1)**
209:3
**violations (1)**
202:21
**Violence (2)**
131:9 139:21
**virtually (3)**
105:3 171:5 189:22
**visit (1)**
13:22
**visits (1)**
201:3

**visual (2)**
241:25 244:14
**vitae (3)**
4:10 31:9,19
**voice (1)**
6:22
**voir (1)**
172:3
**volumes (1)**
110:16
**voluntarily (1)**
184:18
**voluntary (1)**
239:6
**vs (2)**
1:6 253:3

_____

**W**

**Wait (6)**
127:20 141:21 199:20
216:10 219:9
234:18
**Walk-Away (1)**
136:22
**wall (1)**
133:6
**want (23)**
13:10 36:13 52:4 63:4
70:25 73:3 74:5,24
111:7,8 129:12
140:20 155:24
167:2,16 169:19
191:16 222:4
228:22 237:25
243:3 244:18
247:24
**wanted (3)**
43:16 54:15 129:5
**wants (1)**
166:22
**Wargowski (3)**
19:20,23 45:17
**wasn't (7)**
80:8 118:25 166:18
172:4,5,6 187:2
**watch (2)**
54:13 120:19
**Wausau (1)**
137:25
**way (6)**
24:13 28:6 41:6 56:19
212:9 252:10
**ways (1)**
52:3
**we'll (11)**
24:23 25:10 30:21,23

37:15 47:8 59:16
65:9 91:25 92:2
248:4
**we're (16)**
9:24 66:3 72:16 92:5
92:14 117:19
129:16 140:22
141:4 178:3 186:5
220:15 226:22
227:3 248:9 251:2
**we've (5)**
114:21,22 151:24,25
164:8
**wean (1)**
180:25
**web (1)**
66:19
**website (2)**
66:9,25
**week (12)**
28:7 56:15 89:10,21
89:23 90:5,25 91:7
167:19 187:15
195:19,20
**weekend (2)**
89:25 90:5
**weeks (13)**
65:3 89:3,5,15 181:3
184:22 204:18,24
205:2,4,11 227:13
228:15
**weight (6)**
173:22 183:2 216:16
218:9 233:18
239:23
**weights (1)**
198:24
**Welfare (2)**
137:4,24
**Well-Being (1)**
137:13
**went (21)**
22:12 42:12 79:16
125:6 130:4 142:19
143:7 155:20 160:8
163:8 171:12 177:7
184:18,23 202:8
208:9 229:4,7,18,20
229:23
**weren't (2)**
122:23 207:5
**West (1)**
3:16
**Western (2)**
1:2 6:9
**WHEREOF (1)**

252:11
**white (1)**
191:2
**wide (1)**
132:20
**Wiesner (20)**
3:19 7:6,6,9,9 18:15
23:14 36:2,12 43:7
44:5 45:14 46:24
47:14 53:18 81:4,13
90:9,15 92:9
**winter (5)**
10:22,23,24,24 11:3
**Wisconsin (67)**
1:2,10 2:13 3:13,15
3:16,21 6:10,14
14:14 23:7,24 28:21
29:6,16,23 30:4,6
32:19 33:14 37:18
37:19 49:7 55:21
56:8,17 58:3 59:4
73:17 80:24 81:2,10
82:23 83:8 86:13
95:2 96:7 108:21
119:7,9 137:9,13,18
137:20,25 138:6,7
138:17 141:25
142:25 143:19
144:15,20 146:13
146:22 148:8,11,15
148:18 149:6,13
150:8,23,24 151:21
162:20 167:5
**Wisconsin's (2)**
33:9 80:23
**wish (1)**
168:12
**withdraw (1)**
229:2
**withdrawal (6)**
117:21,22 229:7,24
229:25 230:25
**withdrawing (3)**
228:16,20 230:8
**witness (64)**
4:3 7:12,13,15 16:2,3
18:17 23:17 27:23
32:4,5 36:5,16,23
43:10 45:15 47:16
51:6 53:19 67:15
77:17,21 81:5,14
103:17,18 108:4
134:2,3 136:9,10
140:19 154:19
162:23 164:21
165:4 171:2,6

174:14,15 175:2
176:8 177:16,19
190:8 193:2 212:10
212:17,18 217:6,10
217:16,22 218:5
222:24,25 226:17
237:8,9 245:17,21
252:6,8,11
**witnesses (1)**
26:3
**woman (14)**
64:16,18,20,25 96:23
100:16 102:23
105:10 128:20
203:3,5 208:17
227:11 249:15
**woman's (1)**
208:20
**women (18)**
3:7 55:12 93:12 97:4
98:22 110:22
111:12 138:24
139:21 182:24
188:11 195:6
208:13 213:25
216:18,21 220:16
239:6
**wonder (2)**
142:24 212:15
**Wonderful (1)**
8:2
**word (5)**
24:4,4 65:18 220:2
237:5
**worded (3)**
222:5 245:22 246:5
**wording (1)**
221:9
**words (4)**
33:25 112:6 183:25
220:25
**work (38)**
29:7,11 58:9,10 74:16
74:20 81:20 82:16
82:19 83:16,17 85:9
88:2 101:10,18
120:7 125:17 130:8
131:10,22 132:22
133:15 134:21
141:17 144:24
145:6,13 147:9,10
149:16 150:22,22
152:25 153:25
169:8,20,23 175:13
**worked (5)**
20:23 77:7 83:21

151:12 153:18
**worker (1)**
71:6
**workers (3)**
120:23,25 121:4
**workforce (1)**
149:9
**working (3)**
20:9 41:15 81:9
**wouldn't (4)**
54:19 55:4 68:6
214:23
**Wright (3)**
4:22 215:13,25
**write (9)**
66:17 115:19 130:5
209:17 219:15
221:16 227:9
233:17 240:13
**writing (3)**
21:2 85:11 224:16
**written (2)**
111:7 150:10
**wrote (2)**
67:2 183:11

— X —

**X (4)**
4:2,7 5:2 210:14

— Y —

**Y (1)**
210:14
**Yeah (2)**
72:10 126:16
**year (20)**
10:15,15,17 39:7
73:25 80:3 89:4
91:14,16,22 92:17
113:14,16 166:25
167:15,21 168:11
202:14 227:18
242:3
**yearlong (1)**
84:4
**yearly (1)**
91:11
**years (30)**
4:20,25 38:18 41:9,16
42:11,14 59:23 60:3
63:10 78:6 89:6
90:4 113:3,15,19
146:23 163:4 167:8
167:15 168:10
195:22 210:23
211:20 213:15

219:3,18 220:5,19
221:8
**yes-or-no (1)**
190:10
**York (5)**
3:3,5,5,8,8
**young (1)**
145:24
**youngest (1)**
94:11
**Youth (1)**
136:24

— Z —

**Z (1)**
210:14
**Zureick (81)**
3:3 4:5 6:23,23 7:19
15:13 16:4 18:21
23:22 28:2 31:13
32:6 36:9,19 37:9
43:21 44:7 45:19
46:25 47:18 51:20
54:22 66:2 67:13,18
77:23 81:7,24 90:12
90:16,17 91:24
92:15 93:19,21
100:20 103:19
108:5 134:4 136:11
140:8,16 141:5
154:22 161:22
162:2 163:12
164:22 165:11
173:12 174:17
175:5 176:6,9
177:14,18,20
178:10 190:12
193:10,15 211:14
212:11,21 215:9,10
215:21 217:11
218:13,19 222:8
223:3 226:16 227:4
231:7 236:7 237:11
241:9 245:23
247:22 250:23

— 0 —

**06 (1)**
137:6
**08 (1)**
137:16

— 1 —

**1 (14)**
2:12 3:12 4:25 6:3,12
15:22 92:5 115:12

123:9 124:11 194:3
216:8,15 219:3
**1:08 (2)**
177:25 178:4
**10 (5)**
4:8,15 113:3,19 194:9
**10:27 (2)**
92:6,8
**10:43 (2)**
92:8,14
**100 (6)**
88:13 92:22 157:22
157:22 159:12
237:24
**10001 (1)**
3:8
**10012 (1)**
3:5
**10th (1)**
137:11
**11 (4)**
4:10 157:17 194:9,15
**11:40 (2)**
140:23,25
**11:53 (2)**
140:25 141:4
**111895 (1)**
1:25
**113 (2)**
216:5,12
**115 (1)**
171:7
**116 (28)**
4:8 15:10,15,22 30:13
94:20 103:8 112:25
115:11 124:2,4,10
124:20 126:12
127:19,25 128:2,8
143:23 156:25
158:3 161:11
219:10 221:4,16
227:6 233:16
244:12
**117 (20)**
4:10 31:11,15 116:20
116:21 123:8
124:15,25 126:23
127:9,16,20 128:6
128:15 129:19
132:5 133:23 141:7
142:10 158:25
**118 (3)**
4:11 65:23 66:4
**119 (3)**
4:14 161:23 162:3
**11th (1)**

137:23
**12 (2)**
4:17 194:15
**12:35 (2)**
177:23,24
**120 (4)**
4:15 173:10,14 176:7
**121 (4)**
4:15 193:13,17
199:14
**122 (5)**
4:17 211:12,16 212:5
213:7
**123 (4)**
4:20 215:19,23 216:5
**124 (5)**
4:22 218:17,21
219:20,23
**125 (5)**
5:3 222:6,10 223:5,22
**126 (8)**
5:7 231:5,9 232:9,13
232:14 233:23
234:11
**127 (8)**
5:9 236:5,9 237:12
238:2,21 239:2
240:19
**128 (5)**
5:11 241:7,11 243:4
243:24
**13 (2)**
4:15 136:14
**1396 (1)**
199:17
**14 (4)**
1:10 2:7 184:22 253:4
**14-cv-870 (2)**
1:5 6:10
**1401 (1)**
200:10
**14th (2)**
6:14 138:15
**15 (2)**
4:8 224:7
**15th (1)**
139:14
**1600 (1)**
195:6
**161 (1)**
4:14
**17 (2)**
3:16 4:22
**173 (1)**
4:15
**174 (2)**

243:4,24
**18th (1)**
139:7
**19 (1)**
4:20
**193 (1)**
4:15
**194 (2)**
225:10,20
**1992 (1)**
242:10
**1993 (3)**
242:4,6,10
**1994 (2)**
242:11
**19th (1)**
139:3

— 2 —

**2 (16)**
91:16 92:13 94:22
103:10 126:9
127:10,12 128:3
129:23 140:22
142:3 174:5 211:24
216:9,15 219:24
**2:02 (2)**
226:22,24
**2:11 (2)**
226:24 227:3
**2:34 (2)**
248:6,8
**2:35 (1)**
248:8
**2:47 (2)**
251:3,4
**20 (10)**
113:19 114:4 161:5,6
161:7 204:18,24
205:2,4 253:22
**200 (2)**
91:21 92:16
**2004 (3)**
136:10,15,19
**2005 (3)**
116:25 136:22,25
**2006 (3)**
32:23 33:4 137:11
**2007 (2)**
132:12 138:22
**2009 (5)**
38:11 39:12,15 41:3
137:23
**200s (1)**
38:6
**201 (1)**

2:12
**2010 (5)**
138:2 139:4 142:7,10
157:17
**2011 (2)**
133:7 139:8
**2012 (2)**
195:9 213:8
**2014 (6)**
138:6,11 139:14
221:17,20 223:4
**2015 (5)**
10:23,24 138:15,17
139:17
**2016 (13)**
1:10 2:7 6:14 10:15
10:16,24 11:3
138:19 140:4 152:5
251:9 252:12 253:4
**2018 (1)**
42:24
**2021 (1)**
42:18
**21 (1)**
224:8
**211 (1)**
4:17
**215 (1)**
4:20
**218 (1)**
4:22
**219 (1)**
3:20
**22 (3)**
65:3 227:13 228:15
**222 (1)**
5:3
**228 (2)**
238:2,25
**23 (2)**
4:11,14
**231 (1)**
5:7
**236 (1)**
5:9
**23rd (1)**
138:22
**24 (1)**
239:11
**24/7 (1)**
89:5
**241 (1)**
5:11
**245 (1)**
3:4
**248 (1)**

4:5
**26th (2)**
137:6 252:12
**292 (6)**
23:24 24:3 108:20
111:11 154:12,16
**29th (1)**
137:16
**2nd (2)**
138:6,19

---

**3**

**3 (24)**
4:19,25 115:12,14
127:13 128:3 132:5
141:3 209:15
210:23 211:20
213:11 214:20
219:3,5,8,9,12
220:5 226:20,21
231:20 241:25
244:14
**300 (3)**
91:16,21 92:17
**300s (1)**
38:6
**30th (1)**
138:11
**31 (1)**
4:10
**365 (1)**
90:7
**3rd (1)**
140:4

---

**4**

**4 (5)**
158:25 222:21 227:2
233:16 251:2
**43 (2)**
141:9 156:3
**45 (1)**
142:10

---

**5**

**5 (17)**
4:19 5:7,9 64:21
104:13,16,23 105:4
106:5 110:2 111:20
112:25 189:20
210:23 211:20
213:15 231:17
**50 (2)**
161:3,7
**53202 (1)**
3:21

**53703 (1)**
3:13
**53707 (1)**
3:16
**54 (4)**
155:12,25 156:7,21

---

**6**

**6 (4)**
5:3 103:11 236:16
240:18
**62 (1)**
234:13
**65 (1)**
4:11
**67 (2)**
232:9,11
**6th (2)**
3:8 139:18

---

**7**

**7 (9)**
4:5 5:11 133:23,24
174:8 209:15 219:8
219:12 241:19
**70 (2)**
38:17,21
**702(C) (1)**
175:17
**75 (2)**
157:17 168:20
**76 (1)**
200:15

---

**8**

**8 (4)**
133:24 227:6 228:10
231:21
**85 (1)**
60:2
**875 (1)**
3:8
**8th (2)**
138:2 139:17

---

**9**

**9 (2)**
135:7 240:12
**9:05 (2)**
2:8 6:15
**99,99 (1)**
170:21