# Exhibit 1



PLAINTIFF'S EXHIBIT #1 8-30-16

# CHILD PROTECTIVE SERVICE REPORT

| Case Name | | Worker Safety Concerns | Report Number |
|---|---|---|---|
| Loertscher, Tamara M. | | ☐ Yes  ☒ No | 8927060 |
| Date and Time Report Received | CPS Report Type | | County |
| 8/4/14 10:16 AM | Primary | | Taylor |
| Name - Worker | | Name - Supervisor | |
| Dassow, Amanda | | Daleiden, Liza | |

## I. Family Information

| Name - Family | Telephone Number - Home |
|---|---|
| Loertscher, Tamara M. | |

| Address - Street | Apt. No. | City / Town | State | Zip Code |
|---|---|---|---|---|
| | | | WI | |

Primary Language: English      Interpreter Needed: ☐ Yes  ☒ No

Directions to House

### A. Household Members

| Name | Role | Relationship | DOB | Age | Gender | Race |
|---|---|---|---|---|---|---|
| Tamara M. Loertscher | HM-PR-RN | Reference Person | | 29 | Female | |
| unborn unborn | AV-HM | Biological Child | | | | |

AV = Alleged Victim  
HM = Household Member  
NM = Non-Household Member  
PR = Parent / Parental Role  
R = Reporter  
RN = Report Name  

A = Asian or Pacific Islander  
B = Black  
I = American Indian / Alaskan Native  
P = Native Hawaiian / Other Pacific Islander  
U = Unable to Determine  
W = White  

Information that the child may have American Indian heritage, including names of tribe(s) if known.

Unknown

### B. Parent(s) Not in Home / Other Non-Household Members

| Name | Relationship | Address | Telephone No. | DOB | Gender | Race |
|---|---|---|---|---|---|---|
| Corey Everson | Mandated Reporter | | | | Female | |

### C. Alleged Maltreatment

| Alleged Victim | Relationship to Victim | A/N Code | Description | Dt or Appprox Dt of Alleged Maltreatment | Fatality |
|---|---|---|---|---|---|
| unborn unborn | Biological Parent(s) | Unborn Child Abuse | Unborn Child Abuse | 08/01/2014 | No |

### D. Location of Incident

| Address - Street | Apt. No. | City / Town | State | Zip Code |
|---|---|---|---|---|
| | | | WI | |

CFS-2090 (Rev 07/2007)

| Telephone Number - Home | Telephone Number - Work | Date of Alleged CAN |
|---|---|---|
| | | 08/04/2014 |

E. Contacts / Others with Information About Family

Corey Everson- Social Worker at Mayo Clinic in Eau Claire, Wisconsin 715-838-3418

## II. Narrative

**a. Describe alleged maltreatment: current and past; the surrounding circumstances; and the frequency; or intervention or services needed for the child.**
Reporter states that there is a 29 year old female named Tamara (Tammy) M. Loertscher that was admitted to the Mayo Clinic in Eau Claire, Wisconsin on Friday August 1, 2014 for mental health concerns/suicidal concerns. During her stay at Mayo Clinic, Tammy tested positive for methamphetamines, amphetamines, and THC. Reporter also states that it was confirmed that Tammy is 3 months pregnant. Reporter also states that Tammy has used alcohol during her pregnancy as well, to the point of blacking out. Reporter states that Tammy has been prescribed Prozac since Friday August 1, 2014. Reporter says that Tammy reported that "her and her boyfriend have been trying to get pregnant for a while." Reporter says that Tammy confirmed that she used THC everyday, until she found out that she was pregnant, the use now is 1-2 times per week. It was reported by Tammy that there was a sexual in nature video that was made of her and "shown around town."

**b. Describe the child(ren)'s injury or conditions as a result of the alleged maltreatment or services needed.**
Tammy is 3 months pregnant with an unborn child and has tested positive for methamphetamines, amphetamines and THC at the Mayo Clinic in Eau Claire, Wisconsin. She also admits to excessive alcohol use. The physician is stating that this behavior is putting the fetus in serious danger of harm.

**c. Describe the child(ren)'s current location, school / daycare including dismissal time, functioning, including special needs, if any, and highlighting current vulnerability.**
Unborn child

**d. Document relevant information from CPS history, CCAP and Sex Offender Registry-Reverse Address checks (if no relevant information found, document that checks were completed).**
CCAP History

Worthless checks 5/2013
Operating motor vehicle w/o insurance 1/2011


Sex Offender Registry

Not a registered sex offender.


CPS History
No prior involvement

**e. Describe when the alleged maltreater will have access to the child.**
The child is unborn at this time.

**f. Describe any changes in circumstances that may make it difficult to fulfill CPS responsibilities.**
N/A

**g. Describe presence of domestic violence, if applicable, including the demonstration of power and control and entitlement within the home environment.**
Tammy has had prior involvement with Taylor County Human Services which was on August 1, 2014. At that time, Tammy reported that she and her boyfriend do get into physical altercations. Tammy stated "we save all of

our anger because we are the only ones to take it out on." Tammy did have bruises on her left knee and her right arm.

**h. Describe how the family may respond to intervention by the agency, including the parental protective capacities.**
Unknown at this time

### DESCRIBE ANY PRESENT DANGER THREATS, INCLUDING A DESCRIPTION OF POSSIBLE OR LIKELY EMERGENCY (EXIGENT) CIRCUMSTANCES.

**i. Dangerous (life threatening) living arrangements are present.**
Tammy's use of both alcohol and drugs is both significant and serious. It is reported by Tammy that she continued to use both alcohol and drugs even after finding out she was pregnant. She reported drinking until she blacked out and using THC daily but cutting back to one or two days per week once she learned of the baby. She tested positive for Amphetamines and Methamphetamines and THC at a MH facility. This was when she was well aware of the pregnancy. A physician from the facility she is receiving MH services states that this use puts the fetus in serious danger of harm.

**j. Parent is intoxicated (alcohol or other drugs) now or is consistently under the influence.**
Tammy tested positive for Amphetamines and Methamphetamines and THC within the past 3 days. She also admits to consuming alcohol.

### THE FOLLOWING SECTION MUST BE COMPLETED FOR ALLEGED MALTREATMENT BY PRIMARY CAREGIVER OR PARENTAL CONTRIBUTION TO THE MALTREATMENT:

**k. Describe the parents or adults in the parental role: current location, functioning, and parenting practices and views of child(ren).**
Tammy is currently at Luther Mayo Clinic in Eau Claire, Wisconsin. Tammy did report that she is willing to receive help for her AODA issues and wants to quit using and stay sober.

**l. Describe the family functioning, strengths and current stressors.**
Unknown

**m. Document the name of the alleged maltreater and relationship to child.**
Tamara Loertscher-mother to the unborn child

### DESCRIBE THE POSSIBLE OR LIKELY IMPENDING THREATS TO CHILD SAFETY.

**n. One or both parents'/caregivers' behavior is dangerously impulsive or they will not/cannot control their behavior.**
Tammy is reported to be chemically dependent and unable to control the dependency's effects because of the use of methamphetamines.

### III. Agency Response

A. Supervisor Screening Decision

| Decision | Date / Time Decision was Made |
|---|---|
| Screen In | 8/4/14 3:59 PM |
| Response Time | Reason |
| Same Day | Screen In - CA/N Primary |
| Explain | |

Screened in, assigned to SW Julie Clarkson.

B.  ☐ Yes ☒ No  Law enforcement notified
    ☐ Yes ☒ No  After hours

## IV: Signatures

_____          _____
        SIGNATURE - Worker                     Date Signed


_____          _____
       SIGNATURE - Supervisor                  Date Signed