# Exhibit 4

CC, Draft 1, February 25, 2008

Legislative History of 1997 Wisconsin Act 292

The online history of 1997 Wisconsin Act 292 is not extensive. However, in both the Assembly and Senate, Assembly Bill 463 and companion bill, Senate Bill 264, were amended numerous times by a variety of legislative members. Public hearings were held in committee in both the Assembly and Senate. However, there is no online record of the hearing in the Senate.

The Assembly Committee on Children and Families had a public hearing on the bill on October 30, 1997. Six individuals appeared in favor, eight people appeared against, and four people appeared for information only, two registered in favor and two registered against. The Department did not testify or register a position. Dane County Human Services appeared for information only. Medical providers appeared to be against the proposed bill.

Any further information would require a review of the paper file at Legislative Reference Bureau and that record may or may not have additional useful information as we move forward.



EXHIBIT

84

10|13|16

**STATE 18641**