# Exhibit 9

# Wisconsin
# Child Abuse and Neglect Report



## 2005 Data

Office of Program Evaluation and Planning
Division of Children and Family Services
Wisconsin Department of Health and Family Services

STATE 00045

# Wisconsin
# Child Abuse and Neglect
# Report

# **Appendices**

## 2005 Data

Office of Program Evaluation and Planning
Division of Children and Family Services
Wisconsin Department of Health and Family Services

**STATE 00089**

46

APPENDIX B

**Unborn Child Abuse**

Unborn child abuse is defined as "serious physical harm inflicted on the unborn child, and the risk of serious physical harm to the child when born, caused by the habitual lack of self-control of the expectant mother of the unborn child in the use of alcohol beverages, controlled substances or controlled substance analogs, exhibited to a severe degree." [Ref. s. 48.02(1)(am), Stats.]

The maltreatment allegation of unborn child abuse is excluded from maltreatment allegation counts in the body of this report and presented here separately.

- In calendar year 2005, CPS agencies screened-in 303 allegations of unborn child abuse for further investigation/assessment.

- The most common reporters of screened-in unborn child abuse allegations were social service workers (35%), medical personnel (11%), relatives (10%), and legal/law enforcement (9%).

- Forty-nine of the 303 screened-in allegations (16%) of unborn child abuse were substantiated after the investigation/initial assessment.

- Of the 49 substantiated cases of unborn child abuse, 69% were opened for CPS services.

- In 10 of the 49 substantiated cases, the children were placed in out-of-home care after the child's birth.

STATE 00091