# Exhibit 20

| Case Name: **Loertscher, Tamara** | Case ID: **8377958** |
|---|---|

| Date: **08/04/2014** | | Note **1** of **48** |
|---|---|---|
| Begin Time: **12:05 PM** | End Time: | Participants: **Everson, Corey** |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Telephone Call** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker contacted Cori Everson at Luther Mayo Clinic in Eau Claire to advise that this agency received a CPS referral that was screened in regarding Tamara Loertscher and to please have Tamara call me ASAP. Cori did confirm that a pregnancy test was done and Tamara is indeed pregnant. She stated that Tamara is requesting to be discharged today and the doctor will be meeting with her again to discuss that. She will have Tamara call this worker.**

| Date: **08/04/2014** | | Note **2** of **48** |
|---|---|---|
| Begin Time: **12:30 PM** | End Time: | Participants: |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Other** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: **Staffing** |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker met with supervisor Liza Daleiden and AODA counselor Mike Sanderson to discuss options and planning. It is believed that due to the Meth use and how recently Meth was used, Tamara would best be served by an inpatient treatment facility to be followed by outpatient services in the community while residing in a safe and stable home. Did discuss other options such as living with a safe relative or Stepping Stones shelter.**

**Supervisor Daleiden did advise this worker that it was approved for Tamara to go to Fahrman Center, LE Phillips or possibly another treatment facility on a voluntary basis if she agrees. This agency would cover the initial cost, but she would be responsible at some point.**

**This worker did confirm that Fahrman Center did have an opening and would be willing to take a placement today. This worker will contact them back if we choose to proceed.**

| Date: **08/04/2014** | | Note **3** of **48** |
|---|---|---|
| Begin Time: **01:50 PM** | End Time: | Participants: **Everson, Corey** |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Telephone Call** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker again contacted SW Cori Everson and requested that Tamara contact me. She stated that she had given her the message right after we last spoke and was surprised that she has not called yet. Cori went to find Tamara, but she was meeting with the doctor and advised that she would again tell Tamara to contact me.**

| Date: **08/04/2014** | | Note **4** of **48** |
|---|---|---|
| Begin Time: **02:53 PM** | End Time: | Participants: **Everson, Corey** |
| Duration: **0** | Billable: ☐ | |



| Category: **Initl Assess Contact** | Type: **Telephone Call** | |
|---|---|---|
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker contacted SW Cori Everson again to ask if Tamara could contact this worker. She stated that she had given Tamara the message again and that she should have called this worker already. Worker advised that she did not. Cori advised that she would take the phone to Tammy and make the call with her.**

**This worker asked Cori for their fax number so I could send a request for records. 715-838-1904. Address of Luther is 1221 Whipple St, Eau Claire, WI 54703. Tamara is diagnosed with Major Depressive Disorder with Recurrent psychosis-NOS. meth dependence, marijuana dependence and alcohol abuse. Rule out cluster C traits. Tammy is also requesting additional medical tests to make sure that she and the baby are ok. They may opt to keep her to assist with this testing.**

| Date: **08/04/2014** | | Note **5** of **48** |
|---|---|---|
| Begin Time: **03:20 PM** | End Time: | Participants: **Loertscher, Tamara M.** |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Telephone Call** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**Tammy Loertscher did call this worker. Worker advised that we had received a child protective services report and it was screened in. Explained that this means we have an open assessment. Worker explained that part of that referral indicated that she is pregnant. She stated yes. Worker further explained that the referral indicated that she tested positive for drugs. Tammy did not answer to this. This worker advised that it is my understanding that she is stating that she wants help with the drug issues. Tammy then stated that she doesn't need help for any drug issues, that she wanted help with mental issues. This worker advised that I am aware that she had a drug screen that was positive for Meth, THC and amphetamines, as well as admitting to using alcohol during this pregnancy. Tammy stated that she stopped using meth approximately one week ago. This worker advised that if the drug test on Friday was positive for it, this would indicate she most likely used within one to two days prior to that. Tammy did not respond to this. She then stated that she has not used alcohol for one year. Tammy stated that she cannot even remember the last time she used marijuana and believes it was before she was even pregnant. This worker again advised that the drug test from the weekend indicated that she was positive for THC and this would indicate that typically there has been use within the past 30 days. This worker advised Tammy that we just want to make sure that she and baby are safe and we are requesting that she voluntarily enter a treatment facility for the drugs and alcohol. Tammy stated that she is already in treatment and it is not helping her. This worker clarified that this would be for drugs and alcohol and that right now, she is receiving treatment for mental health concerns. Tammy stated that she doesn't want to work with Taylor County, that she has bad feelings about Taylor County. She stated that she has talked to the doctor about all of this and he is fine if she doesn't want to go into treatment. She then stated that she does not want to go to treatment.**

**This worker asked Tammy what she thought would be most helpful to her right now. She stated that she needs to be able to go back to people that support her, her family. She stated that she feels it would be best to move out of Taylor County. This worker advised that the treatment facilities we are looking at are all outside of Taylor County and she wouldn't have to return here necessarily. "My doctor told me that I didn't have to work with Taylor County." This worker asked who that doctor was, she stated that it was Dr. Anwar. This worker advised Tammy at this point that we do have an open child protective services investigation and she does need to cooperate in order to keep her and her baby safe. She then stated, "Everyone is telling me different things." This worker asked her what she meant. Tammy did not clarify this. She stated, "You don't know what got me at this level." This worker asked**

her to explain it to me to help me understand then. She then stated that the staff at Luther is "mean and judgmental." She stated "they don't know me or how much I've used." Worker again said that I agree that we don't know her and I would like to get her perspective on things.

Tammy then indicated that she will be getting an attorney, Cevikus. This worker explained to Tammy that if she does not agree to voluntarily receive AODA treatment, this agency will be likely requesting to take her into temporary physical custody in order to keep her child safe. She stated that this worker was threatening her. Worker advised that I was not threatening her, just explaining to her the actions that this agency will be pursuing if she chooses to not voluntarily receive treatment. This worker asked what would be the best way to contact her. She stated that she would be in the hospital.

| Date: 08/04/2014 | | Note 6 of 48 |
|---|---|---|
| Begin Time: **03:35 PM** | End Time: | Participants: **Everson, Corey; Loertscher, Tamara M.** |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Telephone Call** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker received a phone call from Cori Everson. She stated that she was with Tamara on speaker phone, but that Tamara was on another phone and refusing to speak with this worker. Cori advised this worker that Tamara stated that she really did not want to talk to this worker or Cori. This worker advised Cori that Tamara had called me a few minutes earlier and I was able to inform her that this agency has an open CPS assessment and that we were asking her to voluntarily seek AODA treatment and that she stated that she does not have and AODA problem. Cori stated that they would be keeping Tamara for one more night at least. Worker advised Cori and Tamara at this time that this agency had begun the process of requesting a TPC and that law enforcement and juvenile court intake were completing the paperwork at the present time. While on speaker phone, worker advised that we would fax the hold form when it was completed and asked Cori that if Tamara attempts to discharge, they should contact law enforcement.**

| Date: 08/05/2014 | | Note 7 of 48 |
|---|---|---|
| Begin Time: **09:00 AM** | End Time: | Participants: **Everson, Corey** |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Telephone Call** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker spoke with SW Cory Everson from Luther. She stated that everything is going through the fax right now. Tamara seen an OB yesterday. Tamara won't see Cory today. She wouldn't talk to the nurses last night. She met with Admin last night because they wouldn't let her leave and is filing a grievance. She is attempting to record conversations.**

**11:15 am. This worker spoke with Cory. She stated that they are looking at discharge on Thursday. The doctor just started Tamara on Prozac and want her to have time to adjust to that and process through what happens at court. Tamara is being gamey. Dondi called Cory yesterday and Cory can't speak to him without a release. She passed the phone to Tamara and Tamara handed it back to her. Tamara refused to sign a release to talk with him though. She has some bad bruising on her arm.**

| Date: 08/05/2014 | | Note 8 of 48 |
|---|---|---|
| Begin Time: **10:14 AM** | End Time: | Participants: **Ellner, Dondi J.** |
| Duration: **0** | Billable: ☐ | |

| Category: **Initl Assess Contact** | Type: **Telephone Call** | |
|---|---|---|
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**Dondi called this worker extremely upset. He advised that he was Tammy's boyfriend. He stated that we cannot arrest someone for having drugs in their system. He stated that Rick Cvykus is his attorney. Dondi stated that Tamara never had her rights read to her. "My attorney will be all over your ass." "Cease and desist or he will take you all down." Dondi then hung up.**

| Date: **08/05/2014** | | Note **9** of **48** |
|---|---|---|
| Begin Time: **02:15 PM** | End Time: | Participants: **Loertscher, Harmonious; Loertscher, Tamara M.** |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Face-to-Face** | |
| Face-to-Face Location: **Court** | Face-to-Face Result: **Occurred** | Type Detail: **Court Hearing** |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**TPC Hearing. Commissioner Greg Krug, Attorney Courtney Graff, Julie Clarkson, Liza Daleiden, Attorney Michael Shiffler. Tamara appeared by phone with SW Cory Everson from Luther Hospital. Agency requests that Tamara continue at Luther until deemed medically cleared to be discharged and then to licensed treatment facility consistent with dr. recommendations. Tamara then indicated that she had an attorney, Cvykus and gave the number of 560-1793. Dondi answered the phone and gave 715-842-5205. Tamara stated that she has not been allowed to use the phone at Luther to call her attorney and will not answer any more questions until he's present. Dondi advised that their attorney said to call him after the hearing. Tamara told him that Julie did not call her this morning to tell her the time and place of the hearing. Called attorney Cvykus. He stated he spoke with Dondi, but was not aware that this was a CHIPS matter and may have another attorney at the firm handle it. AT this point, Tammy left the room where the phone was at the hospital.**

**The court stated that Tamara was an active participant in the hearing, discussed what occurred with the attorney, Tamara may ask for a re-hearing. The Court noted that Ms. Loertscher left the room and the court will take that as a voluntary waiver and a continuing objection. Cory stated that Tammy left because she felt that she was being harassed on speaker phone.**

**Court took testimony from Dr. Jennifer Bantz from Luther Hospital. She is an MD in OB/GYN. She did examine Tamara Loertscher. Tammy was admitted on 8/1, her record noted polysubstance use and pregnancy. The ultrasound was reassuring. Tamara has a history of depression. She has hypothyroidism and is not taking medication for this. Dr. testified that Tamara admitted to smoking Meth daily. When she found out she was pregnant, he continued to use 2-3 times per week to get herself out of bed. She admitted to marijuana use throughout her pregnancy. She admitted to some use of alcohol, no specific amount. Tamara completed a UA on 8/1 that was positive for THC, Amphetamine and Methamphetamines. The doctor stated that THC could cause cognitive deficits, but not much supporting information about this. Meth use is more concerning. Babies tend to be smaller, low birth weight, potentially have cognitive problems later in life, problems with organ development, and pre-term delivery. Alcohol can cause FAS. Dr. stated "I believe if she continues to use methamphetamines, there will be complication on the child that may be determined later in life. Dr. believes that if Tamara returns to live with her boyfriend, who she believes was providing her the methamphetamine, she will use again. Tamara felt he was supportive of her, and would not directly relay information about him. Dr. is concerned that if Tamara is released, she may not seek outpatient help. Tamara has poor insight. Good intentions is all that she has. Tamara stated that therapy is not necessary for her. Dr. recommends treatment for Tamara. Dr. is also concerned about hypothyroidism. She stated that the TSH is off the charts and the dr. is amazed that Tamara has made it this far without miscarriage.**

**Court finds probable cause. Tamara had self-reported drug use of meth, marijuana and alcohol along with the concerns of hypothyroidism and depression. When all of these concerns are coupled, it is magnified and renders her less likely to take care of herself. She has not availed herself to treatment. Court holds her in custody at Luther until she can be transferred to a treatment facility during her pregnancy. Anywhere along the line, she is entitled to a rehearing. Court enters the TPC order today and places her at a licensed treatment facility upon her discharge.**

| Date: **08/05/2014** | | Note **10** of **48** |
|---|---|---|
| Begin Time: **03:30 PM** | End Time: | Participants: |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Collateral** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker contacted Fahrmen Center regarding placement of Tamara. Spoke with Darren. He stated that they did have an opening and would be willing to take her. Discussed that it would be necessary for her to have a TB test prior to admission though and enough of her medications to get her through 21 days.**

| Date: **08/06/2014** | | Note **11** of **48** |
|---|---|---|
| Begin Time: **10:40 AM** | End Time: | Participants: |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Collateral** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker spoke with Jarred Duellman, SW at Luther. They did receive a copy of the TPC, Tamara can transition to Fahrman tomorrow. She is very paranoid right now and not trusting the county. Jarred stated that Tamara should have a follow-up on medications within the next week or two. She lives with her grandparents in the Medford area.**

**12:30 pm. Jarred contacted this worker and stated that Tammy is refusing to stay. They are a locked facility. This worker advised that I believed she was ordered there and cannot leave, but I will contact our attorney and find out.**

**This worker spoke with supervisor Liza Daleiden, who consulted attorney. Luther cannot restrain her unless it is a Chapter 51 hold. They have to let her go unless they are willing to do a directors hold.**

**Phone call to Jarred at Luther with Liza Daleiden, Jen Meyer and Julie. Relayed above information to Jarred. He will consult with Dr. Anwar.**

| Date: **08/07/2014** | | Note **12** of **48** |
|---|---|---|
| Begin Time: **08:24 AM** | End Time: | Participants: |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Collateral** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker spoke with Jarred at Luther. Tammy refused the TB test last night. She has her medications and discharge papers.**

9:00 am. Jarred by phone. Tammy is still refusing TB test. She is also refusing any ointment for vaginitis. Dr. is considering director's hold. Jarred believes she did start the thyroid medicine.

This worker staffed this case with supervisor Liza Daleiden. She had received a phone call from their legal counsel.

Phone call with Erin (legal counsel at Luther), Jarred (SW at Luther), Dr. Anwar (from Luther), Attorney Mike Shiffler, Liza Daleiden, Jen Meyer, and this worker. Dr. Anwar stated that given Tamara's current mental health state, he does not feel she is an imminent danger to herself or others and that just because she has used in he past does not mean she will again. He stated that Tamara understand that substances can cause harm to the baby. Dr. Anwar feels that treatment can be accomplished with outpatient AODA or inpatient if ordered by the court. They will relay to Tammy again that this agency wants her to do the TB test, go to Fahrman and get assessed. They met with her for an hour and explained that this is being done to keep her and her baby safe.

| Date: 08/19/2014 | | Note 13 of 48 |
|---|---|---|
| Begin Time: 12:00 PM | End Time: | Participants: Loertscher, Tamara M. |
| Duration: 0 | Billable: ☐ | |
| Category: Initl Assess Contact | Type: Correspondence | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: Clarkson, Julie | | Contact by Designee: ☐ |

August 19, 2014

Tamara Loertscher
[redacted]

RE: Unborn Loertscher

Dear Ms. Loertscher:

As we had discussed while you were at Luther Hospital, I am the social worker assigned to work with you at this time. I would like to meet with you to discuss the current situation. As we had discussed on the phone, this agency just wants you and your child to be safe and healthy. It is our recommendation that you receive AODA treatment for that to happen.

We do want to work with you to make sure that happens. I would like to meet with you to discuss your opinions as to what you feel would be most workable for you to receive treatment. The best thing that you could do is to work with this agency right now to do what is best for all involved. This agency did pursue court action because of your resistance to cooperate. The status of this action could change based on your cooperation and compliance. This process will continue at this time, but your input is important as well and we want you to be successful in being safe and healthy and bringing a safe and healthy child into this world.

Please contact me as soon as you receive this letter to schedule a time to meet with me to discuss options.

Sincerely,

Julie Clarkson, Child Protective Services
Taylor County Human Services Department

cc: Attorney Courtney Graff, Corporation Counsel
Attorney Michael Shiffler, GAL

| Date: 08/25/2014 | | Note 14 of 48 |
|---|---|---|
| Begin Time: 10:30 AM | End Time: | Participants: Ellner, Dondi J.; Loertscher, Harmonious; Loertscher, Tamara M. |
| Duration: 0 | Billable: ☐ | |
| Category: Initl Assess Contact | Type: Initial Face-to-Face | |
| Face-to-Face Location: Court | Face-to-Face Result: Occurred | Type Detail: Court Hearing |
| Worker Making Contact: Clarkson, Julie | | Contact by Designee: ☐ |

**Court hearing. Judge Knox-Bauer, Attorney Courtney Graff, Attorney Mike Shiffler, Julie, Liza Daleiden, Tamara, Dondi Ellner, Marge Loertscher, Robert Hendricks. Court advised of rights and obligations. Baby is due January 29, 2015. Tamara requested a different Judge and an adjourned hearing. Judge Knox-Bauer cannot hear the contempt issue because of the request for different Judge. Dondi stated that he is the alleged father and gave an address of [REDACTED] He stated that he is moving, not sure where, but is staying with Tamara at her grandparents' home, [REDACTED]**

**This worker did ask to speak with Tamara after the hearing. She refused to speak with this worker and stated that she wouldn't talk to anyone until she had an attorney.**

| Date: 08/27/2014 | | Note 15 of 48 |
|---|---|---|
| Begin Time: 04:00 PM | End Time: | Participants: Loertscher, Tamara M. |
| Duration: 0 | Billable: ☐ | |
| Category: Initl Assess Contact | Type: Collateral | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: Clarkson, Julie | | Contact by Designee: ☐ |

**This worker contacted Laura Sova's office at Aspirus. They informed that Tamara had an appointment scheduled for Monday, but called Monday afternoon to cancel. She did not reschedule.**

| Date: 09/04/2014 | | Note 16 of 48 |
|---|---|---|
| Begin Time: 08:54 AM | End Time: | Participants: |
| Duration: 0 | Billable: ☐ | |
| Category: Initl Assess Contact | Type: Collateral | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: Clarkson, Julie | | Contact by Designee: ☐ |

**This worker contacted Medford Aspirus to confirm that Tamara had cancelled her appointment on 8/25. She has not had an appointment since that time and has no pending appointments.**

**9:26 am. This worker contacted Darren at Fahrman Center to ask if they would be willing to take a pregnant mother.**

| Date: 09/04/2014 | | Note 17 of 48 |
|---|---|---|
| Begin Time: 09:45 AM | End Time: | Participants: Loertscher, Tamara M. |
| Duration: 0 | Billable: ☐ | |
| Category: Initl Assess Contact | Type: Collateral | |

| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
|---|---|---|
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker contacted Fahrman Center. They could take a pregnant mom today. Would need TB test and meds filled. If positive for Heroin or Meth, would need to detox first.**

| Date: **09/04/2014** | | Note **18** of **48** |
|---|---|---|
| Begin Time: **01:30 PM** | End Time: | Participants: **Ellner, Dondi J.; Loertscher, Harmonious; Loertscher, Tamara M.** |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Face-to-Face** | |
| Face-to-Face Location: **Court** | Face-to-Face Result: **Occurred** | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**Adjourned Plea/Contempt Hearing. Judge Fox, Tammy Loertscher, Dondi Ellner, Attorney Courtney Graff, Attorney Mike Shiffler, Liza Daleiden and Julie Clarkson. Also present: Marge Loertscher and Robert Hendricks. Attorney Graff requested a closed hearing. Judge Fox denied this request. Judge advised that he was willing to adjourn the hearing to allow Tamara to get an attorney. He advised of rights. Tamara stated that she has paperwork to prove that there was no danger to the unborn child. Deny the petition and request a trial. GAL admits allegations.**

**Contempt Motion. This worker gave testimony. Tamara gave testimony. Tamara stated that she did not decline the TB test, she decline to take the blood TB test. "I don't feel like I need treatment. I went to the hospital to receive treatment and they violated my rights." "All these people got this information and this made my stay worse." "I was discharged by the physician to the care of my mother." Tamara was asked if she failed to cooperate. "My labs show negative." Received the letter from this worker after the last hearing. "I don't need treatment." Court found Tamara in contempt. "you chose to ignore the order. Unless and until the order is changed, you need to obey. The court does find that the court entered an order that Ms. Loertscher be placed at licensed facility and she did not comply." Ordered committed to TC Jail for 30 days. Court will stay that Order and allow it to be purged by immediately cooperating with HSD. Must consult with this worker at the end of the hearing. May be discharged from Fahrman center, but still needs to cooperate with HSD.**

**Worker met with Tamara after the hearing. She was defiant and stated that she doesn't need treatment. She, at one point stated that she would not go to Fahrman Center. She was reminded that if she does not go, she will go to jail. Those are her two options at this point. Tamara agreed to go to Fahrman. She went to the jail for a UA. This UA was viewed by this worker and read by jail staff. Positive for THC and Benzoids. Tamara stated that she has not used anything other than her prescribed medications, Prozac and thyroid medicine. Tamara agreed that she would go to the Medford Aspirus Clinic for a TB test and a UA and then to Fahrman Center by 5:00 pm. This worker advised that I would be making the calls to get that all set up. Tamara advised this worker that she has prenatal appointments scheduled. She refused to tell this worker when or where.**

**It should be noted that four law enforcement officers were present for the hearing and continued to remain close after the hearing until all parties had dispersed.**

| Date: **09/04/2014** | | Note **19** of **48** |
|---|---|---|
| Begin Time: **08:00 PM** | End Time: | Participants: |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Collateral** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This agency received information from the Taylor County Jail that Tamara Loertscher was opting to serve the 30 days under the contempt order rather than the purge condition of reporting to treatment. She did enter the jail this evening.**

| Date: **09/05/2014** | | Note 20 of 48 |
|---|---|---|
| Begin Time: **09:08 AM** | End Time: | Participants: |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Collateral** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker contacted Triage to ask if Tamara showed up yesterday. She did not. Still willing to provide service if needed.**

| Date: **09/05/2014** | | Note 21 of 48 |
|---|---|---|
| Begin Time: **09:30 AM** | End Time: **09:35 AM** | Participants: **Loertscher, Tamara M.** |
| Duration: **0.1** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Face-to-Face** | |
| Face-to-Face Location: **Other** | Face-to-Face Result: **Occurred** | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker went to meet with Tamara at the Taylor County Jail. Worker asked Tamara why she chose not to go to treatment yesterday. She advised that she does not have a drug or alcohol problem. This worker then stated, let's talk about that. This worker explained to Tamara that even though she chose to serve the 30 days of jail, this agency still believes that she has AODA issues and we would continue to recommend the treatment program after she is released from jail. She stated that she would not talk to this worker without an attorney. Tamara then hung up the jail phone and started to walk away. This worker then asked Tamara if she is getting an attorney. She nodded her head yes and walked out of the jail visitation area.**

| Date: **09/05/2014** | | Note 22 of 48 |
|---|---|---|
| Begin Time: **09:30 AM** | End Time: | Participants: **Loertscher, Harmonious; Loertscher, Tamara M.** |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Face-to-Face** | |
| Face-to-Face Location: **Other** | Face-to-Face Result: **Occurred** | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker met with Tamara at the Taylor County Jail. This worker asked Tamara what happened yesterday, as we had discussed that she would be going to treatment. Tamara stated that she does not have a drug or alcohol problem and so she is not going to treatment. This worker advised that it would be an inpatient assessment and they would let us know if she does have a problem. It would be a way for her to show us that she doesn't have a problem.**

**This worker advised Tamara that I understand her thinking, but that this agency would still be requesting that she complete the 21 day program after she's out of jail. So, she can be here for 30 days, but will still need to go inpatient.**

**Tamara then stated that she was not going to talk anymore without her lawyer. This worker asked if she was getting an attorney. She stated that she was.**

| Date: **09/08/2014** | Note 23 of 48 |
|---|---|

| Begin Time: 01:00 PM | End Time: | Participants: **Loertscher, Marge** |
|---|---|---|
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Face-to-Face** | |
| Face-to-Face Location: **Office** | Face-to-Face Result: **Occurred** | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker met with Marge and her boyfriend Robert Hendricks at the request of Marge and Robert. Marge stated that Tamara has an appointment for prenatal tomorrow in Marshfield at 8:50 and they want her to be able to go. This worker explained that she is in jail and the appointment is in Marshfield. I can ask the jail to transport, but it is unlikely. The appointment is with Heather Summers and was scheduled a week or two ago. Dondi wants to go to the appointment with her. This worker advised that Tammy may need to start her prenatal care in Medford and transfer to Marshfield when she's out of jail. Marge stated that Tammy does not want to go to Medford. Marge and Robert were very demanding and stating that this agency is not allowing Tamara to get her prenatal care. They insisted that Tamara does not have a drug problem and did not use while she was pregnant. They advised this worker that they were contacting a civil rights group about this.**

| Date: **09/08/2014** | | Note **24** of **48** |
|---|---|---|
| Begin Time: **02:00 PM** | End Time: | Participants: |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Collateral** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker contacted the jail to find out if it would be possible to transport Tamara for her appointment to Marshfield. This worker was advised that it is not their policy to do that unless it is care that she cannot receive at the local facility (Medford Aspirus). They would be willing to transport her to Medford Aspirus for care.**

**This worker then contacted Laurie Bushe at Marshfield Clinic to confirm that Tamara did have an appointment scheduled. She indicated that she did. Worker advised that Tamara would not be able to attend that appointment. Laurie stated that Tamara had another appointment scheduled with an OB on September 16 at 10:00 am. Worker advised that I wasn't sure Tamara would be able to attend that appointment either, but to keep it scheduled for now. Laurie stated that there wouldn't be any problems with Tamara starting at the Medford Clinic and transferring to Marshfield later. Will keep her address and contact information the same at this time.**

| Date: **09/08/2014** | | Note **25** of **48** |
|---|---|---|
| Begin Time: **03:00 PM** | End Time: | Participants: **Loertscher, Tamara M.** |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Correspondence** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker received a note from Tamara Loertscher (in file) stating that she is revoking the release of information to Fahrman Center.**

| Date: **09/10/2014** | | Note **26** of **48** |
|---|---|---|
| Begin Time: **03:00 PM** | End Time: | Participants: |
| Duration: **0** | Billable: ☐ | |

| Category: **Initl Assess Contact** | Type: **Collateral** | |
|---|---|---|
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker received a phone call from the county nurses' office who provide services to the jail. They are attempting to verify Tamara's pregnancy, per jail policy. She is refusing to give a urine sample to do that. She stated that she is very sick and needs to go home to be with her family. The maternity nurse went to see her and told her that she will not have a miscarriage from sleeping on a hard bed and that she felt they were symptoms of withdrawal. Tamara told them she had a cyst on the placenta. Nurses noted that in the last day or two, Tamara has looked better and more comfortable. She is on the pregnancy diet in the jail with extra milk and taking a multivitamin and her thyroid medicine.**

| Date: **09/11/2014** | | Note **27** of **48** |
|---|---|---|
| Begin Time: **01:06 PM** | End Time: | Participants: |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Collateral** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker spoke to Sergeant Kasparek at the Jail. The jail will talk to her about getting scheduled at Medford for prenatal care. They will transport her to Medford. This worker offered to assist in this conversation if necessary, however advised that Tamara isn't really willing to speak with me either.**

| Date: **09/11/2014** | | Note **28** of **48** |
|---|---|---|
| Begin Time: **03:00 PM** | End Time: | Participants: |
| Duration: **0** | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Collateral** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker received a phone call from Deb Berends at Health Dept. Tamara indicated to them that she would like to go to Fahrman Center. She asked them to let me know. They also advised her to put it in writing to this worker. They advised her that if she is in jail, she doesn't get her choice of doctors, she has to go to Medford. Discussed that she could go to treatment and it could be determined that she doesn't have a problem.**

| Date: **09/12/2014** | | Note **29** of **48** |
|---|---|---|
| Begin Time: **02:00 PM** | End Time: | Participants: |
| Duration: **0** | Billable: ☐ | |
| Category: **Ongoing Services** | Type: **Collateral** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker spoke with Kim at the Jail. She stated that Tamara has had to be placed in the holding cell because of her behaviors at the jail. She was being disrespectful to jail staff, "Jail is a stupid fucking place" called the jailer a "stupid fuckin bitch." and flipped off jail staff.**

**They have been trying to get her to give a UA because in order to facilitate prenatal care, they need to confirm the pregnancy per jail policy. They have been giving her a pregnancy meal vs. the regular jail meal, but she should do the UA in order for this to follow policy. Once she completes a UA, they can**

schedule with Medford Aspirus for prenatal. As of right now, the county nurses have been meeting with her to provide basic care.

| Date: 09/12/2014 | | Note 30 of 48 |
|---|---|---|
| Begin Time: 02:15 PM | End Time: | Participants: Loertscher, Tamara M. |
| Duration: 0 | Billable: ☐ | |
| Category: Ongoing Services | Type: Face-to-Face | |
| Face-to-Face Location: Other | Face-to-Face Result: Occurred | Type Detail: |
| Worker Making Contact: Clarkson, Julie | | Contact by Designee: ☐ |

This worker met with Tamara at the jail. We discussed options regarding treatment. Tamara stated that she would like to go to treatment now. This worker reminded her that Fahrman Center requires a TB test and a UA. She stated that the jail isn't "treating me or my baby very well." Tamara signed releases for Fahrman Center and the Public Defender's office. Tamara stated that she did a UA for the jail and will do the TB test. This worker advised Tamara that this agency will request a LE transport this time because she did not report last time when she said she was going to. She stated that she would like the prenatal appointment with Marshfield left scheduled for Tuesday and she will discuss with Fahrman if she can still go to that. This worker advised that Marshfield Clinic also has an office in Eau Claire and she could possibly start there and stay in that system. She stated that she would discuss it with Fahrman Center.

Tamara asked this worker if I would be able to try to get everything going today, as she is every unhappy at the jail. I advised that I would contact our attorney and try to get things moving.

| Date: 09/15/2014 | | Note 31 of 48 |
|---|---|---|
| Begin Time: 11:20 AM | End Time: | Participants: |
| Duration: 0 | Billable: ☐ | |
| Category: Ongoing Services | Type: Collateral | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: Clarkson, Julie | | Contact by Designee: ☐ |

This worker contacted LE Phillips and spoke with Desirae. This worker did not have a release and did not give case specifics, but in general to find out if they would be willing and able to take a pregnant mother. Desirae stated that unless the mother is committed to treatment, they will not take her. She has to want treatment in order for them to provide treatment to her.

This worker contacted Fahrman Center. They did not have any openings on this date and thought it may be 2 weeks before they did have an opening.

| Date: 09/15/2014 | | Note 32 of 48 |
|---|---|---|
| Begin Time: 11:50 AM | End Time: | Participants: |
| Duration: 0 | Billable: ☐ | |
| Category: Ongoing Services | Type: Collateral | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: Clarkson, Julie | | Contact by Designee: ☐ |

This worker spoke with Attorney Justin Wolffe, Tamara's attorney through PD office. Advised of the situation with the treatment facilities. He stated that he would need to request a hearing due to the unavailability of the purge condition.

This worker contacted GAL Michael Shiffler and advised of above information.

| Date: 09/15/2014 | | Note 33 of 48 |
|---|---|---|
| Begin Time: 12:15 PM | End Time: | Participants: **Ellner, Dondi J.** |
| Duration: 0 | Billable: ☐ | |
| Category: **Ongoing Services** | Type: **Face-to-Face** | |
| Face-to-Face Location: **Office** | Face-to-Face Result: **Occurred** | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker met with Dondi Ellner at the office. He had copies of medical reports. He stated that he does not believe that Tamara has a problem. He stated that the drug tests showed "trace amounts." Dondi stated that Tamara used trace amounts one time a few days prior to the hospitalization. This worker advised that Meth only stays in the system for a few days unless she is a chronic user. Dondi stated that Tamara is not a chronic user. Dondi then stated that Tamara cannot use meth as she is allergic to pseudoephedrine. Dondi stated that this worker and agency are causing more harm to the baby due to stress than using meth. This worker advised that this is not the information I have. He stated that using Meth has not been proven to cause problems for a child. Dondi stated that what he does in his recreational time is no reflection on what is going on. He stated that Tamara did not know she was pregnant when she used or when she went to the hospital. He stated that the Prozac that the doctors want her on is more harmful than any street drug would be to the baby.**

| Date: 09/15/2014 | | Note 34 of 48 |
|---|---|---|
| Begin Time: 02:15 PM | End Time: | Participants: **Loertscher, Tamara M.** |
| Duration: 0 | Billable: ☐ | |
| Category: **Ongoing Services** | Type: **Face-to-Face** | |
| Face-to-Face Location: **Other** | Face-to-Face Result: **Occurred** | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker met with Tamara at the TC Jail. She continues to state that she wants to receive prenatal care at Marshfield. She would agree to three UA's per week and AODA education. "I just want what's best for the baby." Tamara stated that she is not taking the Prozac. She stated that she is feeling better, less depressed. She stated that she is continuing to take the thyroid medicine and that is helping her. She stated that she would not want Dr. Cullen to provide care for medications. This worker offered counseling services. She stated that she is not sure about that because she is overwhelmed right now.**

| Date: 09/15/2014 | | Note 35 of 48 |
|---|---|---|
| Begin Time: 03:00 PM | End Time: | Participants: **Loertscher, Tamara M.** |
| Duration: 0 | Billable: ☐ | |
| Category: **Initl Assess Contact** | Type: **Correspondence** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Clarkson, Julie** | | Contact by Designee: ☐ |

**This worker received a note from Tamara Loertscher that she is requesting that her attorney review her case prior to going to Fahrman Center.**

| Date: 09/26/2014 | | Note 36 of 48 |
|---|---|---|
| Begin Time: 01:22 PM | End Time: | Participants: **Loertscher, Tamara M.** |
| Duration: 0 | Billable: ☐ | |
| Category: **Ongoing Services** | Type: **Telephone Call** | |

| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
|---|---|---|
| Worker Making Contact: **Anderson, Darlene** | | Contact by Designee: ☐ |

**Worker received a phone call from Tammy Loertscher apologizing for their behavior at the initial transition meeting on 09/25, explaining that they were quite upset by all that has been happening. She also wanted to make worker aware that she did attend her prenatal appointment at Marshfield yesterday and they did a drug test although she does not have the results yet. She indicated she is still researching AODA providers and will make a selection by Monday and inform worker when she has scheduled an appointment. She is requesting assistance in locating financial assistance for housing.**

**Worker mailed her a packet with housing information, Badgercare application, mtm mileage reimbursement trip log, a printed directory of services for Taylor County and information about the northern income maintenance consortium. Also copies of the releases of confidential information she signed along with some blank releases.**

| Date: **10/07/2014** | | Note 37 of 48 |
|---|---|---|
| Begin Time: **01:48 PM** | End Time: | Participants: **Loertscher, Tamara M.** |
| Duration: **0** | Billable: ☐ | |
| Category: **Ongoing Services** | Type: **Telephone Call** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Anderson, Darlene** | | Contact by Designee: ☐ |

**Worker called and left a voice mail message requesting that Tammy call worker to schedule a meeting for tomorrow to do a drug screen as required by the consent decree.**

| Date: **10/08/2014** | | Note 38 of 48 |
|---|---|---|
| Begin Time: **04:10 PM** | End Time: | Participants: **Loertscher, Tamara M.** |
| Duration: **0** | Billable: ☐ | |
| Category: **Ongoing Services** | Type: **Telephone Call** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Anderson, Darlene** | | Contact by Designee: ☐ |

**Worker received a phone call from Tammy stating that she has scheduled a drug screen at the Marshfield Clinic for tomorrow. Worker advised that this would be fine if that's where she chooses to go. Worker advised her of an alternative of taking a rapid drug screen at this agency to meet the conditions of the consent decree. Worker advised that if that test was positive she would then need to have a test done at the clinic. Tammy was interested in this option and said she would call back prior to 4:30 today to schedule a time for the test tomorrow.**
**Tammy also advised worker that she has cancelled her AODA evaluation at this agency that was scheduled for tomorrow, but has scheduled to meet with Karen at Evolve on Thursday October 16, 2014 at 3:00 p.m. for her AODA evaluation.**

| Date: **10/08/2014** | | Note 39 of 48 |
|---|---|---|
| Begin Time: **04:26 PM** | End Time: | Participants: **Loertscher, Tamara M.** |
| Duration: **0** | Billable: ☐ | |
| Category: **Ongoing Services** | Type: **Telephone Call** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Anderson, Darlene** | | Contact by Designee: ☐ |

**Tammy called and schedule to meet with his worker at Human Services at 9:00 a.m. to take a drug screen and to sign a release of confidential information with Karen at Evolve.**

| Date: 10/09/2014 | | Note 40 of 48 |
|---|---|---|
| Begin Time: 09:23 AM | End Time: | Participants: Ellner, Dondi J.; Loertscher, Tamara M. |
| Duration: 0 | Billable: ☐ | |
| Category: Ongoing Services | Type: Face-to-Face | |
| Face-to-Face Location: Office | Face-to-Face Result: Occurred | Type Detail: |
| Worker Making Contact: Anderson, Darlene | | Contact by Designee: ☐ |

Tammy and Dondi arrived for their scheduled 9:00 a.m. appointment. Tammy said they were practicing being late for everything as they will most likely be late after the baby is born.
We reviewed the policy and procedure for the oral cubeTM oral fluid drug and alcohol screen and Tammy signed appropriate paperwork. The test was administered and showed negative results for all substances. Tammy reports she is on the medication levothyroxine for her thyroid and that two nights ago she took a dose of mucinex at her doctor's recommendation. However this made her ill as she has an allergy to antihistamines.
They again apologized for their behavior during our first meeting and expressed their distress over the CPS investigation and substation. They indicated they will appeal the substantiation.
Dondi indicated they will be having a little boy due on January 29, 2015 and they have decided to name him Harmony Orion as they believe the child will bring harmony to the world.
Dondi also questioned if they would be allowed to leave the state for a vacation. Worker questioned how long they were planning to be gone and indicated that if we do a drug screen just prior to them leaving and right after they returned this may be a possibility. They stated they would only be gone for one weekend and haven't made definite plans about a location or dates yet. But they are looking at some time in November.
Tammy will double check her schedule for other appointments and we will do another drug screen next week, Wednesday, Thursday or Friday morning.

| Date: 11/10/2014 | | Note 41 of 48 |
|---|---|---|
| Begin Time: 03:30 PM | End Time: | Participants: |
| Duration: 0 | Billable: ☐ | |
| Category: Ongoing Services | Type: Collateral | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: Daleiden, Liza | | Contact by Designee: ☐ |

Received a call from Tammy's attorney. She wanted two things, to ask how and when Tammy should complete her UA and also to ask about the timelines on the CPS substantiation appeal that they filed. I explained that Darlene had asked Tammy to go to the clinic for a UA and that could be done during a normal doctor appt. or she could ask to have the doctor order it to have it covered by her MA. The other option is paying for it. I reminded them to make sure that a release is signed and that the UA results are provided to Darlene. She said that she would pass this on to Tammy.

I explained that the director is handling the CPS substantiation appeal as I had approved the decision so cannot be part of the appeal process. I explained that the director was out of the office last week but that they should be hearing from her this week and the timeline information will be part of the information that they hear. She thanked me for this information.

I left the director a VMM regarding this call and the attorney's request.

| Date: 11/18/2014 | | Note 42 of 48 |
|---|---|---|
| Begin Time: 12:08 PM | End Time: | Participants: Loertscher, Tamara M. |
| Duration: 0 | Billable: ☐ | |
| Category: Ongoing Services | Type: Telephone Call | |

| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
|---|---|---|
| Worker Making Contact: **Anderson, Darlene** | | Contact by Designee: ☐ |

**Left VM requesting a call back to schedule a drug screen for today**

**Tammy is out of town - screen scheduled for Wednesday at 3:00 p.m.**
**She said she had one done at the Ob appointment on Thursday Nov 13th.**

| Date: **12/23/2014** | | Note **43** of **48** |
|---|---|---|
| Begin Time: **02:35 PM** | End Time: | Participants: **Ellner, Dondi J.; Loertscher, Tamara M.** |
| Duration: **0** | Billable: ☐ | |
| Category: **Ongoing Services** | Type: **Face-to-Face** | |
| Face-to-Face Location: **Office** | Face-to-Face Result: **Occurred** | Type Detail: |
| Worker Making Contact: **Anderson, Darlene** | | Contact by Designee: ☐ |

**Tammy and Dondi came in for Tammy to do a drug screen - Test was negative for all substances. She will plan to come in again on December 26 for another test. Their next pre-natal appointment is scheduled for January 5. Worker will not be in the office during the week of December 29th through the January 2nd. Worker will contact a co-worker to test Tammy on December 30th and January 2nd. Dondi said he has a job with a band on the East Coast and he can start as soon as he can get out there but he wants to be sure Tammy has completed the conditions of the consent decree and will be able to go with him when they leave.**

| Date: **01/09/2015** | | Note **44** of **48** |
|---|---|---|
| Begin Time: **03:43 PM** | End Time: | Participants: **Ellner, Dondi J.; Loertscher, Tamara M.** |
| Duration: **0** | Billable: ☐ | |
| Category: **Ongoing Services** | Type: **Face-to-Face** | |
| Face-to-Face Location: **Office** | Face-to-Face Result: **Occurred** | Type Detail: |
| Worker Making Contact: **Anderson, Darlene** | | Contact by Designee: ☐ |

**Worker received a phone call from Tammy asking if worker was available to do a drug screen for her in about 10 minutes. Worekr was available. She and Dondi arrived around 3:55 p.m. and an oral fluid drug and alcohol screen was done. Results were negative for all tested substances.**
**Dondi stated he got the job in Pennsylvania and they intend to move to Allentown Pennsylvania after the baby is born. He will be the drummer for the band Igloo. He said they have a place to live and he can start any time. Worker reminded him that the consent decree is not over when the baby is born but we would work with them long distance if necessary so he can get started with his job. He suggested the consent decree may be done sooner as they are working to overturn the law, which he referred to as the cocaine baby law. Worker indicated that overturning a law takes time and it is a process but we would work with them until the consent decree was completed one way or the other. Tammy said the baby had been very active and she does notice he is more active when Dondi is playing the drums.**
**They have an appointment with their doctor in Eau Claire on Monday, January 12.**

| Date: **01/16/2015** | | Note **45** of **48** |
|---|---|---|
| Begin Time: **11:02 PM** | End Time: | Participants: **Ellner, Dondi J.; Loertscher, Tamara M.** |
| Duration: **0** | Billable: ☐ | |
| Category: **Ongoing Services** | Type: **Face-to-Face** | |
| Face-to-Face Location: **Office** | Face-to-Face Result: **Occurred** | Type Detail: |
| Worker Making Contact: **Anderson, Darlene** | | Contact by Designee: ☐ |

Worker received phone call from Tammy asking if worker would be available to do a drug screen in about 15 minutes. Worker indicated she would be available.
Tammy and Dondi arrived at approximately 11:20 and we completed an oral fluid drug screen. Results were negative for all tested substances.
Dondi asked if there were any job fairs being held in the area and worker was not aware of any but said they would most likely be held by the technical school. Worker questioned if he still had the job in Pennsylvania. He confirmed he does have a job waiting but there would be a lot of other people needing new jobs soon. Dondi said that this agency's involvement has put them under stress and questioned if worker had been reading up on the state statutes. Worker indicated she had been requested by our attorney to sign a document regarding their compliance with the consent decree which worker had done earlier this week but worker was not researching the statutes as the attorneys were doing that. Worker explained that her role is to help them prove they are doing what they had agreed to do under the consent decree. Worker indicated that worker had tried to be as unintrusive as possible and work with them in doing the drug screens at their convenience. Dondi agreed that this worker has not been overly intrusive, but he feels the agency's involvement was based on lies and we had put them through unnecessary stress because we get paid extra money from treatment agencies that work with pregnant women. Worker informed him that to this worker's knowledge this agency does not receive any money from treatment facilities that provide services for our clients but this worker does not work on the agency budget.
Worker provided them with a completed copy of today's drug screen results and informed them that worker will not be in the county next Thursday. Dondi stated he hoped this would be the last time they would be seeing this worker. The baby is due on January 29 and it is possible it could be born early. Worker reminded them worker would be available most of next week if they need to come in for another screen. Tammy thanked worker and they left.

| Date: 01/22/2015 | | Note 46 of 48 |
|---|---|---|
| Begin Time: 03:14 PM | End Time: | Participants: Loertscher, Tamara M. |
| Duration: 0 | Billable: ☐ | |
| Category: Ongoing Services | Type: Correspondence | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: Anderson, Darlene | | Contact by Designee: ☐ |
| Received results of drug screen on urine collected from Tammy on 01/20/2015 showing negative results for all tested drugs. Test was performed by Marshfield Labs. | | |

| Date: 01/26/2015 | | Note 47 of 48 |
|---|---|---|
| Begin Time: 08:30 AM | End Time: | Participants: Ellner, Dondi J.; Loertscher, Harmonious; Loertscher, Tamara M. |
| Duration: 0 | Billable: ☐ | |
| Category: Ongoing Services | Type: Collateral | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: Anderson, Darlene | | Contact by Designee: ☐ |
| Worker was informed by Supervisor Daleiden that Tammy gave birth to a healthy boy on Friday, [redacted] at Sacred Heart hospital in Eau Claire, Wisconsin. The child was named Harmonious Loertscher. Both child and mother tested negative for drugs at birth. Child was discharged on Sunday, January 25 to his mother Tammy Loertscher and alleged father Dondi Ellner. Supervisor Daleiden had been contacted prior to discharge based on the couple's resistance in complying with the standard discharge policies of the hospital. (See Crisis Intervention Report in file for additional details). | | |

| Date: 01/29/2015 | | Note 48 of 48 |
|---|---|---|
| Begin Time: 03:04 AM | End Time: | Participants: Loertscher, Tamara M. |

| Duration: **0** | Billable: ☐ | |
|---|---|---|
| Category: **Ongoing Services** | Type: **Collateral** | |
| Face-to-Face Location: | Face-to-Face Result: | Type Detail: |
| Worker Making Contact: **Anderson, Darlene** | | Contact by Designee: ☐ |
| **Received fax from Marshfield lab indicating that a urine sample provided to them by Tamara Loertscher was negative for all tested substances.** | | |