# Exhibit 21

08/05/2014 09:21 FAX 715 838 3649          LH BEH HEALTH                    ☑ 001

 **MAYO CLINIC**
**HEALTH SYSTEM**

*Medical Fax*

Location:
**Inpatient Behavioral Health**
**1221 Whipple Street**
**Eau Claire, WI 54703**


DEPOSITION EXHIBIT
PENGAD 800-631-6989
Plf. 44
9-1-16 mc

To: Julie                                   Date & Time: 8/4/14 (1500)

Company/Dept: Taylor County Human Srvs  Fax: 715-748-3342

No. of Pages (including cover sheet):              Phone:

Delivery Instructions: ☒ Routine  ☐ Urgent

Special Instructions: As requested for TPC hearing.

From: Inpatient Behavioral Health            Fax: 715-838-3649

Cori, C(su)                                 Phone: 715-838-3274

*IMPORTANT*: THE FOLLOWING ITEMS MUST BE COMPLETED to comply with Wisconsin statute that requires tracking of disclosed patient information outside Mayo Clinic Health System. Forward this completed cover page to the HIM Department at your site.

**Please Print**
Patient Name: Tamara M. Loertscher

Date of Birth: ▓▓▓ LOERTSCHER, TAMARA M   Number: ▓▓▓▓▓▓▓▓▓
                 DOB: ▓▓▓  Age: 29Y  Gender: F
                 Admit: 08/01/2014  Att: SMITHBERG, NATH
Purpose for Release: Rm #:19ALT  Pt Type: Emergency
                 ▓▓▓▓▓▓ PIN: ▓▓▓▓  CLINIC#: ▓▓▓

**REPORTS SENT:**

| | | |
|---|---|---|
| ☐ Clinic Notes | ☐ Immunizations | ☐ Radiology Reports |
| ☒ Consult | ☐ Lab Report | ☐ Rehab (OT/PT) |
| ☐ Discharge Summary | ☐ Medications | ☐ Worker Illness/Injury Form |
| ☐ Discharge Instructions | ☐ Operative Report | ☐ Other (Specify): |
| ☐ ER Report | ☐ Orders | |
| ☐ EKG/tracing | ☐ PPOC | |
| ☐ Face Sheet | ☐ Progress Notes | |
| ☒ H & P | ☐ Pathology Report | |

This faxed information is intended only for the use of the individual or entity to which it is addressed and contains information that is confidential. Furthermore, this information may be protected by federal law relating to confidentiality (42 CFR Part 2) prohibiting any further disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message. Thank you.

08/05/2014 09:22 FAX 715 838 3649          LH BEH HEALTH                          ☒008

Consultation-Hospital                    LOERTSCHER, TAMARA M - ▮▮▮▮▮▮▮

* Final Report *


Signature Line
Electronically Signed By: BANTZ. JENNIFER S MD
On: 08/05/2014 08:27 AM
Modified by and Electronically Signed by: BANTZ, JENNIFER S MD
On: 08/05/2014 08:27 AM

Completed Action List:
* Perform by BANTZ, JENNIFER S MD on 05 August 2014 5:46 CDT
* Transcribe by ABDON, KIMBERLEY M on 05 August 2014 6:19 CDT
* Sign by BANTZ, JENNIFER S MD on 05 August 2014 8:27 CDTRequested on 05 August 2014 6:48 CDT
* Modify by BANTZ, JENNIFER S MD on 05 August 2014 8:27 CDT
* Verify by BANTZ, JENNIFER S MD on 05 August 2014 8:27 CDT


Printed by:    EVERSON, CORINNA                    Page 4 of 4
Printed on:    08/05/2014 8:55 CDT                 (End of Report)


COUNTY 131

08/05/2014 09:22 FAX 715 838 3040          LH BEH HEALTH                    @009

Consultation-Hospital                    LOERTSCHER, TAMARA M -

* Final Report *

Result type:        Consultation-Hospital
Result date:        02 August 2014 0:00 CDT
Result status:      Auth (Verified)
Result title:       PSYC-CON
Performed by:       DUELLMAN, JARRED M MSW on 02 August 2014 12:10 CDT
Verified by:        DUELLMAN, JARRED M MSW on 03 August 2014 8:18 CDT
Encounter Info:     3036550, EU EauCl HospBH, Inpatient, 08/01/2014 –
Contributor system: MHS_DOLBEY_NONRAD_SYS

## * Final Report *

HDC C01519 (Verified)

### SOCIAL WORK INITIAL ASSESSMENT

PATIENT IDENTIFICATION
PATIENT NAME: Tamara Loertscher, the patient goes by Tammy.
DATE OF BIRTH AND AGE: October 3, 1984, the patient is 29 years old.
GENDER: Female.
RESIDENCE AND CURRENT LIVING SITUATION: The patient has been residing in Medford, Wisconsin, which
is in Taylor County with her boyfriend, her boyfriend's niece and her three children, a friend and her child and an
acquaintance of the family.
MARITAL STAT US: Single.
EMPLOYMENT STATUS: Unemployed.
TYPE OF ADMISSION: Voluntary admission Taylor County.
FUNDING SOURCE: No insurance.
GUARDIAN (if applicable): None.
COUNTY SOCIAL WORKER (if applicable): None.

TOTAL TIME FOR ASSESSMENT PROCESS: Thirty minutes.

SOURCES OF INFORMATION
EMR review and a patient interview lasting 25 minutes.

CHIEF COMPLAINT/REASON FOR ADMISSION
"I was at the end of my rope."

HISTORY OF COMPLAINT OR PRESENT ILLNESS
The patient comes in voluntarily from Taylor County due to an increase in depression with passive suicidal
thoughts. Tammy reports that these symptoms have been progressively getting worse and she feels that a lot of it

Printed by:     EVERSON, CORINNA                                    Page 1 of 4
Printed on:     02/05/2014 8:55 CDT                                 (Continued)

08/05/2014 09:22 FAX 715 838 3640          LH BEH HEALTH                    ☑010

## Consultation-Hospital                    LOERTSCHER, TAMARA M -

* Final Report *

is caused by where she is living. She reports that she does not get along with her boyfriend's niece. They have been staying there due to some financial difficulties. She feels that her boyfriend's niece has been too possessive and has been taking advantage of them. Tammy reports that she has struggled with negative intrusive thoughts for quite some time. She indicates that at times her thoughts are so intrusive that she actually bangs her head in order to alleviate the thoughts. She does feel that at times she can be paranoid and distrustful of people. Tammy reports that she has had previous overdoses in the past neither of these overdoses have led to a hospitalization. She does indicate that she has been on medications before, however, never found it helpful. Tammy denies having any irregular outpatient provider. She reports in the past she has seen doctors as needed. Tammy reports that she recently found out that she was pregnant. She indicates that her and her boyfriend were trying to get pregnant feeling that if she were to have a baby it would give her "a purpose for living." Tammy also indicates that she has been using methamphetamine and THC since her pregnancy. Tammy reports that her use was reported to Taylor County Human Services when she met with them yesterday. Tammy continues to question whether or not she wants to be in the hospital. She continues to feel that people are judging her and is hesitant to give information regarding her symptoms and her circumstances that led to this hospitalization. She in fact ended the interview with me early due to these concerns.

**PAST PSYCHIATRIC DIAGNOSES**
Depressive disorder, not otherwise specified.

**HISTORY OF PSYCHIATRIC AND SUBSTANCE ABUSE TREATMENT**
OUTPATIENT PSYCHIATRIC AND SUBSTANCE ABUSE TREATMENT HISTORY:  The patient is not currently seeking any regular providers for mental health issues.

INPATIENT PSYCHIATRIC AND SUBSTANCE ABUSE TREATMENT HISTORY:  The patient denies.

SUBSTANCE ABUSE HISTORY:  Patient reports drinking and using methamphetamine and marijuana on a fairly regular basis, she does indicate that her use had declined since she found out she was pregnant, she does not feel that she needs any services and can remain substance free after the leaves the hospital.

**PAST MEDICAL/SURGICAL HISTORY**
Please see hospitalist's history and physical for this admission.

**MEDICATION HISTORY**
Zolof and Xanax.

**FAMILY HISTORY**
Positive for depression.

**SOCIAL HISTORY**
DEVELOPMENTAL HISTORY:  The patient reports that she was born and raised in the Medford area. She indicates that she is not very close to her mother and is closest to her grandparents who also live in Medford. She

08/05/2014 09:23 FAX 715 838 3649          LH BEH HEALTH                    Ø011

Consultation-Hospital                    LOERTSCHER, TAMARA M -

* Final Report *

reports that she was thinking about trying to stay with her grandparents, however did not want to burden them. She is unclear where she will be staying indicating that she does not want to go back to her boyfriend's nibae's house.

HISTORY OF ABUSE OR TRAUMA: Patient reports that in the past, she has been taken advantage of when she is under the influence of drugs or alcohol. She did not want to go into specifics.

CURRENT PATIENT AND FAMILY/PSYCHOSOCIAL CONCERNS: The patient is concerned about her mood and intrusive thoughts.

EDUCATIONAL HISTORY: High school graduate. The patient also took some technical courses.

EMPLOYMENT HISTORY: Not currently working.

MILITARY HISTORY: None. .

LEGAL HISTORY: The patient denies.

COMMUNITY RESOURCE USE: Recent involvement with Taylor County Human Services.

FINANCIAL CONCERNS: Limited finances. The patient reports that she is not currently working.

CULTURAL/RELIGIOUS/SPIRITUAL HISTORY/CONCERNS: None.

ADVANCE DIRECTIVES STATUS
Not assessed at this time.

PATIENT'S STRENGTHS
The patient has a hard time identifying strengths at this time.

PATIENT'S DEFICITS OR CHALLENGES
Struggling financially. Limited natural supports so she feels comfortable to about her issues.

PATIENT'S GOALS FOR HOSPITALIZATION/IDENTIFIED EMOTIONAL NEEDS
The patient is unable to identify specific goals. She reports that the doctor is going to look at possible medications she can take that are safe during her pregnancy.

IMPRESSION/REPORT/PLAN
IMPRESSION: Tamara, who goes by Tammy is a 29-year-old Caucasian female who comes in voluntarily from Taylor County due to an increase in depression intrusive thoughts and passive suicidal ideation. Tammy reports that he went to Taylor County Human Services yesterday because she was at the "end of her rope." She reports

Printed by:    EVERSON, CORINNA                         Page 3 of 4
Printed on:    08/05/2014 8:55 CDT                        (Continued)

08/05/2014 09:23 FAX 715 838 3649          LH BEH HEALTH                          ☒012

Consultation-Hospital                        LOERTSCHER, TAMARA M -

* Final Report *

that she spoke to someone over there who arranged for her to come into the hospital voluntarily. Tammy reports that her mother brought her to the hospital. Tammy feels that her symptoms have been progressively getting worse to the point where she is banging her head in order to deal with her intrusive thoughts. She has also been using illicit drugs and alcohol for which she reports as self medicating. Tammy continues to report paranoid thoughts and is distrustful of staff at times. She questions whether or not she should be in the hospital. She in fact ended my interview with her early because of these concerns. Tammy denies current suicidal ideation, she denies hallucinations to me.

TREATMENT/DISCHARGE PLAN: Doctor will meet with the patient and assess medications as well as the need for continued hospitalization. Groups and other activities will be encouraged if she is appropriate. Social work will meet with Tammy on a regular basis to address any therapeutic needs she may have. We will need to contact Taylor County Human Services on Monday to determine if they are in fact aware of Tammy's recent drug use while pregnant. Tammy does indicate that she met with them and they were aware of her use prior to coming into the hospital.

Jarred M. Duellman, M.S.W. L.C.S.W./sll
D: 08/02/2014 12:10 PM   T: 08/02/2014 02:50 PM

Signature Line
Electronically Signed By: DUELLMAN, JARRED M MSW
On: 08/03/2014 09:18 AM
Modified by and Electronically Signed by: DUELLMAN, JARRED M MSW
On: 08/03/2014 09:18 AM

Completed Action List:
* Perform by DUELLMAN, JARRED M  MSW on 02 August 2014 12:10 CDT
* Transcribe by JACOBSON, STACEE LOU on 02 August 2014 14:50 CDT
* Sign by DUELLMAN, JARRED M  MSW on 03 August 2014 9:18 CDTRequested on 02 August
2014 15:32 CDT
* Modify by DUELLMAN, JARRED M  MSW on 03 August 2014 9:18 CDT
* VERIFY by DUELLMAN, JARRED M  MSW on 03 August 2014 9:18 CDT

Printed by:     EVERSON, CORINNA                                    Page 4 of 4
Printed on:     08/05/2014 8:55 CDT                                 (End of Report)

COUNTY 135

08/05/2014 09:23 FAX 715 838 3849          LN BEH HEALTH                          @013

Progress Note-Nurse                          LOERTSCHER, TAMARA M -

* Final Report *

Result type:              Progress Note-Nurse
Result date:              01 August 2014 20:49 CDT
Result status:            Auth (Verified)
Result title:             BH nurse liaison data
Perf: med by:             ADAMSKI, TRACEY RN on 01 August 2014 21:07 CDT
Verified by:              ADAMSKI, TRACEY RN on 01 August 2014 23:46 CDT
Encounter info:           3036559, EU EauCl HospBH, Inpatient, 08/01/2014 -

                              * Final Report *

EMERGENCY DEPARTMENT BH ASSESSMENT

PATIENT INFORMATION
Collateral Information Provided By:

Referral Source:

Legal Status: voluntary

Activated POA or Guardian:              Name & Phone of Legal Decision Maker:

County of Residence: Eau Claire

County SW or CSP:

Funding: no insurance


REASON FOR ED VISIT
Presenting Problems/symptoms:  Pt. reports that she lost her insurance and went off her Synthroid for the
past 3 months. She reports increased emotional instability, fighting with her boyfriend all the time, hearing
voices and passive SI.


PATIENT HISTORY
Prior I H History hospitalization/treatment:  Pt. denies.


Printed by:      EVERSON, CORINNA                                    Page 1 of 4
Printed on:      08/05/2014 8:58 CDT                                 (Continued)

COUNTY 136

08/05/2014 09:23 FAX 715 838 3649          LH BEH HEALTH                    ☒014

Progress Note-Nurse                        LOERTSCHER, TAMARA M - ▮▮▮▮

* Final Report *

Diagnosis: Depression, by Hx.

Current Outpatient BH Providers: none

Primary MD: none

SUBSTANCE/CHEMICAL USE
Current substance use concerns: Pt. denies, however UDS was + for THC, Methamphetamine and amphetamines.

Hx of alcohol/substance use or abuse: Pt. reports using drugs and alcohol in the past.

Current AODA Outpatient Treatment: none

MENTAL STATUS:
GENERAL APPEARANCE: Disheveled.
ALERTNESS/ORIENTATION: A&O x 3.
BEHAVIOR/MOTOR ACTIVITY: Pt. is restless and emotionally distraught.
MOOD: labile, crying
AFFECT: sad
THOUGHTS: both content and process : Racing. She reports having obsessive thoughts such as that if she eats a certain kind of candy, she is going to kill her baby. She reports that things try to get into my head - "really bad things and my head hurts.". She feels like people are against her and that she can't trust anyone. She wants to run away from it all or have someone kill her, but knows that this would be taking the easy way out. She reports feeling a lot of anger and treating her boyfriend badly and scratching him all over. She admits to feeling very depressed and worthless and she feels like she gives relationships her all and she can't make them work.
SPEECH/LANGUAGE: overproductive, derails, tangential
MEMORY: seems to be intact
ATTENTION SPAN AND CONCENTRATION: Pt. has difficulty tracking to questions due to emotional lability.
Pt. has trouble concentrating.
SUICIDAL/HOMICIDAL:

Plan, Intent:
Pt. has thoughts to overdose on medications as she has in the past.

Printed by:     EVERSON, CORINNA                              Page 2 of 4
Printed on:     03/05/2014 8:58 CDT                           (Continued)

08/08/2014 09:23 FAX 715 838 3640     LH BEH HEALTH                    ☒015

## Progress Note-Nurse                          LOERTSCHER, TAMARA M -

. * Final Report *

**Access to Means:** .

**4x to Attempts:** .
. Pt. reports overdosing on Xanax in the past, but she did not seek medical help.
**Protective Factors:** .
Her mom is supportive.

**OTHER PERTINENT INFORMATION**
Pt. has scattered bruising to her right wrist from where she notes that her boyfriend grabbed her wrists to keep her from hurting herself. She reports that sometimes she will bang her head on the wall to get the "thoughts" out and "thrashes" around all night. She is pregnant and Pt. reports that she missed her period for the past 3 mor hs and thus suspected that she was pregnant. She took two home pregnancy tests recently both of which were positive. Pt. was taking an OTC supplement for her thyroid instead of Synthroid due to losing her insurance. She was only taking half as much as was prescribed on the bottle. Pt. has a family hx of Depression. Her boyfriend thinks that she is Schizophrenic and depressed. Pt. was seen by Dr. Sengodan in the ED. Writer conti cted the oncall SW to find out about the provider's duty to report the patient to Child Protective Services, because of her drug use while pregnant. Mary, SW from Women's Health was oncall and she was going to look into this further and f/u with the patient on the IPBH floor tomorrow.

**PLAN**
Disposition: Admit to IPBH.
Available Support People: :
Mor-
Safety Planning: To be done on IPBH.

**Referrals:**
To be done on IPBH.

**Signature Line**
Electronically Signed By: ADAMSKI, TRACEY RN
On: 08/01/2014 11:48 PM
Modified by and Electronically Signed By: ADAMSKI, TRACEY RN
On: 08/01/2014 09:12 PM

**Completed Action List:**

Printed by:     EVERSON, CORINNA                              Page 3 of 4
Printed on:     08/05/2014 8:38 CDT                           (Continued)

COUNTY 138

08/05/2014 09:24 FAX 715 838 3649          LH BEH HEALTH                                    ☒ 016

Progress Note-Nurse                              LOERTSCHER, TAMARA M -

* Final Report *

. * Perform by ADAMSKI, TRACEY  RN on 01 August 2014 21:07 CDT
  * Modify by ADAMSKI, TRACEY  RN on 01 August 2014 21:12 CDT
  * Sign by ADAMSKI, TRACEY  RN on 01 August 2014 23:48 CDT Requested by ADAMSKI,
    TRACEY  RN on 01 August 2014 23:48 CDT
  * Modify by ADAMSKI, TRACEY  RN on 01 August 2014 23:48 CDT
  * VERIFY by ADAMSKI, TRACEY  RN on 01 August 2014 23:48 CDT

Printed by:    EVERSON, CORINNA                                          Page: 4 of 4
Printed on:    08/05/2014 8:68 CDT                                       (End of Report)

COUNTY 139

08/05/2014 08:24 FAX 715 838 3648          LH BEH HEALTH                    ☒017

Progress Note-Nurse                         LOERTSCHER, TAMARA M - ███

* Final Report *

| | |
|---|---|
| Result type: | Progress Note-Nurse |
| Result date: | 01 August 2014 22:15 CDT |
| Result status: | Auth (Verified) |
| Result title: | Admission Note |
| Performed by: | FOLEY, LORI A RN on 01 August 2014 22:34 CDT |
| Verified by: | FOLEY, LORI A RN on 01 August 2014 22:34 CDT |
| Encounter info: | 3036559, EU EauCl HospBH, Inpatient, 08/01/2014 – |

* Final Report *

Patient comes to this unit voluntarily for depression. Patient metal detected upon arrival to unit with no contraband found. Patient is 3 months pregnant. Patient reports that she has been off her thyroid medication for 5 months due to losing her health insurance. Her UA is positive for meth., amphetamines, and THC. ED BH Liason spoke with SW/Mary (Women's Health) regarding mandatory reporting, Mary is going to check into same and call in the tomorrow regarding same. Patient mood labile. She is intermittently tearful, alert and oriented X 3, affect is flat. Patient reports family history of depression and states "I've been depressed my whole life". Patient admits that she had a suicide attempt approximately 2 years ago after a breakup with a boyfriend. She states that she is not feeling suicidal on the unit and will be safe here. Patient has bruising on right wrist, she states that earlier she was throwing around and boyfriend grabbed her wrists to try and stop her, she denies any abuse. Patient brought to ED by her mother whom she states is supportive. Patient completed admission SSF with one critical score. Patient states that the Patient completed all admission paperwork, was cooperative during same. Patient currently on no psychiatric medications. Patient was seen by hospitalist in ED prior to arrival at unit. Patient given tour of unit, states understanding of all admission paperwork and states she has no questions at this time. Will continue to monitor and assess.

Signature Line
Electronically Signed By: FOLEY, LORI A RN
On: 08/01/2014  0:34 PM

Completed Action list:
* Perform by: FOLEY, LORI A RN on 01 August 2014 22:34 CDT
* Sign by FOLEY, LORI A RN on 01 August 2014 22:34 CDT
* VERIFY by FOLEY, LORI A RN on 01 August 2014 22:34 CDT

| | | |
|---|---|---|
| Printed by: | EVERSON, CORINNA | Page 1 of 1 |
| Printed on: | 08/05/2014 8:58 CDT | (End of Report) |

COUNTY 140

08/06/2014 09:24 FAX 715 838 3649          LH BEH HEALTH                    ☒018

Progress Note-Nurse                LOERTSCHER, TAMARA M -  ▮▮▮▮▮

* Final Report *

Result type:        Progress Note-Nurse
Result date:        02 August 2014 9:33 CDT
Result status:      Auth (Verified)
Result title:       shift assessment
Performed by:       FRENETTE, ANGIE R RN on 02 August 2014 9:55 CDT
Verified by:        FRENETTE, ANGIE R RN on 02 August 2014 9:55 CDT
Encounter info:     3036559, EU EauCl HospBH, Inpatient, 08/01/2014 –

## * Final Report *

Tamara (Tammy) was admitted to the unit with the target symptoms of mood lability, depression, and hallucinations. She presents with a sad mood, flat affect during 1:1. Tamara states that she has been feeling depressed for "a couple of years" and that recently she has felt as if she is unable to please anyone in her life. She states that she is unhappy with her living arrangements, her and her boyfriend currently live with her boyfriend's niece and kids. She states that she frequently feels as if "something is being shoved into my head and it puts all these negative thoughts in there, I have been banging my head a lot at home just to relieve the pressure but I think my neck has started to hurt from whatever is being used to put those thoughts into my head". This writer explained that we don't allow head banging on the unit. Tamara was able to contract for safety and state she will let staff know if she has the urge to bang her head. We discussed her pregnancy, she states this is her first pregnancy and she is feeling "nervous" about it. She has not seen an OBGYN yet. She reports feelings of fatigue and weakness and relates this to her pregnancy. This writer asked Tammy how often she has been using THC and meth and she stated "not too often, once or twice a day. I mainly use it to take away that pain in my neck from those thoughts I was telling you about". We discussed effects drugs can have on her baby and alternative coping mechanisms such as deep breathing, journaling and attending groups. We also discussed the reason she was put on Ferrous Sulfate in regards to her pregnancy. She was encouraged to attend some groups today, and not to isolate all day. She also reports lower back pain, a Kpad was ordered for comfort measures. Awaiting a call from Womens Health SW regarding mandatory reporting. Will continue to monitor, assess and offer emotional support.

Signature Line
Electronically Signed By: FRENETTE, ANGIE R RN
On: 08/02/2014 09:55 AM

Completed Action List:
* Perform by FRENETTE, ANGIE R RN on 02 August 2014 9:55 CDT
* Sign by FRENETTE, ANGIE R RN on 02 August 2014 9:55 CDT
* VERIFY by FRENETTE, ANGIE R RN on 02 August 2014 9:55 CDT

Printed by:    EVERSON, CORINNA
Printed on:    08/06/2014 8:58 CDT

Page 1 of 1
(End of Report)

COUNTY 141

08/05/2014 08:24 FAX 715 838 3649          LH BEH HEALTH                    Ø019

Progress Note-Nurse                    LOERTSCHER, TAMARA M - ████████

* Final Report *

| | |
|---|---|
| Result type: | Progress Note-Nurse |
| Result date: | 02 August 2014 18:49 CDT |
| Result status: | Auth (Verified) |
| Result title: | Shift Note |
| Performed by: | FOLEY, LORI A RN on 02 August 2014 19:00 CDT |
| Verified by: | FOLEY, LORI A RN on 02 August 2014 19:00 CDT |
| Encounter Info: | 3038559, EU EauCl HospBH, Inpatient, 08/01/2014 - |

### * Final Report *

Tammy has been isolating to her room this shift. Patient came to this unit with target symptom of depression. Patient denies SI, SH or anxiety. Patient affect if flat, her eye contact satisfactory. Patient has has complaint of neck pain at back of head. Patient currently has a k-pad for her back and neck pain. This writer gave patient PRN tylenol and suggested patient try an ice pack. Patient later stated that neck pain had decreased from 7/10 to 1/10. Patient reports "feeling a knot on the left side of her neck". Patient stated to this writer that she would like to get a head CT during hospitalization as she "wonders if the thoughts I'm having (i.e. deja vu, bad thoughts) are medical in nature". Patient encouraged to speak with psychiatrist tomorrow regarding appropriateness of CT, this writer will also pass this information on in report. Patient signed medication consent form and received medication education for Trazodone and Prozac. Patient states having no questions regarding these medications. We continue to monitor and assess.

Signature Line
Electronically Signed By: FOLEY, LORI A RN
On: 08/02/2014 07:00 PM

Completed Action List:
* Perform by FOLEY, LORI A  RN on 02 August 2014 19:00 CDT
* Sign by FOLEY, LORI A  RN on 02 August 2014 19:00 CDT
* VERIFY by FOLEY, LORI A  RN on 02 August 2014 19:00 CDT

Printed by:      EVERSON, CORINNA
Printed on:      08/05/2014 8:58 CDT

Page 1 of 1
(End of Report)

COUNTY 142

08/05/2014 09:24 FAX 715 838 3849          LH BEH HEALTH                                    @020

Progress Note-Nurse                    LOERTSCHER, TAMARA M -█████

\* Final Report \*

Result type:          Progress Note-Nurse
Result date:          03 August 2014 12:30 CDT
Result status:        Auth (Verified)
Result title:         shift assessment
Performed by:         FRENETTE, ANGIE R  RN on 03 August 2014 12:43 CDT
Verified by:          FRENETTE, ANGIE R  RN on 03 August 2014 12:52 CDT
Encounter Info:       3036553, EU EauClHospBH, Inpatient, 08/01/2014 -

                              * Final Report *

Tammy was admitted to the unit with the target symptoms of mood lability, depression and hallucinations. She
presents with a stable mood, flat affect during 1:1. She states her depression increases and decreases
depending on the time of day "nights are the worst for me". She also continues to make delusional statements
regarding negative thoughts being "pushed into my head and this is why I have so much pressure in my neck".
She was offered an ice pack and APAP for the pressure which she accepted and reported it was effective. She
has been isolating to her room and did not attend any unit activities yesterday. This writer educated her on the
different activities that happen on the unit and different skills that she may learn to utilize by attending some of
these activities. She stated she would attend DBT groups today. She was initial dosed on Prozac this morning,
education was completed regarding the medication and possible side effects. Will monitor for any side effects.
Her BP continues to run slightly low but no critical. She was encouraged to drink fluids. Will continue to monitor,
assess and offer emotional support.

Signature Line
Electronically Signed By: FRENETTE, ANGIE R RN
On: 08/03/2014 12:52 PM
Modified by and Electronically Signed by: FRENETTE, ANGIE R RN
On: 08/03/2014 12:52 PM

Completed Action List:
* Perform by FRENETTE, ANGIE R  RN on 03 August 2014 12:43 CDT
* Sign by FRENETTE, ANGIE R  RN on 03 August 2014 12:52 CDT Requested by FRENETTE,
ANGIE R  RN on 03 August 2014 12:52 CDT
* Modify by FRENETTE, ANGIE R  RN on 03 August 2014 12:52 CDT
* VERIFY by FRENETTE, ANGIE R  RN on 03 August 2014 12:52 CDT

Printed by:      EVERSON, CORINNA                              Page 1 of 1
Printed on:      08/05/2014 8:58 CDT                           (End of Report)

COUNTY 143

08/05/2014 09:24 FAX 715 838 3649          LH BEH HEALTH                    ☒021

## Progress Note-Nurse

## LOERTSCHER, TAMARA M -

* Final Report *

| | | |
|---|---|---|
| Res. t type: | : | Progress Note-Nurse |
| Res. t date: | | 03 August 2014 19:34 CDT |
| Res. t status: | | Auth (Verified) |
| Res. t title: | | Shift Note |
| Perf: med by; | | FOLEY, LORI A  RN on 03 August 2014 19:49 CDT |
| Verified by: | | FOLEY, LORI A  RN on 03 August 2014 19:49 CDT |
| Encounter info: | | 3998559, EU EduCl HospBH, Inpatient, 08/01/2014 - |

### * Final Report *

Patient alert and oriented X 3, she has spent this shift in bed resting and reading. Patient displays flat affect with relatively good eye contact. Patient states that her depression continues "in waves". Patient continues to have neck pain which she rates 2/10. She states it feels "like there is a blockage and the blood flow isn't getting to my brain". Patient attended afternoon activity group. Patient stated that while she was playing bingo "I felt like I had done this before, but like I was somebody else". Patient states that every time she experiences deja vu tha: "I feel like I'm experiancing it as someone else". During 1:1 patient states that she was feeling better after "pulling the shade". Patient questioned regarding what she was meant, patient opened shade and pointed the a building across the court yard which had a piece of office equipment sitting visibly in the window. Patient pointed an state, I don't like that camera pointed at me. Patient received emotional/behavioral support this shift in reference to her paranoia and delusions. Will continue to assess and monitor and give support.

Signature Line
Electronically Signed By: FOLEY, LORI A RN
On: 08/03/2014 07:49 PM

Completed Action List:
* Pe form by FOLEY, LORI A  RN on 03 August 2014 19:49 CDT
* Sign by FOLEY, LORI A  RN on 03 August 2014 19:49 CDT
* VERIFY by FOLEY, LORI A  RN on 03 August 2014 19:49 CDT

| | |
|---|---|
| Printed by: | EVERSON, CORINNA |
| Printed on: | 08/05/2014 8:58 CDT |

Page: 1 of 1
(End of Report)

08/05/2014 09:25 FAX 715 836 3649        LH BEH HEALTH                    ☒022

## Progress Note-Nurse                    LOERTSCHER, TAMARA M -

\* Final Report \*

Result type:           Progress Note:Nurse
Result date:           04 August 2014 11:41 CDT
Result status:         Modified
Result title:          Nurse's Note
Performed by:          KUHL, MITCHELL R  RN on 04 August 2014 11:44 CDT
Verified by:           KUHL, MITCHELL R  RN on 04 August 2014 12:42 CDT
Encounter info:        3036559, EU EauCl HospBH, Inpatient, 08/01/2014 -

### \* Final Report \*
### Document Contains Addenda

Addendum by KUHL, MITCHELL R  RN on 04 August 2014 13:08 CDT (Verified)
Day 4 SSF completed with zero critical values.

**Signature Line**
Modified by and Electronically Signed by: KUHL, MITCHELL R  RN
On: 08/04/2014 01:08 PM .

Patient presents with a pleasant affect this morning, and has been up reading in her bed as a distraction technique. She stated to this writer that she feels like she is ready to go home today, and she wrote out a list of goals for herself. Psychiatrist updated on patient's request and list.  Patient denies any physical pain, and it is been appropriate on the unit. Patient stated that she would attend groups today, but had no interest in attending exercise. I explained to her the importance of exercise and distress tolerance, however she still declined. Will monitor patient for safety, and will continue to provide emotional support.

**Signature Line**
Electronically Signed By: KUHL, MITCHELL R  RN
On: 08/04/2014 12:42 PM
Modified by and Electronically Signed by: KUHL, MITCHELL R  RN
On: 08/04/2014 12:42 PM

**Completed Action List:**
* Perform by KUHL, MITCHELL R  RN on 04 August 2014 11:44 CDT
* Sign by KUHL, MITCHELL R  RN on 04 August 2014 12:42 CDT Requested by KUHL,
  MITCHELL R  RN on 04 August 2014 12:42 CDT
* Modify by KUHL, MITCHELL R  RN on 04 August 2014 12:42 CDT
* VERIFY by KUHL, MITCHELL R  RN on 04 August 2014 12:42 CDT
* Sign by KUHL, MITCHELL R  RN on 04 August 2014 13:08 CDT
* Modify by KUHL, MITCHELL R  RN on 04 August 2014 13:08 CDT

Printed by:       EVERSON, CORINNA                          Page 1 of 1
Printed on:       08/05/2014 8:58 CDT                       (End of Report)

COUNTY 145

08/05/2014 09:25 FAX 715 838 3640          LH DEH HEALTH                    ☑023

: Progress Note-Nurse                        LOERTSCHER, TAMARA M -

* F  al Report *

Res lt type:          Progress Note-Nurse
Res lt date:          04 August 2014 16:25 CDT
Res lt status;        Auth (Verified)
Perf ormed by:        PHILLIPS, KARLENE MARIE  RN on 04 August 2014 16:31 CDT
Verihed by:           PHILLIPS, KARLENE MARIE  RN on 04 August 2014 16:31 CDT
Enc unter info:       3036550, EU EauCl HospBH, Inpatient, 08/01/2014 -

                              * Final Report *

Me  with patient at her request as she wanted to file a grievance, "I came in voluntarily, I want to leave and now I'm
tolc  can't".  Patient was met with by social worker to discuss the Temporary Protective Custody order that her
county had issued due to her use of street drugs in her pregnancy. I did explain to her that with the TPC the
decision for discharge is taken out of our hands for now.  She responded with "what about all the meds you went
to give me here1 "  I did reassure her that the MD was aware of her pregnancy and would take that into
consideration in ordering medication for her,  Also that she could refuse those at this time. Tamara repeatedly
asked about leaving and going to outpt care.  I informed her that her county and our treatment team would work to
have options that will protect both her and her baby, but for right now she would be staying in the hospital.
Tamara minimizes her use, changes the subject or distracts to another complaint when this is identified as reason
for TPC. I encouraged her to take this one day at a time, attend groups and focus on getting the tools to help her.

Signature Line
Electronically Signed By: PHILLIPS, KARLENE MARIE  RN
On: J8/04/2014 04:31 PM

Completed Action List:
* Perform by PHILLIPS, KARLENE MARIE  RN on 04 August 2014 16:31 CDT
* Sign by PHILLIPS, KARLENE MARIE  RN on 04 August 2014 16:31 CDT
* VERIFY by PHILLIPS, KARLENE MARIE  RN on 04 August 2014 16:31 CDT

Printed by:     EVERSON, CORINNA
Printed on:     08/05/2014 8:58 CDT

08/05/2014 09:25 FAX 715 838 3849          LH BEH HEALTH                                    ☒024

## Progress Note-Nurse                          LOERTSCHER, TAMARA M -

*Final Report*

| | |
|---|---|
| Result type: | Progress Note-Nurse |
| Result date: | 04 August 2014 18:17 CDT |
| Result status: | Auth (Verified) |
| Result title: | Shift Assessment |
| Performed by: | FRIENDFELLOWS, STEFANIE RN on 04 August 2014 18:25 CDT |
| Verified by: | FRIENDFELLOWS, STEFANIE RN on 04 August 2014 19:29 CDT |
| Encounter Info: | 3036559, EU EauCl HospBH, Inpatient, 08/01/2014 - |

### *Final Report*

Pt presents as flat and blunted. Does not make eye contact. Tamara contracts for safety on the unit. She has decided to speak with this RN and said, "I'm not talking to anyone else until I talk to a lawyer". She has been withdrawn to her room during this shift. Pt denies physical concerns at this time. OB was contacted for a consult. Will continue to monitor and assess.

Signature Line
Electronically Signed By: FRIENDFELLOWS, STEFANIE RN
On: 8/04/2014 07:29 PM
Modified by and Electronically Signed by: FRIENDFELLOWS, STEFANIE RN
On: 8/04/2014 06:28 PM

Completed Action List:
* Perform by FRIENDFELLOWS, STEFANIE RN on 04 August 2014 18:25 CDT
* Modify by FRIENDFELLOWS, STEFANIE RN on 04 August 2014 18:28 CDT
* Sign by FRIENDFELLOWS, STEFANIE RN on 04 August 2014 19:29 CDT Requested by FRIENDFELLOWS, STEFANIE RN on 04 August 2014 19:29 CDT
* Modify by FRIENDFELLOWS, STEFANIE RN on 04 August 2014 19:29 CDT
* VERIFY by FRIENDFELLOWS, STEFANIE RN on 04 August 2014 19:29 CDT

| | | |
|---|---|---|
| Printed by: | EVERSON, CORINNA | Page 1 of 1 |
| Printed on: | 08/05/2014 8:58 CDT | (End of Report) |

08/05/2014 09:25 FAX 715 838 3649          LH BEH HEALTH                                    ☒025

Progress Note-Nurse                         LOERTSCHER, TAMARA M -

" Final Report "

Result type:            Progress Note-Nurse
Result date:            04 August 2014 22:08 CDT
Result status:          Auth (Verified)
Result title:           Date
Performed by:           FRIENDFELLOWS, STEFANIE RN on 04 August 2014 22:09 CDT
Verified by:            FRIENDFELLOWS, STEFANIE RN on 04 August 2014 22:13 CDT
Encounter Info:         3096559 EU EauCl HospBH, Inpatient, 08/01/2014 -

### * Final Report *

Pt was seen by OB this evening.  Lab screens for gonorrhea, chlamydia and vaginitis pending.  Tammy was
briefer and spoke to this RN afterwards and said "I got a due date and the baby looks good.  I feel so relieved.
The baby is due January 29th".  Pt smiled and made eye contact with this RN for the first time this shift.  Will
continue to monitor and assess.

Signature Line
Electronically Signed By: FRIENDFELLOWS, STEFANIE RN
On: 08/04/2014 10:13 PM
Modified by and Electronically Signed by: FRIENDFELLOWS, STEFANIE RN
On: 08/04/2014 10:13 PM

Completed Action List:
* Perform by FRIENDFELLOWS, STEFANIE RN on 04 August 2014 22:09 CDT
* Sign by FRIENDFELLOWS, STEFANIE RN on 04 August 2014 22:13 CDT Requested by:
FRIENDFELLOWS, STEFANIE RN on 04 August 2014 22:13 CDT
* Modify by FRIENDFELLOWS, STEFANIE RN on 04 August 2014 22:13 CDT
* VERIFY by FRIENDFELLOWS, STEFANIE RN on 04 August 2014 22:13 CDT

Printed by:        EVERSON, CORINNA
Printed on:        08/05/2014 8:58 CDT

Page 1 of 1
(End of Report)

COUNTY 148

08/05/2014 09:25 FAX 715 838 3840          LH BEH HEALTH                                    ☑026

. H& ɔ

. * Fin al Report *                              LOERTSCHER, TAMARA M - ████████

Res. t type;          H&P
Res. t date:          01 August 2014 21:33 CDT
Res. t status:        Auth (Verified)
Res. t title:         IM;ADM
Perf med by:          SENGODAN, MOHAN  MD on 01 August 2014 20:56 CDT
Verif ed by:          SENGODAN, MOHAN  MD on 03 August 2014 19:14 CDT
Enco unter Info;      3686559, EU EduCl HospBH, Inpatient, 08/01/2014 –
Cont butor system: !  MHS_DCLBEY, NONRAD_SYS

                                        * Final Report *

HDC 02485 (Verified)

DATE OF EXAMINATION:  08/01/2014

This is an adult medical history and physical examination summary in the Behavioral Health Unit.

CHIEF COMPLAINT/REASON FOR VISIT
Severe depression, patient is 3 months pregnant.

HISTORY OF PRESENT ILLNESS
Ms. Loertscher is a 29-year-old Caucasian lady with a known history of depression, polysubstance abuse, and 3 months pregnant who was referred to the emergency from Medford social services because of severe depression. Patient has been living in Medford with her boyfriend of 7 months.  Patient is going through severe depression lately, and unfortunately she has been using marijuana and meth during this time even after she knows about the pregnancy.  She stated she feels guilty and worthless and to make herself hopeful she was doing that. Unfortunately, patient did not get any prenatal care so far.  Patient is not using any prenatal vitamin or iron tablets. Patient admitted to the behavioral health unit voluntarily for further evaluation and management.

Patient has a known history of hypothyroidism.  Patient was diagnosed with that when she was in high school. Patient has not taken prescription levothyroxine however she was tried on and off over-the-counter thyroid pills. Patient never checked thyroid levels recently.  Patient does have some constipation.  Patient does notice some fatigue.

SYSTEMS REVIEW
Pertinent findings are discussed in the History of Present Illness. Patient denies any abdominal cramps or vaginal bleeding.  Patient was not able to recollect exactly when her last menstrual period was.  Patient has been living with her boyfriend of 7 months in Medford.  All other systems are reviewed and are negative.

PAST MEDICAL/SURGICAL HISTORY
MEDICAL:

Printed by:    EVERSON, CORINNA                                              Page 1 of 4
Printed on:    08/05/2014 8:58 CDT                                           (Continued)

08/05/2014 09:25 FAX 715 838 3049          LH BEH HEALTH                          @027

H& P                                    LOERTSCHER, TAMARA M –

* Final Report *

1. Depression.
2. Polysubstance abuse.
3. Untreated hypothyroidism.
SURGICAL: None.

**ALLERGIES**
Rash, hives, and itching from sulfa and clindamycin.

**SOCIAL HISTORY**
Patient is single, lives with her boyfriend of 7 months in Medford. Patient is a lifelong nonsmoker. Patient used to drink a lot last year but currently none per her report. Patient uses marijuana and methamphetamine regularly until now. Patient is unemployed and she used to work as a nursing assistant in the past and she has some nursing college.

**FAMILY HISTORY**
Patient does not know about her father. Mother is 54 years old and has high cholesterol and depression. No known family history of premature coronary artery disease. Stroke, cancer in grandparents.

**MEDICATIONS**
Over-the-counter thyroid one a day.

**PHYSICAL EXAMINATION**
VITAL SIGNS: Blood pressure 134/85 mmHg, pulse rate 74 beats per minute, temperature 36.1 degrees, saturation 97% on room air.
GENERAL: Twenty-nine-year-old Caucasian lady who appears to be emotional and crying. Appears depressed.
HEENT: Head is normocephalic and atraumatic. Conjunctiva appears moist without erythema, Pupils are equal and reactive to light and accommodation, without nystagmus. Pharynx is without erythema or exudates and tonsils are not enlarged. Mucous membranes are moist.
NECK: Supple with no bruits, masses, or tenderness. There is no lymphadenopathy. Trachea is midline. Thyroid is not enlarged.
CARDIOVASCULAR: Heart is regular rate, S1 and S2 audible without murmurs, rubs, or thrills.
RESPIRATORY: Lungs sound clear to auscultation. No crackles or wheezing. Equal air entry.
GASTROINTESTINAL: Abdomen nondistended, soft, and nontender to palpation. No rebound tenderness. No signs of organomegaly. Bowel sounds normal.
EXTREMITIES: No edema, cyanosis or clubbing. Peripheral pulses intact bilaterally.
SKIN: Skin is warm and dry without evidence of suspicious lesions or bruising. No rash.
MUSCULOSKELETAL: No obvious loss of range of motion of upper and lower extremities. Strength is equal bilaterally.
NEUROLOGICAL: Speech is appropriate. Patient is alert and oriented to person, place, time, and situation. No gross focal neurological deficit noted.

Printed by:    EVERSON, CORINNA                                      Page 2 of 4
Printed on:    08/05/2014 8:58 CDT                                   (Continued)

COUNTY 150

08/05/2014 08:28 FAX 715 838 3640          LH BEH HEALTH          🏿028

H&P

LOERTSCHER, TAMARA M -  ▉▉▉▉▉

* F i al Report *

**LABORATORY**
Hemoglobin 9.8, hematocrit 29.1, white count 8.2, platelets 207, sodium 135, potassium 3.6, chloride 99, i-carb 28, t UN 13, creatinine 0.83, AST 62, ALT 68, bilirubin 0.7.  Salicylate and acetaminophen levels are nega- ve. Urin - tox screen is positive for cannabinol, methamphetamine, and amphetamine.  TSH is more than 100.  Beta hCG is 94,130.

**IMPRESSION/REPORT/PLAN**
1. Depression and anxiety.  Patient admitted to the behavioral health unit voluntarily.  Further evaluation a : d mar: gement as per the psychiatric team.
2. P egnant state.  Patient is 3 months pregnant.  She was unable to recall her last menstrual period, she thinks it migh' be the middle of May.  Patient denied any abdominal cramping or vaginal bleeding.  Patient has some yellowish discharge which could be physiological.  I spoke with the on-call OB/Gyn, Dr. Ezenagu.  Patient w lliget a pelv- ultrasound to confirm the pregnancy and date of conception.  Since patient has anemia with a hemoglobin of 9.8, patient likely has some iron deficiency so we will start her on ferrous sulfate twice a day.  Patient will also be started on prenatal vitamin.  Given the constipation and since we are starting on the ferrous sulfate, I will start her on Colace 100 mg twice daily and selina S for constipation.  Once we make sure the OB ultrasound is stable, then here is no need for the OB/Gyn to see her here in the hospital since normally the first visit would be with the OB/Gyn counselor in the clinic which should be arranged.
3. Hypothyroidism which is untreated.  I will check a free T4.  Patient will be started on levothyroxine 1.6 m: g/kg which comes to around 125 mcg daily which will be started now.  Patient stated she is not able to afford med- ations and that is why she did not do it.  Patient needs assistance with her medications.  Needs to re- eck her t- yroid level in 4 weeks.
4. Patient has polysubstance abuse.  Counseled extensively to quit doing that given the pregnant state and satient is willing to quit and she seems to be determined.

We will follow the patient in the behavioral health unit as needed.  Please call with any questions.

Mohan Sengodan M D./mcu
D: 08/01/2014 08:56 PM   T: 08/02/2014 08:33 AM


Signature Line
Electronically Signed By: SENGODAN, MOHAN MD
Cn: 03/03/2014 07:18 PM
Modified by and Electronically Signed by: SENGODAN, MOHAN MD
Cn: 03/03/2014 07:18 PM

Completed Action List:
* Perform by SENGODAN, MOHAN MD on 01 August 2014 20:56 CDT


Printed by:      EVERSON, CORINNA
Printed on:      08/05/2014 8:58 CDT

Page 3 of 4
(Continued)

COUNTY 151

08/05/2014 09:28 FAX 715 838 3849          LH BEH HEALTH          @029

H&P                                    LOERTSCHER, TAMARA M -

* Final Report *

* Transcribe by BRILL, MARY C on 02 August 2014 8:33 CDT
* Modify by SENGODAN, MOHAN  MD on 03 August 2014 19:14 CDT
* Sign by SENGODAN, MOHAN  MD on 03 August 2014 19:14 CDTRequested on 02 August
2014  9:10 CDT
* VERIFY by SENGODAN, MOHAN  MD on 03 August 2014 19:14 CDT

COUNTY 152

08/05/2014 09:28 FAX 715 838 3849      LH BEH HEALTH      ☑030

Flowsheet Print Request

Patient: LOER'SCHEF, TAMARA M
MRN: ▓▓▓▓

Date Range: 07/28/2014 10:27 CDT - 08/05/2014 10:27 CDT

Printed by: EVERSON, CORINNA
Printed on: 08/0x .2014 12:23 CDT

| Lab View | | | | 08/01/2014 17:50 CDT | 08/01/2014 17:44 CDT | 08/01/2014 17:40 CDT | |
|---|---|---|---|---|---|---|---|
| CBC | | | | | | | |
| Hgb | | | | | L 9.8 g/dL | | |
| Hct | | | | | L 29.1 % | | |
| WBC | | | | | 6.2 x10(9)/L | | |
| RBC | | | | | L 3.07 x10( | | |
| MCV | | | | | 95 fL | | |
| RBC Distribution Width | | | | | 14.8 % | | |
| RDW-SD | | | | | (c) <<NOT | | |
| Platelet | | | | | 207 x10(9)/ | | |
| Differential Type | | | | | AUTO | | |
| Neutro Absolute | | | | | 3.92 x10(9) | | |
| Lymph Absolute | | | | | 1.86 x10(9) | | |
| Mono Absolute | | | | | L 0.29 x10( | | |
| Eos Absolute | | | | | 0.10 x10(9) | | |
| Baso Absolute | | | | | 0.02 x10(9) | | |
| Note: | | | | | When the r | | |
| Electrolytes | | | | | | | |
| Sodium Lvl | | | | | 135 mmol/ | | |
| Potassium Lvl | | | | | 3.6 mmol/L | | |
| Chloride | | | | | 99 mmol/L | | |
| CO2 | | | | | 26 mmol/L | | |
| AGAP | | | | | 10 mmol/L | | |
| Chemistry Panel | | | | | | | |
| Alk Phos | | | | | L 30 unit/L | | |
| Glucose Fasting | | | | | ↑ 97 mg/dl | | |
| Creatinine | | | | | 0.92 mg/dl | | |
| GFR (MDRD) | | | | | ▲ >60.0 ml | | |
| BUN | | | | | 13 mg/dL | | |
| Calcium Lvl | | | | | 9.0 mg/dL | | |
| Protein Total | | | | | 6.9 g/dL | | |
| Albumin Lvl | | | | | 4.3 g/dL | | |
| AST | | | | | H 62 unit/L | | |
| ALT | | | | | H 68 unit/L | | |
| Bili Total | | | | | 0.7 mg/dL | | |
| Administration/Toxicology | | | | | | | |
| Salicylate Lvl | | | | | ▲ L <1.0 m | | |
| Acetaminophen Lvl | | | | | ▲ <15.0 mc | | |
| Urine Tox Chemistry | | | | | | | |
| U Tricyclic Antidepressants | | | | | ▲ NEG | | |
| U Tetrahydrocannibinol | | | | | ▲ ▼ UNCON | | |
| U Propoxyphene | | | | | ▲ NEG | | |
| U Phencyclidine | | | | | ▲ NEG | | |
| U Oxycodone | | | | | ▲ NEG | | |
| U Opiates | | | | | ▲ NEG | | |
| U Methamphetamine | | | | | ▲ ▼ UNCON | | |
| U Methadone | | | | | ▲ NEG | | |
| U Cocaine | | | | | ▲ NEG | | |

Page 1

COUNTY 153

08/05/2014 09:26 FAX 715 838 3649          LH BEH HEALTH                           ☎031

**Flowsheet Print Request**

Patient: LOERTSCHER, TAMARA M
MRN: ▊▊▊▊

Date Range: 07/28/2014 10:27 CDT - 08/05/2014 10:27 CDT

Printed by: EVERSON, CORINNA
Printed on: 08/04, 2014 12:23 CDT

| Lab View | | | 08/01/2014 17:50 CDT | 08/01/2014 17:44 CDT | 08/01/2014 17:40 CDT |
|---|---|---|---|---|---|
| U Benzodiazepine | | | ^ NEG | | |
| U Barbiturates | | | ^ NEG | | |
| J Amphetamine | | | ^ * UNCON | | |
| Medical | | | FOR MEDIC | | |
| Thyroid Tests | | | | | |
| TSH | | | | ^ H >100.0 | |
| T4 Free | | | | | 1 0.1 ng/dL |
| Pregnancy | | | | | |
| Beta hCG Qnt | | | | ^ 94,130.0 | |

Page 2

COUNTY 154

08/05/2014 09:26 FAX 715 838 3649          LH BEH HEALTH                    ☒032

H&P                                    LOERTSCHER, TAMARA M - ▉▉▉▉▉

* Final Report *

Result type:        H&P
Result date:        On August 2014 21:33 CDT
Result status:      Auth (Verified)
Result title:       IM-ADM
Performed by:       SENGCDAN, MOHAN MD on 01 August 2014 20:58 CDT
Verified by:        SENGODAN, MOHAN MD on 03 August 2014 19:41 CDT
Encounter info:     3036559, EU EauCl HospBH, Inpatient, 08/01/2014 -
Contributor system: MHS_DOLBEY_NONRAD_SYS

* Final Report *

HDCC02485 (Verified)

DATE OF EXAMINATION: 08/01/2014

This is an adult medical history and physical examination summary in the Behavioral Health Unit.

CHIEF COMPLAINT/REASON FOR VISIT
Severe depression, patient is 3 months pregnant.

HISTORY OF PRESENT ILLNESS
Ms. Loertscher is a 29-year-old Caucasian lady with a known history of depression, polysubstance abuse, is 3 months pregnant who was referred to the emergency from Medford social services because of severe depression. Patient has been living in Medford with her boyfriend of 7 months. Patient is going through severe depression lately and unfortunately she has been using marijuana and meth during this time even after she knows about the pregnancy. She stated she feels guilty and worthless and to make herself hopeful she was doing that. Unfortunately, patient did not get any pretiatal care so far. Patient is not using any prenatal vitamin or iron tablets. Patient admitted to the behavioral health unit voluntarily for further evaluation and management.

Patient has a known history of hypothyroidism. Patient was diagnosed with that when she was in high school. Patient has not taken prescription levothyroxine however she was tried on and off over-the-counter thyroid pills. Patient never checked thyroid levels recently. Patient does have some constipation. Patient does notice some fatigue.

SYSTEMS REVIEW
Pertinent findings are discussed in the History of Present Illness. Patient denies any abdominal cramps or vaginal bleeding. Patient was not able to recollect exactly when her last menstrual period was. Patient has been living with her boyfriend of 7 months in Medford. All other systems are reviewed and are negative.

PAST MEDICAL/SURGICAL HISTORY
MEDICAL:

Printed by:    EVERSON, CORINNA                              Page 1 of 4
Printed on:    08/04/2014 12:24 CDT                          (Continued)

COUNTY 155

08/05/2014 09:28 FAX 715 838 3649          LH BEH HEALTH                              ☑033

## H&P                                        LOERTSCHER, TAMARA M - ▮▮▮▮▮

* Final Report *

1. Depression.
2. Polysubstance abuse.
3. Untreated hypothyroidism.
SURGICAL: None.

ALLERGIES
Rash, hives, and itching from sulfa and clindamycin.

SOCIAL HISTORY
Patient is single, lives with her boyfriend of 7 months in Medford. Patient is a lifelong nonsmoker. Patient used to drink a lot last year but currently none per her report. Patient uses marijuana and methamphetamine regularly until now. Patient is unemployed and she used to work as a nursing assistant in the past and she has some nursing college.

FAMILY HISTORY
Patient does not know about her father. Mother is 51 years old and has high cholesterol and depression. No known family history of premature coronary artery disease. Stroke, cancer in grandparents.

MEDICATIONS
Over-the-counter thyroid one a day.

PHYSICAL EXAMINATION
VITAL SIGNS: Blood pressure 134/65 mmHg, pulse rate 74 beats per minute, temperature 36.1 degrees, saturation 97% on room air.
GENERAL: Twenty-nine-year-old Caucasian lady who appears to be emotional and crying. Appears depressed.
HEENT: Head is normocephalic and atraumatic. Conjunctiva appears moist without erythema. Pupils are equal and reactive to light and accommodation, without nystagmus. Pharynx is without erythema or exudates and tonsils are not enlarged. Mucous membranes are moist.
NECK: Supple with no bruits, masses, or tenderness. There is no lymphadenopathy. Trachea is midline. Thyroid is not enlarged.
CARDIOVASCULAR: Heart is regular rate, S1 and S2 audible without murmurs, rubs, or thrills.
RESPIRATORY: Lungs sound clear to auscultation. No crackles or wheezing. Equal air entry.
GASTROINTESTINAL: Abdomen nondistended, soft, and nontender to palpation. No rebound tenderness. No signs of organomegaly. Bowel sounds normal.
EXTREMITIES: No edema, cyanosis or clubbing. Peripheral pulses intact bilaterally.
SKIN: Skin is warm and dry without evidence of suspicious lesions or bruising. No rash.
MUSCULOSKELETAL: No obvious loss of range of motion of upper and lower extremities. Strength is equal bilaterally.
NEUROLOGICAL: Speech is appropriate. Patient is alert and oriented to person, place, time, and situation. No gross focal neurological deficit noted.

Printed by:      EVERSON, CORINNA                                  Page 2 of 4
Printed on:      06/04/2014  12:24 CDT                            (Continued)

COUNTY 156

08/05/2014 09:27 FAX 715 838 3648          LH BEH HEALTH          ☒034

H&P                                          LOERTSCHER, TAMARA M - ▮▮▮▮▮

* Final Report *

LABORATORY
Hemoglobin 9.6, hematocit 29.1, white count 6.2, platelets 207, sodium 135, potassium 3.6, chloride 99, bicarb 26. BUN 13, creatinine 0.93. AST 62, ALT 68, bilirubin 0.7. Salicylate and acetaminophen levels are negative. Urine tox screen is positive for cannabihol, methamphetamine, and amphetamine. TSH is more than 100. Beta hCG is 94,130.

IMPRESSION/REPORT/PLAN
1. Depression and anxiety. Patient admitted to the behavioral health unit voluntarily. Further evaluation and management as per the psychiatric team.
2. Pregnant state. Patient is 3 months pregnant. She was unable to recall her last menstrual period, she thinks it might be the middle of May. Patient denied any abdominal cramping or vaginal bleeding. Patient has some yellowish discharge which could be physiological. I spoke with the on-call OB/Gyn, Dr. Ezenagu. Patient will get a pelvic ultrasound to confirm the pregnancy and date of conception. Since patient has anemia with a hemoglobin of 9.1, patient likely has some iron deficiency so we will start her on ferrous sulfate twice a day. Patient will also be started on prenatal vitamin. Given the constipation and since we are starting on the ferrous sulfate, I will start her on Colace 100 mg twice daily and senna S for constipation. Once we make sure the OB ultrasound is stable, then there is no need for the OB/Gyn to see her here in the hospital since normally the first visit would be with the OB/Gyn counselor in the clinic which should be arranged.
3. Hypothyroidism which is untreated. I will check a free T4. Patient will be started on levothyroxine 1.6 mcg/kg which comes to around 125 mcg daily which will be started now. Patient stated she is not able to afford medications and that is why she did not do it. Patient needs assistance with her medications. Needs to recheck her thyroid level in 4 weeks.
4. Patient has polysubstance abuse. Counseled extensively to quit doing that given the pregnant state and patient is willing to quit and she seems to be determined.

We will follow the patient in the behavioral health unit as needed. Please call with any questions.


Mohan Sengodan, MD./mcb
D: 03/01/2014 08:56 PM   T: 08/02/2014 08:33 AM


Signature Line
Electronically Signed By: SENGODAN, MOHAN MD
On: 01/03/2014 01:14 PM
Modified by and Electronically Signed by: SENGODAN, MOHAN MD
On: 01/03/2014 01:14 PM

Completed Action List:
* Perform by SENGODAN, MOHAN  MD on 01 August 2014 20:56 CDT


Printed by:    EVERSON, CORINNA                          Page 3 of 4
Printed on:    08/04/2014 12:24 CDT                       (Continued)