# Exhibit 22

RECEIVED
JAN 2 0 2015
Wilson Elser

9/4/2014 7:49:43 PM

**jlbook.agency = TASO jlbook.num = J14-00689**

**Name Number: 2849**     **Confined TASO**
TAMARA MARIE LOERTSCHER, White, Non-Hispanic Female, DOB: ▓

Agency Booked For:     *Taylor County Sheriff's Office*
Booking Type:     *Warrant*
Initial Booking Date:     *09/04/2014 19:15:44*
Last Intake Date:     *09/04/2014 19:15:44*
Case Number:
Local Number:
Current Disposition:
Scheduled Release:
Actual Release:
Req Bond Payments Due:     *$0.00*
Time Left To Serve:
Charge Housing:     *Yes*
Non-Custody Booking:     *No*

*Release Date 10-4-14 @ 1915*

## Additional Info

**Holds**
No Entries

**Commitments**
No Entries

**Bonds**
No Entries  ∅

**Sentences**
No Entries

*Services (Julie Clarkson)*

**Arrests**
Number    Date    Description   Class Code   Reference
1667   09/04/2014 07:16 PM   Warrant Arrest

*30 Days or can Purge if She contacts human Services (Julie Clarkson) & Admits herself to The Fahrman Center & follows human Services & The Fahrman Center's Recommendations. — contempt of court.*

**Offenses**
No Entries
Total Time Served:     *33 minutes*
Credit Time Served:

Copyright © 2007 All rights reserved. Spillman Technologies, Inc.

COUNTY 1

12/17/2014 9:00:44 PM

**jlarrest.agency = TASOjlarrest.num = 1667**

**Name Number: 2849**
TAMARA MARIE LOERTSCHER, White, Non-Hispanic Female, DOB: 



Date: 09/04/2014 19:16:30
Location:
Area:
Age at Arrest: 29
Arrest Type: Warrant Arrest
Juvenile Disposition:
Pre-Sentence Class:
Arresting Officer: Alex Zwiefelhofer
Arresting Agency: Medford Police Department
Reference: 14JC09
Tracking:

## Additional Info
ARREST WARRANT # 14CW0140

REFUSED PHONE CALL

## Circumstances
No Entries

## Offenses
Number Counts Statute     Offense Desc Agency Dispo. Jud. Status Status Date Court
2364    1   785.04  Commitment Warrant  TASO

## Bookings
Number      Book Date Booking Type    Disposition Scheduled Release
Actual Release

J14-00689 9/4/2014 7:15:44 PM    Warrant Ordinary Confined
9/22/2014 2:51:29 PM

## Involvements

*automatically generated*

Copyright © 2007 All rights reserved. Spillman Technologies, Inc.

COUNTY 34

12/17/2014 7:50:32 PM

**jllog.agency = TASO    jllog.num = 70693**

Jail Incident Number:
Location:                                H3
Event Type:                          Visit-Staff
Responsible Officer:            J Turner
Start Date:                           09/09/2014 01:06:03
End Date:
Quantity:                             0

## Additional Info

not feeling good placed in holding for observation. Inmate complaints diarrhea, upset stomach, not feeling well for the past couple of days, inmate states it feels different then morning sickness.

## Inmates Involved

Name Number Type    Last First Middle    Address

2849    LOERTSCHER TAMARA MARIE

## Officers Involved

Officer

J Turner
T Hanke

## Visitation

Visitation Location:

Copyright © 2007 All rights reserved. Spillman Technologies, Inc.

COUNTY 46

12/17/2014 7:52:43 PM

**jllog.agency = TASO    jllog.num = 70936**

Jail Incident Number:
Location:                               C2
Event Type:                         Inmate Cell Change
Responsible Officer:            J Holtz
Start Date:                           09/10/2014 18:41:13
End Date:
Quantity:                              0

## Additional Info
moved back to cell after done in holding

## Inmates Involved
Name Number Type    Last First Middle    Address

2849    LOERTSCHER TAMARA MARIE

## Officers Involved
Officer

J Holtz .

## Visitation

Visitation Location:

Copyright © 2007 All rights reserved. Spillman Technologies, Inc.

COUNTY 51

12/17/2014 7:53:09 PM

### jllog.agency = TASO    jllog.num = 70941

Jail Incident Number:
Location:              Booking
Event Type:            Visit-Staff
Responsible Officer:   J Holtz
Start Date:            09/10/2014 18:50:03
End Date:
Quantity:              0

## Additional Info
wanted to speak to staff about issues she was having

## Inmates Involved
| Name Number Type | Last | First | Middle | Address |
|---|---|---|---|---|
| 2849 | LOERTSCHER | TAMARA | MARIE | |

## Officers Involved
Officer

J Holtz

## Visitation
Visitation Location:

Copyright © 2007 All rights reserved. Spillman Technologies, Inc.

COUNTY 52

12/17/2014 7:53:47 PM

**jllog.agency = TASO    jllog.num = 70954**

Jail Incident Number:
Location: Booking
Event Type: Misc Entry
Responsible Officer: J Johnson
Start Date: 09/10/2014 20:57:33
End Date:
Quantity: 0

## Additional Info
SPEAK TO STAFF

## Inmates Involved
Name Number Type    Last First Middle    Address

2849    LOERTSCHER TAMARA MARIE

## Officers Involved
Officer

J Johnson

## Visitation

Visitation Location:

Copyright © 2007 All rights reserved. Spillman Technologies, Inc.

COUNTY 54