# Exhibit 23

# TAYLOR COUNTY ARREST REPORT

## ARREST INFORMATION

| Incident #: | Arrest Date/Time: | Arresting Agency: | Officer and Badge #: |
|---|---|---|---|
| M14-01600 | 9-4-2014 / 1907 | Medford Police Dept. | Zwiefelhofer #44 |

## SUSPECT INFORMATION

**Name (Last, First, MI):** Loertscher, Tamara, Marie   **DOB:** [redacted]

**Address (PO Box not Accepted):** [redacted]   **City, State, Zip Code:** [redacted]   **Phone:** [redacted]

| Height: | Weight: | Hair: | Eyes: | Sex: | Scars, Marks, Tattoos: |
|---|---|---|---|---|---|
| 5'7" | 168 | Blonde | Blue | ☐ M ☒ F | |

**Place of Employment:** ☒ Unemployed ☐ Employed @   **City, State:**

## VICTIM INFORMATION

**Notify Victim Upon Release:** ☐ Yes ☒ No   **Name (Last, First, MI):**   **DOB:**

## CHARGE INFORMATION

**Mark All Relevant Information to Arrest:**
☐ Forfeiture ☐ Misdemeanor ☐ Felony ☒ Warrant ☐ Probation Hold ☐ Other:   **PBT/BAC:**

**Number of Prior Criminal Charges** | **Description of Past Criminal Charges (ex. OWI, Battery, DC, etc.)**

| Statute/Ordinance#: | Description: |
|---|---|
| 968.04 | Warrant |

## PROBABLE CAUSE FOR ARREST

| Incident Location: | Census: |
|---|---|
| 224 South Second St. Medford, WI, 54451 | CMED |

**Information for following summary is based upon:**
☒ Officer's personal knowledge/information.   ☐ Statements made by:

**Statement of Probable Cause (Who?, What?, Where?, When?, Why?, How do I know this information?):**

On Thursday, 9-4-2014, I was notified by dispatch that Tamara Loertscher was in the lobby of the Taylor County Sheriff's department and she had an active Taylor County Warrant. I arrived at the lobby and arrested Tamara for the warrant. I handcuffed Tamara behind her back, checked the handcuffs for proper fit and double locked them. I searched Tamara and did not find any weapons or illegal materials. I then walked Tamara into the Taylor County Jail and released her to the jail staff without incident.

**Officer Signature:** [signature]   **Badge #:** 44

Subscribed To and Sworn To Before Me This __4th__ Day of __September__, 20__14__

[signature] Jennifer J. Johnson, Notary Public, State of Wisconsin   **My Commission Expires** 5/9/17

**Explain Why This Person Was or Was Not Released After Arrest/Booking**
☐ Book and Release   ☒ Other – Hold based on stipulations of 30 days jail or human services contact.

| Bond Hearing Date/Time: | Results: |
|---|---|
| Court Officer: | Badge #: |

Distribution: 1 – Jail   2 – Arresting Agency   3 – District Attorney   4 – Clerk of Courts

COUNTY 17