# Exhibit 24

# TAYLOR COUNTY JAIL MEDICAL PROGRESS NOTES

**INMATE'S NAME:** Loertscher, Tamara    **ID NUMBER:** [redacted]

**ALLERGIES:** Sulfa, Clindamycin, Histamines

| DATE/TIME | SOA | PLAN |
|---|---|---|
| 9-11-14 2:00 pm  T 96.6  P 84  R 14  B/P 100/60 | Inmate seen for c/o vaginal discharge yellow/green in color. After much discussion she reported she was diagnosed approx. 5 weeks ago c̄ Bacterial Vaginitis. She was given Flagyl 1 oral dose + 1 dose of vaginal cream. She became nauseated & dizzy & the Flagyl was stopped. She wants an U.S. & chose her own MD. We discussed jail protocol & her options. She agreed to give a urine specimen for pg test & UA. She is now also agreeable to speak c̄ Julie Clarkson, H.S. re: going to Forman Tx Center. TC to Julie to inform her of this. Inmate would like her mom present at mtg c̄ Julie. Pg test is +. Urinalysis is normal, no blood or leukocytes noted. Report to R Gilbertson NP. No new orders - just encourage rest & ↑ fluids. I relayed this to inmate, she is much relieved - still agrees to see J Clarkson re: Formans. A Buendska RN 9-11-14 | |

COUNTY 110

## TAYLOR COUNTY JAIL MEDICAL PROGRESS NOTES

INMATE'S NAME: Loertscher, Tamara  ID NUMBER: ▮▮▮▮

ALLERGIES: Sulfa, Clindamycin, Histamines

| DATE/TIME | SOA | PLAN |
|---|---|---|
| 9-9-14 11:00 am BP 110/70 RAS P 80 | Screening forms reviewed. Currently on medical watch, c/o nausea & diarrhea yesterday. Spoke c̄ her, she denies diarrhea today, had yesterday. States H2O & food is bad here, that's why she is sick. I questioned her re: Zoloft, she said she took on Mental Health Screening only – states she doesn't take anymore because she doesn't like side effects. To see our medical provider today. [signature] | Levothyroxin 125 mcg po QD Prenatal Vitamin 1 po QD Prenatal Vitamin gel cap c̄ DHA 1 po QD while supply lasts. To Dr Falbeki [signatures] pb 9-9-14 |
| 9-9-14 | c/o diarrhea + stomach pains, ⊕ nausea, ⊘ vomit × 24°, + no menstrual cramps, ⊘ bleeding. 1st pregnancy also, neck + back pain today. Approximately 15-20 weeks, had intermittent cramping since pregnancy. Had had US, 1 mth ago 10 wks 4 day but states written report said 14 wks. Patient is tearful & cannot pinpoint information + states she is being harassed. Won't answer type of drug used on outside. Refuses to have records released to verify information on pregnancy. Refuses urine pregnancy test to verify pregnancy. Pt. states that her bad treatment + "inhumane" treatment here + by her OB providers. Discussed @ length that being in jail + the food here, or being here will cause a miscarriage. Discussed that (continued) | |

COUNTY 111

# TAYLOR COUNTY JAIL MEDICAL PROGRESS NOTES

INMATE'S NAME: Loertscher, Tamara         ID NUMBER: ▮▮▮

ALLERGIES: Sulfa, Clindamycin, Histamines

| DATE/TIME | (continued) SOA | PLAN |
|---|---|---|
| 9-9-14 | Her S+S can be related to early pregnancy + nausea + fatigue is common or it can be related to drug withdrawal. Also discussed that if she is indeed pregnant + bleeding + cramping occurs a miscarriage cannot be stopped. On exam fundus is 2 fingerbreadths above pubic bone. She is also crying - states she can't feel the baby move like she used to. Again I discussed w/ her it is too early to feel fetal movement. She left the office refusing us to have any MR to verify pregnancy + refused urine test for pregnancy. To continue to rest, stay hydrated + continue Levothyroxine 125mg daily + PNV as R/d. — R. Alberts NP | |
| 9-10-14 10:30 AM B/P 100/64 L AS P 80 Reg R 12 Lungs clear | Examined patient - is calmer + less confrontational today. VS as noted at left. Reports no diarrhea, some abdominal discomfort. Was resting quietly when RN arrived. Continues to refuse to give urine specimen for pregnancy test. She initially agreed to sign refusal then she refused. Form witnessed by myself + N. Mayer. Also refuses to tell us her OB/MD's name or to release medical records. Is taking meds as ordered. Encouraged hydration + to let us know if condition changes. N Budnoski | |