# Exhibit 25

# TAYLOR COUNTY
# HUMAN SERVICES DEPARTMENT

Honorable Douglas T. Fox
Circuit Court Judge
Price County Courthouse
126 Cherry Street
Phillips, WI 54555

RECEIVED

MAR 2 4 2015

SCHMIEGE LAW

March 20, 2015

RE: J. Doe an unborn child and Tamara M. Loertscher   DOB: ▇▇▇▇   Taylor County Case #: 14 JC 9

Dear Judge Fox:

This letter serves to provide notification to the court that this agency has not requested additional court action regarding this consent decree. A petition was filed in Taylor County Circuit Court on August 5, 2014 alleging that the unborn child of Tamara Loertscher, who was an estimated gestational age of 14 weeks, was a child in need of protection or services contrary to section 48.133 of Wisconsin State Statutes. This was based on a non-law enforcement referral that alleged that Tamara Loertscher's habitual lack of self-control in the use of alcohol beverages, controlled substances or controlled substance analogs were resulting in a substantial risk to the physical health of the unborn child, and of the potential that the child when born would be seriously affected or endangered. The petition further alleged that Tamara Loertscher had refused to accept alcohol or other drug abuse services offered to her or was not making or had not made a good faith effort to participate in any alcohol or other drug abuse services offered to her.

Tamara entered into a six month consent decree on September 22, 2014 under which she agreed to schedule an AODA assessment, submit to weekly drug testing and attend and keep pre-natal appointments.

Tamara was cooperative and compliant in meeting the conditions of the consent decree. She gave birth to a healthy male child on January 23, 2015 whom she named Harmonious Loertscher. This has been verified through the family, collateral sources, and the agency child welfare file. Therefore this agency will allow the consent decree in case #14 JC 9 to expire on the scheduled date of March 22, 2015.

If you need additional information regarding our decision or have questions, please do not hesitate to call me at your convenience.

Sincerely,

Darlene Anderson, Social Worker
TAYLOR COUNTY HUMAN SERVICES DEPARTMENT

PC: Attorney Courtney Graff, Corporation Counsel
    Attorney Michael Shiffler, Guardian Ad Litem
    Tamara Loertscher
    File



PLAINTIFF'S
EXHIBIT
# 28
8-31-16

PENGAD 800-631-6989

540 East College Street   Medford, WI 54451-2027
Phone (715) 748-3332

COUNTY 312