# Exhibit 26

# TAYLOR COUNTY
# HUMAN SERVICES DEPARTMENT

Name: Tamara Loertscher

Today's Date: 10-9-2014

Today, we are using The *Oral CubeTM Oral Fluid Drug and Alcohol Screen Device* AMP/mAMP/COC/OPI/THC/PCP/BZO/OXY/MTD/BAR/BUP/ACL which is a lateral flow chromatographic immunoassay for the qualitative detection of: Amphetamine, Methamphetamine, Cocaine, Opiates, Marijuana, Phencyclidine, Benzodiazepines, Oxycodone, Methadone, Barbiturates, Buprenorphine, Alcohol and their metabolites in oral fluids at the following cut-off concentrations:

| Test | Calibrator | Cut-off | Results |
|---|---|---|---|
| Amphetamine (AMP) | D-Amphetamine | 50 ng/mL | Neg |
| Methamphetamine (mAMP) | D-Methamphetamine | 50 ng/mL | Neg |
| Cocaine (COC) | Benzoylecgonine | 20 ng/mL | Neg |
| Opiates (OPI) | Morphine | 40 ng/mL | Neg |
| Marijuana (THC) | 11-nor-□9-THC-9 COOH | 12 ng/mL | Neg |
| | □9-THC | 75 ng/mL | |
| Phencyclidine (PCP) | Phencyclidine | 10 ng/mL | Neg |
| Benzodiazepines (BZO) | Oxazepam | 50 ng/mL | Neg |
| Oxycodone (OXY) | Oxycodone | 50 ng/mL | Neg |
| Methadone (MTD) | Methadone | 75 ng/mL | Neg |
| Barbiturates (BAR) | Secobarbital | 300 ng/mL | Neg |
| Buprenorphine (BUP) | Buprenorphine | 10 ng/mL | Neg |
| Alcohol (ACL | Alcohol | > 0.02 % B.A | — |

**Per Taylor County Alcohol and Drug Monitoring Program Policy, all positive results may indicate a need for a referral to clinic/lab of client's choice for confirmation of results.

Due to results of test, client is being referred for lab to
_____. This should be completed this by ___/___/2014.

Signature of Client: Tammy Loertsche    Date: 10-9-14

Taylor County Human Services Staff: Darlene M. Anderson    Date: 10-9-2014

PLAINTIFF'S EXHIBIT #33  8-31-16

540 East College Street    Medford, WI 54451-2027
Phone (715) 748-3332

# TAYLOR COUNTY
# HUMAN SERVICES DEPARTMENT

Name: Tammy Loertscher

Today's Date: 10/16/14

Today, we are using The *Oral CubeTM Oral Fluid Drug and Alcohol Screen Device* AMP/mAMP/COC/OPI/THC/PCP/BZO/OXY/MTD/BAR/BUP/ACL which is a lateral flow chromatographic immunoassay for the qualitative detection of: Amphetamine, Methamphetamine, Cocaine, Opiates, Marijuana, Phencyclidine, Benzodiazepines, Oxycodone, Methadone, Barbiturates, Buprenorphine, Alcohol and their metabolites in oral fluids at the following cut-off concentrations:

| Test | Calibrator | Cut-off | Results |
|---|---|---|---|
| Amphetamine (AMP) | D-Amphetamine | 50 ng/mL | neg |
| Methamphetamine (mAMP) | D-Methamphetamine | 50 ng/mL | neg |
| Cocaine (COC) | Benzoylecgonine | 20 ng/mL | neg |
| Opiates (OPI) | Morphine | 40 ng/mL | neg |
| Marijuana (THC) | 11-nor-□9-THC-9 COOH | 12 ng/mL | |
| | □9-THC | 75 ng/mL | neg |
| Phencyclidine (PCP) | Phencyclidine | 10 ng/mL | neg |
| Benzodiazepines (BZO) | Oxazepam | 50 ng/mL | neg |
| Oxycodone (OXY) | Oxycodone | 50 ng/mL | neg |
| Methadone (MTD) | Methadone | 75 ng/mL | neg |
| Barbiturates (BAR) | Secobarbital | 300 ng/mL | neg |
| Buprenorphine (BUP) | Buprenorphine | 10 ng/mL | neg |
| Alcohol (ACL) | Alcohol | > 0.02 % B.A | — |

**Per Taylor County Alcohol and Drug Monitoring Program Policy, all positive results may indicate a need for a referral to clinic/lab of client's choice for confirmation of results.

Due to results of test, client is being referred for lab to
_____. This should be completed this by ___/___/2014.

Tammy Loertscher      10-16-2014
Signature of Client    Date

Darlene M Anderson    10-16-2014
Taylor County Human Services Staff    Date

540 East College Street    Medford, WI 54451-2027
Phone (715) 748-3332

# TAYLOR COUNTY
# HUMAN SERVICES DEPARTMENT

Name Tammy Loertscher,    Today's Date: 10-24-2014

Today, we are using The *Oral CubeTM Oral Fluid Drug and Alcohol Screen Device* AMP/mAMP/COC/OPI/THC/PCP/BZO/OXY/MTD/BAR/BUP/ACL which is a lateral flow chromatographic immunoassay for the qualitative detection of: Amphetamine, Methamphetamine, Cocaine, Opiates, Marijuana, Phencyclidine, Benzodiazepines, Oxycodone, Methadone, Barbiturates, Buprenorphine, Alcohol and their metabolites in oral fluids at the following cut-off concentrations:

| Test | Calibrator | Cut-off | Results |
|---|---|---|---|
| Amphetamine (AMP) | D-Amphetamine | 50 ng/mL | neg |
| Methamphetamine (mAMP) | D-Methamphetamine | 50 ng/mL | neg |
| Cocaine (COC) | Benzoylecgonine | 20 ng/mL | neg |
| Opiates (OPI) | Morphine | 40 ng/mL | neg |
| Marijuana (THC) | 11-nor-□9-THC-9 COOH | 12 ng/mL | |
| | □9-THC | 75 ng/mL | neg |
| Phencyclidine (PCP) | Phencyclidine | 10 ng/mL | neg |
| Benzodiazepines (BZO) | Oxazepam | 50 ng/mL | neg |
| Oxycodone (OXY) | Oxycodone | 50 ng/mL | neg |
| Methadone (MTD) | Methadone | 75 ng/mL | neg |
| Barbiturates (BAR) | Secobarbital | 300 ng/mL | neg |
| Buprenorphine (BUP) | Buprenorphine | 10 ng/mL | neg |
| Alcohol (ACL | Alcohol | > 0.02 % B.A | — |

**Per Taylor County Alcohol and Drug Monitoring Program Policy, all positive results may indicate a need for a referral to clinic/lab of client's choice for confirmation of results.

Due to results of test, client is being referred for lab to _____. This should be completed this by __/__/2014.

Tammy Loertscher    10/24/14
Signature of Client    Date

Dalene M. Anderson    10-24-2014
Taylor County Human Services Staff    Date

540 East College Street    Medford, WI 54451-2027
Phone (715) 748-3332

CONFIDENTIAL                                    Loertscher000547

# TAYLOR COUNTY
# HUMAN SERVICES DEPARTMENT

October 27, 2014

Honorable Douglas T. Fox
Taylor County Circuit Court
224 South Second Street
Medford, Wisconsin 54451

Re:  Tamara Loertscher – DOB ▇▇▇▇ – Case #14JC09 - Travel

Dear Judge Fox,

This letter is to inform the court that Tamara Loertscher will be traveling outside the state on a trip to the state of Georgia with her significant other Dondi Ellner, from October 27, 2014 through November 10, 2014.

If you have questions about this, please feel free to call me at your convenience.

Sincerely,

*Darlene M. Anderson*

TAYLOR COUNTY HUMAN SERVICES DEPARTMENT
Darlene Anderson, CFS Social Worker


PC- Attorney Michael Shiffler
    Attorney Courtney Graff
    Attorney Justin Wolff
    Tammy Loertscher

540 East College Street    Medford, WI  54451-2027
Phone  (715) 748-3332

# TAYLOR COUNTY
# HUMAN SERVICES DEPARTMENT

Name Tammy Loertscher          Today's Date: 11-19-2014

Today, we are using The *Oral CubeTM Oral Fluid Drug and Alcohol Screen Device* AMP/mAMP/COC/OPI/THC/PCP/BZO/OXY/MTD/BAR/BUP/ACL which is a lateral flow chromatographic immunoassay for the qualitative detection of: Amphetamine, Methamphetamine, Cocaine, Opiates, Marijuana, Phencyclidine, Benzodiazepines, Oxycodone, Methadone, Barbiturates, Buprenorphine, Alcohol and their metabolites in oral fluids at the following cut-off concentrations:

| Test | Calibrator | Cut-off | Results |
|---|---|---|---|
| Amphetamine (AMP) | D-Amphetamine | 50 ng/mL | neg |
| Methamphetamine (mAMP) | D-Methamphetamine | 50 ng/mL | neg |
| Cocaine (COC) | Benzoylecgonine | 20 ng/mL | neg |
| Opiates (OPI) | Morphine | 40 ng/mL | neg |
| Marijuana (THC) | 11-nor-C9-THC-9 COOH | 12 ng/mL | |
| | D9-THC | 75 ng/mL | neg |
| Phencyclidine (PCP) | Phencyclidine | 10 ng/mL | neg |
| Benzodiazepines (BZO) | Oxazepam | 50 ng/mL | neg |
| Oxycodone (OXY) | Oxycodone | 50 ng/mL | neg |
| Methadone (MTD) | Methadone | 75 ng/mL | neg |
| Barbiturates (BAR) | Secobarbital | 300 ng/mL | neg |
| Buprenorphine (BUP) | Buprenorphine | 10 ng/mL | neg |
| Alcohol (ACL | Alcohol | > 0.02 % B.A | neg |

**Per Taylor County Alcohol and Drug Monitoring Program Policy, all positive results may indicate a need for a referral to clinic/lab of client's choice for confirmation of results.

Due to results of test, client is being referred for lab to _____. This should be completed this by __/__/2014.

Tammy Loertscher          11-19-2014
Signature of Client          Date

Darlene M. Anderson          11-19-2014
Taylor County Human Services Staff          Date

540 East College Street     Medford, WI 54451-2027
Phone (715) 748-3332

# TAYLOR COUNTY
# HUMAN SERVICES DEPARTMENT

Name  Tammy Loertscher                    Today's Date:  11-25-2014

Today, we are using The *Oral CubeTM Oral Fluid Drug and Alcohol Screen Device* AMP/mAMP/COC/OPI/THC/PCP/BZO/OXY/MTD/BAR/BUP/ACL which is a lateral flow chromatographic immunoassay for the qualitative detection of: Amphetamine, Methamphetamine, Cocaine, Opiates, Marijuana, Phencyclidine, Benzodiazepines, Oxycodone, Methadone, Barbiturates, Buprenorphine, Alcohol and their metabolites in oral fluids at the following cut-off concentrations:

| Test | Calibrator | Cut-off | Results |
|---|---|---|---|
| Amphetamine (AMP) | D-Amphetamine | 50 ng/mL | neg |
| Methamphetamine (mAMP) | D-Methamphetamine | 50 ng/mL | neg |
| Cocaine (COC) | Benzoylecgonine | 20 ng/mL | neg |
| Opiates (OPI) | Morphine | 40 ng/mL | neg |
| Marijuana (THC) | 11-nor-□9-THC-9 COOH | 12 ng/mL | |
| | □9-THC | 75 ng/mL | Aes |
| Phencyclidine (PCP) | Phencyclidine | 10 ng/mL | neg |
| Benzodiazepines (BZO) | Oxazepam | 50 ng/mL | invalid |
| Oxycodone (OXY) | Oxycodone | 50 ng/mL | neg |
| Methadone (MTD) | Methadone | 75 ng/mL | neg |
| Barbiturates (BAR) | Secobarbital | 300 ng/mL | neg |
| Buprenorphine (BUP) | Buprenorphine | 10 ng/mL | neg |
| Alcohol (ACL | Alcohol | > 0.02 % B.A | neg |

**Per Taylor County Alcohol and Drug Monitoring Program Policy, all positive results may indicate a need for a referral to clinic/lab of client's choice for confirmation of results.

**Due to results of test, client is being referred for lab to**
_____. This should be completed this by __/__/2014.

*Tammy Loertscher*   11-25-2014
Signature of Client            Date

*Darlene M. Anderson*   11-25-2014
Taylor County Human Services Staff    Date

540 East College Street   Medford, WI 54451-2027
Phone (715) 748-3332



# TAYLOR COUNTY
# HUMAN SERVICES DEPARTMENT

Name Tammy Loertscher        Today's Date: 12-2-2014

Today, we are using The *Oral CubeTM Oral Fluid Drug and Alcohol Screen Device* AMP/mAMP/COC/OPI/THC/PCP/BZO/OXY/MTD/BAR/BUP/ACL which is a lateral flow chromatographic immunoassay for the qualitative detection of: Amphetamine, Methamphetamine, Cocaine, Opiates, Marijuana, Phencyclidine, Benzodiazepines, Oxycodone, Methadone, Barbiturates, Buprenorphine, Alcohol and their metabolites in oral fluids at the following cut-off concentrations:

| Test | Calibrator | Cut-off | Results |
|---|---|---|---|
| Amphetamine (AMP) | D-Amphetamine | 50 ng/mL | neg |
| Methamphetamine (mAMP) | D-Methamphetamine | 50 ng/mL | neg |
| Cocaine (COC) | Benzoylecgonine | 20 ng/mL | neg |
| Opiates (OPI) | Morphine | 40 ng/mL | neg |
| Marijuana (THC) | 11-nor-□9-THC-9 COOH | 12 ng/mL | |
|  | □9-THC | 75 ng/mL | neg |
| Phencyclidine (PCP) | Phencyclidine | 10 ng/mL | neg |
| Benzodiazepines (BZO) | Oxazepam | 50 ng/mL | neg |
| Oxycodone (OXY) | Oxycodone | 50 ng/mL | neg |
| Methadone (MTD) | Methadone | 75 ng/mL | neg |
| Barbiturates (BAR) | Secobarbital | 300 ng/mL | neg |
| Buprenorphine (BUP) | Buprenorphine | 10 ng/mL | neg |
| Alcohol (ACL | Alcohol | > 0.02 % B.A | neg |

\*\*Per Taylor County Alcohol and Drug Monitoring Program Policy, all positive results may indicate a need for a referral to clinic/lab of client's choice for confirmation of results.

Due to results of test, client is being referred for lab to
_____. This should be completed this by ___/___/2014.

*Tammy Loertscher*   12-2-14
Signature of Client    Date

*Darlene M. Anderson*   12-2-2014
Taylor County Human Services Staff    Date

540 East College Street    Medford, WI 54451-2027
Phone (715) 748-3332

CONFIDENTIAL                                       Loertscher000551