IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TAMARA M. LOERTSCHER,

    Plaintiff,

v.                                    Case No. 14-cv-870

BRAD SCHIMEL, et al.,

    Defendants.

**DEFENDANTS ELOISE ANDERSON'S AND BRAD SCHIMEL'S
RESPONSE TO TAYLOR COUNTY DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

The Taylor County defendants have filed a motion for summary judgment in the above-referenced case. (Dkt. 180–84.) Defendants Eloise Anderson and Brad Schimel take no position on this motion and defer to the Court's judgment and exercise of discretion in making this determination.

Dated this 1st day of December, 2016.

                                                     BRAD D. SCHIMEL
                                                     Wisconsin Attorney General

                                                     <u>/s/ Karla Z. Keckhaver</u>
                                                     KARLA Z. KECKHAVER
                                                     Assistant Attorney General
                                                     State Bar #1028242

                                                     JODY J. SCHMELZER
                                                     Assistant Attorney General
                                                     State Bar #1027796

                                                     JENNIFER L. VANDERMEUSE
                                                     Assistant Attorney General
                                                     State Bar #1070979

                                                     Attorneys for Defendants
                                                     Brad D. Schimel and Eloise Anderson

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-6365 (KZK)
(608) 266-3094 (JJS)
(608) 266-7741 (JLV)
(608) 267-2223 (Fax)
keckhaverkz@doj.state.wi.us
schmelzerjj@doj.state.wi.us
vandermeusejl@doj.state.wi.us