# Exhibit 1

9/9/2014 6:42:36 PM

**jlincdnt.agency = TASO         jlincdnt.num = 456**

| | |
|---|---|
| Location: | H3 |
| Nature: | Rule Violation |
| Responsible Officer: | J Dehne |
| Time Reported: | 09/09/2014 18:09:22 |
| Incident Beginning Time: | 09/09/2014 18:09:22 |
| Incident Completion Time: | 09/09/2014 18:09:22 |
| Clearance: | |
| Log Event Number: | |
| Log Event Type: | |

## Narrative

On the above date at approximately 1715, I entered Holding 3 to ask Inmate Loertscher if she was aware that she would be staying in holding until she gave us a urine sample. She stated that she didn't care. I then closed the door and she yelled that the jail was a stupid fucking place and that I was a fucking bitch. I opened the door and said that she would now be considered as being in a regular holding cell. She then flipped me off and said I was fucking stupid. I took her book, the mattress and the blanket from her and Shane removed her food tray. She continued to yell obscenities and that her rights were being violated. She wanted to call her lawyer. I then opened the door to have her move into Holding 1, and she refused to move. I took her by the arm and asked her to come with me. She finally got up and then grabbed the phone card from her book and I tried to retrieve it from her. She stated she was calling her lawyer and when I told her there was no phone in Holding 1 she said we were violating her rights. I let her have the phone card & told her she could call her lawyer once she was back in "C" block. She then yelled down the hall that her rights were being violated. She was placed into the holding cell without further incident. She took her Medications when offered and did not say anything and was calm. She may go back into "C" block on 9/10/2014 at 1620. NO FURTHER INCIDENT

## Officers Involved
Officer

J Dehne

## Inmates Involved

| Name Number | Participation Type | Last | Middle | First |
|---|---|---|---|---|
| 2849 | | LOERTSCHER | MARIE | TAMARA |

Law Incident Number:

OK
AB
9-10-14

Copyright © 2007 All rights reserved. Spillman Technologies, Inc.

COUNTY 3