# Exhibit 2

| Screening Supervisor County Name | County Completed IA | CPS Report Date | Screening Supervisor Decision | Number of Alleged Victims Count | Maltreatment Type | Maltreater Relationship to Victim | Curr Maltreatment Finding | Highest Lvl Appealed | Appealed-Overturned | IA Safety Finding | IA Dispoo | Prior CPS Reports for Case Count | Case ID | Age at CPS Report Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Taylor | Taylor | 2/5/2007 | Screen In | 1 | Unborn Child Abuse | Partner(s)/Friend(s) sharing dwelling | Substantiated | N | N | Safe | Case Closed- Child Safe- Referred to Comm | 6 | 8276698 | 7 |
| Taylor | Taylor | 6/15/2007 | Screen In | 1 | Unborn Child Abuse | Biological Parent(s) | Unsubstantiated | N | N | Unsafe | Case Opened-Ongoing CPS Svcs Vol | 0 | 8157861 | -1 |
| Taylor | Taylor | 2/15/2008 | Screen In | 1 | Unborn Child Abuse | Biological Parent(s) | Unsubstantiated | N | N | Safe | Case Closed- Family Refuses Srvcs-No Cou | 3 | 6346179 | -4 |
| Taylor | Taylor | 4/28/2008 | Screen In | 1 | Unborn Child Abuse | Biological Parent(s) | Unsubstantiated | N | N | Safe | Case Closed- Child Safe- Referred to Comm | 2 | 8178786 | -1 |
| Taylor | Taylor | 11/20/2008 | Screen In | 1 | Unborn Child Abuse | Biological Parent(s) | Unsubstantiated | N | N | Safe | Case Closed- Child Safe- Referred to Comm | 0 | 8199611 | -1 |
| Taylor | Taylor | 4/1/2009 | Screen In | 1 | Unborn Child Abuse | Biological Parent(s) | Unsubstantiated | N | N | Safe | Case Closed- Family Refuses Srvcs-No Cou | 2 | 8202169 | -1 |
| Taylor | Taylor | 12/7/2009 | Screen In | 1 | Unborn Child Abuse | Biological Parent(s) | Unsubstantiated | N | N | Safe | Case Closed- Child Safe | 0 | 8229453 | -1 |
| Taylor | Taylor | 9/16/2010 | Screen In | 1 | Unborn Child Abuse | Biological Parent(s) | Substantiated | N | N | Unsafe | Case Opened- Ongoing CPS Srvcs Petition | 6 | 8165093 | |
| Taylor | Taylor | 7/20/2011 | Screen In | 2 | Physical Abuse Unborn Child | Biological Parent(s) | Unsubstantiated | N | N | Safe | Case Closed- Family Refuses Srvcs-No Cou | 0 | 8283176 | 3 |
| Taylor | Taylor | 7/20/2011 | Screen In | 2 | Abuse Unborn Child | Biological Parent(s) | Unsubstantiated | N | N | Safe | Case Closed- Family Refuses Srvcs-No Cou | 0 | 8283176 | -1 |
| Taylor | Taylor | 8/4/2014 | Screen In | 1 | Abuse Unborn Child | Biological Parent(s) | Substantiated | #MULTIVALUE | N | Unsafe | Case Opened- Ongoing CPS Srvcs Petition | 0 | 8377958 | -1 |
| Taylor | Taylor | 3/18/2015 | Screen In | 2 | Abuse Unborn Child | Biological Parent(s) | Unsubstantiated | N | N | Safe | Case Closed- Child Safe | 2 | 8294937 | -1 |
| Taylor | Taylor | 3/18/2015 | Screen In | 2 | Abuse Unborn Child | Biological Parent(s) Partner(s)/Friend(s) sharing dwelling | Unsubstantiated | N | N | Safe | Case Closed- Child Safe | 2 | 8294937 | -1 |
| Taylor | | 10/10/2006 | Screen Out | 1 | Abuse | Biological Parent(s) | N/A-Screened Out | | | | | 0 | 8137008 | |
| Taylor | | 3/20/2008 | Screen Out | 3 | Neglect | Biological Parent(s) | N/A-Screened Out | | | | | 9 | 7122415 | 4 |
| Taylor | | 3/20/2008 | Screen Out | 3 | Neglect Unborn Child | Biological Parent(s) | N/A-Screened Out | | | | | 9 | 7122415 | 1 |
| Taylor | | 3/20/2008 | Screen Out | 3 | Abuse Unborn Child | Biological Parent(s) | N/A-Screened Out | | | | | 9 | 7122415 | |
| Taylor | | 5/22/2009 | Screen Out | 1 | Abuse Unborn Child | Biological Parent(s) | N/A-Screened Out | | | | | 0 | 8214948 | |
| Taylor | | 8/26/2010 | Screen Out | 1 | Abuse Unborn Child | Biological Parent(s) | N/A-Screened Out | | | | | 5 | 8165093 | |
| Taylor | | 1/26/2011 | Screen Out | 1 | Abuse Unborn Child | Biological Parent(s) | N/A-Screened Out | | | | | 0 | 8275203 | 0 |
| Taylor | | 7/17/2012 | Screen Out | 1 | Abuse Unborn Child | Biological Parent(s) | N/A-Screened Out | | | | | 0 | 8325396 | |
| Taylor | | 6/18/2013 | Screen Out | 1 | Abuse Unborn Child | Biological Parent(s) | N/A-Screened Out | | | | | 0 | 8349200 | |
| Taylor | | 2/7/2014 | Screen Out | 1 | Abuse Unborn Child | Biological Parent(s) | N/A-Screened Out | | | | | 1 | 8362308 | -1 |
| Taylor | | 3/10/2015 | Screen Out | 1 | Abuse Unborn Child | Biological Parent(s) | N/A-Screened Out | | | | | 1 | 8294937 | -1 |
| Taylor | | 3/26/2015 | Screen Out | 2 | Abuse Unborn Child | Biological Parent(s) | N/A-Screened Out | | | | | 3 | 8294937 | -1 |
| Taylor | | 3/26/2015 | Screen Out | 2 | Abuse Unborn Child | Biological Parent(s) | N/A-Screened Out | | | | | 3 | 8294937 | -1 |
| Taylor | | 5/18/2015 | Screen Out | 1 | Abuse Unborn Child | Biological Parent(s) | N/A-Screened Out | | | | | 0 | 8397017 | |



PLAINTIFF'S EXHIBIT #17  8-31-16