# Exhibit 3

## INITIAL ASSESSMENT - PRIMARY

| Case Name | Case Number |
|---|---|
|  | 8165093 |
| Referral Date | Date Worker Assigned |
| 09/16/2010 | 09/20/2010 |

### CHILD INFORMATION

| Child Name | Date of Birth |
|---|---|
| Unborn, |  |

**PLAINTIFF'S EXHIBIT** #18 831-16

### PARENT INFORMATION

| Parental Role Name | Date of Birth |
|---|---|
|  |  |

### I. CONTACT

Document the interview protocol, contacts, and meetings related to the completion of the initial assessment.

**First Contact**

| Date – First face-to-face contact with family member | Time – First face-to-face contact with family member |
|---|---|
|  |  |

**Contacts** (Include first contact listed above)

| Date / Time | Participant | Note Type | Location | Result | Case Note ID |
|---|---|---|---|---|---|
| 09/21/2010 10:00 AM |  | Initial Face-to-Face | Not Applicable |  | 16647748 |
| 09/24/2010 02:00 PM |  | Telephone Call |  |  | 16570201 |
| 09/27/2010 10:45 AM |  | Collateral |  |  | 16577698 |

### II. NARRATIVE FIELDS

#### A. Maltreatment

**Describe the Maltreatment**

Describe the maltreatment that occurred. Be specific about the injuries and / or conditions. If the child(ren) received medical attention, describe the findings.

The reporter indicated that ▇ was brought to the hospital by her father and uncle yesterday as she was falling asleep and they were unable to arouse her. The reporter stated that ▇ is 25 weeks pregnant. The reporter stated that the physician at the hospital is stating that ▇ took an overdose. The reporter stated that ▇ stated that she wasn't trying to harm herself and ▇ stated that she took one Norco (a pain killer similar to Vicodin). The reporter stated that ▇ admitted to taking other prescription medications, that weren't prescribed for her, this past weekend. The reporter stated that ▇ is refusing to allow a urinalysis to determine what medication she took. The reporter indicated that the police were notified regarding this incident but ▇ wasn't detained.

This case was assigned on this date to this worker as a child protection assessment regarding the safety of the unborn child. Sue Belanger from Wausau Health Services was contacted by ongoing social worker Corinne Bauer who subsequently spoke to their physician, Dr. Webb and also Faxed over copies of recent UA's completed by ▇ at their clinic. Dr. Webb subsequently faxed a letter to this agency stating that ▇ is a patient of their clinic and has continued to use illicit drugs despite intensive counseling and that she is seriously endangering the health of her fetus.

Saint Clair's was contacted and they did inform this agency that they did complete a UA when ▇ was admitted to the ER but this was sent to St. Joseph's in Marshfield for processing. As a result the results of this test will not be known until Monday or Tuesday of next week. Staff agreed to ask ▇ to complete another UA that they can immediately process at their hospital.

▇ did agree to the rapid UA and tested positive for Tricyclics. Her nurse from Wausau Health Services states that she is not prescribed any medications that would account for this positive result.

Initial Assessment - Primary
DCF-F (CFS-2054) (R. 04/2009)

COUNTY 463

As a result of this information, a decision was made after consultation with corporation counsel to take ▮ into custody and place her in a residential treatment facility until the birth of the child. Worker was informed by staff at Wausau Health Services that a placement at Burkwood Treatment Facility had already been arranged for ▮ to start next week. This was based on her continued drug use and also insurance issues. Wausau Health Services staff arranged for funding for this placement and also were able to arrange for immediate placement of ▮.

A TPC hearing on this matter was held on 9-17-10 and ▮ agreed to this placement at this time. ▮ was held in custody and placed at the Burkwood Treatment Facility in Hudson.

She did test positive cocaine and THC while hospitalized, as well as methadone.

▮ did admit at the plea hearing and her fetus was ajudicated as a unborn child in need of the protection and services of the court.

Based on this information and the doctor's statement this case will be substantiated and a CHIPS petition will be pursued until the infant is born and given up for adoption.

### Rating
Maltreatment Rating:     3

### Describe the Surrounding Circumstances
Describe the surrounding circumstances accompanying or leading up to the maltreatment. **Note:** This narrative section should always include the parents explanation of circumstances even if the findings are no maltreatment.

When worker spoke to ▮ on 9-16-10 while completing the TPC hold, ▮ stated that she had missed her Saturday and Sunday methadone doses due to the fact that she had over slept. ▮ stated that she was worried about methadone withdrawal symptoms such as seizures so she self medicated with non prescribed medication. She thought she was taking a drug called Norco, but feels that she was misinformed by the person that she obtained that medication from. She also failed to tell staff that she had taken this medication before she was given her methadone dose. When challenged by this worker about her taking a medication not prescribed to her she admitted that she should have went to the hospital for medical treatment instead of what she did.

▮ agreed to this residential placement and hopes to gain help for her drug addictions to assist her with regaining custody of her son ▮. ▮ stated that she plans on giving this baby up for adoption.

▮ was allowed to stop at her home in ▮ to pick up clothing before she went to treatment. This worker spoke to her about not picking up any medications or drugs when she did this. She assured this worker that she would not do that. Burkwood staff were also asked through Wausau Health Services to check her things upon arrival for any drugs.

### Rating
Surrounding Circumstances Rating:    2

### Safety Assessment
☐ One or both parents / caregivers intend(ed) to hurt the child.
☒ Living arrangements seriously endanger the physical health of the child.
☐ Maltreating parent / caregiver exhibits no remorse or guilt.

### B. Family Conditions
#### 1. Child(ren)'s Functioning
Describe the child(ren)'s general functioning and effects of any maltreatment.

| Child Name | Rating |
|---|---|
| Unborn, ▮ | 2.0 |

Description

So far the fetus status is unknown. There are no outward signs of physical effects of drug use, but what usually occurs is the newborn infant demonstrates problems and addictions and these affects can continue to adulthood. They are hard to predict.

### Safety Assessment
☐ Child shows effects of maltreatment, such as serious emotional symptoms and lack of behavioral control.

☐ Child is fearful of home situation.
☐ Child shows effects of maltreatment such as serious physical symptoms.

### 2. Adult's Functioning

Describe each adult's general functioning, daily life management, mental health functioning and substance use. (You may include but not rate pertinent childhood history information.)

| Parental Role Name | Rating |
|---|---|
| ▓▓▓▓▓ | 3.5 |

Description

▓▓▓▓ is a young mom who is severely drug addicted. She is on methadone to assist her with her cocaine and heroin addictions. She also uses prescription drugs like vicoden, norco, adderal, and THC and occasionally tests positive for opiates. She almost overdosed between her use of prescription drugs not prescribed to her and her methadone in mid September and was hospitalized as a result. ▓▓▓▓ has lost custody of her first child due to her drug use. He is under a CHIPS order through Marathon County and placed with grandparents. She had a baby a little under a year ago and she gave that baby up for adoption. She plans on giving the same adoptive parents this infant.

▓▓▓▓ is transient, cannot work and struggles to maintain sobriety.

#### Safety Assessment
☒ One or both parents / caregivers cannot control behavior.
☐ One or both parents / caregivers are violent.
☒ One or both parents / caregivers have failed to benefit from previous professional help.
☐ There is some indication parents / caregivers may flee.

### 3. Disciplinary Approaches

Describe the disciplinary approaches generally used by the parent and the typical context within which they are used.

| Parental Role Name | Rating |
|---|---|
| ▓▓▓▓▓ | 0.0 |

Description
n/a-fetus does not require discipline.

### 4. Parenting Practices

Describe the parents' general parenting practices (nurturing, limit setting, protectiveness, provision of basic care, etc.).

| Parental Role Name | Rating |
|---|---|
| ▓▓▓▓▓ | 2.5 |

Description
Not protective, continues to use non legal drugs regardless of pregnancy and affect it may have on the baby.

#### Safety Assessment
☐ Child has exceptional needs which parents / caregivers cannot / will not meet.
☐ No adult in the home will perform parental duties and responsibilities.
☐ One or both parents / caregivers fear they will maltreat child and / or request placement.
☒ One or both parents / caregivers lack knowledge, skill, motivation in parenting which affects the child's safety.
☐ Child is perceived in extremely negative terms by one or both of the parents/caregivers.
☐ Child is seen by either parent / caregiver as responsible for the parents' problems.
☐ Parents / caregivers do not have resources to meet basic needs.

### 5. Family's Functioning

Describe the family's general functioning, strengths, and current stresses. Consider the family's cultural context.
▓▓▓▓ has a very dysfunctional family and little support.

#### Rating
Family's Functioning Rating:    3.0

## III. CONCLUSIONS
### Risk and Safety

## Risk Ratings By Category

Enter the rating for each category. If there is more than one rating, enter the highest.

| Category | Rating |
|---|---|
| Maltreatment | 3 |
| Circumstances | 2 |
| Child Functioning | 2.0 |
| Adult Functioning | 3.5 |
| Parenting – Discipline | 0.0 |
| Parenting – General | 2.5 |
| Family's Functioning | 3.0 |
| Total | 16.0 |

## Risk Level Based On Rating Total

Based on the rating total, the level of family problems associated with risk are:

- ☐ High (21 to 28)
- ☒ Significant (14 to 20.9)
- ☐ Moderate (7 to 13.9)
- ☐ Minimal To Low (0 to 6.9)

## Safety Assessment and Conclusion:

Yes   No

☒   ☐   One or more factors that negatively affect safety.

Date of Safety Assessment:   10/19/2010

If the answer to the above is "No", then the child(ren) is/are safe. Proceed only with required documentation of contacts, interview, content or observations, and supervisory approval.

If the answer to the above is "Yes", then the child(ren) may be unsafe. Proceed to the Safety Assessment and Planning to consider the parent/caregiver protective capacities and the need to control for safety.

## V.   ASSESSMENT RESULTS

| Alleged Victim | Relationship of Alleged Maltreater to Victim | A / N Code | Description | Assessment Results |
|---|---|---|---|---|
| Unborn | Biological Parent(s) | Unborn Child Abuse | Other Indicator/Injury | Substantiated |

## VI.   DISPOSITION

☐ **Case Closed**
- ☐ Child(ren) Safe
- ☐ Child(ren) Safe - Referred to Community Services
- ☐ Clients Unavailable or Cannot be Located
- ☐ Family Refuses Services - No Court Jurisdiction

☒ **Case Opened**
- ☐ Case opened for on-going CPS services: Voluntary
- ☒ Case opened for on-going CPS services: Petitioned
- ☐ Case opened for non-CPS services
- ☐ Case currently open for on-going CPS services: Voluntary
- ☐ Case currently open for on-going CPS services: Petitioned
- ☐ Case opened - BMCW safety services

## VII. CLOSING SUMMARY / SUPERVISOR COMMENTS

Include any referral to community resources that were made:

## VIII. FAMILY SUPPORT NETWORK

**If case is to be:**
- **opened** for services, complete the following narrative.
- **closed**, proceed to IX. CORRESPONDENCE below.

### Support Network

Describe the family's support network, taking into account the family's cultural context.

N/A not healthy family.

## IX. CORRESPONDENCE

### Mandated Reporter
☐ Not applicable (non-mandated reporter)
Date mandated reporter given feedback:   10/19/2010

### Relative Reporter
☒ Not applicable
☐ Documented request for information received from relative reporter:
☐ Date Letter Sent :
   OR
Date of Court Order Barring
Disclosure:

### Substantiation Notification
☐ Not applicable
Date Notice of Child Maltreatment Determination and Right to Appeal Letter Sent:

### Licensing Notification
☒ Not applicable
Date Licensing / Regulatory Agency Notified:

## X. SIGNATURES

Liza Daleiden
Name - Worker

SIGNATURE - Worker                                Date Signed

Craig Alwin
Name - Supervisor

SIGNATURE - Supervisor                            Date Signed