# Exhibit 4

9:47    11:05

| Referring Agency Case Number<br>C10-5648 | Intake Case Number | **Temporary Physical Custody Request** | Court Case Number |
|---|---|---|---|

Child's/Juvenile's/Expectant Mother's Name (Last, First, Middle): [redacted]

Date of Birth: [redacted]     ☐ Male  ☒ Female

Race: ☐ African American  ☐ Asian or Pacific Islander  ☐ American Indian or Alaskan Native  ☐ Hispanic  ☒ Caucasian  ☐ Unknown  ☐ Other

Child's/Juvenile's/Expectant Mother's Address: [redacted]

Telephone Number: [redacted]     County of Residence: Taylor

**Requesting Agency Complete**

Date and Time Taken Into Custody: 09/16/2010  3:45 p.m.

Taken Into Custody By: Harlan A. Schwartz

Agency: Taylor County Sheriff's Department

Why was person taken into custody? (§§48.19, 48.193 48.195 or 938.19)
- ☐ Warrant/capias
- ☐ Order by judge
- ☐ Criminal act
- ☐ Runaway
- ☐ Relinquishment
- ☐ Child/juvenile suffering from illness, injury or other danger
- ☐ Violation of terms of court-ordered supervision
- ☐ Violation of conditions of temporary custody order
- ☐ Violation of civil law or ordinance
- ☐ Unexcused absence from school
- ☒ Serious health risk to unborn child

Statute and Descriptor: Risk of harm to unborn child due to continued drug abuse.

| Legal Father's Name and Address | Home Telephone Number | Work Telephone Number |
|---|---|---|
| Legal Mother's Name and Address | Home Telephone Number | Work Telephone Number |
| Legal Guardian's Name and Address | Home Telephone Number | Work Telephone Number |

The parents notified by referring party?  ☐ Yes (Date and Time)  ☒ No
Was notification under 48.193(2) given? ☐ Yes  ☐ No
Why was person not released? Risk of harm to unborn child

The parents notified by intake worker? ☐ Yes (Date and Time) 9-16-10 3:45 p.m.  ☐ No
Was notification under 48.193(2) given? ☐ Yes  ☐ No
Were rights given? ☒ Yes  ☐ No

**Intake Worker Complete**

Jurisdictional Finding: (§48.205 and §938.205)
- ☐ 1. No jurisdiction.
- ☐ 2. Juvenile will commit injury to person or property of others.
- ☒ 3. Person will: ☐ cause injury to self. ☐ be subject to injury by others. ☒ cause serious health risk to unborn child.
  ☐ run away or be taken away so as to be unavailable for further court proceedings.
- ☐ 4. Parent, guardian, legal custodian or other responsible adult is: ☐ neglecting ☐ refusing ☐ unable ☐ unavailable to provide adequate supervision and care.

Custody decision:
- ☐ 1. Person released.
- ☒ 2. Nonsecure custody: (§48.207 and §938.207)
  - ☐ a. At the home of a ☐ parent. ☐ relative. ☐ guardian. ☐ person not a relative.
  - ☐ b. At licensed foster home, treatment foster home, or group home.
  - ☐ c. At non-secure facility operated by a licensed child welfare agency.
  - ☐ d. At licensed private or public shelter care facility (including holdover room).
  - ☒ e. For expectant mothers at Hospital - St Clares §48.207(1m).
- ☐ 3. Secure custody because: (§48.208 and §938.208)
  - ☐ a. Juvenile has committed a delinquent act and there is a substantial risk of: ☐ physical harm to another. ☐ runaway.
  - ☐ b. Juvenile is a: ☐ fugitive from another state. ☐ runaway from a juvenile correctional facility. and there has been no reasonable opportunity to return the juvenile.
  - ☐ c. A protective order has been issued and the child/juvenile consents in writing to the placement.
  - ☐ d. Child/juvenile has run away or committed a delinquent act while in nonsecure placement.
  - ☐ e. Juvenile is alleged/adjudicated delinquent and is a runaway from another county and would run away from nonsecure placement.
  - ☐ f. Juvenile is subject to the jurisdiction of the adult criminal court and is under 15 years of age.
- ☐ 4. This is a secure custody placement in a jail because: (§48.209 and §938.209)
  - ☐ a. No other approved juvenile detention facility is available.
  - ☐ b. Child/juvenile is a substantial risk of physical harm to others in a juvenile detention facility.

COUNTY 358

Name of Placement: St. Claire's Hospital - Ministry Health Care
Address: 3400 Ministry Parkway, Weston WI
Telephone Number:

Special precautions/Information concerning child/juvenile/expectant mother:

Signature of Intake Worker: [signature] JCI
Date and Time Custody Authorized: 9-16-10 3:45pm
Date and Time of Custody Hearing: 9-17-10 @ 11:00am
Date and Time of Release:

JD-1710, 10/97 Temporary Physical Custody Request     Chapter 48 and 938, Wisconsin Statutes.
This form shall not be modified. It may be supplemented with additional material.

PLAINTIFF'S EXHIBIT #19  8-31-16