# Exhibit 6

REC'D FEB 07 2011

# TAYLOR COUNTY
# HUMAN SERVICES DEPARTMENT

February 4, 2011

Corporation Counsel Kristy Tlusty
Taylor County Courthouse
224 S. Second Street
Medford, WI 54451

File.

RE: Unborn ▮▮▮, Case #: 10 JC 16

Dear Attorney Tlusty:

This letter serves to request that the CHIPS Order on the above mentioned child be dismissed. Unborn ▮▮▮ was adjudicated CHIPS due to her mother being unable to care for the safety of the unborn child due to AODA issues. Ms. ▮▮▮ was placed under supervision of this agency on November 10, 2010. On December 7, 2010, Jennifer gave birth to this child. Ms. ▮▮▮ followed through with her decision to give this child up for adoption. Ms. ▮▮▮ and the father of this child voluntarily terminated their parental rights on January 21, 2011. The adoption is being handled through Lutheran Social Services.

This agency feels this child's need for protection and services is sufficed through the adoption agency and a CHIPS order is no longer necessary to ensure safety and stability for this child. It is this agency's opinion that this family no longer requires the services of this agency and it would be appropriate to request dismissal of the court order.

If you need additional information regarding our request or have questions, please do not hesitate to contact me at your convenience, 715-748-3332.

Respectfully Submitted,

Corinne Bauer
Social Worker
Taylor County Human Services Department

cc: The Honorable Ann Knox-Bauer
    Guardian Ad Litem, Greg Krug
    Attorney Joanne Keane
    file