IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TAMARA M. LOERTSCHER,

    Plaintiff,

v.      Case No. 14-cv-870

BRAD SCHIMEL, et al.,

    Defendants.

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Eloise Anderson and Brad Schimel, by their attorneys, Attorney General Brad Schimel and Assistant Attorneys General Karla Z. Keckhaver, Jody J. Schmelzer, and Jennifer L. Vandermeuse, appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order entered by this Court on April 28, 2017. (Dkt. 240.)[1]

---

[1] The clerk of court has not yet entered judgment. Pursuant to Fed. R. App. P. 4(a)(2), this notice of appeal "is treated as filed on the date of and after the entry."

A true and correct copy of the Opinion and Order is being filed with this Notice of Appeal. The appropriate filing fee is being paid concurrent with this Notice of Appeal.

Dated this 3rd day of May, 2017.

BRAD D. SCHIMEL
Wisconsin Attorney General


/s/ Karla Z. Keckhaver
KARLA Z. KECKHAVER
Assistant Attorney General
State Bar #1028242

JODY J. SCHMELZER
Assistant Attorney General
State Bar #1027796

JENNIFER L. VANDERMEUSE
Assistant Attorney General
State Bar #1070979

Attorneys for Defendants
Brad D. Schimel and Eloise Anderson

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-6365 (KZK)
(608) 266-3094 (JJS)
(608) 266-7741 (JLV)
(608) 267-2223 (Fax)
keckhaverkz@doj.state.wi.us
schmelzerjj@doj.state.wi.us
vandermeusejl@doj.state.wi.us