# EXHIBIT 6

Home | Site Map



| **What's Happening** | **About Us** | **How You Can Help** | **Programs & Services** | **Latino Arts** |

Human Services
- Walk-In Assessments
- Women's Residential & Recovery House SUD Treatment
- Family-Based Services
- Medical Services
- Men's Residential & Recovery House SUD Treatment
- Services for Pregnant Women & Women with Infants
- SUD Day Treatment Program
- SUD Outpatient Program



United Community Center » Programs & Services » Human Services » Walk-In Assessments

 Email     Print

# Walk-In Assessments

Milwaukee County's Central Intake Units (CIU) assist individuals seeking substance abuse treatment. The United Community Center, offering bilingual services, is one of five authorized Central Intake Units for Milwaukee County.

UCC Human Services staff will determine CIU clients' eligibility for funding. Eligibility includes residency (must be a resident of Milwaukee County) and age (must be between the ages of 18 and 59). When individuals are found to be eligible and appropriate for services, a referral is made to the treatment provider of choice.

UCC can provide treatment itself as well as refer and authorize funding to other providers.

### Am I required to make an appointment before visiting UCC?
No, you are not required to make an appointment. Clients are accepted by appointment or walk-in on a first-come first-served basis.

### What will happen at my first visit to UCC?
A receptionist will greet you and ask you for some basic demographic information such as: name, address, telephone number, availability of insurance, etc.  Then you will meet an intake specialist.  We try to do our best to help you feel welcome, comfortable and respected.  Many of our staff have been through the recovery process themselves, and have some understanding of your struggles.  We take particular care to ensure that any communication between you and our staff remains confidential.

### What kinds of questions will I be asked?
The intake specialist will have two main goals:

- To find out your reason for coming to UCC in order to help you decide what kind of treatment would be best for you (outpatient counseling, day treatment, or residential treatment)
- To help identify a source of funding to pay for your treatment.  We will ask you about alcohol and/or other drug substances that you have taken, how often and how long you have taken alcohol and/or other drugs, and what previous attempts have you made to deal with the problem.  We also want to know about the strengths and resources that you bring with you to treatment.

### What do I bring to my first session at UCC?
If you have insurance, Medicaid, Title XIX, Badger Care or other HMOs or other Insurance, bring your insurance card with you.

### How long will my first visit at UCC take?
Meeting with an intake specialist usually takes about two hours. Depending on your needs, we may suggest that you meet with a case manager and/or counselor immediately. The time this takes depends on your situation.

Contact Us  |  Site Map

© 2016 United Community Center, Inc. All rights reserved. 1028 South 9th Street, Milwaukee, Wisconsin 53204 | (414) 384-3100 | info@unitedcc.org

This site is powered by the Northwoods Titan Content Management System