## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER

June 6, 2017

Before

MICHAEL S. KANNE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| No. 17-1936 | TAMARA M. LOERTSCHER, Plaintiff - Appellee<br><br>v.<br><br>ELOISE ANDERSON, et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:14-cv-00870-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson ||

    Upon consideration of the **DEFENDANTS-APPELLANTS' EMERGENCY MOTION TO EXTEND DISTRICT COURT'S TEMPORARY STAY FOR PENDING CASES UNTIL RESOLUTION OF EMERGENCY APPLICATION FOR STAY BEFORE THE SUPREME COURT, AND FOR A ONE-WEEK EXTENSION OF DEADLINE TO FILE OPENING BRIEF**, filed on June 6, 2017, by counsel for the appellants,

    **IT IS ORDERED** that the motion is **GRANTED**. The district court's injunction is temporarily **STAYED** with regard to the 25 pending UCHIPS cases and to allow CPS

No. 17-1936 Page 2

agencies to continue providing case management services to clients who have been "screened in" to receive those services. Defendants must file their motion for stay with the Supreme Court by June 9, 2017, and the temporary stay will remain in place until the Supreme Court rules on the motion.

**IT IS FURTHER ORDERED** that the briefing schedule is extended as follows:

1. The brief and required short appendix of the appellant(s) will be due by June 20, 2017.

2. The brief of the appellee(s) will be due by July 20, 2017.

3. The reply brief of the appellant(s), if any, will be due by August 3, 2017.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_3J**(form ID: **177**)