(ORDER LIST:   582 U.S.)

FRIDAY, JULY 7, 2017

ORDER IN PENDING CASE

16A1224      ANDERSON, ELOISE, ET AL. V. LOERTSCHER, TAMARA M.

The application for stay presented to Justice Kagan and by her referred to the Court is granted. The injunction issued by the United States District Court for the Western District of Wisconsin, case No. 3:14-cv-00870-jdp, on April 28, 2017, is stayed pending final disposition of the appeal by the United States Court of Appeals for the Seventh Circuit.

Justice Ginsburg and Justice Sotomayor would deny the application for stay.