# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

**FINAL JUDGMENT**

June 18, 2018

| Before: | JOEL M. FLAUM, Circuit Judge |
| | KENNETH F. RIPPLE, Circuit Judge |
| | DANIEL A. MANION, Circuit Judge |

| No. 17-1936 | TAMARA M. LOERTSCHER, Plaintiff - Appellee<br><br>v.<br><br>ELOISE ANDERSON, et al., Defendants - Appellants |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 3:14-cv-00870-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson |

The district court's entry of summary judgment and injunctive relief in favor of Ms. Loertscher, *see Azar v. Garza*, No. 17 654, 2018 WL 2465222, at *2 (U.S. June 4, 2018), is **VACATED** and the appeal is **REMANDED** to the district court with **INSTRUCTIONS** to **DISMISS** the action as moot.

The above is in accordance with the decision of this court entered on this date. The Defendants-Appellants may recover their costs of this appeal.

form name: **c7_FinalJudgment**(form ID: **132**)