# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

AMENDED July 20, 2018
July 17, 2018

**Before**

JOEL M. FLAUM, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

| | |
|---|---|
| No. 17-1936 | |
| TAMARA M. LOERTSCHER,<br>*Plaintiff-Appellee*, | Appeal from the United States District Court for the Western District of Wisconsin. |
| v. | |
| | No. 3:14-cv-00970 |
| ELOISE ANDERSON, et al.,<br>*Defendants-Appellants*. | James D. Peterson,<br>*Chief Judge*. |

**O R D E R**

Upon consideration of Plaintiff-Appellee's petition for rehearing with suggestion of rehearing en banc, filed on July 2, 2018, no judge in active service has requested a vote thereon, and the judges on the original panel have voted to deny the petition.

IT IS ORDERED that the petition for rehearing with suggestion of rehearing en banc is hereby DENIED.