# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

July 25, 2018

Taxed in Favor of: **Appellant Eloise Anderson ; Appellant Brad D. Schimel**

| No. 17-1936 | TAMARA M. LOERTSCHER, Plaintiff - Appellee v. ELOISE ANDERSON, et al., Defendants - Appellants |
|---|---|

**Originating Case Information:**

District Court No: 3:14-cv-00870-jdp
Western District of Wisconsin
District Judge James D. Peterson

The mandate or agency closing letter issued in this cause on .
BILL OF COSTS issued in the amount of: $$958.60.

|   |   | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: _____ | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: _____ | _____ | _____ |
| 3. | For reproduction of briefs: _____ | _____ | 958.60 |
| 4. | _____ _____ | _____ | _____ |
| 5. | _____ _____ | _____ | _____ |
|   | TOTAL: | | $958.60 |

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit