IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TAMARA M. LOERTSCHER,

    Plaintiff,

  v.

BRAD D. SCHIMEL, ELOISE ANDERSON,
and TAYLOR COUNTY,

    Defendants.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 14-CV-870-JDP

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Brad D. Schimel, Eloise Anderson, and Taylor County against plaintiff Tamara M. Loertscher dismissing the case as moot.

| s/ K. Frederickson, Deputy Clerk | July 26, 2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |